UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

MICHAEL J. CAVALLARO
Attorney for Debtor
25 Lafayette Place
Kearny New Jersey 07032
201-243-7818
Fax:201-246-6174

**Order Filed on January 5, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Nicholas Pezza

Case Number: 16-33371

Hearing Date: _____

Judge: _____

Chapter: 13

Recommended Local Form:  ☒ Followed   ☐ Modified

# ORDER RE EXTENSION OF TIME
# TO FILE SCHEDULES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: January 5, 2017**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

The court having noted the debtor's request to extend time to file schedules, and for good cause shown, it is

ORDERED that the debtor's request is:

☒ Granted. The deadline to file schedules is extended to _____01/9/2017_____.

☐ Denied.

*rev.8/1/15*