UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

MICHAEL J. CAVALLARO
Attorney for Debtor
25 Lafayette Place
Kearny New Jersey 07032
201-243-7818
Fax:201-246-6174

In Re:

Nicholas Pezza

Order Filed on January 5, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case Number: 16-33371

Hearing Date: _____

Judge: _____

Chapter: 13

Recommended Local Form:    ☒ Followed    ☐ Modified

## ORDER RE EXTENSION OF TIME
## TO FILE SCHEDULES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: January 5, 2017**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

The court having noted the debtor's request to extend time to file schedules, and for good cause shown, it is

ORDERED that the debtor's request is:

☒   Granted.  The deadline to file schedules is extended to _____01/9/2017_____.

☐   Denied.

*rev.8/1/15*

2

United States Bankruptcy Court
District of New Jersey

In re:  
Nicholas Pezza  
    Debtor

Case No. 16-33371-RG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Jan 06, 2017  
                 Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 08, 2017.  
db          +Nicholas Pezza,   488 Dewey Avenue,   Saddle Brook, NJ 07663-5904

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 08, 2017                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 6, 2017 at the address(es) listed below:

        Denise E. Carlon   on behalf of Creditor   Deutsche Bank National Trust Company as Trustee for the Holders of New Century Home Equity Loan Trust, Series 2005-A, Asset Backed Pass-Through Certificates dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Marie-Ann Greenberg   magecf@magtrustee.com  
        Michael J. Cavallaro   on behalf of Debtor Nicholas Pezza attorneyforchrist@gmail.com, lesliebrown.paralegal@gmail.com  
        Robert P. Saltzman   on behalf of Creditor   MTGLQ Investors, LP c/o Rushmore Loan Management Services, LLC dnj@pbslaw.org  
        U.S. Trustee.   USTPRegion03.NE.ECF@usdoj.gov

    TOTAL: 5