

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg MAG-1284**
**Chapter 13 Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**

IN RE:

  NICHOLAS PEZZA

Order Filed on April 13, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**Case No.:  16-33371RG**

**Hearing Date:  4/5/2017**

**Judge:  ROSEMARY GAMBARDELLA**

### INTERIM ORDER ON CONFIRMATION HEARING

   The relief set forth on the following pages, numbered two (2)  is hereby ORDERED.

**DATED: April 13, 2017**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Debtor(s):  NICHOLAS PEZZA

Case No.:  16-33371RG

Caption of Order:    INTERIM ORDER ON CONFIRMATION HEARING

---

THIS MATTER having been scheduled before the Court on 04/05/2017 for a Hearing on Confirmation, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor must convert case to Chapter 11 by 4/12/2017 or the instant case shall be dismissed without further hearings or notice to debtor(s) or debtor's attorney.