| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>**Marie-Ann Greenberg MAG-1284**<br>**Chapter 13 Standing Trustee**<br>**30 TWO BRIDGES ROAD**<br>**SUITE 330**<br>**FAIRFIELD, NJ  07004-1550**<br>**973-227-2840** | Order Filed on April 13, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| IN RE:<br><br>  NICHOLAS PEZZA | Case No.:  16-33371RG<br><br>Hearing Date:  4/5/2017<br><br>Judge:  ROSEMARY GAMBARDELLA |

## INTERIM ORDER ON CONFIRMATION HEARING

The relief set forth on the following pages, numbered two (2)  is hereby ORDERED.

**DATED: April 13, 2017**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Case No.:  16-33371RG

Caption of Order:    INTERIM ORDER ON CONFIRMATION HEARING

THIS MATTER having been scheduled before the Court on 04/05/2017 for a Hearing on Confirmation, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor must convert case to Chapter 11 by 4/12/2017 or the instant case shall be dismissed without further hearings or notice to debtor(s) or debtor's attorney.

Case 16-33371-RG    Doc 28    Filed 04/15/17    Entered 04/16/17 00:42:43    Desc Imaged
Certificate of Notice    Page 2 of 3

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 16-33371-RG
Nicholas Pezza                                                            Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Apr 13, 2017
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 15, 2017.
db             +Nicholas Pezza,    488 Dewey Avenue,    Saddle Brook, NJ 07663-5904

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 15, 2017                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 13, 2017 at the address(es) listed below:
              Charles G. Wohlrab    on behalf of Creditor    U.S. Bank National Association, as Trustee, for
               Lehman Mortgage Trust Mortgage Pass Through Certificates Series 2006-2 cwohlrab@logs.com,
               njbankruptcynotifications@logs.com
              Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company as Trustee for
               the Holders of New Century Home Equity Loan Trust, Series 2005-A, Asset Backed Pass-Through
               Certificates dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Francesca Ann Arcure    on behalf of Creditor    Nationstar Mortgage LLC, as servicer for U.S. Bank
               National Association, as Trustee, for Lehman Mortgage Trust Mortgage Pass Through Certificates
               Series 2006-2 nj_ecf_notices@buckleymadole.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Michael J. Cavallaro    on behalf of Debtor Nicholas  Pezza attorneyforchrist@gmail.com,
               lesliebrown.paralegal@gmail.com
              Robert P. Saltzman    on behalf of Creditor    MTGLQ Investors, LP c/o Rushmore Loan Management
               Services, LLC dnj@pbslaw.org
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 7