Form 169 – ntccovert

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                   Case No.: 16−33371−RG
                   Chapter: 13
                   Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Nicholas Pezza
   488 Dewey Avenue
   Saddle Brook, NJ 07663

Social Security No.:
   xxx−xx−2399

Employer's Tax I.D. No.:

**NOTICE OF HEARING
ON APPLICATION/MOTION TO CONVERT CASE**

    An application/motion to convert the above−captioned case from Chapter 13 to Chapter 11, has been filed by Michael J. Cavallaro, Debtor's Attorney.

    Notice is hereby given that the Court will conduct a hearing on this matter to determine the application/motion for conversion before the Honorable Rosemary Gambardella on:

Date:              May 9, 2017
Time:             10:00 AM
Location:      Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102


Dated: April 17, 2017
JAN:

                                                                                Jeanne Naughton
                                                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                    Case No. 16-33371-RG
Nicholas Pezza                                                                            Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin              Page 1 of 2            Date Rcvd: Apr 17, 2017
                            Form ID: 169             Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 19, 2017.
db          +Nicholas Pezza,    488 Dewey Avenue,   Saddle Brook, NJ 07663-5904
cr          +MTGLQ Investors, LP c/o Rushmore Loan Management S,    15480 Laguna Canyon Road,   Suite 100,
              Irvine, CA 92618-2132
cr          +Nationstar Mortgage LLC, as servicer for U.S. Bank,   C/O Buckley Madole, P.C.,
              99 Wood Avenue South, Suite 803,   Iselin, NJ 08830-2713
cr          +Synchrony Bank c/o PRA Receivables Management, LLC,    Valerie Smith,   PO BOX 41021,
              Norfolk, VA 23541-1021
516537772   +Bank of America Home Loans,    100 N Tryon Street,   Charlotte, NC 28255-0001
516644633    DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FO,    Bank of America,    PO Box 31785,
              Tampa, FL 33631-3785
516537773   +KML Law Group,    701 Market Street #5000,   Philadelphia, PA 19106-1541
516695014   +MIDLAND FUNDING LLC,    PO Box 2011,   Warren, MI 48090-2011
516760853   +MTGLQ Investors, LP,   c/o Rushmore Loan Management Services,    PO Box 55004,
              Irvine, CA 92619-5004
516537774   +Pleuse Becker & Saltzman, LLC,    Attorneys at Law,   20000 Horizon Way Suite 900,
              Mount Laurel, NJ 08054-4318
516537775   +Shapiro & Denardo LLC,    14000 Commerce Parkway Suite B,    Mount Laurel, NJ 08054-2242
516671466   +U.S. Bank National Association,Trustee(See 410),    c/o Nationstar Mortgage LLC,   PO Box 619096,
              Dallas, Texas 75261-9096
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov Apr 17 2017 22:30:22     U.S. Attorney,   970 Broad St.,
              Room 502,   Rodino Federal Bldg.,   Newark, NJ   07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 17 2017 22:30:21     United States Trustee,
              Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
516573275   +E-mail/Text: bankruptcy@cavps.com Apr 17 2017 22:30:31     Cavalry SPV I, LLC,
              500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-1340
516574448    E-mail/Text: mrdiscen@discover.com Apr 17 2017 22:29:58     Discover Bank,
              Discover Products Inc,    PO Box 3025,   New Albany, OH  43054-3025
516654610   +E-mail/PDF: gecsedi@recoverycorp.com Apr 17 2017 22:32:29     Synchrony Bank,
              c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 5

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 19, 2017                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 16, 2017 at the address(es) listed below:
          Charles G. Wohlrab    on behalf of Creditor    U.S. Bank National Association, as Trustee, for
           Lehman Mortgage Trust Mortgage Pass Through Certificates Series 2006-2 cwohlrab@logs.com,
           njbankruptcynotifications@logs.com
          Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company as Trustee for
           the Holders of New Century Home Equity Loan Trust, Series 2005-A, Asset Backed Pass-Through
           Certificates dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
          Francesca Ann Arcure    on behalf of Creditor    Nationstar Mortgage LLC, as servicer for U.S. Bank
           National Association, as Trustee, for Lehman Mortgage Trust Mortgage Pass Through Certificates
           Series 2006-2 nj_ecf_notices@buckleymadole.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          Michael J. Cavallaro    on behalf of Debtor Nicholas  Pezza attorneyforchrist@gmail.com,
           lesliebrown.paralegal@gmail.com

```
District/off: 0312-2           User: admin              Page 2 of 2              Date Rcvd: Apr 17, 2017
                               Form ID: 169             Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Robert P. Saltzman    on behalf of Creditor    MTGLQ Investors, LP c/o Rushmore Loan Management Services, LLC dnj@pbslaw.org
          U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov

                                                                                             TOTAL: 7