**Fill in this information to identify your case:**

Debtor 1  **Nicholas Pezza**
First Name    Middle Name    Last Name

Debtor 2
(Spouse if, filing)  First Name    Middle Name    Last Name

United States Bankruptcy Court for the:  DISTRICT OF NEW JERSEY

Case number  **16-33371**
(if known)

☐ Check if this is an amended filing

# B 104

## For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor.  11 U.S.C. § 101.  Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:**  **List the 20 Unsecured Claims in Order from Largest to Smallest.  Do Not Include Claims by Insiders.**

**Unsecured claim**

**1**
**Advanta Cardworks**
**P.O. Box 9217**
**Old Bethpage, NY 11804**

What is the nature of the claim?  **Credit Card**    $ **$5,133.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)    $ _____
Value of security:    - $ _____
Unsecured claim    $ _____

Contact

Contact phone

**2**
**Chase Card**
**P.O. Box 15298**
**Wilmington, DE 19850**

What is the nature of the claim?  **Credit Card**    $ **$9,337.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)    $ _____
Value of security:    - $ _____

Contact

B104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 1

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | **Nicholas Pezza** | Case number *(if known)* | **16-33371** |
|---|---|---|---|

Contact phone                       Unsecured claim              $ _____

---

**3**  **Internal Revenue Service**

**What is the nature of the claim?**  $ **$500.00**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)   $ _____
  - Value of security:   - $ _____
  - Unsecured claim   $ _____

Contact
Contact phone

---

**4**  **Rushmore Loan Management**
**7515 Irvine Center Drive**
**Irvine, CA 92618**

**What is the nature of the claim?**   **322 Sampson Avenue Seaside Heights, NJ Arrears of $40000.00 to be paid in plan Keep and paying**   $ **$22,000.00**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ☐ No
- ■ Yes. Total claim (secured and unsecured)   $ **$172,000.00**
  - Value of security:   - $ **$150,000.00**
  - Unsecured claim   $ **$22,000.00**

Contact
Contact phone

---

**Part 2:  Sign Below**

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

X  **/s/ Nicholas Pezza**                              X  _____
**Nicholas Pezza**                                              Signature of Debtor 2
Signature of Debtor 1

Date  **May 24, 2017**                                    Date  _____