Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 16−33371−RG
Chapter: 11
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Nicholas Pezza
   488 Dewey Avenue
   Saddle Brook, NJ 07663

Social Security No.:
   xxx−xx−2399

Employer's Tax I.D. No.:

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 6/13/17 at 10:00 AM

to consider and act upon the following:

*31* − Motion for Relief from Stay re: 385 Passaic Ave, Lodi, NJ. Fee Amount $ 181., or in the alternative Motion to File Claim After Claims Bar Date Filed by Deborah T. Feldstein on behalf of Christiana Trust as Custodian. Hearing scheduled for 6/7/2017 at 10:30 AM at RG − Courtroom 3E, Newark. (Attachments: # 1 Certification # 2 Exhibit A # 3 Proposed Order # 4 Certificate of Service) (Feldstein, Deborah)

Dated: 6/2/17

                                        Jeanne Naughton
                                        Clerk, U.S. Bankruptcy Court