**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| In Re: | Case No.: | 16-33371 |
|---|---|---|
| Nicholas Pezza | Hearing Date: | 07/19/2017 |
| | Chapter: | 11 |
| | Judge: | RG |

**NOTICE OF HEARING**

You are hereby notified of a hearing before the Honorable __Rosemary Gambardella__, United States Bankruptcy Judge.

**Reason for Hearing:** Status Conference

**Location of Hearing:** Courtroom No. 3-E
U.S. Bankruptcy Court
50 Walnut Street 3 Floor ctm E
Newark, NJ 07102

**Date and Time:** July 19, 2017 @ 2:00 p.m, or as soon thereafter as counsel may be heard.

**COURT APPEARANCES:**   ☒ ARE REQUIRED   ☐ ARE NOT REQUIRED

DATE: 05/31/2017

JEANNE A. NAUGHTON, Clerk

By: Sharon Moore
Deputy Clerk

**CERTIFICATE OF MAILING**

I HEREBY CERTIFY that on __May 31__, 20__17__ this notice was served on the following: Nicholas Pezza Debtor, Michael J. Cavallaro Attorney for Debtor, US Trustee

JEANNE A. NAUGHTON, Clerk

By: Sharon Moore
Deputy Clerk

*rev.1/4/17*

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 16-33371-RG
Nicholas Pezza                                                        Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin              Page 1 of 1            Date Rcvd: May 31, 2017
                            Form ID: pdf900          Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 02, 2017.
db          +Nicholas Pezza,   488 Dewey Avenue,   Saddle Brook, NJ 07663-5904
cr          +Christiana Trust as Custodian,   c/o Pellegrino & Feldstein, LLC,   290 Route 46 West,
              Denville, NJ 07834-1239
cr          +MTGLQ Investors, LP c/o Rushmore Loan Management S,   15480 Laguna Canyon Road,   Suite 100,
              Irvine, CA 92618-2132
cr          +Nationstar Mortgage LLC, as servicer for U.S. Bank,   C/O Buckley Madole, P.C.,
              99 Wood Avenue South, Suite 803,   Iselin, NJ 08830-2713

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr          +E-mail/PDF: gecsedi@recoverycorp.com May 31 2017 23:36:04
              Synchrony Bank c/o PRA Receivables Management, LLC,   Valerie Smith,   PO BOX 41021,
              Norfolk, VA 23541-1021
                                                                                              TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 02, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 31, 2017 at the address(es) listed below:
          Charles G. Wohlrab   on behalf of Creditor   U.S. Bank National Association, as Trustee, for
           Lehman Mortgage Trust Mortgage Pass Through Certificates Series 2006-2 cwohlrab@logs.com,
           njbankruptcynotifications@logs.com
          Deborah T. Feldstein    on behalf of Creditor    Christiana Trust as Custodian dfeldstein@caplaw.net
          Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company as Trustee for
           the Holders of New Century Home Equity Loan Trust, Series 2005-A, Asset Backed Pass-Through
           Certificates dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
          Francesca Ann Arcure    on behalf of Creditor    Nationstar Mortgage LLC, as servicer for U.S. Bank
           National Association, as Trustee, for Lehman Mortgage Trust Mortgage Pass Through Certificates
           Series 2006-2 nj_ecf_notices@buckleymadole.com
          Michael J. Cavallaro    on behalf of Debtor Nicholas  Pezza attorneyforchrist@gmail.com,
           lesliebrown.paralegal@gmail.com
          Robert P. Saltzman    on behalf of Creditor    MTGLQ Investors, LP c/o Rushmore Loan Management
           Services, LLC dnj@pbslaw.org
          U.S. Trustee.   USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 7