| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>CHARLES G. WOHLRAB (016592012)<br>SHAPIRO & DENARDO, LLC<br>14000 Commerce Pkwy, Ste. B<br>Mt. Laurel, NJ  08054<br>(856) 793-3080<br>Attorneys for U.S. Bank. N.A., as Trustee, for Lehman Mortgage Trust Mortgage Pass-Through Certificates Series 2006-2 | |
| In Re:<br><br>NICHOLAS PEZZA,<br><br>DEBTOR | Case No.:  __16-33371__<br><br>Chapter:  __13__<br><br>Hearing Date:  __6/13/17__<br><br>Judge:  __RG__ |

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled          ☐ Withdrawn

Matter: Motion for Relief from Stay; ECF Doc.: 26

_____

Date: 6/12/17                                    /s/ Charles G. Wohlrab
                                                 Signature

*rev.8/1/15*