UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

PELLEGRINO & FELDSTEIN, LLC
Denville, Law Center
290 Route 46 West
Denville, New Jersey 07834
(973) 586-2300
ATTORNEYS FOR MOVANT:Christiana Trust as Custodain

Order Filed on June 16, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

IN RE:
Nicholas Pezza

Debtors.

CASE NO. 16-33371-RG

CHAPTER 11

## CONSENT ORDER

The relief set forth on the following pages, number two (2) through two (2) is hereby **ORDERED**.

DATED: June 16, 2017

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Debtor: Nicholas Pezza

Case No:16-33371-RG

Caption of Order: CONSENT ORDER

Secured creditor Christiana Trust holding tax sale certificate number 14-00003 encumbering the debtor's property located at 385 Passaic Avenue, Lodi, NJ and Debtor, Nicholas Pezza hereby agree to the following:

ORDERED that the creditor herein is allowed to file a Proof of Claim and same shall be considered timely; and

It is further ordered that payment to creditor shall be made through the Chapter 11 Plan.

HEREBY AGREED AND CONSENTED TO BY:

PELLEGRINO & FELDSTEIN, LLC

BY:/s/Deborah Feldstein                           BY:/s/Michael Cavallaro
DEBORAH FELDSTEIN, ESQ.                    MICHAEL CAVALLARO
ATTORNEY FOR                                        ATTORNEY FOR DEBTOR
CHRISTIANA TRUST