```
UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
```

Caption in Compliance with D.N.J. LBR 9004-1(b)

Michael J. Cavallaro, Esquire
25 Lafayette Place
Kearny, NJ 07032
201-243-7818
Fax:201-246-6174
Attorney for Debtor

In Re:

Nicholas Pezza

Case No.: 16-33371

Chapter: 11

Adv. No.: _____

Hearing Date: _____

Judge: RG

## CERTIFICATION OF SERVICE

1. I, __Michael J. Cavallaro__ :

    ☒ represent __Debtor__ in this matter.

    ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On __June 25, 2017__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:
    Application for Retention of Counsel, Certification in support and Proposed Order

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: July 17, 2017

/s/ Michael J. Cavallaro, Esquire
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Nicholas Pezza<br>488 Dewey Avenue<br>SaddleBrook, NJ 07663 | Debtor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| All creditors on the attached mailing matrix | All creditors on the attached mailing matrix | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF and Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

```
Label Matrix for local noticing          Christiana Trust as Custodian           MTGLQ Investors, LP c/o Rushmore Loan Manage
0312-2                                   c/o Pellegrino & Feldstein, LLC          15480 Laguna Canyon Road
Case 16-33371-RG                         290 Route 46 West                        Suite 100
District of New Jersey                   Denville, NJ 07834-1239                  Irvine, CA 92618-2132
Newark
Mon Jul 17 08:33:12 EDT 2017

Nationstar Mortgage LLC, as servicer for U.S   Synchrony Bank c/o PRA Receivables Managemen   U.S. Trustee.
C/O Buckley Madole, P.C.                 Valerie Smith                            US Dept of Justice
99 Wood Avenue South, Suite 803          PO BOX 41021                             Office of the US Trustee
Iselin, NJ 08830-2713                    Norfolk, VA 23541-1021                   One Newark Center Ste 2100
                                                                                  Newark, NJ 07102-5235


U.S. Bankruptcy Court                    Bank of America Home Loans               Cavalry SPV I, LLC
MLK Jr Federal Building                  100 N Tryon Street                       500 Summit Lake Drive, Ste 400
50 Walnut Street                         Charlotte, NC 28255-0001                 Valhalla, NY 10595-1340
Newark, NJ 07102-3550


Christian Trust as Custodian             DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUS   Discover Bank
c/o Pellegrino & Feldstein, LLC          Bank of America                          Discover Products Inc
290 Route 46 West                        PO Box 31785                             PO Box 3025
Denville, NJ 07834-1239                  Tampa, FL 33631-3785                     New Albany, OH  43054-3025


Internal Revenue Service                 KML Law Group                            MIDLAND FUNDING LLC
PO Box 7346                              701 Market Street #5000                  PO Box 2011
Philadelphia, PA 19101-7346              Philadelphia, PA 19106-1541              Warren, MI 48090-2011


MTGLQ Investors, LP                      Pleuse Becker & Saltzman, LLC            Shapiro & Denardo LLC
c/o Rushmore Loan Management Services    Attorneys at Law                         14000 Commerce Parkway Suite B
PO Box 55004                             20000 Horizon Way Suite 900              Mount Laurel, NJ 08054-2242
Irvine, CA 92619-5004                    Mount Laurel, NJ 08054-4318


Synchrony Bank                           U.S. Bank National Association,Trustee(See 4   Michael J. Cavallaro
c/o of PRA Receivables Management, LLC   c/o Nationstar Mortgage LLC              25 Lafayette Place
PO Box 41021                             PO Box 619096                            Kearny, NJ 07032-2228
Norfolk, VA 23541-1021                   Dallas, Texas 75261-9096


Nicholas Pezza
488 Dewey Avenue
Saddle Brook, NJ 07663-5904
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Deutsche Bank National Trust Company as Tr   (u)U.S. Bank National Association, as Trustee   End of Label Matrix
                                                                                                Mailable recipients    21
                                                                                                Bypassed recipients     2
                                                                                                Total                  23
```