UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Michael J. Cavallaro, Esquire
25 Lafayette Place
Kearny, NJ 07032
201-243-7818
Attorney for Debtor

**FILED**
JEANNE A. NAUGHTON, CLERK
JUL 21 2017
U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY _____ DEPUTY

In Re:

Nicholas Pezza

Case No.: 16-33371 RG

Chapter: 11

Judge: RG

## ORDER AUTHORIZING RETENTION OF

Michael J. Cavallaro, Esquire

The relief set forth on the following page is **ORDERED**.

7-21-17

Upon the applicant's request for authorization to retain __Michael J. Cavallaro__ as __Attorney for Debtor in Possession__, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is: 25 Lafayette Place
Kearny, NJ 07032

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*