**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Michael J. Cavallaro
25 Lafayette Place
Kearny, NJ 07032
201-243-7818
Fax : 201-246-6174
Email: attorneyforchrist@gmail.com

In Re: Nicholas Pezza

**Order Filed on August 30, 2017**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

Case No.:    16-33371

Chapter:    ____11_____

Judge:    ____Gambardella_

## ORDER AUTHORIZING RETENTION OF

_____Michael Nulty, Accountant_____

The relief set forth on the following page is **ORDERED**.

**DATED: August 30, 2017**

*Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain ___Michael Nulty_____ as _____Accountant_____, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted.
   The professional's address is:  ___Turnpike Plaza_____
   _____197 State Route 18 Suite Suite 260__
   _____East Brunswick, NJ 08816_____

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 16-33371-RG
Nicholas Pezza                                                          Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Aug 31, 2017
                              Form ID: pdf903          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 02, 2017.
db          +Nicholas Pezza,    488 Dewey Avenue,   Saddle Brook, NJ 07663-5904
aty         +Michael J. Cavallaro,   25 Lafayette Place,    Kearny, NJ 07032-2228

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 02, 2017                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 31, 2017 at the address(es) listed below:
      Charles G. Wohlrab    on behalf of Creditor   U.S. Bank National Association, as Trustee, for Lehman Mortgage Trust Mortgage Pass Through Certificates Series 2006-2 cwohlrab@logs.com, njbankruptcynotifications@logs.com
      Deborah T. Feldstein    on behalf of Creditor   Christiana Trust as Custodian dfeldstein@caplaw.net
      Denise E. Carlon    on behalf of Creditor   Deutsche Bank National Trust Company as Trustee for the Holders of New Century Home Equity Loan Trust, Series 2005-A, Asset Backed Pass-Through Certificates dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
      Francesca Ann Arcure    on behalf of Creditor   Nationstar Mortgage LLC, as servicer for U.S. Bank National Association, as Trustee, for Lehman Mortgage Trust Mortgage Pass Through Certificates Series 2006-2 nj_ecf_notices@buckleymadole.com
      Michael J. Cavallaro    on behalf of Debtor Nicholas  Pezza attorneyforchrist@gmail.com, lesliebrown.paralegal@gmail.com
      Robert P. Saltzman    on behalf of Creditor   MTGLQ Investors, LP c/o Rushmore Loan Management Services, LLC dnj@pbslaw.org
      U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                               TOTAL: 7