| | |
|---|---|
| UNITED STATES DEPARTMENT OF JUSTICE<br>OFFICE OF THE UNITED STATES TRUSTEE<br>ANDREW R. VARA<br>ACTING UNITED STATES TRUSTEE, REGION 3<br>David Gerardi, Esquire<br>One Newark Center, Suite 2100<br>Newark, NJ 07102<br>Telephone: (973) 645-3014<br>Facsimile: (973) 645-5993<br>E-mail: David.Gerardi@usdoj.gov | **Order Filed on October 31, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>Nicholas Pezza,<br><br>Debtor. | Case No.: 16-33371 (RG)<br><br>Chapter 11<br><br>Hearing Date:  October 18, 2017, at 2:00 p.m.<br><br>Judge:  The Honorable Rosemary Gambardella |

**ORDER SETTING THE TIME TO FILE MONTHLY OPERATING REPORTS
TO NOVEMBER 8, 2017**

The relief set forth on the following page, numbered 2, is hereby **ORDERED**.

**DATED: October 31, 2017**

*Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

**(Page 2)**
Debtor: Nicholas Pezza
Chapter 11 Case No. 16-33371 (RG)

**Order Setting the Time to File Monthly Operating Reports to November 8, 2017**
_____

Upon the Court having conducted a Status Conference on October 18, 2017 and finding that no Monthly Operating Reports have been filed since the case was converted on May 10, 2017, it is hereby

**ORDERED** that the May/June, July, August, and September Monthly Operating Reports be filed by November 8, 2017.