In re  Nicholas Pezza

Debtor

Case No. ____16-3371_____

Reporting Period:   June 30, 2017

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement.  The beginning cash should be the ending cash from the prior month or, if this is the first report,  the amount should be the balance on the date the petition was filed.  The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the four bank account columns.  The amounts reported in the "PROJECTED" columns should be taken from the SMALL BUSINESS INITIAL REPORT (FORM IR-1) .  Attach copies of the bank statements and the cash disbursements journal.  The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page.  A bank reconciliation must be attached for each account.  [See MOR-1 (CONT)]

| | BANK ACCOUNTS | | | | CURRENT MONTH | | CUMULATIVE FILING TO DATE | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | OPER | PAYROLL | TAX | OTHER | ACTUAL | PROJECTED | ACTUAL | PROJECTED |
| CASH BEGINNING  OF MONTH | | | | | 4,144 | | 29,238 | |
| **RECEIPTS** | | | | | | | | |
| CASH SALES | | | | | 15,222 | | 38,529 | |
| ACCOUNTS RECEIVABLE | | | | | | | | |
| LOANS AND ADVANCES | | | | | | | | |
| SALE OF ASSETS | | | | | | | | |
| OTHER (ATTACH LIST) | | | | | | | | |
| TRANSFERS (FROM DIP ACCTS) | | | | | | | | |
| Rent | | | | | 4,300 | | 13,440 | |
| TOTAL  RECEIPTS | | | | | 19,522 | | 51,969 | |
| **DISBURSEMENTS** | | | | | | | | |
| Net payroll | | | | | | | | |
| PAYROLL TAXES | | | | | | | | |
| SALES, USE, & OTHER TAXES | | | | | | | | |
| INVENTORY PURCHASES | | | | | 7,186 | | 48,799 | |
| SECURED/ RENTAL/ LEASES | | | | | | | | |
| INSURANCE | | | | | | | | |
| ADMINISTRATIVE | | | | | | | | |
| SELLING | | | | | | | | |
| OTHER (ATTACH  LIST) | | | | | | | | |
| Real estate taxes | | | | | | | 5,000 | |
| OWNER DRAW * | | | | | 400 | | 1,360 | |
| TRANSFERS (TO DIP ACCTS) | | | | | | | | |
| Repairs | | | | | 300 | | 600 | |
| PROFESSIONAL FEES | | | | | | | | |
| U.S. TRUSTEE  QUARTERLY FEES | | | | | | | | |
| COURT COSTS | | | | | | | | |
| TOTAL DISBURSEMENTS | | | | | 7,886 | | 55,759 | |
| NET CASH FLOW | | | | | 11,636 | | -3,790 | |
| (RECEIPTS LESS DISBURSEMENTS) | | | | | | | | |
| CASH - END OF MONTH | | | | | 15,780 | | 25,448 | |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

### THE FOLLOWING SECTION MUST BE COMPLETED

DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES:  (FROM CURRENT MONTH  ACTUAL COLUMN)

| | |
| --- | --- |
| TOTAL DISBURSEMENTS | 15,780 |
| LESS:  TRANSFERS TO DEBTOR IN POSSESSION  ACCOUNTS | 0 |
| PLUS:  ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | 0 |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | 15,780 |

Pezza Cash Reconciliation
6/30/2017

Beginning Adjusted Cash Balance                                    4,144.00

| Bank Balance | Beginning | 504.04 |
| Add: | Deposits | 15,221.97 |
| Less: | Disbursments | (7,185.82) |
| Bank Balance | Ending | 8,540.19  A |

Add:

| 8B Charles St. | Rents | 1,300.00  B |
| 10A Charles St. | Rents | 1,500.00  B1 |
| 878 River Dr. | Rents | 1,500.00  B2 |
| Total Cash Additions | | 4,300.00 |

Less:

| 8B Charles St. | Rental Expenses | (300.00)  B |
| 10A Charles St. | Rental Expenses | 0.00  B1 |
| 878 River Dr. | Rental Expenses | (400.00)  B2 |
| Total Cash Disbursements | | (700.00) |

Adjusted Cash Balance                                              15,780.15

 **Columbia Bank**

19-01 ROUTE 208 NORTH – FAIR LAWN, NJ 07410
(800) 522-4167

**Statement of Account**

| | |
|---|---|
| Statement Date | Jun 01-Jun 30, 2017 |
| Account Number | 8000969846 |
| Page 1 of 5 | |



OZ 01          ADDRESS SERVICE REQUESTED

NICKS LANDSCAPING
488 DEWEY AVE
SADDLE BROOK  NJ  07663

03401
yzk4j

With CardValet, our newest debit card enhancement, you gain instant, 24/7 access to your account information...with the power to control where, when and how your debit card is used.

