In re  Nicholas Pezza
          Debtor

Case No. ____16-3371_____
Reporting Period: __September 30, 2017__

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the four bank account columns. The amounts reported in the "PROJECTED" columns should be taken from the SMALL BUSINESS INITIAL REPORT (FORM IR-1). Attach copies of the bank statements and the cash disbursements journal. The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page. A bank reconciliation must be attached for each account. [See MOR-1 (CONT)]

| | BANK ACCOUNTS | | | | CURRENT MONTH | | CUMULATIVE FILING TO DATE | |
|---|---|---|---|---|---|---|---|---|
| | OPER. | PAYROLL | TAX | OTHER | ACTUAL | PROJECTED | ACTUAL | PROJECTED |
| CASH BEGINNING OF MONTH | | | | | 12,845 | | 75,843 | |
| **RECEIPTS** | | | | | | | | |
| CASH SALES | | | | | 6,519 | | 45,699 | |
| ACCOUNTS RECEIVABLE | | | | | | | | |
| LOANS AND ADVANCES | | | | | | | | |
| SALE OF ASSETS | | | | | | | | |
| OTHER (ATTACH LIST) | | | | | | | | |
| TRANSFERS (FROM DIP ACCTS) | | | | | | | | |
| Rent | | | | | 2,800 | | 23,040 | |
| TOTAL RECEIPTS | | | | | 9,319 | | 68,739 | |
| **DISBURSEMENTS** | | | | | | | | |
| Net payroll | | | | | | | | |
| PAYROLL TAXES | | | | | | | | |
| SALES, USE, & OTHER TAXES | | | | | | | | |
| INVENTORY PURCHASES | | | | | 4,084 | | 57,769 | |
| SECURED/ RENTAL/ LEASES | | | | | | | | |
| INSURANCE | | | | | 1,500 | | 1,500 | |
| ADMINISTRATIVE | | | | | | | | |
| Utilities | | | | | 700 | | 700 | |
| OTHER (ATTACH LIST) | | | | | | | | |
| Real estate taxes | | | | | | | 10,000 | |
| OWNER DRAW * | | | | | 300 | | 1,660 | |
| TRANSFERS (TO DIP ACCTS) | | | | | | | | |
| Repairs | | | | | 200 | | 800 | |
| PROFESSIONAL FEES | | | | | | | | |
| U.S. TRUSTEE QUARTERLY FEES | | | | | | | | |
| COURT COSTS | | | | | | | | |
| TOTAL DISBURSEMENTS | | | | | 6,784 | | 62,543 | |
| NET CASH FLOW | | | | | 2,536 | | 6,196 | |
| (RECEIPTS LESS DISBURSEMENTS) | | | | | | | | |
| CASH - END OF MONTH | | | | | 15,381 | | 82,039 | |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

THE FOLLOWING SECTION MUST BE COMPLETED

| DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN) | |
|---|---|
| TOTAL DISBURSEMENTS | 15,381 |
| LESS: TRANSFERS TO DEBTOR IN POSSESSION ACCOUNTS | 0 |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | 0 |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | 15,381 |

FORM MOR-1
(04/07)


Columbia Bank
19-01 ROUTE 208 NORTH – FAIR LAWN, NJ 07410
(800) 522-4167

Statement of Account
Statement Date     Sep 01-Sep 30, 2017
Account Number             8000969846
Page 1 of 4

oz 01    ADDRESS SERVICE REQUESTED
NICKS LANDSCAPING
488 DEWEY AVE
SADDLE BROOK  NJ  07663
04606
djw41


Card Valet

With CardValet, our newest debit card enhancement, you gain instant, 24/7 access to your account information...with the power to control where, when and how your debit card is used.
Using your Smartphone and our free app download, available from the Apple App Store or Google Play store, you can effectively manage your debit card anytime from anywhere -- by viewing account balances and transaction histories; restricting card usage based on merchant type, location and transaction amount; scheduling real time alerts, and more. Safeguard your debit card...with CardValet today!

## SUMMARY OF ACCOUNTS

| Business Free | 8000969846 | $4,926.43 | Home Mortgage Solutions...Fast and Easy! |

Looking for your dream home? Well, look no further! Columbia Bank offers low home mortgage rates...flexible terms...quick turnarounds...we'll even come to you! To learn more about our full range of home mortgage products and services, please contact our Call Center at (800) 522-4167.

## CHECKING

**Business Free**                                                                                       8000969846

| Previous Balance | | 2,490.72 | Account Title: | NICKS LANDSCAPING |
|---|---|---|---|---|
| 25 Deposits/Credits | | 6,519.25 | Account Number | 8000969846 |
| 33 Debits | | 4,083.54 | Number of Enclosures | 1 |
| 1 Checks | | 199.50 | Statement Dates | 09/01/2017 thru 09/30/2017 |
| Service Charge | | 0.00 | Days in the statement period | 30 |
| Current Balance | | 4,926.43 | | |

### Transaction Activity

| Date | Description | Amount | Balance |
|---|---|---|---|
| 09/01 | Beginning Balance | | 2,490.72 |
| 09/01 | ATM Withdrawal  COLUMBIA BANK 381 MARKET STREET SADDLEBROOK NJUS CARD# 0234 | -500.00 | 1,990.72 |
| 09/01 | Point Of Sale Withdrawal  ADVANCE AUTO PA 427 MARKET STREET SADDLE BROOK NJUS CARD# 0234 | -7.47 | 1,983.25 |
| 09/02 | Point Of Sale Withdrawal  PAYPAL *PALLMAR 2211 North First StSan Jose CAUS CARD# 0234 | -29.99 | 1,953.26 |
| 09/05 | Point Of Sale Withdrawal  FUEL 4 ELMWOOD PARKELMWOOD PARK NJUS CARD# 0234 | -61.64 | 1,891.62 |
| 09/06 | ATM Deposit  COLUMBIA BANK 381 MARKET STREET  SADDLEBROOK NJUS CARD# 0234 | 112.35 | 2,003.97 |



FDIC



**Columbia Bank**
19-01 ROUTE 208 NORTH - FAIR LAWN, NJ 07410
(800) 922-4167

**Statement of Account**
Statement Date    Sep 01-Sep 30, 2017
Account Number    8000969846
Page 2 of 4

## Transaction Activity

| Date | Description | Amount | Balance |
|---|---|---|---|
| 09/06 | ATM Deposit  COLUMBIA BANK 381 MARKET STREET  SADDLEBROOK NJUS CARD# 0234 | 200.00 | 2,203.97 |
| 09/07 | Point Of Sale Withdrawal  QUICK CHEK CORPORATLODI  NJUS CARD# 0234 | -60.80 | 2,143.17 |
| 09/07 | ATM Withdrawal  COLUMBIA BANK 381 MARKET STREET SADDLEBROOK NJUS CARD# 0234 | -500.00 | 1,643.17 |
| 09/07 | Point Of Sale Withdrawal  FUEL 4 ELMWOOD PARKELMWOOD PARK NJUS CARD# 0234 | -78.29 | 1,564.88 |
| 09/07 | External Withdrawal JDF ONE TIME TEL JOHN DEERE FINANCIAL - TELEPHONE | -200.00 | 1,364.88 |
| 09/08 | Point Of Sale Withdrawal  EZPASS PREPAID TOLL800-333-8655 NYUS CARD# 0234 | -73.31 | 1,291.57 |
| 09/08 | Point Of Sale Withdrawal  TURVINOS PIZZERIA RGLEN ROCK NJUS CARD# 0234 | -13.20 | 1,278.37 |
| 09/09 | Point Of Sale Withdrawal  THE HOME DEPOT 99 STATE ROUTE 17 LODI  NJUS CARD# 0234 | -28.83 | 1,249.54 |
| 09/09 | Point Of Sale Withdrawal  THE HOME DEPOT 99 STATE ROUTE 17 LODI  NJUS CARD# 0234 | -27.09 | 1,222.45 |
| 09/09 | ATM Deposit  COLUMBIA BANK 381 MARKET STREET  SADDLEBROOK NJUS CARD# 0234 | 240.41 | 1,462.86 |
| 09/09 | ATM Deposit  COLUMBIA BANK 381 MARKET STREET  SADDLEBROOK NJUS CARD# 0234 | 200.00 | 1,662.86 |
| 09/11 | Point Of Sale Withdrawal  WM SUPERCENTER Wal-Mart Super CentGARFIELD NJUS CARD# 0234 | -26.76 | 1,636.10 |
| 09/11 | Point Of Sale Withdrawal  FUEL 4 ELMWOOD PARKELMWOOD PARK NJUS CARD# 0234 | -52.23 | 1,583.87 |
| 09/11 | Point Of Sale Withdrawal  FUEL 4 ELMWOOD PARKELMWOOD PARK NJUS CARD# 0234 | -46.37 | 1,537.50 |
| 09/11 | ATM Deposit  COLUMBIA BANK 381 MARKET STREET  SADDLEBROOK NJUS CARD# 0234 | 160.13 | 1,697.63 |
| 09/12 | ATM Deposit  COLUMBIA BANK 381 MARKET STREET  SADDLEBROOK NJUS CARD# 0234 | 315.21 | 2,012.84 |
| 09/14 | Point Of Sale Withdrawal  FUEL 4 ELMWOOD PARKELMWOOD PARK NJUS CARD# 0234 | -42.46 | 1,970.38 |
| 09/14 | Point Of Sale Withdrawal  FUEL 4 ELMWOOD PARKELMWOOD PARK NJUS CARD# 0234 | -6.02 | 1,964.36 |
| 09/15 | Point Of Sale Withdrawal  GREENWAY SEED COMPAFAIR LAWN NJUS CARD# 0234 | -333.45 | 1,630.91 |
| 09/15 | Point Of Sale Withdrawal  FUEL 4 ELMWOOD PARKELMWOOD PARK NJUS CARD# 0234 | -15.03 | 1,615.88 |
| 09/15 | Check 101 | -199.50 | 1,416.38 |
| 09/16 | Point Of Sale Withdrawal  QUICK CHEK CORPORATLODI  NJUS CARD# 0234 | -45.31 | 1,371.07 |
| 09/16 | ATM Deposit  COLUMBIA BANK 381 MARKET STREET  SADDLEBROOK NJUS CARD# 0234 | 272.47 | 1,643.54 |
| 09/16 | ATM Deposit  COLUMBIA BANK 381 MARKET STREET  SADDLEBROOK NJUS CARD# 0234 | 250.00 | 1,893.54 |
| 09/16 | ATM Deposit  COLUMBIA BANK 381 MARKET STREET  SADDLEBROOK NJUS CARD# 0234 | 192.33 | 2,085.87 |
| 09/18 | Point Of Sale Withdrawal  ENVIRONMENTAL RENEWWOODLAND PARK NJUS CARD# 0234 | -165.58 | 1,920.29 |
| 09/18 | Point Of Sale Withdrawal  FUEL 4 ELMWOOD PARKELMWOOD PARK NJUS CARD# 0234 | -44.58 | 1,875.71 |
| 09/19 | ATM Deposit  COLUMBIA BANK 381 MARKET STREET  SADDLEBROOK NJUS CARD# 0234 | 373.98 | 2,249.69 |
| 09/19 | ATM Deposit  COLUMBIA BANK 381 MARKET STREET  SADDLEBROOK NJUS CARD# 0234 | 100.00 | 2,349.69 |




rev 05-17



**Columbia Bank**
19-01 ROUTE 208 NORTH – FAIR LAWN, NJ 07410
(800) 522-4167

Statement of Account
Statement Date    Sep 01-Sep 30, 2017
Account Number        8000969846
Page 4 of 4



**Statement of Account**
Statement Date    Sep 01- Sep 30, 2017
Account Number            8000969846
Page 3 of 4

## Transaction Activity

| Date  | Description | Amount | Balance |
|-------|-------------|--------|---------|
| 09/19 | ATM Deposit  COLUMBIA BANK 381 MARKET STREET  SADDLEBROOK NJUS CARD# 0234 | 240.41 | 2,590.10 |
| 09/19 | ATM Deposit  COLUMBIA BANK 381 MARKET STREET  SADDLEBROOK NJUS CARD# 0234 | 523.57 | 3,113.67 |
| 09/19 | ATM Deposit  COLUMBIA BANK 381 MARKET STREET  SADDLEBROOK NJUS CARD# 0234 | 454.11 | 3,567.78 |
| 09/19 | ATM Deposit  COLUMBIA BANK 381 MARKET STREET  SADDLEBROOK NJUS CARD# 0234 | 213.70 | 3,781.48 |
| 09/20 | Point Of Sale Withdrawal  FUEL 4 ELMWOOD PARKELMWOOD PARK NJUS CARD# 0234 | -11.70 | 3,769.78 |
| 09/21 | Point Of Sale Withdrawal  FUEL 4 ELMWOOD PARKELMWOOD PARK NJUS CARD# 0234 | -3.74 | 3,766.04 |
| 09/21 | Point Of Sale Withdrawal  FUEL 4 ELMWOOD PARKELMWOOD PARK NJUS CARD# 0234 | -52.40 | 3,713.64 |
| 09/22 | ATM Deposit  COLUMBIA BANK 381 MARKET STREET  SADDLEBROOK NJUS CARD# 0234 | 331.24 | 4,044.88 |
| 09/22 | ATM Deposit  COLUMBIA BANK 381 MARKET STREET  SADDLEBROOK NJUS CARD# 0234 | 160.28 | 4,205.16 |
| 09/22 | ATM Deposit  COLUMBIA BANK 381 MARKET STREET  SADDLEBROOK NJUS CARD# 0234 | 192.33 | 4,397.49 |
| 09/22 | ATM Deposit  COLUMBIA BANK 381 MARKET STREET  SADDLEBROOK NJUS CARD# 0234 | 240.41 | 4,637.90 |
| 09/22 | ATM Deposit  COLUMBIA BANK 381 MARKET STREET  SADDLEBROOK NJUS CARD# 0234 | 379.32 | 5,017.22 |
| 09/22 | ATM Withdrawal COLUMBIA BANK 381 MARKET STREET SADDLEBROOK NJUS CARD# 0234 | -500.00 | 4,517.22 |
| 09/22 | Point Of Sale Withdrawal  QUICK CHEK CORPORATLODI  NJUS CARD# 0234 | -70.83 | 4,446.39 |
| 09/25 | ATM Deposit  COLUMBIA BANK 381 MARKET STREET  SADDLEBROOK NJUS CARD# 0234 | 400.00 | 4,846.39 |
| 09/25 | ATM Deposit  COLUMBIA BANK 381 MARKET STREET  SADDLEBROOK NJUS CARD# 0234 | 352.61 | 5,199.00 |
| 09/25 | External Withdrawal ATT  - Payment | -246.03 | 4,952.97 |
| 09/26 | ATM Deposit  COLUMBIA BANK 381 MARKET STREET  SADDLEBROOK NJUS CARD# 0234 | 133.56 | 5,086.53 |
| 09/26 | ATM Deposit  COLUMBIA BANK 381 MARKET STREET  SADDLEBROOK NJUS CARD# 0234 | 288.50 | 5,375.03 |
| 09/26 | ATM Deposit  COLUMBIA BANK 381 MARKET STREET  SADDLEBROOK NJUS CARD# 0234 | 192.33 | 5,567.36 |
| 09/27 | Point Of Sale Withdrawal  EZPASS PREPAID TOLL800-333-8655 NYUS CARD# 0234 | -55.00 | 5,512.36 |
| 09/29 | ATM Withdrawal COLUMBIA BANK 381 MARKET STREET SADDLEBROOK NJUS CARD# 0234 | -500.00 | 5,012.36 |
| 09/29 | Point Of Sale Withdrawal  QUICK CHEK CORPORATLODI  NJUS CARD# 0234 | -67.69 | 4,944.67 |
| 09/30 | Point Of Sale Withdrawal  WAL-MART #3562 Wal-Mart Store SADDLE BROOK NJUS CARD# 0234 | -18.24 | 4,926.43 |

### CHECKS IN NUMBER ORDER

| Date  | Check No | Amount |
|-------|----------|--------|
| 09/15 | 101      | 199.50 |

| PAID/RETURN ITEM FEES | Total For This Period | Total Year-To-Date |
|-----------------------|-----------------------|--------------------|
| Total Overdraft Fees  | $0.00                 | $85.00             |
| Total Returned Item Fees | $0.00              | $0.00              |



| NO. |     |
|-----|-----|
|     | $   |
|     | $   |
|     | $   |
|     | $   |
|     | $   |
|     | $   |
|     | $   |
|     | $   |
| TOTAL | $ |

**THIS AREA IS PROVIDED TO HELP YOU BALANCE YOUR CHECKING ACCOUNT STATEMENT**

If your Checking Account has overdraft protection, remember to record the dollar amount of funds transferred into your checking account from your other designated deposit account or from your Premium Overdraft or your CheckRight Overdraft Line of Credit.

Bank Balance Shown on this Statement    $

ADD+

Deposits not credited on this Statement (If Any)    $

SUBTOTAL    $

SUBTRACT-

Checks Outstanding    $

TOTAL    $

Should agree with checkbook balance after adding interest and deducting service charges (if any) shown on your checking statement. Please report any difference to us within 10 days of receipt of this statement. If no difference is reported in 10 days, the account will be considered correct. Direct checking account inquires to the branch servicing it or to our customer service center at 1-800-522-4167.

**IMPORTANT NOTICE**

1. Always be alert to your surroundings and defer ATM transactions if circumstances cause you to be apprehensive.
2. Close the entry door of any ATM facility so equipped.
3. Put away withdrawn cash before exiting any ATM facility.
4. Direct any complaints concerning ATM security to an appropriate department of the owner of the ATM or to the NJ Department of Banking.
5. If you have any concerns about the security of any ATM owned and operated by Columbia Bank, call 1-800-522-4167 or the NJ Department of Banking at 609-292-7272.

**LOST OR STOLEN DEBIT CARD**

To report a lost or stolen Columbia Bank Debit Card, please call 800-522-4167, Monday through Friday from 7:30am - 8:00pm and Saturday from 8:00am – 2:00 PM. After normal business hours, please call 800-472-3272.

**THE FOLLOWING DISCLOSURE RELATES TO ACCOUNTS THAT CAN BE ACCESSED VIA ELECTRONIC FUND TRANSFERS**

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUND TRANSFERS**

Telephone us at 800-522-4167 (outside the Continental US call (201)796-3600) or write us at Columbia Bank, 19-01 Route 208 North, Fair Lawn, NJ 07410 ATTN: Customer Service Center, as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error so that you will have the use of the money during the time it takes us to complete our investigation.

**YOU MUST PUT YOUR COMPLAINT OR QUESTION IN WRITING EVEN IF YOU CALL. IF WE DO NOT RECEIVE IT WITHIN 10 BUSINESS DAYS OF RECEIPT OF THIS STATEMENT, WE MAY NOT CREDIT YOUR ACCOUNT.**

To find out whether preauthorized electronic fund transfers to your account have been received, please call 800-747-4428 (outside the Continental US call (201) 703-3751) during normal business hours.

**IMPORTANT INFORMATION REGARDING YOUR OVERDRAFT PROTECTION LINE OF CREDIT STATEMENT**

"PREV. BALANCE" and "PRIOR STATEMENT BALANCES" is the total unpaid principal at the beginning of the billing cycle. "NEW BALANCE" is the total unpaid principal at the end of the cycle.

Refer to the "TRANSACTION SECTION." The information within this section relates to the transactions that occurred during the statement cycle. Transactions shown in this section are the result of transactions affecting the loan. Transactions affecting the principal such as loans being made, the principal portion of payments received (if any), and other adjustments made. The principal balance from each of these figures is stated in the "PRINCIPAL" column. The principal balance remains unchanged between the dates of activity indicated.

The statement also totals fees assessed for the cycle and year-to-date. It also totals interest charged for the cycle and year-to-date.

Any payments received at other than the billing address may be subject to delays in posting.

The current interest rate is divided by 365 to arrive at the daily periodic rate. The daily periodic rate is multiplied by each of the different principal balances and then by the number of days each balance remained unchanged. The sum of these calculations equals the interest charge disclosed on the statement.

Send payment to:
Columbia Bank
P.O. Box 947
Fair Lawn, NJ 07410

Send billing inquiries to:
Columbia Bank
Attn: Loan Accounting Department
19-01 Route 208 North
Fair Lawn, NJ 07410

**THE FOLLOWING DISCLOSURE REQUIRED BY FEDERAL LAW APPLIES TO OVERDRAFT PROTECTION LINE OF CREDIT ACCOUNTS. IT DOES NOT APPLY TO COMMERCIAL LINE OF CREDIT ACCOUNTS.**

**BILLING RIGHTS SUMMARY**

*What To Do If You Think You Find A Mistake On Your Statement*

If you think there is an error on your statement, write to us on a separate sheet at the address shown above for billing inquiries.

In your letter, give us the following information.
- Account information: Your name and account number
- Dollar Amount
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But if we determine that we made a mistake, you will not have to pay the amount in question or any other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

23027

PLEASE VISIT OUR WEBSITE AT COLUMBIABANKONLINE.COM

Revision 01/19/2017

Nick Pezza
8B Charles St.

| Month | April | May | June | July | August | September | October |
|---|---|---|---|---|---|---|---|
| Rents Received | 1300 | 1300 | 1300 | 1300 | 1300 | 1300 | 1300 |
| Expenses: | | 200 | | 400 | | 300 | |
| Water | | | 300 | | | 300 | |
| Repairs | | | | | | | |
| Electric | | | | | | | |
| Liability Insurance | | | | | | | |
| Property Insurance | | | | | | | 1000 |
| Real Estate Taxes | | 4000. | | | 4000. | | |



B

Nick Pezza
10A Charles St.

| Month | April | May | June | July | August | September | October |
|---|---|---|---|---|---|---|---|
| Rents Received | 1500 | 1500 | 1500 | 1500 | 1500 | 1500 | 1500 |
| Expenses: | | | | | | | |
| Water | | | | | | | |
| Repairs | 100.00 | | | 300 | 200. | | |
| Electric | | | | | | | |
| Liability Insurance | | | | | 500.00 | | |
| Property Insurance | | | | | | | |
| Real Estate Taxes | 1000.00 | | | | 1000.00 | | |

B1

Nick Pezza
878 River Dr.

| Month | April | May | June | July | August | September | October |
|---|---|---|---|---|---|---|---|
| Rents Received | | 1500 | 2000 | 1500 | 500 | 1500 | 0 | 0 |
| Expenses: | | | | | | | | |
| Water | | | | 400.00 | | | 950 | |
| Repairs | | | 200 | | | 200 | | |
| Electric | | | | | | | | |
| Liability Insurance | | | | | | | | |
| Property Insurance | | 0 | IN mortgage | | | | | |
| Real Estate Taxes | | | IN mortgage | | | | | |

B2

Jeanette Pezza
Contribution Sheet

Month

| | April | May | June | July | August | September | October |
|---|---|---|---|---|---|---|---|
| Contribution Sheet | 500 | 500.00 | 0 | 500. | 0 | 0 | 0 |



Nick Pezza
Nick's Landscaping

Month Sept

| Day | Customer Name | Old Balance | Billed | Received | Owed |
|---|---|---|---|---|---|
| Monday | | | | | |
| | Mindszenty | | 107.00 | 107.00 | —0— |
| | Rieve | | 53.43 | | 53.43 |
| | Alexander | | 138.90 | | 138.90 |
| | Kasterman | 128.25 | 256.50 | | 256.50 |
| | Marmolejos | 85.50 | 171.00 | | 171.00 |
| | Krulewitz | 224.41 | 288.52 | | 288.52 |
| | Bwakaj | 106.88 | 213.76 | | 213.76 |
| | Smith | 106.88 | 213.76 | | 213.76 |
| | Stapleman | 106.88 | 213.76 | | 213.76 |

Nick Pezza
Nick's Landscaping

Month Sept

| Day | Customer Name | Old Balance | Billed | Received | Owed |
|---|---|---|---|---|---|
| Monday | | | | | |
| | Sochern | 373.99 | 454.13 | | 454.13 |
| | Wilk | 240.43 | 293.56 | | 293.56 |
| | Solerino | 518.22 | 603.70 | | 603.70 |
| | Villani | 395.35 | 459.46 | | 459.46 |
| Tuesday | Mirop | 454.21 | 529.02 | | 529.02 |
| | D. Michele | 293.84 | 347.27 | | 347.27 |
| | Francisco | 258.56 | 416.81 | | 416.81 |
| | Tralli | 496.60 | 571.39 | | 571.39 |
| | Darvey | 485.96 | 560.69 | | 560.69 |

Nick Pezza
Nick's Landscaping

Month Sept

| Day | Customer Name | Old Balance | Billed | Received | Owed |
|---|---|---|---|---|---|
| Tuesday | | | | | |
| | Sherak | 47.29 | 154.17 | | 154.17 |
| | Shoen | 502.31 | 630.56 | | 630.56 |
| | Kalinets | 187.03 | 336.66 | | 336.66 |
| | Lugaro | 85.50 | $71.00 | | 171.00 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Nick Pezza
Nick's Landscaping

Month Sept

| Day | Customer Name | Old Balance | Billed | Received | Owed |
|---|---|---|---|---|---|
| Tuesday | Insler | 360.76 | 424.89 | | 424.89 |
| | Zotto | 133.59 | 240.44 | | 240.44 |
| | Rubino | | 85.20 | | 85.20 |
| | Colgan | | 64.13 | | 64.13 |
| Wednesday | Nagle | 128.25 | 256.50 | | 256.50 |
| | Malrezzi | | 64.13 | | 64.13 |
| | Matte | | 117.56 | | 117.56 |
| | Mrs D | 267.05 | 320.49 | | 320.49 |
| | Cosmailc | 133.59 | 240.47 | | 240.47 |

Nick Pezza
Nick's Landscaping

Month Sept

| Day | Customer Name | Old Balance | Billed | Received | Owed |
|---|---|---|---|---|---|
| Wednesday | | | | | |
| | Lumauro | 181.64 | 288.57 | | 288.57 |
| | Plutchak | | 74.90 | 74.90 | 0 |
| | Pruzinsky | | 101.53 | | 101.53 |
| | Eastlake | 133.59 | 240.17 | | 240.17 |
| | Zwirecki | 840.54 | 904.64 | | 904.64 |
| | Begosh | | 64.13 | | 64.13 |
| | Borns | No Service | | | |
| | Carlor | | | | |
| Thursday | Cariello | 117.56 | 181.69 | | 181.69 |

Nick Pezza
Nick's Landscaping

Month Sept

| Day | Customer Name | Old Balance | Billed | Received | Owed |
|---|---|---|---|---|---|
| Thursday | | | | | |
| | Metelow | 94.05 | 188.10 | | 188.10 |
| | Dautner | 106.88 | 192.38 | | 192.38 |
| | Capizzi | 106.88 | 213.76 | | 213.76 |
| | Cosmetics LLC | credit 59.60 | 128.25 | -59.60 | 68.65 |
| | Wolf | 128.25 | 256.50 | | 256.50 |
| | Peart | 288.61 | 352.74 | | 352.74 |
| | Jordan | 785.42 | 870.92 | | 870.92 |
| | Alexander | 128.25 | 278.56 | | 278.56 |
| | Kaufman | 133.59 | 261.84 | | 261.84 |

Nick Pezza
Nick's Landscaping

Month: Sept

| Day | Customer Name | Old Balance | Billed | Received | Owed |
|---|---|---|---|---|---|
| Thursday | Messeno | 213.75 | 395.44 | | 395.44 |
| | Palisse | 213.75 | 384.75 | | 384.75 |
| | Yrchechak | 428.81 | 557.06 | | 557.06 |
| | Fowler | 538.50 | 678.50 | 678.50 | -0- |
| | Ihemaguba | 1630.06 | 1694.87 | | 1694.87 |
| Friday | Ludwig | 800.20 | 933.79 | | 933.79 |
| | Al Monte | 240.47 | 320.63 | | 320.63 |
| | Khoury | 823.69 | 967.28 | | 967.28 |
| | Woods | 76.95 | 173.14 | | 173.14 |

Nick Pezza
Nick's Landscaping

Month July

| Day | Customer Name | Old Balance | Billed | Received | Owed |
|---|---|---|---|---|---|
| Friday | | | | | |
| | Mees | 85.50 | 203.06 | | 203.06 |
| | Zenda | 128.25 | 288.56 | | 288.56 |
| | Chiarella | 53.44 | 106.88 | | 106.88 |
| | Sabala | 128.25 | 288.56 | | 288.56 |
| | Porroro | 106.88 | 240.47 | | 240.97 |
| | Moodie | 106.88 | 240.47 | | 240.97 |
| | Kurus | 405.66 | 565.97 | | 545.97 |
| | Cody | 304.54 | 410.42 | | 410.42 |
| | Seraviero | 1700.85 | 1786.35 | | 1786.35 |

Nick Pezza
Nick's Landscaping

Month  Apl

| Day | Customer Name | Old Balance | Billed | Received | Owed |
|---|---|---|---|---|---|
| friday | | | | | |
| | Sangcorgio | 261.84 | 336.65 | | 336.65 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |