In re  Nicholas Pezza
       Debtor

Case No. ____16-3371____
Reporting Period: October 31, 2017

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the four bank account columns. The amounts reported in the "PROJECTED" columns should be taken from the SMALL BUSINESS INITIAL REPORT (FORM IR-1). Attach copies of the bank statements and the cash disbursements journal. The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page. A bank reconciliation must be attached for each account. [See MOR-1 (CON'T)]

| | BANK ACCOUNTS | | | | CURRENT MONTH | | CUMULATIVE FILING TO DATE | |
|---|---|---|---|---|---|---|---|---|
| | OPER. | PAYROLL | TAX | OTHER | ACTUAL | PROJECTED | ACTUAL | PROJECTED |
| CASH BEGINNING OF MONTH | | | | | 15,381 | | 91,224 | |
| **RECEIPTS** | | | | | | | | |
| CASH SALES | | | | | 7,238 | | 52,937 | |
| ACCOUNTS RECEIVABLE | | | | | | | | |
| LOANS AND ADVANCES | | | | | | | | |
| SALE OF ASSETS | | | | | | | | |
| OTHER (ATTACH LIST) | | | | | | | | |
| TRANSFERS (FROM DIP ACCTS) | | | | | | | | |
| Rent | | | | | 2,300 | | 25,340 | |
| TOTAL RECEIPTS | | | | | 9,538 | | 78,277 | |
| **DISBURSEMENTS** | | | | | | | | |
| Net payroll | | | | | | | | |
| PAYROLL TAXES | | | | | | | | |
| SALES, USE, & OTHER TAXES | | | | | | | | |
| INVENTORY PURCHASES | | | | | 5,534 | | 63,303 | |
| SECURED/ RENTAL/ LEASES | | | | | | | | |
| INSURANCE | | | | | | | 1,500 | |
| ADMINISTRATIVE | | | | | | | | |
| Utilities | | | | | | | 700 | |
| OTHER (ATTACH LIST) | | | | | | | | |
| Real estate taxes | | | | | | | 10,000 | |
| OWNER DRAW * | | | | | | | 1,660 | |
| TRANSFERS (TO DIP ACCTS) | | | | | | | | |
| Repairs | | | | | | | 800 | |
| PROFESSIONAL FEES | | | | | | | | |
| U.S. TRUSTEE QUARTERLY FEES | | | | | | | | |
| COURT COSTS | | | | | | | | |
| TOTAL DISBURSEMENTS | | | | | 5,534 | | 61,293 | |
| NET CASH FLOW | | | | | 4,004 | | 16,984 | |
| (RECEIPTS LESS DISBURSEMENTS) | | | | | | | | |
| CASH - END OF MONTH | | | | | 19,385 | | 108,208 | |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

### THE FOLLOWING SECTION MUST BE COMPLETED

| DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN) | |
|---|---|
| TOTAL DISBURSEMENTS | 19,385 |
| LESS: TRANSFERS TO DEBTOR IN POSSESSION ACCOUNTS | 0 |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | 0 |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | 19,385 |

FORM MOR-1
(04/07)

 **Columbia Bank**
19-01 ROUTE 208 NORTH - FAIR LAWN, NJ 07410
(800) 522-4167

**Statement of Account**
Statement Date          Oct 01-Oct 31, 2017
Account Number                    8000969846
Page 1 of 3


02 01
NICKS LANDSCAPING
468 DEWEY AVE
SADDLE BROOK  NJ  07663
04187
inp4f

ADDRESS SERVICE REQUESTED

 With CardValet, our newest debit card enhancement, you gain instant, 24/7 access to your account information   with the power to control where, when and how your debit card is used.

Using your Smartphone and our free app download, available from the Apple App Store or Google Play store, you can effectively manage your debit card anytime from anywhere -- by viewing account balances and transaction histories; restricting card usage based on merchant type, location and transaction amount, scheduling real time alerts, and more. Safeguard your debit card...with CardValet today!

## SUMMARY OF ACCOUNTS

| | | | |
|---|---|---|---|
| Business Free | 8000969846 | $6,630.84 | **Home Mortgage Solutions...Fast and Easy!** |

Looking for your dream home? Well, look no further! Columbia Bank offers low home mortgage rates.. flexible terms.. quick turnarounds...we'll even come to you! To learn more about our full range of home mortgage products and services, please contact our Call Center at (800) 522-4167.

## CHECKING                                                                                   8000969846
### Business Free

| | | | | |
|---|---|---|---|---|
| Previous Balance | 4,926.43 | Account Title: | NICKS LANDSCAPING | |
| 25 Deposits/Credits | 7,238.17 | Account Number | | 8000969846 |
| 34 Debits | 5,533.76 | Number of Enclosures | | 0 |
| 0 Checks | 0.00 | Statement Dates | 10/01/2017 thru 10/31/2017 | |
| Service Charge | 0.00 | Days in the statement period | | 31 |
| Current Balance | 6,630.84 | | | |

### Transaction Activity

| Date | Description | Amount | Balance |
|---|---|---|---|
| 10/01 | Beginning Balance | | 4,926.43 |
| 10/02 | ATM Deposit  COLUMBIA BANK 381 MARKET STREET  SADDLEBROOK NJUS CARD# 0234 | 75.00 | 5,001.43 |
| 10/02 | Point Of Sale Withdrawal  FUEL 4 ELMWOOD PARKELMWOOD PARK NJUS CARD# 0234 | -72.01 | 4,929.42 |
| 10/02 | Point Of Sale Withdrawal  QUICK CHEK CORPORATLODI  NJUS CARD# 0234 | -75.00 | 4,854.42 |
| 10/05 | ATM Deposit  COLUMBIA BANK 381 MARKET STREET  SADDLEBROOK NJUS CARD# 0234 | 235.07 | 5,089.49 |
| 10/05 | ATM Deposit  COLUMBIA BANK 381 MARKET STREET  SADDLEBROOK NJUS CARD# 0234 | 448.77 | 5,538.26 |

  FDIC

**Columbia Bank**
19-01 ROUTE 208 NORTH – FAIR LAWN, NJ 07410
(800) 522-4167

Statement of Account
Statement Date: Oct 01–Oct 31, 2017
Account Number: 8000969846
Page 2 of 3

## Transaction Activity

| Date | Description | Amount | Balance |
|---|---|---|---|
| 10/05 | ATM Deposit  COLUMBIA BANK 381 MARKET STREET  SADDLEBROOK NJUS CARD# 0234 | 678.50 | 6,216.76 |
| 10/05 | ATM Deposit  COLUMBIA BANK 381 MARKET STREET  SADDLEBROOK NJUS CARD# 0234 | 635.76 | 6,852.52 |
| 10/05 | ATM Deposit  COLUMBIA BANK 381 MARKET STREET  SADDLEBROOK NJUS CARD# 0234 | 192.33 | 7,044.85 |
| 10/05 | ATM Deposit  COLUMBIA BANK 381 MARKET STREET  SADDLEBROOK NJUS CARD# 0234 | 582.33 | 7,627.18 |
| 10/05 | ATM Deposit  COLUMBIA BANK 381 MARKET STREET  SADDLEBROOK NJUS CARD# 0234 | 384.66 | 8,011.84 |
| 10/05 | ATM Withdrawal  COLUMBIA BANK 381 MARKET STREET  SADDLEBROOK NJUS CARD# 0234 | -500.00 | 7,511.84 |
| 10/05 | Point Of Sale Withdrawal  QUICK CHEK CORPORATLODI  NJUS CARD# 0234 | -28.82 | 7,483.02 |
| 10/06 | ATM Withdrawal  COLUMBIA BANK 381 MARKET STREET  SADDLEBROOK NJUS CARD# 0234 | -500.00 | 6,983.02 |
| 10/06 | Point Of Sale Withdrawal  BP#2052124SADDLE BRSADDLE BROOK NJUS CARD# 0234 | -40.19 | 6,942.83 |
| 10/07 | Point Of Sale Withdrawal  THE HOME DEPOT 103-179 DAYTON AVENPASSAIC NJUS CARD# 0234 | -8.63 | 6,934.20 |
| 10/10 | Point Of Sale Withdrawal  EXXONMOBIL 47970HASBROUCK HEI  NJUS CARD# 0234 | -48.11 | 6,886.09 |
| 10/10 | ATM Deposit  COLUMBIA BANK 381 MARKET STREET  SADDLEBROOK NJUS CARD# 0234 | 300.00 | 7,186.09 |
| 10/10 | ATM Deposit  COLUMBIA BANK 381 MARKET STREET  SADDLEBROOK NJUS CARD# 0234 | 293.84 | 7,479.93 |
| 10/10 | Point Of Sale Withdrawal  LOWE'S #1942 150 ROUTE 17 NORTH E RUTHERFORD NJUS CARD# 0234 | -27.55 | 7,452.38 |
| 10/10 | External Withdrawal JDF ONE TIME TEL JOHN DEERE FINANCIAL - TELEPHONE | -300.00 | 7,152.38 |
| 10/10 | External Withdrawal GEICO  - GEICO PYMT | -698.80 | 6,453.58 |
| 10/12 | ATM Deposit  COLUMBIA BANK 381 MARKET STREET  SADDLEBROOK NJUS CARD# 0234 | 293.84 | 6,747.42 |
| 10/12 | Point Of Sale Withdrawal  EXXONMOBIL 47970HASBROUCK HEI  NJUS CARD# 0234 | -39.55 | 6,707.87 |
| 10/13 | Point Of Sale Withdrawal  QUICK CHEK CORPORATLODI  NJUS CARD# 0234 | -25.95 | 6,681.92 |
| 10/14 | Point Of Sale Withdrawal  QUICK CHEK CORPORATLODI  NJUS CARD# 0234 | -37.96 | 6,643.96 |
| 10/16 | ATM Deposit  COLUMBIA BANK 381 MARKET STREET  SADDLEBROOK NJUS CARD# 0234 | 219.04 | 6,863.00 |
| 10/16 | ATM Deposit  COLUMBIA BANK 381 MARKET STREET  SADDLEBROOK NJUS CARD# 0234 | 325.89 | 7,188.89 |
| 10/16 | ATM Deposit  COLUMBIA BANK 381 MARKET STREET  SADDLEBROOK NJUS CARD# 0234 | 107.00 | 7,295.89 |
| 10/16 | ATM Deposit  COLUMBIA BANK 381 MARKET STREET  SADDLEBROOK NJUS CARD# 0234 | 240.41 | 7,536.30 |
| 10/16 | ATM Deposit  COLUMBIA BANK 381 MARKET STREET  SADDLEBROOK NJUS CARD# 0234 | 74.90 | 7,611.20 |
| 10/17 | ATM Deposit  COLUMBIA BANK 381 MARKET STREET  SADDLEBROOK NJUS CARD# 0234 | 107.00 | 7,718.20 |
| 10/17 | ATM Deposit  COLUMBIA BANK 381 MARKET STREET  SADDLEBROOK NJUS CARD# 0234 | 208.36 | 7,926.56 |
| 10/17 | ATM Deposit  COLUMBIA BANK 381 MARKET STREET  SADDLEBROOK NJUS CARD# 0234 | 288.50 | 8,215.06 |
| 10/17 | ATM Withdrawal  COLUMBIA BANK 381 MARKET STREET  SADDLEBROOK NJUS CARD# 0234 | -400.00 | 7,815.06 |

3067    rev 09-17


FDIC

**Statement of Account**

Statement Date: Oct 01-Oct 31, 2017
Account Number: 8000969846
Page 3 of 3

### Transaction Activity

| Date | Description | Amount | Balance |
|---|---|---|---|
| 10/17 | Point Of Sale Withdrawal  FUEL 4 ELMWOOD PARKELMWOOD PARK NJUS CARD# 0234 | -81.47 | 7,733.59 |
| 10/18 | Point Of Sale Withdrawal  WM SUPERCENTER Wal-Mart Super CentGARFIELD NJUS CARD# 0234 | -26.85 | 7,706.74 |
| 10/19 | ATM Withdrawal  COLUMBIA BANK 381 MARKET STREET SADDLEBROOK NJUS CARD# 0234 | -500.00 | 7,206.74 |
| 10/19 | Point Of Sale Withdrawal  QUICK CHEK CORPORATLODI NJUS CARD# 0234 | -40.94 | 7,165.80 |
| 10/20 | Point Of Sale Withdrawal  THE HOME DEPOT 103-179 DAYTON AVENPASSAIC NJUS CARD# 0234 | -22.14 | 7,143.66 |
| 10/21 | ATM Deposit  COLUMBIA BANK 381 MARKET STREET SADDLEBROOK NJUS CARD# 0234 | 400.00 | 7,543.66 |
| 10/21 | ATM Deposit  COLUMBIA BANK 381 MARKET STREET SADDLEBROOK NJUS CARD# 0234 | 221.18 | 7,764.84 |
| 10/21 | ATM Deposit  COLUMBIA BANK 381 MARKET STREET SADDLEBROOK NJUS CARD# 0234 | 117.54 | 7,882.38 |
| 10/21 | ATM Deposit  COLUMBIA BANK 381 MARKET STREET SADDLEBROOK NJUS CARD# 0234 | 150.00 | 8,032.38 |
| 10/21 | ATM Withdrawal  COLUMBIA BANK 381 MARKET STREET SADDLEBROOK NJUS CARD# 0234 | -500.00 | 7,532.38 |
| 10/21 | Point Of Sale Withdrawal  P & A AUTO PARTS SADLE BROOK NJUS CARD# 0234 | -40.60 | 7,491.78 |
| 10/23 | Point Of Sale Withdrawal  EZPASS PREPAID TOLL800-333-8655 NYUS CARD# 0234 | -55.00 | 7,436.78 |
| 10/23 | Point Of Sale Withdrawal  QUICK CHEK CORPORATLODI NJUS CARD# 0234 | -63.10 | 7,373.68 |
| 10/23 | Point Of Sale Withdrawal  FUEL 4 LODI NJUS CARD# 0234 | -80.02 | 7,293.66 |
| 10/25 | Point Of Sale Withdrawal  PASSAIC METAL & BLDCLIFTON NJUS CARD# 0234 | -64.13 | 7,229.53 |
| 10/25 | Point Of Sale Withdrawal  CENTRAL SUPPLY PASSAIC NJUS CARD# 0234 | -6.45 | 7,223.08 |
| 10/27 | ATM Withdrawal  COLUMBIA BANK 381 MARKET STREET SADDLEBROOK NJUS CARD# 0234 | -500.00 | 6,723.08 |
| 10/27 | ATM Deposit  COLUMBIA BANK 381 MARKET STREET SADDLEBROOK NJUS CARD# 0234 | 412.72 | 7,135.80 |
| 10/27 | ATM Deposit  COLUMBIA BANK 381 MARKET STREET SADDLEBROOK NJUS CARD# 0234 | 245.53 | 7,381.33 |
| 10/28 | Point Of Sale Withdrawal  THE HOME DEPOT 99 STATE ROUTE 17 LODI NJUS CARD# 0234 | -47.20 | 7,334.13 |
| 10/30 | ATM Withdrawal  COLUMBIA BANK 381 MARKET STREET SADDLEBROOK NJUS CARD# 0234 | -500.00 | 6,834.13 |
| 10/30 | Point Of Sale Withdrawal  THE HOME DEPOT 103-179 DAYTON AVENPASSAIC NJUS CARD# 0234 | -11.36 | 6,822.77 |
| 10/30 | Point Of Sale Withdrawal  FUEL 4 LODI NJUS CARD# 0234 | -85.00 | 6,737.77 |
| 10/30 | Point Of Sale Withdrawal  QUICK CHEK CORPORATLODI NJUS CARD# 0234 | -62.89 | 6,674.88 |
| 10/30 | Point Of Sale Withdrawal  QUICK CHEK CORPORATLODI NJUS CARD# 0234 | -44.04 | 6,630.84 |

| PAID/RETURN ITEM FEES | Total For This Period | Total Year-To-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $85.00 |
| Total Returned Item Fees | $0.00 | $0.00 |


FDIC

| NO. | |
|---|---|
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| TOTAL | $ |

THIS AREA IS PROVIDED TO HELP YOU BALANCE YOUR CHECKING ACCOUNT STATEMENT

If your Checking Account has overdraft protection, remember to record the dollar amount of funds transferred into your checking account from your other designated deposit account or from your Premium Overdraft or your CheckRight Overdraft Line of Credit.

Bank Balance Shown on this Statement  $

ADD+

Deposits not credited on this Statement (If Any)  $

SUBTOTAL  $

SUBTRACT-

Checks Outstanding  $

TOTAL  $

Should agree with checkbook balance after adding interest and deducting service charges (if any) shown on your checking statement. Please report any difference to us within 10 days of receipt of this statement. If no difference is reported in 10 days, the account will be considered correct. Direct checking account inquires to the branch servicing it or to our customer service center at 1-800-522-4167.

## IMPORTANT NOTICE

1. Always be alert to your surroundings and defer ATM transactions if circumstances cause you to be apprehensive
2. Close the entry door of any ATM facility so equipped.
3. Put away withdrawn cash before exiting any ATM facility.
4. Direct any complaints concerning ATM security to an appropriate department of the owner of the ATM or to the NJ Department of Banking
5. If you have any concerns about the security of any ATM owned and operated by Columbia Bank, call 1-800-522-4167 or the NJ Department of Banking at 609-292-7272.

## LOST OR STOLEN DEBIT CARD

To report a lost or stolen Columbia Bank Debit Card, please call 800-522-4167, Monday through Friday from 7:30am - 8:00pm and Saturday from 8:00am – 2:00 PM. After normal business hours, please call 800-472-3272.

THE FOLLOWING DISCLOSURE RELATES TO ACCOUNTS THAT CAN BE ACCESSED VIA ELECTRONIC FUND TRANSFERS

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUND TRANSFERS**

Telephone us at 800-522-4167 (outside the Continental US call (201)796-3600) or write us at Columbia Bank, 19-01 Route 208 North, Fair Lawn, NJ 07410 ATTN: Customer Service Center, as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error so that you will have the use of the money during the time it takes us to complete our investigation.

**YOU MUST PUT YOUR COMPLAINT OR QUESTION IN WRITING EVEN IF YOU CALL. IF WE DO NOT RECEIVE IT WITHIN 10 BUSINESS DAYS OF RECEIPT OF THIS STATEMENT, WE MAY NOT CREDIT YOUR ACCOUNT.**

To find out whether preauthorized electronic fund transfers to your account have been received, please call 800-747-4428 (outside the Continental US call (201) 703-3751) during normal business hours.

**IMPORTANT INFORMATION REGARDING YOUR OVERDRAFT PROTECTION LINE OF CREDIT STATEMENT**

"PREV. BALANCE" and "PRIOR STATEMENT BALANCES" is the total unpaid principal at the beginning of the billing cycle. "NEW BALANCE" is the total unpaid principal at the end of the cycle.

Refer to the "TRANSACTION SECTION." The information within this section relates to the transactions that occurred during the statement cycle. Transactions shown in this section are the result of transactions affecting the loan. Transactions affecting the principal such as loans being made, the principal portion of payments received (if any), and other adjustments made. The principal balance from each of these figures is stated in the "PRINCIPAL" column. The principal balance remains unchanged between the dates of activity indicated.

The statement also totals fees assessed for the cycle and year-to-date. It also totals interest charged for the cycle and year-to-date.

Any payments received at other than the billing address may be subject to delays in posting.

The current interest rate is divided by 365 to arrive at the daily periodic rate. The daily periodic rate is multiplied by each of the different principal balances and then by the number of days each balance remained unchanged. The sum of these calculations equals the interest charge disclosed on the statement.

Send payment to:
Columbia Bank
P.O. Box 947
Fair Lawn, NJ 07410

Send billing inquiries to:
Columbia Bank
Attn: Loan Accounting Department
19-01 Route 208 North
Fair Lawn, NJ 07410

THE FOLLOWING DISCLOSURE REQUIRED BY FEDERAL LAW APPLIES TO OVERDRAFT PROTECTION LINE OF CREDIT ACCOUNTS. IT DOES NOT APPLY TO COMMERCIAL LINE OF CREDIT ACCOUNTS.

## BILLING RIGHTS SUMMARY

*What To Do If You Think You Find A Mistake On Your Statement*

If you think there is an error on your statement, write to us on a separate sheet at the address shown above for billing inquiries.

In your letter, give us the following information.
- **Account Information:** Your name and account number
- **Dollar Amount**
- **Description of Problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true.
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But if we determine that we made a mistake, you will not have to pay the amount in question or any other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

PLEASE VISIT OUR WEBSITE AT COLUMBIABANKONLINE.COM

Revision 01/19/2017

Nick Pezza
8B Charles St.

Month

| | April | May | June | July | August | September | October |
|---|---|---|---|---|---|---|---|
| Rents Received | 1300 | 1300 | 1300 | 1300 | 1300 | 1300 | 1300 |
| Expenses: | | 200 | | 400 | | 300 | |
| Water | | | 300 | | | 300 | |
| Repairs | | | | | | | |
| Electric | | | | | | | |
| Liability Insurance | | | | | | | |
| Property Insurance | | | | | | 1000. | |
| Real Estate Taxes | | 4600. | | | | 4000. | |



Nick Pezza
10A Charles St.

| Month | April | May | June | July | August | September | October |
|---|---|---|---|---|---|---|---|
| Rents Received | 1500 | 1500 | 1500 | 1500 | 1500 | 1500 | 1500 |
| Expenses: | | | | | | | |
| Water | | | | | | | |
| Repairs | 100.00 | | | 300 | | 200. | |
| Electric | | | | | | | |
| Liability Insurance | | | | | | 500.00 | |
| Property Insurance | | | | | | | |
| Real Estate Taxes | | 1000.00 | | | 1000.00 | | |

B1

Nick Pezza
878 River Dr.

| Month | April | May | June | July | August | September | October |
|---|---|---|---|---|---|---|---|
| Rents Received | | 1500 | 2000 | 1500 | 500 | 1500 | 0 | 0 |
| Expenses: | | | | | | | | |
| Water | | | | 400.00 | | 400 | | |
| Repairs | | | 200 | | | 200 | | |
| Electric | | | | | | | | |
| Liability Insurance | | | | | | | | |
| Property Insurance | | 0 | IN mortgage | | | | | |
| Real Estate Taxes | | | IN mortgage | | | | | |

B2

Jeanette Pezza
Contribution Sheet

Month

| | April | May | June | July | August | September | October |
|---|---|---|---|---|---|---|---|
| Contribution Sheet | 500 | 500.00 | 0 | 500. | 0 | 0 | 0 |



```
HOP2360544                        HOMEOWNERS POLICY DECLARATIONS
                                       FMI  INSURANCE COMPANY
                             5 BROAD STREET   BRANCHVILLE NJ 07826-0400
  WWW.FMIWEB.COM                         A STOCK COMPANY
---------------------------------------------------------------------------------
                                                                              21
   NEW    |NAMED INSURED AND P.O. ADDRESS   | REPRESENTATIVE
 X RENEW  |NICHOLAS PEZZA &                 | 112400 KANDO SERVICE AGCY INC
   AMEND  |  JEANETTE M PEZZA               | 6-16 SADDLE RIVER RD
 -------- |488 DEWEY AVE                    | FAIR LAWN         NJ 07410-5612
 02/17/17 |SADDLE BROOK        NJ 07663-5904|
---------------------------------------------------------------------------------
 POLICY PERIOD 12 MONTHS FROM: 02/17/17 TO: 02/17/18  |  PHONE 201-791-1880
-------------------------------PROPERTY LOCATION---------------------------------
  488 DEWEY AVE SADDLE BROOK BERGEN CO NJ

-----------COVERAGES AND LIMITS OF LIABILITY PROVIDED WHERE SHOWN---------------
 S  (A)YOUR     (B)OTHER     (C)PERSONAL   (D)LOSS    S  (E)PERSONAL   (F)MEDICAL
 E  DWELLING    RELATED      PROPERTY      OF USE     E    LIABILITY     PAYMENTS
 C              STRUCTURES                            C    TO OTHERS     TO OTHERS
    $303,000    $30,300      $212,100      $90,900       $1,000,000    $10,000
 I                                                    II    EACH          EACH
                                                         OCCURRENCE      PERSON
-------------------PREMIUMS------------------------- -IMPORTANT INFORMATION--------
          HOMEOWNERS FORM   $558.00
              ADJUSTMENTS    $22.00         THIS IS YOUR POLICY NOT A BILL.
             SURCHARGE(S)     $5.00         IF YOU HAVE ANY QUESTIONS ABOUT YOUR
                   TOTAL    $585.00         POLICY OR PREMIUM, PLEASE CONTACT
                                            YOUR REPRESENTATIVE SHOWN ABOVE OR
                                            CUSTOMER SERVICE AT 800-336-3642.

---------------------------------------------------------------------------------
   SECTION I DEDUCTIBLE: $3000
---------------------------------------------------------------------------------
  FORM NO EDITION DESCRIPTION              LIMITS    REMARKS    CHARGE      TERM
  MHO  5   01/09  HOMEOWNERS 5                                  $558.00   $558.00
  PREFR           PREFERRED                                       INCL      INCL
  MHO 11   05/91  SPECIAL RENEWAL DISCOUNT                      $74.00-   $74.00-
  RPL COVC 01/09  REPLACEMENT COV C MHO5                          INCL      INCL
  MPL 70   01/05  PROTECTIVE DEVICES                            $10.00-   $10.00-
  FM  157  09/13  EQUIPMENT BREAKDOWN                           $10.00    $10.00
  INC E&F  01/05  INCREASED COV E & F                           $31.00    $31.00
  FMI 21   09/13  SPECIAL COVG ENHANCEMENT                      $35.00    $35.00
  MPL 17   01/09  FURS, JEWELRY, SILVERWARE  $1000               $12.00    $12.00
  MPL 44   06/07  INCREASED LIMITS                              $16.00    $16.00
  MPL 78   01/99  WORKERS' COMPENSATION      $500000             $2.00     $2.00
  MHO 12   09/13  EXTENDED REPLACEMENT COVG
  MHO 14   06/07  HOME COMPUTER
  MHO 48   03/12  INCRSD COST CONSTRUCTION
  MPL 01   01/11  COMMON PROVISIONS
  MPL 95   08/12  MANDATORY ENDORSEMENT
  SPN 05   05/15  SPECIAL POLICY NOTICE
  PHN HO   09/13  POLICYHOLDER NOTICE


  0110  B   A 1950 1 N   T02
                          DECLARATIONS CONTINUED ON NEXT PAGE
```

```
                                                                                    FMI
```

```
HOP2360544                         HOMEOWNERS POLICY DECLARATIONS
                                        FMI  INSURANCE COMPANY
                              5 BROAD STREET   BRANCHVILLE NJ 07826-0400
   WWW.FMIWEB.COM                        A STOCK COMPANY
---------------------------------------------------------------------------      21
    NEW    | NAMED INSURED AND P.O. ADDRESS  |    REPRESENTATIVE
  X RENEW  | NICHOLAS PEZZA &                | 112400 KANDO SERVICE AGCY INC
    AMEND  |   JEANETTE M PEZZA              |    6-16 SADDLE RIVER RD
  -------  | 488 DEWEY AVE                   |    FAIR LAWN        NJ 07410-5612
  02/17/17 | SADDLE BROOK      NJ 07663-5904 |

-----------------------------------------------------------------------------
POLICY PERIOD 12 MONTHS FROM: 02/17/17 TO: 02/17/18  |  PHONE 201-791-1880
-----------------------------------------------------------------------------

FIRST MORTGAGEE
BANK OF AMERICA NA
 ITS SUCC &/OR ASSIGNS ATIMA
PO BOX 961291
FORT WORTH         TX 76161-0291
LOAN# 071031752
```

HOP2360544                    HOMEOWNERS POLICY                                    21

INCREASED SPECIAL LIMITS-SECTION I                                      MPL 44
THIS ENDORSEMENT PROVIDES FOR INCREASES IN CERTAIN SPECIAL MAXIMUM LIMITS OF
LIABILITY SHOWN IN THE COVERAGE FORM.  ONLY THOSE ITEMS FOR WHICH LIMIT
CHANGES ARE SHOWN ARE REVISED.

EXCEPT AS PROVIDED BELOW, ALL OTHER PROVISIONS ARE UNCHANGED.

---

THE FOLLOWING APPLY TO COVERAGE C

| INCREASE | NEW LIMIT | | |
|---|---|---|---|
| $ | $ 2,000 | < | Guns and accessories |
| $   400 | $   500 | < | Money |
| $ | $ 3,000 | < | Property used or procured for use in business |
| $ | $ 1,000 | < | Property in an apartment rented to others |

THE FOLLOWING APPLY TO THE SUPPLEMENTAL COVERAGES

| INCREASE | NEW LIMIT | | |
|---|---|---|---|
| $ | $ 3,000 | < | Computer Coverage |
| $ | $ 2,000 | < | Credit Card Coverage |
| $ | $ 5,000 | < | Loss Assessment Coverage |
| $ | $ 2,000 | < | Work Interruption Coverage |
| $ | | < | Tenant's Property Coverage |

This page intentionally left blank.

## CONDITIONS

This Company binds the kind(s) of insurance stipulated on the reverse side. The Insurance is subject to the terms, conditions and limitations of the policy(ies) in current use by the Company. This binder may be cancelled by the Insured by surrender of this binder or by written notice to the Company stating when cancellation will be effective. This binder may be cancelled by the Company by notice to the Insured in accordance with the policy conditions. This binder is cancelled when replaced by a policy. If this binder is not replaced by a policy, the Company is entitled to charge a premium for the binder according to the Rules and Rates in use by the Company.

### Applicable in Arizona

Binders are effective for no more than ninety (90) days.

### Applicable in California

When this form is used to provide insurance in the amount of one million dollars ($1,000,000) or more, the title of the form is changed from "Insurance Binder" to "Cover Note".

### Applicable in Colorado

With respect to binders issued to renters of residential premises, home owners, condo unit owners and mobile home owners, the insurer has thirty (30) business days, commencing from the effective Date Of coverage, to evaluate the issuance of the insurance policy.

### Applicable in Delaware

The mortgagee or Obligee of any mortgage or other instrument given for the purpose of creating a lien on real property shall accept as evidence of insurance a written binder issued by an authorized insurer Or its agent if the binder includes Or Is accompanied by: the name and address of the borrower; the name and address of the lender as loss payee; a description of the insured real property; a provision that the binder may not be canceled within the term of the binder unless the lender and the insured borrower receive written notice of the cancellation at least ten (10) days prior to the cancellation; except in the case of a renewal of a policy subsequent to the closing of the loan, a paid receipt of the full amount of the applicable premium, and the amount of insurance coverage.
Chapter 21 Title 25 Paragraph 2119

### Applicable in Florida

Except for Auto Insurance coverage, no notice of cancellation or nonrenewal of a binder is required unless the duration of the binder exceeds 60 days. For auto insurance, the insurer must give 5 days prior notice, unless the binder is replaced by a policy or another binder in the same company.

### Applicable in Maryland

The insurer has 45 business days, commencing from the effective date of coverage to confirm eligibility for coverage under the insurance policy.

### Applicable In Michigan

The policy may be cancelled at any time at the request Of the insured.

### Applicable In Nevada

Any person who refuses To accept a binder which provides coverage Of less than $1,000,000.00 when proof Is required: (A) Shall be fined not more than $500.00, and (B) is liable to the party presenting the binder as proof of insurance for actual damages sustained therefrom.

### Applicable in Oklahoma

All policies shall expire at 12:01 a.m. standard time on the expiration date stated in the policy.

### Applicable in Oregon

Binders are effective for no more than ninety (90) days. A binder extension or renewal beyond such 90 days would require the written approval by the Director Of the Department Of Consumer And Business Services.

### Applicable In the Virgin Islands

This binder Is effective For only ninety (90) days. Within thirty (30) days Of receipt Of this binder, you should request an insurance policy or certificate (if applicable) from your agent and/or insurance company.

# EVIDENCE OF INSURANCE

| Agency | Company |
|---|---|
| Southwest Business Corporation<br>9311 San Pedro, Suite 600<br>San Antonio, Texas 78216 | GREAT AMERICAN E&S<br>INSURANCE COMPANY<br>301 E FOURTH ST 20TH FLOOR<br>CINCINNATI, OH 45202 |

Certificate Number  GAC0050443

| Certificate Effective Date (mm/dd/yy) | Certificate Expiration Date (mm/dd/yy) |
|---|---|
| 08/28/17 | UNTIL CANCELLED |

**Borrower**
NICHOLAS PEZZA
488 DEWEY AVE
SADDLE BROOK, NJ 07663-5904

**Co-Borrower**

Master Policy Number
1231058

Description of Insured Property
322 SAMPSON AVE
SEASIDE HEIGHTS, NJ 08751-1829

## Coverages and Limits of Liability

| | | | | |
|---|---|---|---|---|
| Described Dwelling/Building | $91,000 | Medical Payments to Others | | |
| Other Structures | $0 | Each Person | | $0.00 |
| Unscheduled Personal Property | $0.00 | Each Accident | | $0.00 |
| Personal Liability | | Loss of Rents/Use (10% only) | | $0 |
| Each Occurrence | $0.00 | *Tenant Use Only | | |
| Additional Living Expense (10% only) | $0 | Damage to the Property of Others | | $0.00 |
| * Owner Occupied Properties Only | | | | |

## Deductibles

**If Occupied**
| | |
|---|---|
| Windstorm & Hail | $1,820 |
| Vandalism | $2,500 |
| All Other Covered Perils | $2,500 |

**If Vacant**
| | |
|---|---|
| Windstorm & Hail | $1,820 |
| Vandalism | $2,500 |
| All Other Covered Perils | $2,500 |

| Type of Coverage | Type of Property |
|---|---|
| FIRE | RESIDENTIAL |

Insured/Lender Name & Address
RUSHMORE LOAN MANAGEMENT
SERVICES
15480 LAGUNA CANYON RD STE 100
IRVINE, CA 92618

Lender Loan Number  7600403521

| | |
|---|---|
| Premium | $38.68 |
| Policy Fee | $0.00 |
| Other Fee | $0.00 |
| Surplus Lines Tax | $1.16 |
| Stamping Fee | $0.08 |
| Total          (MONTHLY) | $39.92 |

**Other Fees:**

THIS COVERAGE IS SUBJECT TO ALL TERMS, CONDITIONS AND EXCLUSIONS OF THE MASTER POLICY. THIS EVIDENCE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICY. IT IS ISSUED AS A MATTER OF INFORMATION ONLY. THIS COVERAGE IS EXCESS OVER ANY OTHER VALID INSURANCE COVERING THE PROPERTY WHETHER COLLECTIBLE OR NOT. FOR A COMPLETE COPY OF THE MASTER POLICY, CONTACT YOUR LENDER.

ANY CLAIMS ON PROPERTIES INSURED FOR THE PRINCIPAL BALANCE ONLY WILL BE SUBJECT TO THE REPLACEMENT COST PROVISION OF THE MASTER POLICY. ANY LOSS OR DAMAGE INVOLVING MOLD, MILDEW OR FUNGI OF ANY KIND IS EXCLUDED FROM THE MASTER POLICY.

THE PREMIUM ON THIS POLICY IS LIKELY TO BE HIGHER THAN THE PREMIUM ON A POLICY YOU CAN OBTAIN THROUGH YOUR AGENT OR INSURANCE COMPANY. THIS POLICY MAY ALSO PROVIDE LESS COVERAGE THAN THE ONE SECURED THROUGH YOUR AGENT OR INSURANCE COMPANY.

770336    045987FCERT9912120101                                                                                                         SWBC

```
POLICY CDP280 9302
EFFECTIVE DATE 06/28/17
PRINT DATE     05/23/17
```

```
NICHOLAS PEZZA
488 DEWEY AVE
SADDLE BROOK        NJ 07663-5904
```



Thank you for trusting your insurance needs to Franklin Mutual. Although we are one of the oldest and most experienced insurance companies in New Jersey, we are not a large conglomerate. As a mutual company, our sole loyalty and responsibility is to you, our policyholder.

Franklin Mutual's agents are experienced, qualified insurance professionals who are not tied to just one company. They work with us to build your trust and assure you of prompt, courteous, and reliable service.

Franklin Mutual provides insurance only in New Jersey. That means we will always be here for you, our policyholder.

```
CDP2809302                      COMBINATION DWELLING POLICY DECLARATIONS
                                        FMI   INSURANCE COMPANY
                                5 BROAD STREET    BRANCHVILLE NJ 07826-0400
WWW.FMIWEB.COM                          A STOCK COMPANY
                                                                                    107
     NEW    | NAMED INSURED AND P.O. ADDRESS    | REPRESENTATIVE
  X  RENEW  | NICHOLAS PEZZA                    | 112400 KANDO SERVICE AGCY INC
     AMEND  | 488 DEWEY AVE                     |        6-16 SADDLE RIVER RD
            | SADDLE BROOK        NJ 07663-5904 |        FAIR LAWN      NJ 07410-5612
  06/28/17  |                                   |

POLICY PERIOD 12 MONTHS FROM: 06/28/17 TO: 06/28/18  |   PHONE 201-791-1880
-------------------------------PROPERTY LOCATION--------------------------------
  878 RIVER DR ELMWOOD PARK BERGEN CO NJ

-----------COVERAGES AND LIMITS OF LIABILITY PROVIDED WHERE SHOWN--------------
 S  (A)YOUR      (B)OTHER       (C)PERSONAL     (D)LOSS    S  (E)LIABILITY  (F)MEDICAL
 E   DWELLING     RELATED         PROPERTY       OF USE    E    TO OTHERS     PAYMENTS
 C                STRUCTURES                               C                  TO OTHERS
 I  $352,400      $35,240                        $70,480      $500,000         $5,000
                                                           II   EACH           EACH
                                                              OCCURRENCE      PERSON
---------------PREMIUMS----------------------------IMPORTANT INFORMATION---------
              DWELLING      $1121.00
              LIABILITY      $138.00      THIS IS YOUR POLICY NOT A BILL.
              ADJUSTMENTS    $115.00      IF YOU HAVE ANY QUESTIONS ABOUT YOUR
              SURCHARGE(S)    $10.00      POLICY OR PREMIUM, PLEASE CONTACT
                                          YOUR REPRESENTATIVE SHOWN ABOVE OR
                                          CUSTOMER SERVICE AT 800-336-3642.

              TOTAL         $1384.00

   SECTION I DEDUCTIBLE:   $500
--------------------------------------------------------------------------------
 FORM NO  EDITION  DESCRIPTION              LIMITS   REMARKS    CHARGE       TERM
 MDW  3    01/05   DWELLING PROPERTY FORM                       $1121.00    $1121.00
 MDL  1    01/09   PREMISES LIABILITY                            $138.00     $138.00
 FM   157  09/13   EQUIPMENT BREAKDOWN                            $22.00      $22.00
 MPL  70   01/05   PROTECTIVE DEVICES                             $22.00-     $22.00-
 FM   153  09/11   FUNGI/MOLD LIMITED COVG   $10000               $20.00      $20.00
 FMI  21   01/17   SPECIAL COVG ENHANCEMENT                       $35.00      $35.00
 MDW  25   01/05   VACANCY AND UNOCCUPANCY                        $15.00      $15.00
 MPL  48   06/07   INCRSD COST CONSTRUCTION                        INCL        INCL
 MDL  62   01/00   MEDICAL PAYMENTS-TENANTS                       $45.00      $45.00
 FM   263  06/07   POLLUTION EXCLUSION
 MDW  411  01/15   TERRORISM LOSS COVERAGE
 MDW  414  01/15   TERRORISM LOSS DISCLOSURE
 MPL  01   01/11   COMMON PROVISIONS
 MPL  95   08/12   MANDATORY ENDORSEMENT
 PHN  CD   09/13   POLICYHOLDER NOTICE
 SPN  03   05/15   SPECIAL POLICY NOTICE

YOUR POLICY HAS BEEN RENEWED WITH A SECTION I DEDUCTIBLE OF EITHER $500 OR THE
DEDUCTIBLE SHOWN ON YOUR EXPIRING POLICY, WHICHEVER IS GREATER.

0523   C   A 1954 2 N T T02
                             DECLARATIONS CONTINUED ON NEXT PAGE
```

```
CDP2809302                    COMBINATION DWELLING POLICY DECLARATIONS
                                       FMI  INSURANCE COMPANY
                              5 BROAD STREET   BRANCHVILLE NJ 07826-0400
WWW.FMIWEB.COM                         A STOCK COMPANY
-------------------------------------------------------------------------- 107
  NEW   |NAMED INSURED AND P.O. ADDRESS   |     REPRESENTATIVE
X RENEW |NICHOLAS PEZZA                   |112400 KANDO SERVICE AGCY INC
  AMEND |488 DEWEY AVE                    |       6-16 SADDLE RIVER RD
--------|SADDLE BROOK      NJ 07663-5904  |       FAIR LAWN        NJ 07410-5612
06/28/17|                                 |
-------------------------------------------------------------------------------
POLICY PERIOD 12 MONTHS FROM: 06/28/17 TO: 06/28/18  |  PHONE  201-791-1880
-------------------------------------------------------------------------------

FIRST MORTGAGEE
NATIONSTAR MORTGAGE LLC
 ITS SUCC &/OR ASSIGNS
PO BOX 7729
SPRINGFIELD        OH 45501-7729
LOAN# 0598300556
```



**FRANKLIN MUTUAL INSURANCE**
FOR THE WAY YOU LIVE

5 Broad Street • PO Box 400 • Branchville, NJ 07826-0400
Tel: 973-948-8800 • Fax: 973-948-7190 • www.FMIweb.com

The Franklin Mutual Insurance Company   FMI Inc.   FMI Insurance Company   Fidelity Mohawk Insurance Company

January 16, 2017

NICHOLAS PEZZA & JEANETTE M PEZZA
488 DEWEY AVE
SADDLE BROOK, NJ 07663-5904

Thank you for trusting your insurance needs to Franklin Mutual Insurance. We understand you have many choices when selecting an insurance company, and we appreciate you placing your confidence in FMI.

Franklin Mutual Insurance is one of the most established and respected insurance companies in New Jersey. In business since 1879, FMI offers superior coverages to New Jersey residents and business owners, sold exclusively through professional independent agents. Rated A+ (Superior) by A.M. Best and named a Ward's Top 50 performer for seven consecutive years, we have the financial strength and stability to protect your home or business from the unexpected.

As a mutual insurance company, we are not owned by a big corporation and we have no stockholders. Our primary responsibility and loyalty is to you – our policyholder. This commitment requires our dedication to a strong ethical culture, excellent customer service, consistency in the marketplace and financial strength. As a policyholder member, your valued benefits include exceptional coverage options, competitive pricing, and fair and efficient claim settlements, all delivered by an engaged and competent FMI team.

We work closely with your professional independent agent, KANDO SERVICE AGCY INC 201-791-1880, to ensure you have the most appropriate, most valuable coverage for the way you live today. We recognize your insurance needs may change over time, so it's important to review your policy and coverages with your trusted agent advisor at least once a year.

Again, we thank you for giving us the opportunity to serve you and look forward to providing you with the best possible service in the future. If there is anything we can do to assist you, please feel free to contact our Customer Care Team at customercare@fmiweb.com or 800-336-3642 weekdays between 7:30am and 4:30pm.

Sincerely,

Franklin Mutual Insurance Group

```
                                    POLICY HOP2360544
                                    EFFECTIVE DATE 02/17/17
                                    PRINT DATE     01/10/17


                        NICHOLAS PEZZA &
                          JEANETTE M PEZZA
                        488 DEWEY AVE
                        SADDLE BROOK      NJ 07663-5904
```



Thank you for trusting your insurance needs to Franklin Mutual. Although we are one of the oldest and most experienced insurance companies in New Jersey, we are not a large conglomerate. As a mutual company, our sole loyalty and responsibility is to you, our policyholder.

Franklin Mutual's agents are experienced, qualified insurance professionals who are not tied to just one company. They work with us to build your trust and assure you of prompt, courteous, and reliable service.

Franklin Mutual provides insurance only in New Jersey. That means we will always be here for you, our policyholder.