| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>UNITED STATES DEPARTMENT OF JUSTICE<br>OFFICE OF THE UNITED STATES TRUSTEE<br>ANDREW R. VARA<br>ACTING UNITED STATES TRUSTEE,<br>REGION 3<br>Michael A. Artis, Esquire<br>One Newark Center, Suite 2100<br>Newark, NJ 07102<br>Telephone: (973) 645-3014<br>Facsimile: (973) 645-5993<br>E-mail: Michael.A.Artis@usdoj.gov | **Order Filed on December 11, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>Nicholas Pezza,<br><br>Debtor. | Case No.: 16-33371 (RG)<br><br>Chapter 11<br><br>Hearing Date: December 6, 2017, at 2:00 p.m.<br><br>Judge: The Honorable Rosemary Gambardella |

**ORDER DIRECTING DEBTOR TO FILE CHAPTER 11 PLAN
AND DISCLOSURE STATEMENT BY FEBRUARY 15, 2018**

The relief set forth on the following page, numbered 2, is hereby **ORDERED**.

**DATED: December 11, 2017**

*/s/ Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

**(Page 2)**

Debtor: Nicholas Pezza

Chapter 11 Case No. 16-33371 (RG)

**Order Directing Debtor to File Chapter 11 Plan and Disclosure Statement by February 15, 2018**

_____

THIS MATTER having come before the Court at a Status Conference on December 6, 2017; and Michael A. Artis, Esq., appearing on behalf of Andrew R. Vara, the Acting United States Trustee, and Michal J. Cavallaro, Esq., appearing on behalf of the Debtor, Nicholas Pezza; and the Court noting on the record that the Exclusivity Period has expired and no Chapter 11 Plan and Disclosure Statement has been filed since this case was converted to Chapter 11 on May 10, 2017, and for good cause shown, it is hereby:

**ORDERED** that the Debtor shall file a Chapter 11 Plan and Disclosure Statement by no later than February 15, 2018.