| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>UNITED STATES DEPARTMENT OF JUSTICE<br>OFFICE OF THE UNITED STATES TRUSTEE<br>ANDREW R. VARA<br>ACTING UNITED STATES TRUSTEE,<br>REGION 3<br>Michael A. Artis, Esquire<br>One Newark Center, Suite 2100<br>Newark, NJ 07102<br>Telephone: (973) 645-3014<br>Facsimile: (973) 645-5993<br>E-mail: Michael.A.Artis@usdoj.gov | **Order Filed on December 11, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>Nicholas Pezza,<br><br>Debtor. | Case No.: 16-33371 (RG)<br><br>Chapter 11<br><br>Hearing Date: December 6, 2017, at 2:00 p.m.<br><br>Judge: The Honorable Rosemary Gambardella |

**ORDER DIRECTING DEBTOR TO FILE CHAPTER 11 PLAN
AND DISCLOSURE STATEMENT BY FEBRUARY 15, 2018**

The relief set forth on the following page, numbered 2, is hereby **ORDERED**.

**DATED: December 11, 2017**

*Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

**(Page 2)**

Debtor: Nicholas Pezza

Chapter 11 Case No. 16-33371 (RG)

**Order Directing Debtor to File Chapter 11 Plan and Disclosure Statement by February 15, 2018**

_____

THIS MATTER having come before the Court at a Status Conference on December 6, 2017; and Michael A. Artis, Esq., appearing on behalf of Andrew R. Vara, the Acting United States Trustee, and Michal J. Cavallaro, Esq., appearing on behalf of the Debtor, Nicholas Pezza; and the Court noting on the record that the Exclusivity Period has expired and no Chapter 11 Plan and Disclosure Statement has been filed since this case was converted to Chapter 11 on May 10, 2017, and for good cause shown, it is hereby:

**ORDERED** that the Debtor shall file a Chapter 11 Plan and Disclosure Statement by no later than February 15, 2018.

United States Bankruptcy Court
District of New Jersey

In re:  
Nicholas Pezza  
    Debtor

Case No. 16-33371-RG  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Dec 12, 2017  
               Form ID: pdf903     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 14, 2017.  
db          +Nicholas Pezza,    488 Dewey Avenue,    Saddle Brook, NJ 07663-5904  
aty         +Michael J. Cavallaro,    25 Lafayette Place,    Kearny, NJ 07032-2228

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                    TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2017                                      Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 12, 2017 at the address(es) listed below:

         Charles G. Wohlrab    on behalf of Creditor    U.S. Bank National Association, as Trustee, for Lehman Mortgage Trust Mortgage Pass Through Certificates Series 2006-2 cwohlrab@logs.com, njbankruptcynotifications@logs.com  
         Deborah T. Feldstein    on behalf of Creditor    Christiana Trust as Custodian dfeldstein@caplaw.net  
         Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company as Trustee for the Holders of New Century Home Equity Loan Trust, Series 2005-A, Asset Backed Pass-Through Certificates dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Francesca Ann Arcure    on behalf of Creditor    Nationstar Mortgage LLC, as servicer for U.S. Bank National Association, as Trustee, for Lehman Mortgage Trust Mortgage Pass Through Certificates Series 2006-2 nj_ecf_notices@buckleymadole.com, NJ_ECF_Notices@McCalla.com  
         Michael J. Cavallaro    on behalf of Debtor Nicholas Pezza attorneyforchrist@gmail.com, lesliebrown.paralegal@gmail.com  
         Robert P. Saltzman    on behalf of Creditor    MTGLQ Investors, LP c/o Rushmore Loan Management Services, LLC dnj@pbslaw.org  
         U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
                                                                                TOTAL: 7