Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

           Case No.: 16−33371−RG
           Chapter: 11
           Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Nicholas Pezza
   488 Dewey Avenue
   Saddle Brook, NJ 07663

Social Security No.:
   xxx−xx−2399

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 2/21/18 at 02:00 PM

to consider and act upon the following:

*35* − Notice of Hearing for: Status Conference(related document:32.Hearing scheduled for 7/19/2017 at 02:00 PM at RG − Courtroom 3E, Newark. (slm)

Dated: 1/16/18

                                    Jeanne Naughton
                                    Clerk, U.S. Bankruptcy Court