Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                        Case No.: 16−33371−RG
                                        Chapter: 11
                                        Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Nicholas Pezza
    488 Dewey Avenue
    Saddle Brook, NJ 07663

Social Security No.:
    xxx−xx−2399

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 2/21/18 at 02:00 PM

to consider and act upon the following:

*35* − Notice of Hearing for: Status Conference(related document:32.Hearing scheduled for 7/19/2017 at 02:00 PM at RG − Courtroom 3E, Newark. (slm)

Dated: 1/16/18

                                                              Jeanne Naughton
                                                              Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 16-33371-RG
Nicholas Pezza                                                            Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Jan 16, 2018
                Form ID: ntchrgbk    Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 18, 2018.
```
db         +Nicholas Pezza,    488 Dewey Avenue,    Saddle Brook, NJ 07663-5904
aty        +Michael J. Cavallaro,    25 Lafayette Place,    Kearny, NJ 07032-2228
r           Aldo Lavorini,    550 Boulevard,    Elmwood Park, NJ  07407
cr         +Christiana Trust as Custodian,    c/o Pellegrino & Feldstein, LLC,    290 Route 46 West,
             Denville, NJ 07834-1239
cr         +MTGLQ Investors, LP c/o Rushmore Loan Management S,    15480 Laguna Canyon Road,    Suite 100,
             Irvine, CA 92618-2132
acc         Michael Nulty,    Matthews & Nulty, Inc.
cr         +Nationstar Mortgage LLC, as servicer for U.S. Bank,    C/O Buckley Madole, P.C.,
             99 Wood Avenue South, Suite 803,    Iselin, NJ 08830-2713
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr          +E-mail/PDF: gecsedi@recoverycorp.com Jan 17 2018 00:05:56
             Synchrony Bank c/o PRA Receivables Management, LLC,    Valerie Smith,    PO BOX 41021,
             Norfolk, VA 23541-1021
                                                                                              TOTAL: 1
```

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 18, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 16, 2018 at the address(es) listed below:
```
              Charles G. Wohlrab    on behalf of Creditor    U.S. Bank National Association, as Trustee, for
               Lehman Mortgage Trust Mortgage Pass Through Certificates Series 2006-2 cwohlrab@logs.com,
               njbankruptcynotifications@logs.com
              Deborah T. Feldstein    on behalf of Creditor    Christiana Trust as Custodian dfeldstein@caplaw.net
              Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company as Trustee for
               the Holders of New Century Home Equity Loan Trust, Series 2005-A, Asset Backed Pass-Through
               Certificates dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Francesca Ann Arcure    on behalf of Creditor    Nationstar Mortgage LLC, as servicer for U.S. Bank
               National Association, as Trustee, for Lehman Mortgage Trust Mortgage Pass Through Certificates
               Series 2006-2 nj_ecf_notices@buckleymadole.com,    NJ_ECF_Notices@McCalla.com
              Michael J. Cavallaro    on behalf of Debtor Nicholas  Pezza attorneyforchrist@gmail.com,
               lesliebrown.paralegal@gmail.com
              Robert P. Saltzman    on behalf of Creditor    MTGLQ Investors, LP c/o Rushmore Loan Management
               Services, LLC dnj@pbslaw.org
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 7
```