**FILED**
JEANNE A. NAUGHTON, CLERK

FEB 21 2018

U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY _____ DEPUTY

MICHAEL J. CAVALLARO
Attorney for Debtor
25 Lafayette Place
Kearny New Jersey 07032
201-243-7818
Fax:201-246-6174

```
IN THE UNITED STATES BANKRUPTCY    :
COURT DISTRICT OF NEW JERSEY       :
                                   : CHAPTER 13 CASE
IN RE:                             :
     Nicholas Pezza                :
                                   : CASE NO. 16-33371 RG
                                   :
                                   :
                                   : JUDGE: RG
                                   :
                                   :                    21
                                   : HEARING DATE: 2/~~16~~/2018
DEBTOR :
```

## ORDER GRANTING MOTION TO EXTEND TIME

The relief set forth on the following pages, numbered two (2) through _____2_____ is hereby **ORDERED**.

2-21-18        _____
                    USBJ

**THIS CAUSE** coming on to be heard, and being heard, before the undersigned Judge of the United States Bankruptcy Court for District of New Jersey, pursuant to the Motion to Extend time to file the Chapter 11 plan and Chapter 11 Disclosure Statement named above filed by the debtor; and

**IT APPEARING** to the undersigned that this court has jurisdiction over the parties and over the subject matter of this Motion ; and

**IT FURTHER APPEARING** to the undersigned that the relief requested by the debtor in his Motion is consistent with the applicable provisions of Title 11 of the United States Code and that the debtor has established good and sufficient cause to grant said relief; and

**IT FURTHER APPEARING** to the undersigned that the Motion to Extend the Time to file the Debtors Chapter 11 plan and Chapter 11 Disclosure Statement is hereby granted and time extended until February 20, 2018.

**IT IS THEREFORE SO ORDERED.**

This Order has been signed
electronically. The judge's
signature and court's seal
appear at the top of the Order

United States Bankruptcy Court