UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Michael J. Cavallaro, Esquire
25 Lafayette Place
Kearny, NJ 07032
201-243-7818
Fax:201-246-6174
Email: attorneyforchrist@gmail.com

**FILED**
JEANNE A. NAUGHTON, CLERK
FEB 2 1 2018
U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY_____DEPUTY

In Re:
Nicholas Pezza

Case No.:    16-33371 RG

Chapter:    11 (Small Business)

Judge:    RG

**ORDER CONDITIONALLY APPROVING DISCLOSURE STATEMENT, FIXING TIME FOR FILING ACCEPTANCES OR REJECTIONS OF THE PLAN, AND FIXING THE TIME FOR FILING OBJECTIONS TO THE DISCLOSURE STATEMENT AND TO THE CONFIRMATION OF THE PLAN, COMBINED WITH NOTICE THEREOF AND OF THE HEARING ON FINAL APPROVAL OF THE DISCLOSURE STATEMENT AND THE HEARING ON CONFIRMATION OF THE PLAN**

The relief set forth on the following page is hereby **ORDERED**.

2-21-18    _Rosemary Gambardella_
           USBJ

This matter having been opened to the Court by _____the Debtor_____, Plan Proponent, through counsel, _____Michael J. Cavallaro, Esquire_____, upon the filing of a Small Business Plan and Small Business Disclosure Statement dated _____2/20/2018_____ under Chapter 11 of the United States Bankruptcy Code; it is

**ORDERED**, and notice is hereby given, that:

A. The Disclosure Statement dated _____2/20/2018_____ and filed by the Debtor is conditionally approved.

B. Within two (2) days after the entry of this Order, the Plan, the Disclosure Statement and a ballot conforming to Official Form 14 shall be mailed to creditors, equity security holders, and other parties in interest, and shall be transmitted to the United States Trustee.

C. _____4/11/2018_____ is fixed as the last day for filing and serving written objections to the Disclosure Statement and confirmation of the Plan.

D. _____4/11/2018_____ is fixed as the last day for filing written acceptances or rejections of the Plan under D.N.J. LBR 3018-1.

E. A hearing shall be held on _____April 18, 2018_____ at __2:00 p.m.__ (a date within 45 days of the filing of the Plan) for final approval of the Disclosure Statement (if a written objection has been timely filed) and for confirmation of the Plan before the Honorable _____Rosemary Gambardella_____, United States Bankruptcy Court, District of New Jersey, __50 Walnut Street 3rd Floor, Newark__, in Courtroom ____3E____.

*rev.10/1/15*

2