**FILED**
JEANNE A. NAUGHTON, CLERK

FEB 21 2018

U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY_____DEPUTY

**MICHAEL J. CAVALLARO**
Attorney for Debtor
25 Lafayette Place
Kearny New Jersey 07032
201-243-7818
Fax:201-246-6174

```
IN THE UNITED STATES BANKRUPTCY       :
COURT DISTRICT OF NEW JERSEY          :
                                      : CHAPTER 13 CASE
IN RE:                                :
    Nicholas Pezza                    :
                                      : CASE NO. 16-33371 RG
                                      :
                                      :
                                      : JUDGE: RG
                                      :
                                      :
DEBTOR :                              : HEARING DATE: 2/21/2018
```

## ORDER GRANTING MOTION TO EXTEND TIME

The relief set forth on the following pages, numbered two (2) through ____2____ is hereby **ORDERED**.

2-21-18    /s/ _____
           USBJ

**THIS CAUSE** coming on to be heard, and being heard, before the undersigned Judge of the United States Bankruptcy Court for District of New Jersey, pursuant to the Motion to Extend time to file the Chapter 11 plan and Chapter 11 Disclosure Statement named above filed by the debtor; and

**IT APPEARING** to the undersigned that this court has jurisdiction over the parties and over the subject matter of this Motion ; and

**IT FURTHER APPEARING** to the undersigned that the relief requested by the debtor in his Motion is consistent with the applicable provisions of Title 11 of the United States Code and that the debtor has established good and sufficient cause to grant said relief; and

**IT FURTHER APPEARING** to the undersigned that the Motion to Extend the Time to file the Debtors Chapter 11 plan and Chapter 11 Disclosure Statement is hereby granted and time extended until February 20, 2018.

**IT IS THEREFORE SO ORDERED.**

| | |
|---|---|
| This Order has been signed electronically. The judge's signature and court's seal appear at the top of the Order | United States Bankruptcy Court |

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 16-33371-RG
Nicholas Pezza                                                        Chapter 11
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Feb 22, 2018
                              Form ID: pdf903          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 24, 2018.
db         +Nicholas Pezza,    488 Dewey Avenue,   Saddle Brook, NJ 07663-5904
aty        +Michael J. Cavallaro,   25 Lafayette Place,   Kearny, NJ 07032-2228

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 24, 2018                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 22, 2018 at the address(es) listed below:
              Charles G. Wohlrab    on behalf of Creditor   U.S. Bank National Association, as Trustee, for
               Lehman Mortgage Trust Mortgage Pass Through Certificates Series 2006-2 cwohlrab@logs.com,
               njbankruptcynotifications@logs.com
              Deborah T. Feldstein    on behalf of Creditor    Christiana Trust as Custodian dfeldstein@caplaw.net
              Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company as Trustee for
               the Holders of New Century Home Equity Loan Trust, Series 2005-A, Asset Backed Pass-Through
               Certificates dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Francesca Ann Arcure    on behalf of Creditor    Nationstar Mortgage LLC, as servicer for U.S. Bank
               National Association, as Trustee, for Lehman Mortgage Trust Mortgage Pass Through Certificates
               Series 2006-2 nj_ecf_notices@buckleymadole.com,    NJ_ECF_Notices@McCalla.com
              Michael J. Cavallaro    on behalf of Debtor Nicholas  Pezza attorneyforchrist@gmail.com,
               lesliebrown.paralegal@gmail.com
              Robert P. Saltzman    on behalf of Creditor    MTGLQ Investors, LP c/o Rushmore Loan Management
               Services, LLC dnj@pbslaw.org
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7