UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
NEWARK DIVISION

IN RE:                                               CASE NO.: 16-33371-RG
                                                                               CHAPTER 13

Nicholas Pezza,

    Debtor.

_____/

### REQUEST FOR SERVICE OF NOTICES

PLEASE TAKE NOTICE THAT, on behalf of U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, FOR LEHMAN MORTGAGE TRUST MORTGAGE PASS THROUGH CERTIFICATES SERIES 2006-2 ("Secured Creditor"), and pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

RAS CRANE, LLC
BANKRUPTCY DEPARTMENT
10700 ABBOTT'S BRIDGE ROAD, SUITE 170
DULUTH, GA 30097

                                       RAS Crane, LLC
                                       Authorized Agent for Secured Creditor
                                       10700 Abbott's Bridge Road, Suite 170
                                       Duluth, GA 30097
                                       Telephone: 470-321-7112
                                       Facsimile: 404-393-1425
                                       By: /s/Laura Egerman
                                       Laura Egerman, Esquire
                                       Email: legerman@rasnj.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 27, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

MICHAEL J. CAVALLARO
25 LAFAYETTE PLACE
KEARNY, NJ  07032

NICHOLAS PEZZA
488 DEWEY AVENUE
SADDLE BROOK, NJ  07663

U.S. TRUSTEE
ONE NEWARK CENTER STE 2100
NEWARK, NJ  07102

RAS Crane, LLC
Authorized Agent for Secured Creditor
10700 Abbott's Bridge Road, Suite 170
Duluth, GA 30097
Telephone: 470-321-7112
Facsimile: 404-393-1425
By: /s/Laura Egerman
Laura Egerman, Esquire
Email: legerman@rasnj.com