Pezza Cash Reconciliation
11/30/2017

| | | |
|---|---|---:|
| Beginning Adjusted Cash Balance | | 19,784.41 |
| | | |
| Bank Balance | Beginning | 6,630.84 |
| Add: | Deposits | 6,720.59 |
| Less: | Disbursments | (11,927.67) |
| Bank Balance | Ending | 1,423.76  A |
| | | |
| Add: | | |
| 8B Charles St. | Rents | 1,300.00 |
| 10A Charles St. | Rents | 1,000.00 |
| 878 River Dr. | Rents | 0.00 |
| Total Cash Additions | | 2,300.00 |
| | | |
| Less: | | |
| 8B Charles St. | Rental Expenses | 0.00 |
| 10A Charles St. | Rental Expenses | 0.00 |
| 878 River Dr. | Rental Expenses | 0.00 |
| Total Cash Disbursements | | 0.00 |
| | | |
| Adjusted Cash Balance | | 16,877.33 |

The Rents and expenses are as per Nicholas Pezza

*[signature]*   2-21-2018

TB

*signature* 2-11-2018

In re: Nicholas Pezza
Debtor

Case No. 16-3371
Reporting Period: November 30, 2017

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the four bank account columns. The amounts reported in the "PROJECTED" columns should be taken from the SMALL BUSINESS INITIAL REPORT (FORM IR-1). Attach copies of the bank statements and the cash disbursements journal. The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page. A bank reconciliation must be attached for each account. [See MOR-1 (CON'T)]

| | BANK ACCOUNTS | | | | CURRENT MONTH | | CUMULATIVE FILING TO DATE | |
|---|---|---|---|---|---|---|---|---|
| | OPER | PAYROLL | TAX | OTHER | ACTUAL | PROJECTED | ACTUAL | PROJECTED |
| CASH BEGINNING OF MONTH | | | | | 19,784 | | 111,407 | |
| **RECEIPTS** | | | | | | | | |
| CASH SALES | | | | | 8,813 | | 61,120 | |
| ACCOUNTS RECEIVABLE | | | | | | | | |
| LOANS AND ADVANCES | | | | | | | | |
| SALE OF ASSETS | | | | | | | | |
| OTHER (ATTACH LIST) | | | | | | | | |
| TRANSFERS (FROM DIP ACCTS) | | | | | | | | |
| Rent | | | | | 2,300 | | 27,640 | |
| TOTAL RECEIPTS | | | | | 11,113 | | 88,760 | |
| **DISBURSEMENTS** | | | | | | | | |
| Net payroll | | | | | | | | |
| PAYROLL TAXES | | | | | | | | |
| SALES, USE, & OTHER TAXES | | | | | | | | |
| INVENTORY PURCHASES | | | | | 4,998 | | 68,301 | |
| SECURED/ RENTAL/ LEASES | | | | | | | | |
| INSURANCE | | | | | 322 | | 1,822 | |
| ADMINISTRATIVE | | | | | | | | |
| Utilities | | | | | 700 | | 1,400 | |
| OTHER (ATTACH LIST) | | | | | | | | |
| Real estate taxes | | | | | | | 10,000 | |
| OWNER DRAW * | | | | | 8,000 | | 9,660 | |
| TRANSFERS (TO DIP ACCTS) | | | | | | | | |
| Repairs | | | | | | | 800 | |
| PROFESSIONAL FEES | | | | | | | | |
| U.S. TRUSTEE QUARTERLY FEES | | | | | | | | |
| COURT COSTS | | | | | | | | |
| TOTAL DISBURSEMENTS | | | | | 14,020 | | 91,983 | |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | | | | | -2,907 | | -3,223 | |
| CASH - END OF MONTH | | | | | 16,878 | | 108,184 | |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

THE FOLLOWING SECTION MUST BE COMPLETED

| DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN) | |
|---|---|
| TOTAL DISBURSEMENTS | 16,878 |
| LESS: TRANSFERS TO DEBTOR IN POSSESSION ACCOUNTS | 0 |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | 0 |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | 16,878 |

J

FORM MOR-1
(04/07)

In re  Nicholas Pezza
      Debtor

Case No. 16-3371
Reporting Period.: 11/30/17

## STATEMENT OF OPERATIONS
(Income Statement)

The Statement of Operations is to be prepared on an accrual basis. The accrual basis of accounting recognizes revenue when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| REVENUES | Month | Cumulative Filing to Date |
|---|---|---|
| Gross Revenues | 5,551 | |
| Less: Returns and Allowances | | |
| Net Revenue | 5,551 | |
| **COST OF GOODS SOLD** | | |
| Beginning Inventory | | |
| Add: Purchases | | |
| Add: Cost of Labor | | |
| Add: Other Costs (attach schedule) | 1,109 | |
| Less: Ending Inventory | | |
| Cost of Goods Sold | 1,109 | |
| Gross Profit | 4,442 | |
| **OPERATING EXPENSES** | | |
| Advertising | | |
| Auto and Truck Expense | | |
| Bad Debts | | |
| Contributions | | |
| Employee Benefits Programs | | |
| Insider Compensation* | | |
| Insurance | 322 | |
| Management Fees/Bonuses | | |
| Office Expense | | |
| Pension & Profit-Sharing Plans | | |
| Repairs and Maintenance | | |
| Rent and Lease Expense | | |
| Salaries/Commissions/Fees | | |
| Supplies | | |
| Taxes - Payroll | | |
| Taxes - Real Estate | | |
| Taxes - Other (sales & use) | 1,662 | |
| Travel and Entertainment | | |
| Utilities | | |
| Other (attach schedule) | | |
| Total Operating Expenses Before Depreciation | 1,984 | |
| Depreciation/Depletion/Amortization | | |
| Net Profit (Loss) Before Other Income & Expenses | 2,458 | |
| **OTHER INCOME AND EXPENSES** | | |
| Other Income (attach schedule) | | |
| Interest Expense | | |
| Other Expense (attach schedule) | | |
| Net Profit (Loss) Before Reorganization Items | | |
| **REORGANIZATION ITEMS** | | |
| Professional Fees | | |
| U. S. Trustee Quarterly Fees | | |
| Interest Earned on Accumulated Cash from Chapter 11 (see continuation sheet) | | |
| Gain (Loss) from Sale of Equipment | | |
| Other Reorganization Expenses (attach schedule) | | |
| Total Reorganization Expenses | | |
| Income Taxes | | |
| Net Profit (Loss) | $ | $ |

*"Insider" is defined in 11 U.S.C. Section 101(31).



FORM MOR-2
(04/07)

Nick Pezza
Nick's Landscaping
Month Nov

| Day | Customer Name | Old Balance | Billed | Received | Owed |
|---|---|---|---|---|---|
| Friday | Alonotte | 347.34 | 0 | 0 | 347.34 |
| | Ludwig | 440.67 | 80.16 | 200.00 | 320.83 |
| | Mess | 288.86 | 85.50 | 192.36 | 181.70 |
| | Woods | 250.09 | 3.84 | 258.56 | 0 |
| | Soovieno | 1871.88 | 64.12 | 0 | 1935.90 |
| | | | 3 | | 0 |

K

Nick Pezza
Nick's Landscaping
Month NOV

| Day | Customer Name | Old Balance | Billed | Received | Owed |
|---|---|---|---|---|---|
| Thursday | Coppzzi | 347.34 | 53.44 | 347.34 | 53.44 |
| | Carinello | 315.28 | 128.25 | 0 | 443.53 |
| | Daugtner | 299.25 | 149.63 | 299.25 | 149.68 |
| | E P Cosmetic | 250.34 | 128.25 | 0 | 378.59 |
| Friday | Kurs | 494.22 | 128.25 | 200.00 | 422.47 |
| | Cody | 495.52 | 42.75 | 331.12 | 207.54 |
| | Moodu | 374.06 | 128.25 | 0 | 502.31 |
| | Soyala | 416.81 | 128.25 | 416.81 | 128.25 |
| | Zenda | 446.84 | 128.25 | 288.56 | 286.54 |
| | Khoury | 1044.13 | 106.88 | 0 | 1171.01 |

Nick Pezza
Nick's Landscaping
Month Nov

| Day | Customer Name | Old Balance | Billed | Received | Owed |
|---|---|---|---|---|---|
| Thursday | Fowler | 160.28 | 96.17 | 0 | 256.45 |
| | Ithenugupa | 1769.68 | 128.28 | 0 | 1897.98 |
| | Metelow | 281.88 | 0 | 281.88 | 0 |
| | Vochechok | 705.31 | 85.58 | 0 | 790.81 |
| | Messono | 576.46 | 154.97 | 576.46 | 154.97 |
| | Polisse | 555.75 | 171.00 | 555.75 | 171.00 |
| | Kaufman | 587.81 | 213.75 | 587.81 | 212.75 |
| | Alexander | 416.81 | 96.19 | 0 | 513.00 |
| | Sordan | 998.67 | 160.31 | 998.67 | 160.31 |
| | Wolf | 416.81 | 160.31 | 416.81 | 160.31 |

M

Nick Pezza
Nick's Landscaping
Month Nov

| Day | Customer Name | Old Balance | Billed | Received | Owed |
|---|---|---|---|---|---|
| Wed | He | 235.12 | 176.34 | 0 | 411.46 |
| | Marns | 446.59 | 0 | 0 | 446.59 |
| | Prazinsky | 165.66 | 64.13 | 0 | 229.79 |
| | Cornnill | No service | | | |
| | Nagle | 0 | 128.25 | 0 | 128.25 |
| | Eastlake | ~~37.06~~ | 106.88 | 0 | 106.88 ~~~~ |
| | Lomauro | 443.53 | 106.88 | 0 | 550.41 |
| | Anna Plychek | 205.41 | 74.81 | 0 | 280.22 |
| | Woracelli | 968.75 | 0 | 200.00 | 768.75 |
| Thursday | Rear 1 | 448.75 | 0 | 0 | 448.75 |

2

Nick Pezza
Nick's Landscaping
Month NOV

| Day | Customer Name | Old Balance | Billed | Received | Owed |
|---|---|---|---|---|---|
| Tue | Colyyn | 386.38 | 84.02 | 205.28 | 192.30 |
| | Miron | 603.83 | 112.22 | 0 | 716.05 |
| | Demichele | 400.86 | 80.16 | 293.84 | 186.98 |
| | Toth | 683.46 | 112.09 | 0 | 795.55 |
| | Darury | 635.42 | 112.22 | 0 | 747.64 |
| | Kazinets | 523.69 | 187.03 | 523.69 | 187.03 |
| | Francisco | 577.13 | 96.19 | 0 | 673.32 |
| | Zotto | 374.06 | 133.59 | 0 | 507.65 |
| | Insler | 521.06 | 96.19 | 0 | 617.25 |
| | RuBino | 511.2 | 106.88 | 340.80 | 277.28 |
| | | | | | 0 |

Nick Pezza
Nick's Landscaping
Month: November (Monday crossed out)

| Day | Customer Name | Old Balance | Billed | Received | Owed |
|---|---|---|---|---|---|
| Monday | Villani | 448.78 | 96.17 |  | 544.95 |
|  | Kozlewitz | 320.43 | 0 | 0 | 320.43 |
|  | SurBera | 507.56 | 80.14 | 0 | 587.70 |
|  | Smith | 347.34 | 175.92 | 0 | 523.26 |
|  | Stampleman | 320.63 | 106.88 | 320.63 | 106.88 |
|  | Lugaro | 192.37 | 80.14 | 275.28 | 0 |
|  | Kaszerman | 246.53 | 96.14 | 293.84 | 448.88 |
|  | Bueve | 133.59 | 112.22 | 0 | 246.89 |
|  | Marmolejos | 277.88 | 128.25 | 277.88 | 125.25 |
|  | Mindszenty | 107.00 | 80.25 | 107.00 | 80.25 |
|  | Alexander | 305.90 | 128.25 | 0 | 438.15 |

Totals: 8813 J

# Columbia Bank
19-01 ROUTE 208 NORTH – FAIR LAWN, NJ 07410
(800) 522-4167

**Statement of Account**
Statement Date    Nov 01-Nov 30, 2017
Account Number    8000969846
Page 1 of 4

OZ 01    ADDRESS SERVICE REQUESTED

NICHOLAS PEZZA
NICKS LANDSCAPING
488 DEWEY AVE
03732    SADDLE BROOK NJ 07663
nn34i

## CardValet

With CardValet, our newest debit card enhancement, you gain instant, 24/7 access to your account information...with the power to control where, when and how your debit card is used.

Using your Smartphone and our free app download, available from the Apple App Store or Google Play store, you can effectively manage your debit card anytime from anywhere -- by viewing account balances and transaction histories; restricting card usage based on merchant type, location and transaction amount; scheduling real time alerts, and more. Safeguard your debit card...with CardValet today!

### SUMMARY OF ACCOUNTS

| | | | |
|---|---|---|---|
| Business Free | 8000969846 | $1,423.76 | **Home Mortgage Solutions...Fast and Easy!** |

Looking for your dream home? Well, look no further! Columbia Bank offers low home mortgage rates...flexible terms...quick turnarounds...we'll even come to you! To learn more about our full range of home mortgage products and services, please contact our Call Center at (800) 522-4167.

### CHECKING                                                                              8000969846
**Business Free**

| | | | | |
|---|---|---|---|---|
| Previous Balance | | 6,630.84 | Account Title: | NICHOLAS PEZZA |
| 20 Deposits/Credits | | 6,720.59 | | NICKS LANDSCAPING |
| 34 Debits | | 11,927.67 | Account Number | 8000969846 |
| 1 Checks | | 8,000.00 | Number of Enclosures | 1 |
| Service Charge | | 0.00 | Statement Dates | 11/01/2017 thru 11/30/2017 |
| Current Balance | | 1,423.76 TB | Days in the statement period | 30 |

### Transaction Activity

| Date | Description | Amount | Balance |
|---|---|---|---|
| 11/01 | Beginning Balance | | 6,630.84 |
| 11/01 | ATM Deposit COLUMBIA BANK 381 MARKET STREET SADDLEBROOK NJUS CARD# 0234 | 300.00 | 6,930.84 |
| 11/01 | ATM Deposit COLUMBIA BANK 381 MARKET STREET SADDLEBROOK NJUS CARD# 0234 | 60.00 | 6,990.84 |
| 11/02 | ATM Deposit COLUMBIA BANK 381 MARKET STREET SADDLEBROOK NJUS CARD# 0234 | 340.80 | 7,331.64 |
| 11/02 | ATM Deposit COLUMBIA BANK 381 MARKET STREET SADDLEBROOK NJUS CARD# 0234 | 272.47 | 7,604.11 |
| 11/02 | ATM Deposit COLUMBIA BANK 381 MARKET STREET SADDLEBROOK NJUS CARD# 0234 | 806.72 | 8,410.83 |

 

3067    rev 09-17



| NO. | |
|---|---|
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| TOTAL | $ |

**THIS AREA IS PROVIDED TO HELP YOU BALANCE YOUR CHECKING ACCOUNT STATEMENT**

If your Checking Account has overdraft protection, remember to record the dollar amount of funds transferred into your checking account from your other designated deposit account or from your Premium Overdraft or your CheckRight Overdraft Line of Credit.

| | |
|---|---|
| Bank Balance Shown on this Statement | $ |
| ADD+ | |
| Deposits not credited on this Statement (If Any) | $ |
| SUBTOTAL | $ |
| SUBTRACT- | |
| Checks Outstanding | $ |
| TOTAL | $ |

Should agree with checkbook balance after adding interest and deducting service charges (if any) shown on your checking statement. Please report any difference to us within 10 days of receipt of this statement. If no difference is reported in 10 days, the account will be considered correct. Direct checking account inquires to the branch servicing it or to our customer service center at 1-800-522-4167.

### IMPORTANT NOTICE

1. Always be alert to your surroundings and defer ATM transactions if circumstances cause you to be apprehensive.
2. Close the entry door of any ATM facility so equipped.
3. Put away withdrawn cash before exiting any ATM facility.
4. Direct any complaints concerning ATM security to an appropriate department of the owner of the ATM or to the NJ Department of Banking.
5. If you have any concerns about the security of any ATM owned and operated by Columbia Bank, call 1-800-522-4167 or the NJ Department of Banking at 609-292-7272.

### LOST OR STOLEN DEBIT CARD

To report a lost or stolen Columbia Bank Debit Card, please call 800-522-4167. Monday through Friday from 7:30am - 8:00pm and Saturday from 8:00am – 2:00 PM. After normal business hours, please call 800-472-3272.

**THE FOLLOWING DISCLOSURE RELATES TO ACCOUNTS THAT CAN BE ACCESSED VIA ELECTRONIC FUND TRANSFERS**

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUND TRANSFERS**

Telephone us at 800-522-4167 (outside the Continental US call (201)796-3600) or write us at Columbia Bank, 19-01 Route 208 North, Fair Lawn, NJ 07410 ATTN: Customer Service Center, as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error so that you will have the use of the money during the time it takes us to complete our investigation.

**YOU MUST PUT YOUR COMPLAINT OR QUESTION IN WRITING EVEN IF YOU CALL. IF WE DO NOT RECEIVE IT WITHIN 10 BUSINESS DAYS OF RECEIPT OF THIS STATEMENT, WE MAY NOT CREDIT YOUR ACCOUNT.**

To find out whether preauthorized electronic fund transfers to your account have been received, please call 800-747-4428 (outside the Continental US call (201) 703-3751) during normal business hours.

**IMPORTANT INFORMATION REGARDING YOUR OVERDRAFT PROTECTION LINE OF CREDIT STATEMENT**

"PREV. BALANCE" and "PRIOR STATEMENT BALANCES" is the total unpaid principal at the beginning of the billing cycle. "NEW BALANCE" is the total unpaid principal at the end of the cycle.

Refer to the "TRANSACTION SECTION." The information within this section relates to the transactions that occurred during the statement cycle. Transactions shown in this section are the result of transactions affecting the loan. Transactions affecting the principal such as loans being made, the principal portion of payments received (if any), and other adjustments made. The principal balance from each of these figures is stated in the "PRINCIPAL" column. The principal balance remains unchanged between the dates of activity indicated.

The statement also totals fees assessed for the cycle and year-to-date. It also totals interest charged for the cycle and year-to-date.

Any payments received at other than the billing address may be subject to delays in posting.

The current interest rate is divided by 365 to arrive at the daily periodic rate. The daily periodic rate is multiplied by each of the different principal balances and then by the number of days each balance remained unchanged. The sum of these calculations equals the interest charge disclosed on the statement.

Send payment to:
Columbia Bank
P.O. Box 947
Fair Lawn, NJ 07410

Send billing inquiries to:
Columbia Bank
Attn: Loan Accounting Department
19-01 Route 208 North
Fair Lawn, NJ 07410

**THE FOLLOWING DISCLOSURE REQUIRED BY FEDERAL LAW APPLIES TO OVERDRAFT PROTECTION LINE OF CREDIT ACCOUNTS. IT DOES NOT APPLY TO COMMERCIAL LINE OF CREDIT ACCOUNTS.**

### BILLING RIGHTS SUMMARY

*What To Do If You Think You Find A Mistake On Your Statement*

If you think there is an error on your statement, write to us on a separate sheet at the address shown above for billing inquiries.

In your letter, give us the following information.
- Account Information: Your name and account number
- Dollar Amount
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But if we determine that we made a mistake, you will not have to pay the amount in question or any other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

1866/

PLEASE VISIT OUR WEBSITE AT COLUMBIABANKONLINE.COM         Revision 01/19/2017



**Columbia Bank**
19-01 ROUTE 208 NORTH – FAIR LAWN, NJ 07410
(800) 622-4167

**Statement of Account**
Statement Date    Nov 01-Nov 30, 2017
Account Number    8000969846
Page 2 of 4

### Transaction Activity

| Date | Description | Amount | Balance |
|---|---|---|---|
| 11/02 | ATM Deposit COLUMBIA BANK 381 MARKET STREET SADDLEBROOK NJUS CARD# 0234 | 945.62 | 9,356.45 |
| 11/02 | ATM Deposit COLUMBIA BANK 381 MARKET STREET SADDLEBROOK NJUS CARD# 0234 | 299.18 | 9,655.63 |
| 11/02 | ATM Deposit COLUMBIA BANK 381 MARKET STREET SADDLEBROOK NJUS CARD# 0234 | 750.00 | 10,405.63 |
| 11/02 | Point Of Sale Withdrawal BURGER KING #3027 LODI NJUS CARD# 0234 | -19.10 | 10,386.53 |
| 11/03 | ATM Withdrawal COLUMBIA BANK 381 MARKET STREET SADDLEBROOK NJUS CARD# 0234 | -500.00 | 9,886.53 |
| 11/04 | Point Of Sale Withdrawal SPEEDWAY 03492 NEWARK NJUS CARD# 0234 | -41.62 | 9,844.91 |
| 11/07 | Point Of Sale Withdrawal QUICK CHEK CORPORATLODI NJUS CARD# 0234 | -57.05 | 9,787.86 |
| 11/08 | External Withdrawal JDF ONE TIME TEL JOHN DEERE FINANCIAL - TELEPHONE | -215.92 | 9,571.94 |
| 11/08 | External Withdrawal GEICO - GEICO PYMT | -346.90 | 9,225.04 |
| 11/09 | Point Of Sale Withdrawal NATIONAL WHOLESALE LODI NJUS CARD# 0234 | -40.96 | 9,184.08 |
| 11/10 | ATM Deposit COLUMBIA BANK 381 MARKET STREET SADDLEBROOK NJUS CARD# 0234 | 170.96 | 9,355.04 |
| 11/10 | ATM Deposit COLUMBIA BANK 381 MARKET STREET SADDLEBROOK NJUS CARD# 0234 | 200.00 | 9,555.04 |
| 11/10 | ATM Deposit COLUMBIA BANK 381 MARKET STREET SADDLEBROOK NJUS CARD# 0234 | 416.54 | 9,971.58 |
| 11/10 | ATM Deposit COLUMBIA BANK 381 MARKET STREET SADDLEBROOK NJUS CARD# 0234 | 100.00 | 10,071.58 |
| 11/10 | ATM Deposit COLUMBIA BANK 381 MARKET STREET SADDLEBROOK NJUS CARD# 0234 | 576.46 | 10,648.04 |
| 11/10 | ATM Deposit COLUMBIA BANK 381 MARKET STREET SADDLEBROOK NJUS CARD# 0234 | 373.79 | 11,021.83 |
| 11/10 | ATM Withdrawal COLUMBIA BANK 381 MARKET STREET SADDLEBROOK NJUS CARD# 0234 | -500.00 | 10,521.83 |
| 11/10 | External Withdrawal ATT - Payment | -246.47 | 10,275.36 |
| 11/13 | Point Of Sale Withdrawal QUICK CHEK CORPORATLODI NJUS CARD# 0234 | -39.70 | 10,235.66 |
| 11/13 | Point Of Sale Withdrawal FUEL 4 ELMWOOD PARKELMWOOD PARK NJUS CARD# 0234 | -39.73 | 10,195.93 |
| 11/13 | Point Of Sale Withdrawal THE HOME DEPOT 103-179 DAYTON AVENPASSAIC NJUS CARD# 0234 | -35.75 | 10,160.18 |
| 11/13 | Point Of Sale Withdrawal QUICK CHEK CORPORATLODI NJUS CARD# 0234 | -75.00 | 10,085.18 |
| 11/13 | Check 102 | -8,000.00 | 2,085.18 |
| 11/14 | Point Of Sale Withdrawal FUEL 4 ELMWOOD PARKELMWOOD PARK NJUS CARD# 0234 | -13.36 | 2,071.82 |
| 11/14 | Point Of Sale Withdrawal DUNKIN #346755 Q35 WAYNE NJUS CARD# 0234 | -7.68 | 2,064.14 |
| 11/15 | ATM Deposit COLUMBIA BANK 381 MARKET STREET SADDLEBROOK NJUS CARD# 0234 | 96.08 | 2,160.22 |
| 11/15 | ATM Deposit COLUMBIA BANK 381 MARKET STREET SADDLEBROOK NJUS CARD# 0234 | 128.22 | 2,288.44 |
| 11/15 | ATM Deposit COLUMBIA BANK 381 MARKET STREET SADDLEBROOK NJUS CARD# 0234 | 200.00 | 2,488.44 |
| 11/16 | Point Of Sale Withdrawal QUICK CHEK CORPORATLODI NJUS CARD# 0234 | -26.99 | 2,461.45 |
| 11/17 | ATM Withdrawal COLUMBIA BANK 381 MARKET STREET SADDLEBROOK NJUS CARD# 0234 | -500.00 | 1,961.45 |

3067    rev 09-17



C

Statement of Account
Statement Date  Nov 01-Nov 30, 2017
Account Number  8000969846
Page 3 of 4

**Transaction Activity**

| Date | Description | Amount | Balance |
|---|---|---|---|
| 11/18 | Point Of Sale Withdrawal QUICK CHEK CORPORATLODI NJUS CARD# 0234 | -42.74 | 1,918.71 |
| 11/18 | Point Of Sale Withdrawal HARBOR FREIGHT TOOLSADDLE BROOK NJUS CARD# 0234 | -31.96 | 1,886.75 |
| 11/18 | Point Of Sale Withdrawal DOLLAR GENERAL #41SADDLE BROOK NJUS CARD# 0234 | -7.43 | 1,879.32 |
| 11/20 | Point Of Sale Withdrawal THE HOME DEPOT 103-179 DAYTON AVENPASSAIC NJUS CARD# 0234 | -21.67 | 1,857.65 |
| 11/20 | ATM Deposit COLUMBIA BANK 381 MARKET STREET SADDLEBROOK NJUS CARD# 0234 | 200.00 | 2,057.65 |
| 11/20 | Point Of Sale Withdrawal ENVIRONMENTAL RENEWWOODLAND PARK NJUS CARD# 0234 | -120.00 | 1,937.65 |
| 11/21 | Point Of Sale Withdrawal NATIONAL WHOLESALE LODI NJUS CARD# 0234 | -7.01 | 1,930.64 |
| 11/22 | Point Of Sale Withdrawal EZPASS PREPAID TOLL800-333-8655 NYUS CARD# 0234 | -55.00 | 1,875.64 |
| 11/24 | Point Of Sale Withdrawal FUEL 4 ELMWOOD PARKELMWOOD PARK NJUS CARD# 0234 | -79.05 | 1,796.59 |
| 11/24 | ATM Deposit COLUMBIA BANK 381 MARKET STREET SADDLEBROOK NJUS CARD# 0234 | 350.00 | 2,146.59 |
| 11/24 | ATM Deposit COLUMBIA BANK 381 MARKET STREET SADDLEBROOK NJUS CARD# 0234 | 133.75 | 2,280.34 |
| 11/24 | ATM Withdrawal COLUMBIA BANK 381 MARKET STREET SADDLEBROOK NJUS CARD# 0234 | -500.00 | 1,780.34 |
| 11/25 | Point Of Sale Withdrawal BP#2052124SADDLE BRSADDLE BROOK NJUS CARD# 0234 | -40.00 | 1,740.34 |
| 11/25 | Point Of Sale Withdrawal SAYBYEBUGS WWW.SAYBYEBUG NVUS CARD# 0234 | -129.90 | 1,610.44 |
| 11/25 | Point Of Sale Withdrawal THE HOME DEPOT 103-179 DAYTON AVENPASSAIC NJUS CARD# 0234 | -52.76 | 1,557.68 |
| 11/27 | Point Of Sale Withdrawal QUICK CHEK CORPORATLODI NJUS CARD# 0234 | -68.32 | 1,489.36 |
| 11/27 | Point Of Sale Withdrawal QUICK CHEK CORPORATLODI NJUS CARD# 0234 | -38.96 | 1,450.40 |
| 11/28 | Point Of Sale Withdrawal NATIONAL WHOLESALE LODI NJUS CARD# 0234 | -8.50 | 1,441.90 |
| 11/28 | Point Of Sale Withdrawal THE HOME DEPOT 99 STATE ROUTE 17 LODI NJUS CARD# 0234 | -18.14 | 1,423.76 |

**CHECKS IN NUMBER ORDER**

| Date | Check No | Amount |
|---|---|---|
| 11/13 | 102 | 8,000.00 |

| PAID/RETURN ITEM FEES | Total For This Period | Total Year-To-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $85.00 |
| Total Returned Item Fees | $0.00 | $0.00 |



D



**Columbia Bank**
19-01 ROUTE 208 NORTH - FAIR LAWN, NJ 07410
(800) 522-4167

Statement of Account
Statement Date   Nov 01-Nov 30, 2017
Account Number   8000969846
Page 4 of 4

Account: 8000969846
Period: 11/01/2017 to 11/30/2017
Page: 6

| 102 | 11/13/2017 | $8000.00 |

3067   rev 09-17

E

**TD Bank**
America's Most Convenient Bank®

T   STATEMENT OF ACCOUNT

000047401 01 AV  0.370  FTD010401118171179700011 07 05
NICHOLAS PEZZA
DIP CASE 16-33371 DIST NJ
488 DEWEY AVE
SADDLE BROOK NJ  07663

Page: 1 of 4
Statement Period: Oct 18 2017-Nov 17 2017
Cust Ref #: 4340042657-039-T-###
Primary Account #: 434-0042657

## Chapter 11 Checking

NICHOLAS PEZZA
DIP CASE 16-33371 DIST NJ

Account # 434-0042657

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 4,608.04 | Average Collected Balance | 2,069.42 |
| Electronic Deposits | 10,891.00 | Interest Earned This Period | 0.00 |
| Checks Paid | 4,979.63 | Interest Paid Year-to-Date | 0.00 |
| Electronic Payments | 5,222.06 | Annual Percentage Yield Earned | 0.00% |
| Ending Balance | 5,297.35 | Days in Period | 31 |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/26 | ATM CHECK DEPOSIT, *****45184675656<br>AUT 102517 ATM CHECK DEPOSI<br>150 MAIN STREET      LODI    * NJ | 105.00 |
| 11/09 | ATM CHECK DEPOSIT, *****45184675656<br>AUT 110817 ATM CHECK DEPOSI<br>150 MAIN ST      LODI    * NJ | 911.00 |
| 11/09 | ATM CHECK DEPOSIT, *****45184675656<br>AUT 110817 ATM CHECK DEPOSI<br>150 MAIN ST      LODI    * NJ | 210.00 |
| 11/13 | ATM CHECK DEPOSIT, *****45184675656<br>AUT 111117 ATM CHECK DEPOSI<br>600 MARKET STREET      ELMWOOD PARK * NJ | 8,000.00 |
| 11/15 | ATM CHECK DEPOSIT, *****45184675656<br>AUT 111417 ATM CHECK DEPOSI<br>150 MAIN ST      LODI    * NJ | 105.00 |
| 11/15 | ATM CASH DEPOSIT, *****45184675656<br>AUT 111417 ATM CASH DEPOSIT<br>150 MAIN ST      LODI    * NJ | 60.00 |
| 11/16 | ATM CHECK DEPOSIT, *****45184675656<br>AUT 111517 ATM CHECK DEPOSI<br>150 MAIN ST      LODI    * NJ | 1,500.00 |
| | Subtotal: | 10,891.00 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

F

**TD Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

NICHOLAS PEZZA
DIP CASE 16-33371 DIST NJ

Page: 3 of 4
Statement Period: Oct 18 2017-Nov 17 2017
Cust Ref #: 4340042657-039-T-###
Primary Account #: 434-0042657

### DAILY ACCOUNT ACTIVITY

**Checks Paid**  No. Checks: 7  *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 10/19 | 105 | 119.96 | 11/14 | 112 | 1,013.12 |
| 10/23 | 107* | 200.00 | 11/14 | 113 | 1,366.50 |
| 11/13 | 108 | 25.00 | 11/14 | 114 | 2,100.00 |
| 11/17 | 111* | 155.05 | | | |

Subtotal: 4,979.63

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/18 | TD ATM DEBIT, *****45184675656, AUT 101817 DDA WITHDRAW 600 MARKET STREET   ELMWOOD PARK * NJ | 600.00 |
| 10/18 | DEBIT CARD PURCHASE, *****45184675656, AUT 101617 VISA DDA PUR PASSAIC VALLEY WATER COM   973 3404336  * NJ | 545.53 |
| 10/19 | TD ATM DEBIT, *****45184675656, AUT 101917 DDA WITHDRAW 600 MARKET STREET   ELMWOOD PARK * NJ | 700.00 |
| 10/23 | DEBIT POS, *****45184675656, AUT 102217 DDA PURCHASE RESTAURANT DEPOT   SOUTH HACKENS * NJ | 422.61 |
| 10/23 | DEBIT POS, *****45184675656, AUT 102217 DDA PURCHASE RESTAURANT DEPOT   SOUTH HACKENS * NJ | 179.60 |
| 10/23 | DEBIT POS, *****45184675656, AUT 102217 DDA PURCHASE P P WHOLESALE MARKET   CLIFTON   * NJ | 39.00 |
| 10/26 | DEBIT POS, *****45184675656, AUT 102617 DDA PURCHASE NATIONAL WHOLESALE   LODI   * NJ | 38.42 |
| 10/27 | DEBIT CARD PURCHASE, *****45184675656, AUT 102517 VISA DDA PUR LODI MUNICIPAL COURT   LODI   * NJ | 280.00 |
| 10/30 | DEBIT POS, *****45184675656, AUT 102917 DDA PURCHASE RESTAURANT DEPOT   SOUTH HACKENS * NJ | 346.62 |
| 11/07 | DEBIT CARD PURCHASE, *****45184675656, AUT 110517 VISA DDA PUR RESTAURANT DEPOT   SOUTH HACKENS * NJ | 396.25 |
| 11/10 | TD ATM DEBIT, *****45184675656, AUT 110917 DDA WITHDRAW 600 MARKET STREET   ELMWOOD PARK * NJ | 220.00 |
| 11/13 | DEBIT CARD PURCHASE, *****45184675656, AUT 111217 VISA DDA PUR OPTIMUM 7870V   201 337 1112 * NY | 178.55 |
| 11/13 | DEBIT POS, *****45184675656, AUT 111117 DDA PURCHASE WAL MART 5752   GARFIELD   * NJ | 20.01 |
| 11/13 | DEBIT CARD PURCHASE, *****45184675656, AUT 111217 VISA DDA PUR BURGER KING 3027   LODI   * NJ | 15.02 |
| 11/14 | ACH DEBIT, PUBLIC SERVICE PSEG ****45762609 | 515.00 |
| 11/14 | ACH DEBIT, PUBLIC SERVICE PSEG ****52001618 | 121.69 |
| 11/14 | DEBIT POS, *****45184675656, AUT 111417 DDA PURCHASE WALGREENS STORE 20 ARNOT   LODI   * NJ | 10.69 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



# TD Bank
America's Most Convenient Bank®

**STATEMENT OF ACCOUNT**

NICHOLAS PEZZA
DIP CASE 16-33371 DIST NJ

Page: 4 of 4
Statement Period: Oct 18 2017-Nov 17 2017
Cust Ref #: 4340042657-039-T-###
Primary Account #: 434-0042657

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/15 | TD ATM DEBIT, *****45184675656, AUT 111417 DDA WITHDRAW<br>150 MAIN ST    LODI    * NJ | 60.00 |
| 11/15 | DEBIT CARD PURCHASE, *****45184675656, AUT 111317 VISA DDA PUR<br>THE HOME DEPOT 0950    PASSAIC    * NJ | 33.07 |
| 11/17 | TD ATM DEBIT, *****45184675656, AUT 111617 DDA WITHDRAW<br>150 MAIN STREET    LODI    * NJ | 500.00 |
|  | Subtotal: | 5,222.06 |

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 10/17 | 4,608.04 | 11/09 | 1,966.05 |
| 10/18 | 3,462.51 | 11/10 | 1,746.05 |
| 10/19 | 2,642.55 | 11/13 | 9,507.47 |
| 10/23 | 1,801.34 | 11/14 | 4,380.47 |
| 10/26 | 1,867.92 | 11/15 | 4,452.40 |
| 10/27 | 1,587.92 | 11/16 | 5,952.40 |
| 10/30 | 1,241.30 | 11/17 | 5,297.35 |
| 11/07 | 845.05 |  |  |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

H