Pezza Cash Reconciliation
12/31/2017

| | | |
|---|---|---:|
| Beginning Adjusted Cash Balance | | 16,877.33 |
| | | |
| Bank Balance | Beginning | 1,423.76 |
| Add: | Deposits | 3,675.26 |
| Less: | Disbursments | (2,014.65) |
| Bank Balance | Ending | 3,084.37  R |
| | | |
| Add: | | |
| 8B Charles St. | Rents | 1,300.00 |
| 10A Charles St. | Rents | 1,000.00 |
| 878 River Dr. | Rents | 0.00 |
| Total Cash Additions | | 2,300.00 |
| | | |
| Less: | | |
| 8B Charles St. | Rental Expenses | 0.00 |
| 10A Charles St. | Rental Expenses | 0.00 |
| 878 River Dr. | Rental Expenses | 0.00 |
| Total Cash Disbursements | | 0.00 |
| | | |
| Adjusted Cash Balance | | 20,837.94 |

The Rents and expenses are as per Nicholas Pezza

*[signature]*
2-21-2018



In re Nicholas Pezza
Debtor

Case No. 16-3371
Reporting Period: December 31, 2017

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the four bank account columns. The amounts reported in the "PROJECTED" columns should be taken from the SMALL BUSINESS INITIAL REPORT (FORM IR-1). Attach copies of the bank statements and the cash disbursements journal. The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page. A bank reconciliation must be attached for each account. [See MOR-1 (CON'T)]

| | BANK ACCOUNTS | | | | CURRENT MONTH | | CUMULATIVE FILING TO DATE | |
|---|---|---|---|---|---|---|---|---|
| | OPER | PAYROLL | TAX | OTHER | ACTUAL | PROJECTED | ACTUAL | PROJECTED |
| CASH BEGINNING OF MONTH | | | | | 16,877 | | 128,284 | |
| **RECEIPTS** | | | | | | | | |
| CASH SALES | | | | | 3,092 | | 64,212 | |
| ACCOUNTS RECEIVABLE | | | | | | | | |
| LOANS AND ADVANCES | | | | | | | | |
| SALE OF ASSETS | | | | | | | | |
| OTHER (ATTACH LIST) | | | | | | | | |
| TRANSFERS (FROM DIP ACCTS) | | | | | | | | |
| Rent | | | | | 2,300 | | 29,940 | |
| TOTAL RECEIPTS | | | | | 5,392 | | 94,152 | |
| **DISBURSEMENTS** | | | | | | | | |
| Net payroll | | | | | | | | |
| PAYROLL TAXES | | | | | | | | |
| SALES, USE, & OTHER TAXES | | | | | | | | |
| INVENTORY PURCHASES | | | | | 409 | | 68,710 | |
| SECURED/ RENTAL/ LEASES | | | | | | | | |
| INSURANCE | | | | | 322 | | 2,144 | |
| ADMINISTRATIVE | | | | | | | | |
| Utilities | | | | | 700 | | 2,100 | |
| OTHER (ATTACH LIST) | | | | | | | | |
| Real estate taxes | | | | | | | 10,000 | |
| OWNER DRAW * | | | | | | | 1,660 | |
| TRANSFERS (TO DIP ACCTS) | | | | | | | | |
| Repairs | | | | | | | 800 | |
| PROFESSIONAL FEES | | | | | | | | |
| U.S. TRUSTEE QUARTERLY FEES | | | | | | | | |
| COURT COSTS | | | | | | | | |
| TOTAL DISBURSEMENTS | | | | | 1,431 | | 85,414 | |
| **NET CASH FLOW** | | | | | 3,961 | | 8,738 | |
| (RECEIPTS LESS DISBURSEMENTS) | | | | | | | | |
| CASH - END OF MONTH | | | | | 20,838 | | 137,022 | |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

### THE FOLLOWING SECTION MUST BE COMPLETED

DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN)

| | |
|---|---|
| TOTAL DISBURSEMENTS | 20,838 |
| LESS: TRANSFERS TO DEBTOR IN POSSESSION ACCOUNTS | 0 |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | 0 |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | 20,838 |

FORM MOR-1
(04/07)

*Murphy 2-21-2018*

In re __Nicholas Pezza__        Case No. __16-3371__
         Debtor                 Reporting Period.: __12/31/17__

## STATEMENT OF OPERATIONS
(Income Statement)

The Statement of Operations is to be prepared on an accrual basis. The accrual basis of accounting recognizes revenue when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| REVENUES | Month | Cumulative Filing to Date |
|---|---|---|
| Gross Revenues | 5,263 | |
| Less: Returns and Allowances | | |
| Net Revenue | 5,263 | 7 |
| **COST OF GOODS SOLD** | | |
| Beginning Inventory | | |
| Add: Purchases | | |
| Add: Cost of Labor | | |
| Add: Other Costs (attach schedule) | 789 | |
| Less: Ending Inventory | | |
| Cost of Goods Sold | 789 | |
| Gross Profit | 4,474 | |
| **OPERATING EXPENSES** | | |
| Advertising | | |
| Auto and Truck Expense | | |
| Bad Debts | | |
| Contributions | | |
| Employee Benefits Programs | | |
| Insider Compensation* | | |
| Insurance | 322 | |
| Management Fees/Bonuses | | |
| Office Expense | | |
| Pension & Profit-Sharing Plans | | |
| Repairs and Maintenance | | |
| Rent and Lease Expense | | |
| Salaries/Commissions/Fees | | |
| Supplies | | |
| Taxes - Payroll | | |
| Taxes - Real Estate | | |
| Taxes - Other (sales & use) | 1,662 | |
| Travel and Entertainment | | |
| Utilities | | |
| Other (attach schedule) | | |
| Total Operating Expenses Before Depreciation | 1,984 | |
| Depreciation/Depletion/Amortization | | |
| Net Profit (Loss) Before Other Income & Expenses | 2,490 | |
| **OTHER INCOME AND EXPENSES** | | |
| Other Income (attach schedule) | | |
| Interest Expense | | |
| Other Expense (attach schedule) | | |
| Net Profit (Loss) Before Reorganization Items | | |
| **REORGANIZATION ITEMS** | | |
| Professional Fees | | |
| U.S. Trustee Quarterly Fees | | |
| Interest Earned on Accumulated Cash from Chapter 11 (see continuation sheet) | | |
| Gain (Loss) from Sale of Equipment | | |
| Other Reorganization Expenses (attach schedule) | | |
| Total Reorganization Expenses | | |
| Income Taxes | | |
| Net Profit (Loss) | $ | $ |

*"Insider" is defined in 11 U.S.C. Section 101(31).

Z 3

FORM MOR-2
(04/07)

# Columbia Bank
19-01 ROUTE 208 NORTH – FAIR LAWN, NJ 07410
(800) 522-4167

**Statement of Account**
Statement Date   Dec 01–Dec 31, 2017
Account Number   8000969846
Page 1 of 3

OZ 01    ADDRESS SERVICE REQUESTED

NICHOLAS PEZZA
NICKS LANDSCAPING
488 DEWEY AVE
04162    SADDLE BROOK NJ 07663
sv44f

**Card Valet**

With CardValet, our newest debit card enhancement, you gain instant, 24/7 access to your account information...with the power to control where, when and how your debit card is used.

Using your Smartphone and our free app download, available from the Apple App Store or Google Play store, you can effectively manage your debit card anytime from anywhere -- by viewing account balances and transaction histories; restricting card usage based on merchant type, location and transaction amount; scheduling real time alerts, and more. Safeguard your debit card...with CardValet today!

## SUMMARY OF ACCOUNTS

| | | | |
|---|---|---|---|
| Business Free | 8000969846 | $3,084.37 | **Home Mortgage Solutions...Fast and Easy!** |

Looking for your dream home? Well, look no further! Columbia Bank offers low home mortgage rates...flexible terms...quick turnarounds...we'll even come to you! To learn more about our full range of home mortgage products and services, please contact our Call Center at (800) 522-4167.

## CHECKING                                                     8000969846
**Business Free**

| | | | | |
|---|---|---|---|---|
| Previous Balance | | 1,423.76 | Account Title: | NICHOLAS PEZZA |
| 10 Deposits/Credits | | 3,675.26 | | NICKS LANDSCAPING |
| 22 Debits | | 2,014.65 | Account Number | 8000969846 |
| 0 Checks | | 0.00 | Number of Enclosures | 0 |
| Service Charge | | 25.00 | Statement Dates | 12/01/2017 thru 12/31/2017 |
| Current Balance | | 3,084.37 | Days in the statement period | 31 |

**Transaction Activity**

| Date | Description | Amount | Balance |
|---|---|---|---|
| 12/01 | Beginning Balance | | 1,423.76 |
| 12/01 | Point Of Sale Withdrawal  QUICK CHEK CORPORATLODI  NJUS CARD# 0234 | -37.51 | 1,386.25 |
| 12/11 | Point Of Sale Withdrawal  CONOCO - LITTLE FALLLITTLE FALLS NJUS CARD# 0234 | -81.83 | 1,304.42 |
| 12/16 | Point Of Sale Withdrawal  U-HAUL MOVING & 210 US HWY 46 SADDLE BROOK NJUS CARD# 0234 | -75.00 | 1,229.42 |
| 12/18 | Point Of Sale Withdrawal  QUICK CHEK CORPORATLODI  NJUS CARD# 0234 | -75.00 | 1,154.42 |
| 12/18 | Point Of Sale Withdrawal  QUICK CHEK CORPORATLODI  NJUS CARD# 0234 | -30.00 | 1,124.42 |

  FDIC

3067   rev 09-17

**Columbia Bank**
19-01 ROUTE 208 NORTH – FAIR LAWN, NJ 07410
(800) 522-4167

Statement of Account
Statement Date    Dec 01-Dec 31, 2017
Account Number    8000969846
Page 2 of 3

### Transaction Activity

| Date | Description | Amount | Balance |
|---|---|---|---|
| 12/18 | Point Of Sale Withdrawal  EZPASS PREPAID TOLL800-333-8655 NYUS CARD# 0234 | -55.00 | 1,069.42 |
| 12/19 | Point Of Sale Withdrawal  U-HAUL-SADDLE-BROOKSADDLE BROOK NJUS CARD# 0234 | -60.88 | 1,008.54 |
| 12/20 | Point Of Sale Withdrawal  FUEL 4 ELMWOOD PARKELMWOOD PARK NJUS CARD# 0234 | -40.00 | 968.54 |
| 12/21 | Point Of Sale Withdrawal  FUEL 4 ELMWOOD PARKELMWOOD PARK NJUS CARD# 0234 | -13.32 | 955.22 |
| 12/22 | ATM Withdrawal  COLUMBIA BANK 381 MARKET STREET SADDLEBROOK NJUS CARD# 0234 | -500.00 | 455.22 |
| 12/22 | Point Of Sale Withdrawal  BP#2052124SADDLE BRSADDLE BROOK NJUS CARD# 0234 | -31.27 | 423.95 |
| 12/26 | Point Of Sale Withdrawal  GULF OIL 92031987  WAYNE NJUS CARD# 0234 | -25.00 | 398.95 |
| 12/26 | Point Of Sale Withdrawal  BURGER KING #3027  LODI  NJUS CARD# 0234 | -16.86 | 382.09 |
| 12/26 | ATM Deposit  COLUMBIA BANK 381 MARKET STREET  SADDLEBROOK NJUS CARD# 0234 | 347.34 | 729.43 |
| 12/26 | ATM Deposit  COLUMBIA BANK 381 MARKET STREET  SADDLEBROOK NJUS CARD# 0234 | 387.03 | 1,116.46 |
| 12/26 | ATM Deposit  COLUMBIA BANK 381 MARKET STREET  SADDLEBROOK NJUS CARD# 0234 | 331.31 | 1,447.77 |
| 12/26 | Point Of Sale Withdrawal  CONOCO - SADDLE BROSADDLE BROOK NJUS CARD# 0234 | -19.22 | 1,428.55 |
| 12/26 | ATM Deposit  COLUMBIA BANK 381 MARKET STREET  SADDLEBROOK NJUS CARD# 0234 | 294.22 | 1,722.77 |
| 12/26 | ATM Deposit  COLUMBIA BANK 381 MARKET STREET  SADDLEBROOK NJUS CARD# 0234 | 100.00 | 1,822.77 |
| 12/26 | ATM Deposit  COLUMBIA BANK 381 MARKET STREET  SADDLEBROOK NJUS CARD# 0234 | 564.15 | 2,386.92 |
| 12/26 | ATM Deposit  COLUMBIA BANK 381 MARKET STREET  SADDLEBROOK NJUS CARD# 0234 | 358.03 | 2,744.95 |
| 12/26 | ATM Withdrawal  COLUMBIA BANK 381 MARKET STREET SADDLEBROOK NJUS CARD# 0234 | -300.00 | 2,444.95 |
| 12/26 | Point Of Sale Withdrawal  THE HOME DEPOT 103-179 DAYTON AVENPASSAIC NJUS CARD# 0234 | -11.67 | 2,433.28 |
| 12/26 | Descriptive Withdrawal 12/26/17 BR040 BANJ0221 ATM CORRECTION OF 12/24/17 | -18.31 | 2,414.97 |
| 12/27 | Point Of Sale Withdrawal  SUNOCO ELMWOOD PARK NJUS CARD# 0234 | -41.00 | 2,373.97 |
| 12/27 | External Withdrawal ATT  - Payment | -502.94 | 1,871.03 |
| 12/27 | Uncollected Funds Charge  External Withdrawal (Paid)ATT  - Payment | -25.00 | 1,846.03 |
| 12/29 | Point Of Sale Withdrawal  FUEL 4 ELMWOOD PARKELMWOOD PARK NJUS CARD# 0234 | -40.00 | 1,806.03 |
| 12/30 | ATM Deposit  COLUMBIA BANK 381 MARKET STREET  SADDLEBROOK NJUS CARD# 0234 | 587.81 | 2,393.84 |
| 12/30 | ATM Deposit  COLUMBIA BANK 381 MARKET STREET  SADDLEBROOK NJUS CARD# 0234 | 416.81 | 2,810.65 |
| 12/30 | ATM Deposit  COLUMBIA BANK 381 MARKET STREET  SADDLEBROOK NJUS CARD# 0234 | 288.56 | 3,099.21 |
| 12/30 | Point Of Sale Withdrawal  WAWA 8335 00083GARFIELD NJUS CARD# 0234 | -14.84 | 3,084.37 |

| PAID/RETURN ITEM FEES | Total For This Period | Total Year-To-Date |
|---|---|---|
| Total Overdraft Fees | $25.00 | $110.00 |
| Total Returned Item Fees | $0.00 | $0.00 |


3067   rev 09-17


EQUAL HOUSING LENDER    FDIC



# Bank
America's Most Convenient Bank®    T    STATEMENT OF ACCOUNT

000027698 01 AV   0.370 FTD01040121617131563 0027 04 03
NICHOLAS PEZZA
DIP CASE 16-33371 DIST NJ
488 DEWEY AVE
SADDLE BROOK NJ  07663

| | |
|---|---|
| Page: | 1 of 3 |
| Statement Period: | Nov 18 2017-Dec 17 2017 |
| Cust Ref #: | 4340042657-039-T-### |
| Primary Account #: | 434-0042657 |

## Chapter 11 Checking

NICHOLAS PEZZA
DIP CASE 16-33371 DIST NJ

Account # 434-0042657

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 5,297.35 | Average Collected Balance | 3,850.12 |
| Electronic Deposits | 1,720.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Checks Paid | 1,405.33 | Annual Percentage Yield Earned | 0.00% |
| Electronic Payments | 3,433.89 | Days in Period | 30 |
| Ending Balance | 2,178.13 | | |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/22 | ATM CHECK DEPOSIT, *****45184675656<br>AUT 112117 ATM CHECK DEPOSI<br>150 MAIN STREET    LODI    * NJ | 105.00 |
| 12/01 | ATM CASH DEPOSIT, *****45184675656<br>AUT 120117 ATM CASH DEPOSIT<br>351 MIDLAND AVE    GARFIELD   * NJ | 389.00 |
| 12/04 | ATM CHECK DEPOSIT, *****45184675656<br>AUT 120217 ATM CHECK DEPOSI<br>425 PLEASANT VALLEY WAY    WEST ORANGE  * NJ | 105.00 |
| 12/07 | ATM CHECK DEPOSIT, *****45184675656<br>AUT 120617 ATM CHECK DEPOSI<br>150 MAIN ST    LODI    * NJ | 911.00 |
| 12/07 | ATM CHECK DEPOSIT, *****45184675656<br>AUT 120617 ATM CHECK DEPOSI<br>150 MAIN ST    LODI    * NJ | 105.00 |
| 12/13 | ATM CHECK DEPOSIT, *****45184675656<br>AUT 121317 ATM CHECK DEPOSI<br>600 MARKET STREET    ELMWOOD PARK  * NJ | 105.00 |
| | Subtotal: | 1,720.00 |

**Checks Paid**  No. Checks: 3   *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 11/21 | 109 | 325.00 | 12/14 | 115* | 80.33 |
| 11/22 | 110 | 1,000.00 | | | |
| | | | | Subtotal: | 1,405.33 |



Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com
Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

NICHOLAS PEZZA
DIP CASE 16-33371 DIST NJ

Page: 3 of 3
Statement Period: Nov 18 2017-Dec 17 2017
Cust Ref #: 4340042657-039-T-###
Primary Account #: 434-0042657

## DAILY ACCOUNT ACTIVITY

### Electronic Payments

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/24 | TD ATM DEBIT, *****45184675656, AUT 112317 DDA WITHDRAW<br>600 MARKET STREET     ELMWOOD PARK  * NJ | 500.00 |
| 11/27 | DEBIT POS, *****45184675656, AUT 112717 DDA PURCHASE<br>THE HOME DEPOT 0932    LODI    * NJ | 16.00 |
| 12/04 | DEBIT CARD PURCHASE, *****45184675656, AUT 120117 VISA DDA PUR<br>LODI MUNICIPAL COURT    LODI    * NJ | 25.00 |
| 12/05 | DEBIT POS, *****45184675656, AUT 120517 DDA PURCHASE<br>WAL MART WAL MART STO   SADDLE BROOK  * NJ | 10.83 |
| 12/08 | TD ATM DEBIT, *****45184675656, AUT 120717 DDA WITHDRAW<br>150 MAIN STREET    LODI    * NJ | 360.00 |
| 12/11 | DEBIT CARD PURCHASE, *****45184675656, AUT 120717 VISA DDA PUR<br>AMTRUST NORTH AMERICA IN   216 6438649  * OH | 419.20 |
| 12/12 | ACH DEBIT, PUBLIC SERVICE PSEG ****45762609 | 569.28 |
| 12/12 | ACH DEBIT, PUBLIC SERVICE PSEG ****52001618 | 315.13 |
| 12/12 | DEBIT CARD PURCHASE, *****45184675656, AUT 121117 VISA DDA PUR<br>OPTIMUM 7870V    201 337 1112 * NY | 165.60 |
| 12/12 | ACH DEBIT, PUBLIC SERVICE PSEG ****74415209 | 140.27 |
| 12/12 | ACH DEBIT, PUBLIC SERVICE PSEG ****41786805 | 72.51 |
| 12/12 | ACH DEBIT, PUBLIC SERVICE PSEG ****99974009 | 58.81 |
| 12/12 | DEBIT POS, *****45184675656, AUT 121217 DDA PURCHASE<br>WM SUPERC WAL MART SUP    GARFIELD    * NJ | 11.71 |
| 12/12 | ACH DEBIT, PUBLIC SERVICE PSEG ****46145901 | 9.55 |
| 12/13 | ELECTRONIC PMT-WEB, MVC NJAISC PMT NJAISC PMT ****00013382370 | 100.00 |
| 12/15 | TD ATM DEBIT, *****45184675656, AUT 121417 DDA WITHDRAW<br>150 MAIN ST    LODI    * NJ | 660.00 |
| | Subtotal: | 3,433.89 |

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 11/17 | 5,297.35 | 12/07 | 5,035.52 |
| 11/21 | 4,972.35 | 12/08 | 4,675.52 |
| 11/22 | 4,077.35 | 12/11 | 4,256.32 |
| 11/24 | 3,577.35 | 12/12 | 2,913.46 |
| 11/27 | 3,561.35 | 12/13 | 2,918.46 |
| 12/01 | 3,950.35 | 12/14 | 2,838.13 |
| 12/04 | 4,030.35 | 12/15 | 2,178.13 |
| 12/05 | 4,019.52 | | |



Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

Nick Pezza
Nick's Landscaping
Month: Dec

| Day | Customer Name | Old Balance | Billed | Received | Owed |
|---|---|---|---|---|---|
| Monday | Villani | 544.95 | 128.25 | 0 | 673.20 |
| | Krulewitz | No work Done | | | |
| | SirBera | 587.70 | 133.56 | 0 | 721.26 |
| | Smith | 523.24 | 79.98 | 603.24 | 0 |
| | Stamplemann | 106.88 | 160.31 | 0 | 267.19 |
| | Wagaro | No work | | | |
| | Kaszes man | 448.88 | 96.19 | 0 | 545.07 |
| | Raive | 245.89 | 106.88 | 0 | 352.77 |
| | Mormoletos | 129.25 | 106.88 | 0 | 236.13 |
| | M. Nosienty | 180.25 | 188.76 | 50.25 | 1123.83 |
| | Alexander | 438.15 | 159.94 | 598.13 | 598.05 |

Nick Pezza
Nick's Landscaping
Month: Dec

| Day | Customer Name | Old Balance | Billed | Received | Owed |
|---|---|---|---|---|---|
| Tue | Colgan | 192.36 | 0 | 0 | 192.36 |
|  | Minon | 716.05 | 149.63 | 0 | 865.68 |
|  | Demichele | 186.98 | 80.16 | 0 | 267.14 |
|  | Truth | 795.55 | 160.31 | 0 | 955.86 |
|  | Darvey | 747.64 | 149.63 | 0 | 897.31 |
|  | Kozinets | 187.03 | 208.41 | 0 | 395.44 |
|  | Francisco | 673.32 | 96.19 | 0 | 769.51 |
|  | Zuffo | 509.66 | 149.63 | 0 | 657.25 |
|  | Insler | 617.25 | 117.56 | 0 | 734.81 |
|  | RuBino | 277.82 | 85.02 (?)  | 0 | 362.48 |

Nick Pezza
Nick's Landscaping
Month Dec

| Day | Customer Name | Old Balance | Billed | Received | Owed |
|---|---|---|---|---|---|
| Wed | He | 411.46 | 187.03 | 0 | 598.49 |
| | Bacus | 444.59 | | | 444.59 |
| | Pruzinsky | 229.79 | 64.13 | 0 | 293.92 |
| | Nagle | 128.25 | 165.66 | 0 | 293.91 |
| | East Lake | 106.88 / 450.94 | 106.88 | 0 | 106.88 / 557.82 / 458.47 / 654.06 |
| | Lomauro | 550.41 | 133.59 | 225.53 / 0 | |
| | A Plucheck | 380.22 | 24.81 | 358.03 | 0 |
| | Zwireck | 768.75 | 0 | 0 | 768.75 |

Nick Pezza
Nick's Landscaping

Month Dec

| Day | Customer Name | Old Balance | Billed | Received | Owed |
|---|---|---|---|---|---|
| Thursday | Fowler | 256.45 | 149.63 | 0 | 406.08 |
| | Itemgaba | 1897.93 | 149.63 | 0 | 2047.56 |
| | Knchechalk | 790.81 | 149.63 | 0 | 940.44 |
| | Messano | 154.92 | 160.36 | 0 | 315.28 |
| | Pulisse | 171.00 | 208.41 | 0 | 379.41 |
| | Kaufman | 213.75 | 0 | 0 | 213.75 |
| | Alexander | 513.00 | 0 | 0 | 513.00 |
| | Jordan | 160.31 | 160.31 | 0 | 320.62 |
| | Wolf | 160.81 | 128.25 | 0 | 289.06 |
| | Capizzi | 53.44 | 267.19 | 0 | 220.63 |

Nick Pezza
Nick's Landscaping
Month Dec

| Day | Customer Name | Old Balance | Billed | Received | Owed |
|---|---|---|---|---|---|
| Thursday | ~~Pet~~ | ~~#~~ | ~~0~~ | ~~#~~ | ~~#~~ |
| | ~~(scribbled)~~ | ~~(scribbled)~~ | ~~(scribbled)~~ | ~~(scribbled)~~ | ~~(scribbled)~~ |
| | ~~(scribbled)~~ | ~~(scribbled)~~ | ~~(scribbled)~~ | | |
| | Capella | 442.53 | 149.63 | 0 | 592.16 |
| | Dautner | 149.63 | 128.25 | 0 | 277.88 |
| | EP Cosmetic | 378.59 | 128.25 | 0 | 506.84 |
| Friday | Lucus Hazel | 422.47 | 171.00 | 294.22 | 299.25 |
| | cody | 207.54 | 0 | 0 | 207.54 |
| | noodle | 502.31 | 149.63 | 368.72 | 283.22 |
| | Sobol n | 128.25 | 171.00 | 0 | 299.25 |

Nick Pezza
Nick's Landscaping

Month: Dec

| Day | Customer Name | Old Balance | Billed | Received | Owed |
|---|---|---|---|---|---|
| Friday | Zerocho | 286.54 | 0 | 0 | 286.54 |
| | Khoury | 1171.01 | 1332.59 | 504.13 | 740.47 |
| | Almonte | 247.234 | | | 347.234 |
| | mess | 181.70 | 85.50 | 0 | 267.20 |
| | Ledwig | 320.83 | 0 | 0 | 320.83 |
| | Woods | 0 | 0 | | 0 |
| | Spoviero | 1935.90 | 0 | 0 | 1935.90 |

$5464.77   $1418.09   $504.13   $5898.27