# MICHAEL J CAVALLARO
ATTORNEY AT LAW
25 Lafayette Place
Kearny, New Jersey 07032
PH: 201-246-6174
attorneyforchrist@gmail.com

April 13, 2018

Honorable Rosemary Gambardella, USBJ
United States Bankruptcy Court
District of New Jersey
50 Walnut Street
Newark, New Jersey 07102

Re:   In re: Nicholas Pezza
      Case No.:16-33371

Dear Judge Gambardella:

Please allow this email to serve as Notice that the Confirmation Hearing scheduled for April 18, 2018 at 2:00pm has been adjourned to June 19, 2018 at 2:00pm.

Respectfully,

/s/ Michael Cavallaro

Michael Cavallaro