Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  16–33371–RG
Chapter:  11
Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Nicholas Pezza
  488 Dewey Avenue
  Saddle Brook, NJ 07663

Social Security No.:
  xxx–xx–2399

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Rosemary Gambardella on:

Date:       6/26/18
Time:        10:00 AM
Location:    Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

The following applications for compensation have been filed:

---

APPLICANT(S)
Michael J. Cavallaro, Debtor's Attorney,

COMMISSION OR FEES
period: 2/7/2017 to 5/31/2018, fee: $35827.50

EXPENSES
$548.25

---

Creditors may be heard before the applications are determined.

In accordance with D.N.J. Local Bankruptcy Rule 2016–1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016–1(h)).

Dated: June 1, 2018
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                              Case No. 16-33371-RG
Nicholas Pezza                                                                      Chapter 11
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2              User: admin              Page 1 of 2              Date Rcvd: Jun 01, 2018
                                 Form ID: 137              Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 03, 2018.
db            +Nicholas Pezza,   488 Dewey Avenue,   Saddle Brook, NJ 07663-5904
aty           +Michael J. Cavallaro,   25 Lafayette Place,   Kearny, NJ 07032-2228
r              Aldo Lavorini,   550 Boulevard,   Elmwood Park, NJ  07407
cr            +Christiana Trust as Custodian,   c/o Pellegrino & Feldstein, LLC,   290 Route 46 West,
               Denville, NJ 07834-1239
cr            +MTGLQ Investors, LP c/o Rushmore Loan Management S,   15480 Laguna Canyon Road,   Suite 100,
               Irvine, CA 92618-2132
acc            Michael Nulty,   Matthews & Nulty, Inc.
cr            +Nationstar Mortgage LLC, as servicer for U.S. Bank,   C/O Buckley Madole, P.C.,
               99 Wood Avenue South, Suite 803,   Iselin, NJ 08830-2713
cr            +U.S. Bank National Association,   RAS Crane, LLC,   10700 Abbott's Bridge Road, suite 170,
               Duluth, GA 30097-8461
516537772     +Bank of America Home Loans,   100 N Tryon Street,   Charlotte, NC 28255-0001
516889117     +Christian Trust as Custodian,   c/o Pellegrino & Feldstein, LLC,   290 Route 46 West,
               Denville, NJ 07834-1239
516644633      DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FO,   Bank of America,   PO Box 31785,
               Tampa, FL 33631-3785
516537773     +KML Law Group,   701 Market Street #5000,   Philadelphia, PA 19106-1541
516760853     +MTGLQ Investors, LP,   c/o Rushmore Loan Management Services,   PO Box 55004,
               Irvine, CA 92619-5004
516537774     +Pleuse Becker & Saltzman, LLC,   Attorneys at Law,   20000 Horizon Way Suite 900,
               Mount Laurel, NJ 08054-4318
516537775     +Shapiro & Denardo LLC,   14000 Commerce Parkway Suite B,   Mount Laurel, NJ 08054-2242
516671466     +U.S. Bank National Association,Trustee(See 410),   c/o Nationstar Mortgage LLC,   PO Box 619096,
               Dallas, Texas 75261-9096

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: cio.bncmail@irs.gov Jun 02 2018 00:26:01      Dist Dir of IRS,
               Insolvency Function,   PO Box 724,   Springfield, NJ  07081-0724
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jun 02 2018 00:26:42      U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 02 2018 00:26:39      United States Trustee,
               Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
cr            +E-mail/PDF: gecsedi@recoverycorp.com Jun 02 2018 00:30:45
               Synchrony Bank c/o PRA Receivables Management, LLC,   Valerie Smith,   PO BOX 41021,
               Norfolk, VA 23541-1021
516573275     +E-mail/Text: bankruptcy@cavps.com Jun 02 2018 00:27:09      Cavalry SPV I, LLC,
               500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-1340
516574448      E-mail/Text: mrdiscen@discover.com Jun 02 2018 00:25:41      Discover Bank,
               Discover Products Inc,   PO Box 3025,   New Albany, OH  43054-3025
516695014     +E-mail/Text: bankruptcydpt@mcmcg.com Jun 02 2018 00:26:37      MIDLAND FUNDING LLC,
               PO Box 2011,   Warren, MI 48090-2011
516654610     +E-mail/PDF: gecsedi@recoverycorp.com Jun 02 2018 00:31:41      Synchrony Bank,
               c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                         TOTAL: 8

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516869097*    +Internal Revenue Service,   PO Box 7346,   Philadelphia, PA 19101-7346
                                                                      TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 03, 2018                              Signature:   /s/Joseph Speetjens

District/off: 0312-2          User: admin              Page 2 of 2                Date Rcvd: Jun 01, 2018
                             Form ID: 137              Total Noticed: 24

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 31, 2018 at the address(es) listed below:

          Charles G. Wohlrab    on behalf of Creditor    U.S. Bank National Association, as Trustee, for
           Lehman Mortgage Trust Mortgage Pass Through Certificates Series 2006-2 cwohlrab@logs.com,
           njbankruptcynotifications@logs.com
          Deborah T. Feldstein    on behalf of Creditor    Christiana Trust as Custodian dfeldstein@caplaw.net
          Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company as Trustee for
           the Holders of New Century Home Equity Loan Trust, Series 2005-A, Asset Backed Pass-Through
           Certificates dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Francesca Ann Arcure    on behalf of Creditor    Nationstar Mortgage LLC, as servicer for U.S. Bank
           National Association, as Trustee, for Lehman Mortgage Trust Mortgage Pass Through Certificates
           Series 2006-2 NJ_ECF_Notices@McCalla.com,   NJ_ECF_Notices@McCalla.com
          Laura M. Egerman    on behalf of Creditor    U.S. Bank National Association bkyecf@rasflaw.com,
           bkyecf@rasflaw.com;legerman@rasnj.com
          Michael A. Artis    on behalf of U.S. Trustee    U.S. Trustee michael.a.artis@usdoj.gov
          Michael J. Cavallaro    on behalf of Debtor Nicholas  Pezza attorneyforchrist@gmail.com,
           lesliebrown.paralegal@gmail.com
          Robert P. Saltzman    on behalf of Creditor    MTGLQ Investors, LP c/o Rushmore Loan Management
           Services, LLC dnj@pbslaw.org
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                        TOTAL: 9