| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br>UNITED STATES DEPARTMENT OF JUSTICE<br>OFFICE OF THE UNITED STATES TRUSTEE<br>ANDREW R. VARA<br>ACTING UNITED STATES TRUSTEE,<br>REGION 3<br>Michael A. Artis, Esquire<br>One Newark Center, Suite 2100<br>Newark, NJ 07102<br>Telephone: (973) 645-3014<br>Facsimile: (973) 645-5993<br>E-mail: Michael.A.Artis@usdoj.gov | *FILED*<br>JEANNE A. NAUGHTON, CLERK<br>JUN 18 2018<br>U.S. BANKRUPTCY COURT<br>NEWARK, N.J.<br>BY _____ DEPUTY |
| In Re:<br><br>Nicholas Pezza,<br><br>Debtor. | Case No.: 16-33371 (RG)<br><br>Chapter 11<br><br>Hearing Date: June 12, 2017, at 11:00 a.m.<br><br>Judge: The Honorable Rosemary Gambardella |

## ORDER DIRECTING DEBTOR TO FILE OUTSTANDING MONTHLY OPERATING REPORTS BY JULY 13, 2018

The relief set forth on the following page, numbered 2, is hereby **ORDERED**.

6/18/18             *[Signature: Rosemary Gambardella]*

(Page 2)

Debtor: Nicholas Pezza

Chapter 11 Case No. 16-33371 (RG)

**Order Directing Debtor to file outstanding Monthly Operating Reports by July 13, 2018**

---

THIS MATTER having come before the Court on Debtor's motion to sell real property located at 488 Dewey Avenue, Saddle Brook, New Jersey, and the Court noting on the record that no Monthly Operating Reports have been filed since January 2018.

**ORDERED** that the Monthly Operating Reports for February 2018 through May 2018 be filed by July 13, 2018