**IRS** Department of the Treasury
Internal Revenue Service

51 Haddonfield Road
Suite 300
Cherry Hill, NJ 08002

Chapter and Case Number:
11 16-33371-RG

Person to Contact:
PAMELA HUNTER

Contact Telephone Number:
856-792-9321

Date: June 22, 2018

Employee Fax Number:
855-852-4139

Employee Identification Number:
0212478

ROSEMARY GAMBARDELLA
UNITED STATES BANKRUPTCY COURT
50 WALNUT STREET, 3RD FLOOR
NEWARK, NJ 07102-2506

Debtor: NICHOLAS PEZZA
Bankruptcy Filed December 8, 2016

This is to certify that the records of the Internal Revenue Service reflect that the Proof of Claim filed on behalf of the Internal Revenue Service dated 06/06/2017 is no longer in force and effect.

If you have any questions, our contact information is shown above. Thank you for your cooperation.

/s/ EVELYN D AJEL
Sup Bankruptcy Specialist

cc: NICHOLAS PEZZA
    MICHAEL J. CAVALLARO

Letter 3931CG (11-2004)
Catalog Number 38952B