Using your Smartphone and our free app download, available from the Apple App Store or Google Play store, you can effectively manage your debit card anytime from anywhere -- by viewing account balances and transaction histories; restricting card usage based on merchant type, location and transaction amount; scheduling real time alerts, and more. Safeguard your debit card...with CardValet today!

## SUMMARY OF ACCOUNTS

Business Free          8000969846          $8,540.19          **Home Mortgage Solutions...Fast and Easy!**

Looking for your dream home? Well, look no further! Columbia Bank offers low home mortgage rates...flexible terms...quick turnarounds...we'll even come to you! To learn more about our full range of home mortgage products and services, please contact our Call Center at (800) 522-4167.

## CHECKING                                                                 8000969846

### Business Free

| | | | | |
|---|---|---|---|---|
| Previous Balance | 504.04 | Account Title: | NICKS LANDSCAPING | |
| 54 Deposits/Credits | 15,221.97 | Account Number | 8000969846 | |
| 41 Debits | 7,185.82 | Number of Enclosures | 0 | |
| 0 Checks | 0.00 | Statement Dates | 06/01/2017 thru 06/30/2017 | |
| Service Charge | 0.00 | Days in the statement period | 30 | |
| Current Balance | 8,540.19 | | | |

### Transaction Activity

| Date | Description | Amount | Balance |
|---|---|---|---|
| 06/01 | Beginning Balance | | 504.04 |
| 06/01 | Point Of Sale Withdrawal  SHOPRITE LODI S 165 MAIN ST LODI  NJUS CARD# 0234 | -38.38 | 465.66 |
| 06/02 | Point Of Sale Withdrawal  QUICK CHEK CORPORATLODI  NJUS CARD# 0234 | -37.52 | 428.14 |
| 06/03 | Point Of Sale Withdrawal  QUICK CHEK CORPORATLODI  NJUS CARD# 0234 | -13.56 | 414.58 |
| 06/03 | ATM Deposit  COLUMBIA BANK 381 MARKET STREET  SADDLEBROOK NJUS CARD# 0234 | 55.00 | 469.58 |
| 06/03 | ATM Withdrawal  COLUMBIA BANK 381 MARKET STREET SADDLEBROOK NJUS CARD# 0234 | -380.00 | 89.58 |

 

| NO. | | |
|-----|---|---|
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| TOTAL | $ | |

**THIS AREA IS PROVIDED TO HELP YOU BALANCE YOUR CHECKING ACCOUNT STATEMENT**

If your Checking Account has overdraft protection, remember to record the dollar amount of funds transferred into your checking account from your other designated deposit account or from your Premium Overdraft or your CheckRight Overdraft Line of Credit.

| | |
|---|---|
| Bank Balance Shown on this Statement | $ |
| ADD+ | |
| Deposits not credited on this Statement (If Any) | $ |
| **SUBTOTAL** | $ |
| **SUBTRACT-** | |
| Checks Outstanding | $ |
| **TOTAL** | $ |

Should agree with checkbook balance after adding interest and deducting service charges (if any) shown on your checking statement. Please report any difference to us within 10 days of receipt of this statement. If no difference is reported in 10 days, the account will be considered correct. Direct checking account inquires to the branch servicing it or to our customer service center at 1-800-522-4167.

### IMPORTANT NOTICE

1. Always be alert to your surroundings and defer ATM transactions if circumstances cause you to be apprehensive.
2. Close the entry door of any ATM facility so equipped.
3. Put away withdrawn cash before exiting any ATM facility.
4. Direct any complaints concerning ATM security to an appropriate department of the owner of the ATM or to the NJ Department of Banking.
5. If you have any concerns about the security of any ATM owned and operated by Columbia Bank, call 1-800-522-4167 or the NJ Department of Banking at 609-292-7272.

### LOST OR STOLEN DEBIT CARD

To report a lost or stolen Columbia Bank Debit Card, please call 800-522-4167, Monday through Friday from 7:30am - 8:00pm and Saturday from 8:00am – 2:00 PM. After normal business hours, please call 800-472-3272.

**THE FOLLOWING DISCLOSURE RELATES TO ACCOUNTS THAT CAN BE ACCESSED VIA ELECTRONIC FUND TRANSFERS**

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUND TRANSFERS**

Telephone us at 800-522-4167 (outside the Continental US call (201)796-3600) or write us at Columbia Bank, 19-01 Route 208 North, Fair Lawn, NJ 07410 ATTN: Customer Service Center, as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error so that you will have the use of the money during the time it takes us to complete our investigation.

**YOU MUST PUT YOUR COMPLAINT OR QUESTION IN WRITING HERE IF YOU CALL. IF WE DO NOT RECEIVE IT WITHIN 10 BUSINESS DAYS OF RECEIPT OF THIS STATEMENT, WE MAY NOT CREDIT YOUR ACCOUNT.**

To find out whether preauthorized electronic fund transfers to your account have been received, please call 800-747-4428 (outside the Continental US call (201) 703-3751) during normal business hours.

**IMPORTANT INFORMATION REGARDING YOUR OVERDRAFT PROTECTION LINE OF CREDIT STATEMENT**

"PREV. BALANCE" and "PRIOR STATEMENT BALANCES" is the total unpaid principal at the beginning of the billing cycle. "NEW BALANCE" is the total unpaid principal at the end of the cycle.

Refer to the "TRANSACTION SECTION." The information within this section relates to the transactions that occurred during the statement cycle. Transactions shown in this section are the result of transactions affecting the loan. Transactions affecting the principal such as loans being made, the principal portion of payments received (if any), and other adjustments made. The principal balance from each of these figures is stated in the "PRINCIPAL" column. The principal balance remains unchanged between the dates of activity indicated.

The statement also totals fees assessed for the cycle and year-to-date. It also totals interest charged for the cycle and year-to-date.

Any payments received at other than the billing address may be subject to delays in posting.

The current interest rate is divided by 365 to arrive at the daily periodic rate. The daily periodic rate is multiplied by each of the different principal balances and then by the number of days each balance remained unchanged. The sum of these calculations equals the interest charge disclosed on the statement.

| Send payment to: | Send billing inquiries to: |
|---|---|
| Columbia Bank | Columbia Bank |
| P.O. Box 947 | Attn: Loan Accounting Department |
| Fair Lawn, NJ 07410 | 19-01 Route 208 North |
| | Fair Lawn, NJ 07410 |

**THE FOLLOWING DISCLOSURE REQUIRED BY FEDERAL LAW APPLIES TO OVERDRAFT PROTECTION LINE OF CREDIT ACCOUNTS. IT DOES NOT APPLY TO COMMERCIAL LINE OF CREDIT ACCOUNTS.**

**BILLING RIGHTS SUMMARY**

*What To Do If You Think You Find A Mistake On Your Statement*

If you think there is an error on your statement, write to us on a separate sheet at the address shown above for billing inquiries.

In your letter, give us the following information.

- **Account information:** Your name and account number
- **Dollar Amount**
- **Description of Problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But if we determine that we made a mistake, you will not have to pay the amount in question or any other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

 **Columbia Bank**
19-01 ROUTE 208 NORTH – FAIR LAWN, NJ 07410
(800) 522-4167

### Statement of Account
| | |
|---|---|
| Statement Date | Jun 01-Jun 30, 2017 |
| Account Number | 8000969846 |
| Page 2 of 5 | |

**Transaction Activity**

| Date | Description | Amount | Balance |
|---|---|---|---|
| 06/05 | Point Of Sale Withdrawal  ADVANCE AUTO PA 427 MARKET STREET SADDLE BROOK NJUS CARD# 0234 | -13.44 | 76.14 |
| 06/05 | ATM Deposit  COLUMBIA BANK 381 MARKET STREET  SADDLEBROOK NJUS CARD# 0234 | 256.20 | 332.34 |
| 06/05 | Point Of Sale Withdrawal  QUICK CHEK CORPORATLODI NJUS CARD# 0234 | -13.78 | 318.56 |
| 06/06 | Point Of Sale Withdrawal  QUICK CHEK CORPORATLODI NJUS CARD# 0234 | -72.59 | 245.97 |
| 06/06 | Point Of Sale Withdrawal  QUICK CHEK CORPORATLODI NJUS CARD# 0234 | -25.07 | 220.90 |
| 06/06 | ATM Deposit  COLUMBIA BANK 381 MARKET STREET  SADDLEBROOK NJUS CARD# 0234 | 266.88 | 487.78 |
| 06/06 | ATM Deposit  COLUMBIA BANK 381 MARKET STREET  SADDLEBROOK NJUS CARD# 0234 | 293.56 | 781.34 |
| 06/06 | ATM Deposit  COLUMBIA BANK 381 MARKET STREET  SADDLEBROOK NJUS CARD# 0234 | 443.07 | 1,224.41 |
| 06/06 | ATM Deposit  COLUMBIA BANK 381 MARKET STREET  SADDLEBROOK NJUS CARD# 0234 | 282.89 | 1,507.30 |
| 06/06 | ATM Deposit  COLUMBIA BANK 381 MARKET STREET  SADDLEBROOK NJUS CARD# 0234 | 320.75 | 1,828.05 |
| 06/06 | ATM Deposit  COLUMBIA BANK 381 MARKET STREET  SADDLEBROOK NJUS CARD# 0234 | 213.50 | 2,041.55 |
| 06/06 | ATM Deposit  COLUMBIA BANK 381 MARKET STREET  SADDLEBROOK NJUS CARD# 0234 | 277.55 | 2,319.10 |
| 06/06 | Descriptive Withdrawal 06/06/17 ATM Deposit Difference BR040 | -0.50 | 2,318.60 |
| 06/06 | Point Of Sale Withdrawal  THE HOME DEPOT 99 STATE ROUTE 17 LODI  NJUS CARD# 0234 | -22.41 | 2,296.19 |
| 06/08 | ATM Withdrawal  COLUMBIA BANK 381 MARKET STREET SADDLEBROOK NJUS CARD# 0234 | -500.00 | 1,796.19 |
| 06/08 | ATM Deposit  COLUMBIA BANK 381 MARKET STREET  SADDLEBROOK NJUS CARD# 0234 | 256.20 | 2,052.39 |
| 06/08 | ATM Deposit  COLUMBIA BANK 381 MARKET STREET  SADDLEBROOK NJUS CARD# 0234 | 352.28 | 2,404.67 |
| 06/08 | ATM Deposit  COLUMBIA BANK 381 MARKET STREET  SADDLEBROOK NJUS CARD# 0234 | 175.00 | 2,579.67 |
| 06/08 | ATM Deposit  COLUMBIA BANK 381 MARKET STREET  SADDLEBROOK NJUS CARD# 0234 | 378.96 | 2,958.63 |
| 06/08 | ATM Deposit  COLUMBIA BANK 381 MARKET STREET  SADDLEBROOK NJUS CARD# 0234 | 211.37 | 3,170.00 |
| 06/08 | ATM Deposit  COLUMBIA BANK 381 MARKET STREET  SADDLEBROOK NJUS CARD# 0234 | 341.60 | 3,511.60 |
| 06/09 | Point Of Sale Withdrawal  QUICK CHEK CORPORATLODI  NJUS CARD# 0234 | -36.44 | 3,475.16 |
| 06/09 | ATM Deposit  COLUMBIA BANK 381 MARKET STREET  SADDLEBROOK NJUS CARD# 0234 | 277.55 | 3,752.71 |
| 06/09 | ATM Deposit  COLUMBIA BANK 381 MARKET STREET  SADDLEBROOK NJUS CARD# 0234 | 229.51 | 3,982.22 |
| 06/09 | Point Of Sale Withdrawal  FUEL 4 ELMWOOD PARKELMWOOD PARK NJUS CARD# 0234 | -59.32 | 3,922.90 |
| 06/10 | Point Of Sale Withdrawal  ADVANCE AUTO PA 427 MARKET STREET SADDLE BROOK NJUS CARD# 0234 | -13.44 | 3,909.46 |
| 06/10 | ATM Deposit  COLUMBIA BANK 381 MARKET STREET  SADDLEBROOK NJUS CARD# 0234 | 700.00 | 4,609.46 |
| 06/10 | ATM Deposit  COLUMBIA BANK 381 MARKET STREET  SADDLEBROOK NJUS CARD# 0234 | 240.19 | 4,849.65 |
| 06/10 | ATM Deposit  COLUMBIA BANK 381 MARKET STREET  SADDLEBROOK NJUS CARD# 0234 | 90.00 | 4,939.65 |
| 06/10 | Withdrawal | -600.00 | 4,339.65 |

 FDIC

3067    rev 05—17

## Statement of Account

Statement Date          Jun 01-Jun 30, 2017
Account Number                    8000969846
Page 3 of 5

### Transaction Activity

| Date | Description | Amount | Balance |
|------|-------------|--------|---------|
| 06/12 | ATM Deposit  COLUMBIA BANK 381 MARKET STREET  SADDLEBROOK NJUS CARD# 0234 | 234.85 | 4,574.50 |
| 06/12 | Point Of Sale Withdrawal  AMERICAN NURSERY ANFAIRLAWN NJUS CARD# 0234 | -190.50 | 4,384.00 |
| 06/12 | Point Of Sale Withdrawal  FUEL 4 ELMWOOD PARKELMWOOD PARK NJUS CARD# 0234 | -36.66 | 4,347.34 |
| 06/12 | External Withdrawal JDF ONE TIME TEL JOHN DEERE FINANCIAL - TELEPHONE | -100.00 | 4,247.34 |
| 06/12 | External Withdrawal ATT  - Payment | -220.56 | 4,026.78 |
| 06/13 | ATM Deposit  COLUMBIA BANK 381 MARKET STREET  SADDLEBROOK NJUS CARD# 0234 | 293.56 | 4,320.34 |
| 06/14 | Point Of Sale Withdrawal  Wal-Mart Super 5752 WAL-SAMS GARFIELD NJUS CARD# 0234 | -28.57 | 4,291.77 |
| 06/14 | Point Of Sale Withdrawal  FUEL 4 ELMWOOD PARKELMWOOD PARK NJUS CARD# 0234 | -62.03 | 4,229.74 |
| 06/15 | Point Of Sale Withdrawal  QUICK CHEK CORPORATLODI  NJUS CARD# 0234 | -25.64 | 4,204.10 |
| 06/16 | ATM Deposit  COLUMBIA BANK 381 MARKET STREET  SADDLEBROOK NJUS CARD# 0234 | 202.83 | 4,406.93 |
| 06/16 | ATM Deposit  COLUMBIA BANK 381 MARKET STREET  SADDLEBROOK NJUS CARD# 0234 | 304.24 | 4,711.17 |
| 06/16 | ATM Deposit  COLUMBIA BANK 381 MARKET STREET  SADDLEBROOK NJUS CARD# 0234 | 133.75 | 4,844.92 |
| 06/16 | ATM Deposit  COLUMBIA BANK 381 MARKET STREET  SADDLEBROOK NJUS CARD# 0234 | 181.48 | 5,026.40 |
| 06/16 | ATM Deposit  COLUMBIA BANK 381 MARKET STREET  SADDLEBROOK NJUS CARD# 0234 | 357.61 | 5,384.01 |
| 06/16 | ATM Deposit  COLUMBIA BANK 381 MARKET STREET  SADDLEBROOK NJUS CARD# 0234 | 800.00 | 6,184.01 |
| 06/16 | ATM Deposit  COLUMBIA BANK 381 MARKET STREET  SADDLEBROOK NJUS CARD# 0234 | 304.24 | 6,488.25 |
| 06/16 | Point Of Sale Withdrawal  BURGER KING #13 439 MARKET STREET ROCHELLE PARK  NJUS CARD# 0234 | -15.90 | 6,472.35 |
| 06/17 | Point Of Sale Withdrawal  QUICK CHEK CORPORATLODI  NJUS CARD# 0234 | -65.45 | 6,406.90 |
| 06/17 | Point Of Sale Withdrawal  QUICK CHEK CORPORATLODI  NJUS CARD# 0234 | -26.39 | 6,380.51 |
| 06/17 | ATM Deposit  COLUMBIA BANK 381 MARKET STREET  SADDLEBROOK NJUS CARD# 0234 | 768.60 | 7,149.11 |
| 06/17 | ATM Deposit  COLUMBIA BANK 381 MARKET STREET  SADDLEBROOK NJUS CARD# 0234 | 199.62 | 7,348.73 |
| 06/17 | ATM Deposit  COLUMBIA BANK 381 MARKET STREET  SADDLEBROOK NJUS CARD# 0234 | 30.00 | 7,378.73 |
| 06/17 | ATM Withdrawal  COLUMBIA BANK 381 MARKET STREET SADDLEBROOK NJUS CARD# 0234 | -500.00 | 6,878.73 |
| 06/17 | Withdrawal | -1,500.00 | 5,378.73 |
| 06/19 | ATM Deposit  COLUMBIA BANK 381 MARKET STREET  SADDLEBROOK NJUS CARD# 0234 | 288.23 | 5,666.96 |
| 06/19 | Point Of Sale Withdrawal  ENVIRONMENTAL RENEWWOODLAND PARK NJUS CARD# 0234 | -270.31 | 5,396.65 |
| 06/19 | ATM Withdrawal  COLUMBIA BANK 381 MARKET STREET SADDLEBROOK NJUS CARD# 0234 | -500.00 | 4,896.65 |
| 06/21 | Point Of Sale Withdrawal  QUICK CHEK CORPORATLODI  NJUS CARD# 0234 | -36.01 | 4,860.64 |
| 06/21 | ATM Deposit  COLUMBIA BANK 5-22 SADDLE RIVER RFAIR LAWN NJUS CARD# 0234 | 715.23 | 5,575.87 |





### Columbia Bank
19-01 ROUTE 208 NORTH – FAIR LAWN, NJ 07410
(800) 522-4167

**Statement of Account**
Statement Date        Jun 01-Jun 30, 2017
Account Number                    8000969846
Page 4 of 5

**Transaction Activity**

| Date | Description | Amount | Balance |
|------|-------------|-------:|--------:|
| 06/21 | ATM Deposit  COLUMBIA BANK 5-22 SADDLE RIVER RFAIR LAWN NJUS CARD# 0234 | 55.00 | 5,630.87 |
| 06/21 | ATM Deposit  COLUMBIA BANK 5-22 SADDLE RIVER RFAIR LAWN NJUS CARD# 0234 | 309.58 | 5,940.45 |
| 06/21 | ATM Deposit  COLUMBIA BANK 5-22 SADDLE RIVER RFAIR LAWN NJUS CARD# 0234 | 362.95 | 6,303.40 |
| 06/21 | ATM Deposit  COLUMBIA BANK 5-22 SADDLE RIVER RFAIR LAWN NJUS CARD# 0234 | 138.78 | 6,442.18 |
| 06/21 | ATM Deposit  COLUMBIA BANK 5-22 SADDLE RIVER RFAIR LAWN NJUS CARD# 0234 | 213.50 | 6,655.68 |
| 06/21 | ATM Deposit  COLUMBIA BANK 5-22 SADDLE RIVER RFAIR LAWN NJUS CARD# 0234 | 500.00 | 7,155.68 |
| 06/21 | ATM Deposit  COLUMBIA BANK 5-22 SADDLE RIVER RFAIR LAWN NJUS CARD# 0234 | 96.08 | 7,251.76 |
| 06/21 | ATM Deposit  COLUMBIA BANK 5-22 SADDLE RIVER RFAIR LAWN NJUS CARD# 0234 | 275.00 | 7,526.76 |
| 06/22 | Point Of Sale Withdrawal  FUEL 4 ELMWOOD PARKELMWOOD PARK NJUS CARD# 0234 | -63.29 | 7,463.47 |
| 06/23 | ATM Deposit  COLUMBIA BANK 381 MARKET STREET  SADDLEBROOK NJUS CARD# 0234 | 128.10 | 7,591.57 |
| 06/23 | ATM Deposit  COLUMBIA BANK 381 MARKET STREET  SADDLEBROOK NJUS CARD# 0234 | 74.90 | 7,666.47 |
| 06/23 | ATM Deposit  COLUMBIA BANK 381 MARKET STREET  SADDLEBROOK NJUS CARD# 0234 | 300.00 | 7,966.47 |
| 06/23 | ATM Deposit  COLUMBIA BANK 381 MARKET STREET  SADDLEBROOK NJUS CARD# 0234 | 629.83 | 8,596.30 |
| 06/23 | Point Of Sale Withdrawal  BP#2052124SADDLE BRSADDLE BROOK NJUS CARD# 0234 | -13.84 | 8,582.46 |
| 06/24 | ATM Withdrawal  COLUMBIA BANK 381 MARKET STREET SADDLEBROOK NJUS CARD# 0234 | -500.00 | 8,082.46 |
| 06/26 | ATM Deposit  COLUMBIA BANK 381 MARKET STREET  SADDLEBROOK NJUS CARD# 0234 | 89.97 | 8,172.43 |
| 06/26 | ATM Deposit  COLUMBIA BANK 381 MARKET STREET  SADDLEBROOK NJUS CARD# 0234 | 160.13 | 8,332.56 |
| 06/26 | ATM Deposit  COLUMBIA BANK 381 MARKET STREET  SADDLEBROOK NJUS CARD# 0234 | 96.08 | 8,428.64 |
| 06/26 | Point Of Sale Withdrawal  ADVANCE AUTO PA 427 MARKET STREET SADDLE BROOK NJUS CARD# 0234 | -47.00 | 8,381.64 |
| 06/26 | Point Of Sale Withdrawal  FUEL 4 ELMWOOD PARKELMWOOD PARK NJUS CARD# 0234 | -12.83 | 8,368.81 |
| 06/26 | Point Of Sale Withdrawal  FUEL 4 ELMWOOD PARKELMWOOD PARK NJUS CARD# 0234 | -67.45 | 8,301.36 |
| 06/27 | Point Of Sale Withdrawal  THE HOME DEPOT 99 STATE ROUTE 17 LODI  NJUS CARD# 0234 | -7.87 | 8,293.49 |
| 06/28 | ATM Deposit  COLUMBIA BANK 381 MARKET STREET  SADDLEBROOK NJUS CARD# 0234 | 255.00 | 8,548.49 |
| 06/28 | ATM Deposit  COLUMBIA BANK 381 MARKET STREET  SADDLEBROOK NJUS CARD# 0234 | 100.00 | 8,648.49 |
| 06/28 | ATM Deposit  COLUMBIA BANK 381 MARKET STREET  SADDLEBROOK NJUS CARD# 0234 | 224.26 | 8,872.75 |
| 06/28 | ATM Withdrawal  COLUMBIA BANK 381 MARKET STREET SADDLEBROOK NJUS CARD# 0234 | -500.00 | 8,372.75 |
| 06/29 | Point Of Sale Withdrawal  VALERO ELMWOOD PARKELMWOOD PARK NJUS CARD# 0234 | -36.58 | 8,336.17 |
| 06/29 | ATM Deposit  COLUMBIA BANK 381 MARKET STREET  SADDLEBROOK NJUS CARD# 0234 | 80.00 | 8,416.17 |

3067    rev 05-17



## Statement of Account

Statement Date    Jun 01-Jun 30, 2017
Account Number    8000969846
Page 5 of 5

**Transaction Activity**

| Date | Description | Amount | Balance |
|------|-------------|--------|---------|
| 06/29 | ATM Deposit  COLUMBIA BANK 381 MARKET STREET  SADDLEBROOK NJUS CARD# 0234 | 656.51 | 9,072.68 |
| 06/29 | ATM Withdrawal  COLUMBIA BANK 381 MARKET STREET SADDLEBROOK NJUS CARD# 0234 | -500.00 | 8,572.68 |
| 06/30 | Point Of Sale Withdrawal  ELMWOOD PARK DINER ELMWOOD PARK NJUS CARD# 0234 | -32.49 | 8,540.19 |

| PAID/RETURN ITEM FEES | Total For This Period | Total Year-To-Date |
|------------------------|----------------------|--------------------|
| Total Overdraft Fees | $0.00 | $85.00 |
| Total Returned Item Fees | $0.00 | $0.00 |



Nick Pezza
8B Charles St.

| Month | April | May | June | July | August | September | October |
|---|---|---|---|---|---|---|---|
| Rents Received | 1300 | 1300 | 1300 | 1300 | 1300 | 1300 | 1300 |
| Expenses: | | 200 | | 400 | | 300 | |
| Water | | | 300 | | | 300 | |
| Repairs | | | | | | | |
| Electric | | | | | | | |
| Liability Insurance | | | | | | | |
| Property Insurance | | | | | | 1000. | |
| Real Estate Taxes | | 4000. | | | 4000. | | |



Nick Pezza
10A Charles St.

Month

| | April | May | June | July | August | September | October |
|---|---|---|---|---|---|---|---|
| Rents Received | 1500 | 1500 | 1500 | 1500 | 1500 | 1500 | 1500 |

Expenses:

Water

| Repairs | 100.00 | | | 300 | | 200. | |

Electric

| Liability Insurance | | | | | 500.00 | | |

Property Insurance

| Real Estate Taxes | 1000.00 | | | 1000.00 | | | |

B1

Nick Pezza
878 River Dr.

| Month | April | May | June | July | August | September | October |
|---|---|---|---|---|---|---|---|
| **Rents Received** | 1500 | 2000 | 1500 | 500 | 1500 | 0 | 0 |
| **Expenses:** | | | | | | | |
| Water | | | 400.0 | | 400 | | |
| Repairs | 200 | | | 200 | | | |
| Electric | | | | | | | |
| Liability Insurance | | | | | | | |
| Property Insurance | 0 | INS mortgage | | | | | |
| Real Estate Taxes | | IN mortgage | | | | | |

B2

Jeanette Pezza
Contribution Sheet

Month

| | April | May | June | July | August | September | October |
|---|---|---|---|---|---|---|---|
| Contribution Sheet | 500 | 500.00 | 0 | 500. | 0 | 0 | 0 |



Nick Pezza
Nick's Landscaping

Month  June

| Day | Customer Name | Old Balance | Billed | Received | Owed |
|-----|---------------|-------------|--------|----------|------|
| Monday | | | | | |
| | Mrs Mindszenty | | 133 75 | 133 75 | |
| | Mrs Reeve | | 53.42 | | 53.42 |
| | Mrs Alexander | | 138 90 | | 138.90 |
| | Mr Koszermann | | 133.56 | | 133.90 |
| | Mr Marmolejos | | 85.48 | | 85.48 |
| | Mrs Krulewitz | | 64.11 | | 64.11 |
| | Mr Binakst | | 106.85 | | 106.85 |
| | Mrs Smith | | 104.85 | | 606 85 |
| | Mrs Stapplemm | | 144.25 | | 144.25 |

Nick Pezza
Nick's Landscaping

Month Image

| Day | Customer Name | Old Balance | Billed | Received | Owed |
|---|---|---|---|---|---|
| Monday | | | | | |
| | Mr Sorbera | 213.70 | 267.13 | | 267.13 |
| | Ms Wilk | 80.14 | 133.57 | | 133.57 |
| | Mr Solarino | 240.41 | 325.59 | | 325.59 |
| | Mr Villani | 170.96 | 235.07 | | 235.07 |
| Tuesday | Mr Miron | 192.37 | 247.18 | | 267.18 |
| | Mr DeMichele | | 53.43 | | 53.43 |
| | Mrs Francisco | | 128.22 | | 128.22 |
| | Mr Troth | 272.21 | 397.00 | | 347.00 |
| | Mr Dooley | 224.18 | 298.98 | | 298.98 |

Nick Pezza
Nick's Landscaping

Month  Jun

| Day | Customer Name | Old Balance | Billed | Received | Owed |
|---|---|---|---|---|---|
| Tuesday | | | | | |
| | Sherak | | 106.85 | | 106.85 |
| | Bloen | | 128.75 | | 128.25 |
| | Kazinets | | 149.59 | | 149.59 |
| | Lugaro | | 85.48 | | 85.48 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Nick Pezza
Nick's Landscaping

Month June

| Day | Customer Name | Old Balance | Billed | Received | Owed |
|-----|---------------|-------------|--------|----------|------|
| Tuesday | | | | | |
| | Mr Insler | 115 00 | 179.11 | | 179.11 |
| | Mrs Zotto | | 106.85 | | 106.85 |
| | Mr Rubino | 42.60 | 127.50 | | 127.80 |
| | Mr Colgan | | 64.11 | | 64.11 |
| Wednesday | Ms Nagle | | 128.22 | | 128.22 |
| | Mr Andrezzi | | 64.11 | | 64.11 |
| | Mr He | | 117.54 | | 117.54 |
| | Mrs D | 80.06 | 133.49 | | 133.49 |
| | Mrs Furnalik | | 106.85 | | 106.85 |

Nick Pezza
Nick's Landscaping

Month June

| Day | Customer Name | Old Balance | Billed | Received | Owed |
|---|---|---|---|---|---|
| Wednesday | | | | | |
| | Comauso | | 240.41 | | 240.41 |
| | Mrs Putchak | | 74.90 | 74.90 | 0 |
| | Mr Pruzinsky | | 112.19 | | 112.19 |
| | Mr Eartlake | | 106.85 | | 106.85 |
| | Mr Zwirecki | 648.21 | 712.32 | | 712.32 |
| | Mr Begosh | | 64.11 | | 64.11 |
| | Mr Borns | 282.89 | 386.27 | | 386.27 |
| | Mrs Carlor | 357.99 | 486.21 | 100.00 | 386.27 |
| Thursday | Mr Coriello | | 288.50 | | 288.50 |

Nick Pezza
Nick's Landscaping

Month  June

| Day | Customer Name | Old Balance | Billed | Received | Owed |
|-----|---------------|-------------|--------|----------|------|
| Thursday | | | | | |
| | Mr Metelow | | 117.54 | 117.54 | 0 |
| | Mes Dautner | | 106.55 | | 106.85 |
| | Mr Apizzi | | 133.56 | | 133.56 |
| | Cosmetics Llc | | 160.28 | | 160.28 |
| | Mr Wolf | | 160.28 | | 160.28 |
| | Mrs Peart | 64.20 | 128.40 | | 128.40 |
| | Mr Jordan | 485.71 | 571.19 | | 571.19 |
| | Mrs Alexander | | 641.10 | | 641.10 |
| | Mr Kaufman | | 133.56 | | 133.56 |

Nick Pezza
Nick's Landscaping

Month June

| Day | Customer Name | Old Balance | Billed | Received | Owed |
|---|---|---|---|---|---|
| Thursday | | | | | |
| | Ms Polisse | | 213.70 | | 213.70 |
| | Mr Messenio | | 240.41 | | 240.41 |
| | Mrs Yochechak | | 160.28 | | 160.28 |
| | Mrs Fowler | 272.47 | 336.58 | | 336.58 |
| | Mrs Ihemoguba | 1358.25 | 1433.08 | | 1433.08 |
| Friday June | Ludwig | 371.67 | 815.10 | | 815.10 |
| 6 | Mr Almonte | 80.15 | 133.59 | | 133.59 |
| | Mr Khoury | 1226.40 | 1359.96 | | 1359.96 |
| | Mr Woods | | 96.17 | | 96.17 |

Nick Pezza
Nick's Landscaping

Month  June

| Day | Customer Name | Old Balance | Billed | Received | Owed |
|---|---|---|---|---|---|
| Friday | | | | | |
| | Mr Mees | | 106.85 | | 106.85 |
| | Mr Zenda | | 160.28 | | 160.28 |
| | Mc'chisrella | | 80.14 | | 80.14 |
| | Mr Sobals | | 780.00 | | 780.00 |
| | Mr Porcoro | | 133.56 | | 133.56 |
| | Mr Moodie | | 154.93 | | 154.93 |
| | Mr Kurus | credit 211.77 | 160.27 | Credit 51.50 | Credit 51.50 |
| | Mr Cody | | 106.85 | | 106.85 |
| | Mrs Spraovero | 1401.60 | 1529.85 | | 1529.85 |

Nick Pezza
Nick's Landscaping

Month   June

| Day | Customer Name | Old Balance | Billed | Received | Owed |
|-----|---------------|-------------|--------|----------|------|
| Friday | | | | | |
| | Mr Sangrorgio | | 112.22 | | 112.22 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |