Pezza Cash Reconciliation
1/31/2018

| | | |
|---|---|---:|
| Beginning Adjusted Cash Balance | | 20,837.94 |
| | | |
| Bank Balance | Beginning | 3,084.37 |
| Add: | Deposits | 13,644.62 |
| Less: | Disbursments | (9,084.13) |
| Bank Balance | Ending | 7,644.86  S |
| | | |
| Add: | | |
| 8B Charles St. | Rents | 1,300.00 |
| 10A Charles St. | Rents | 1,000.00 |
| 878 River Dr. | Rents | 0.00 |
| Total Cash Additions | | 2,300.00 |
| | | |
| Less: | | |
| 8B Charles St. | Rental Expenses | 0.00 |
| 10A Charles St. | Rental Expenses | 0.00 |
| 878 River Dr. | Rental Expenses | 0.00 |
| Total Cash Disbursements | | 0.00 |
| | | |
| Adjusted Cash Balance | | 27,698.43 |

The Rents and expenses are as per Nicholas Pezza

*[signature: Nicholas Pezza]*

7-13-18

TB1

In re: Nicholas Pezza  
Debtor

Case No. ____16-3371____  
Reporting Period: __January 31, 2018__

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the four bank account columns. The amounts reported in the "PROJECTED" columns should be taken from the SMALL BUSINESS INITIAL REPORT (FORM IR-1). Attach copies of the bank statements and the cash disbursements journal. The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page. A bank reconciliation must be attached for each account. [See MOR-1 (CON'T)]

| | BANK ACCOUNTS | | | | CURRENT MONTH | | CUMULATIVE FILING TO DATE | |
|---|---|---|---|---|---|---|---|---|
| | OPER | PAYROLL | TAX | OTHER | ACTUAL | PROJECTED | ACTUAL | PROJECTED |
| CASH BEGINNING OF MONTH | | | | | 20,838 | | 149,122 | |
| **RECEIPTS** | | | | | | | | |
| CASH SALES | | | | | 7,148 | | 71,360 | |
| ACCOUNTS RECEIVABLE | | | | | | | | |
| LOANS AND ADVANCES | | | | | | | | |
| SALE OF ASSETS | | | | | | | | |
| OTHER (ATTACH LIST) | | | | | | | | |
| TRANSFERS (FROM DIP ACCTS) | | | | | | | | |
| Rent | | | | | 2,300 | | 32,240 | |
| TOTAL RECEIPTS | | | | | 9,448 | | 103,600 | |
| **DISBURSEMENTS** | | | | | | | | |
| Net payroll | | | | | | | | |
| PAYROLL TAXES | | | | | | | | |
| SALES, USE, & OTHER TAXES | | | | | 1,884 | | 1,884 | |
| INVENTORY PURCHASES | | | | | | | 68,710 | |
| SECURED/ RENTAL/ LEASES | | | | | | | | |
| INSURANCE | | | | | 704 | | 2,848 | |
| ADMINISTRATIVE | | | | | | | | |
| Utilities | | | | | | | 2,100 | |
| OTHER (ATTACH LIST) | | | | | | | | |
| Real estate taxes | | | | | | | 10,000 | |
| OWNER DRAW * | | | | | | | 1,660 | |
| TRANSFERS (TO DIP ACCTS) | | | | | | | | |
| Repairs | | | | | | | 800 | |
| PROFESSIONAL FEES | | | | | | | | |
| U.S. TRUSTEE QUARTERLY FEES | | | | | | | | |
| COURT COSTS | | | | | | | | |
| TOTAL DISBURSEMENTS | | | | | 2,587 | | 88,001 | |
| NET CASH FLOW | | | | | 6,860 | | 15,598 | |
| (RECEIPTS LESS DISBURSEMENTS) | | | | | | | | |
| CASH - END OF MONTH | | | | | 27,698 | | 164,720 | |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

### THE FOLLOWING SECTION MUST BE COMPLETED

DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES (FROM CURRENT MONTH ACTUAL COLUMN)

| | |
|---|---|
| TOTAL DISBURSEMENTS | 27,698 |
| LESS: TRANSFERS TO DEBTOR IN POSSESSION ACCOUNTS | 0 |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | 0 |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | 27,698 |

*[signature]* 7/3/18

FORM MOR-1 (04/07)

In re   Nicholas Pezza
       Debtor

Case No. __16-3371__
Reporting Period: _1/31/18_

7-13-18

## STATEMENT OF OPERATIONS
(Income Statement)

The Statement of Operations is to be prepared on an accrual basis. The accrual basis of accounting recognizes revenue when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| REVENUES | Month | Cumulative Filing to Date |
|---|---|---|
| Gross Revenues | 0 | |
| Less: Returns and Allowances | | |
| Net Revenue | 0 | |
| **COST OF GOODS SOLD** | | |
| Beginning Inventory | | |
| Add: Purchases | | |
| Add: Cost of Labor | | |
| Add: Other Costs (attach schedule) | | |
| Less: Ending Inventory | | |
| Cost of Goods Sold | 0 | |
| Gross Profit | 0 | |
| **OPERATING EXPENSES** | | |
| Advertising | | |
| Auto and Truck Expense | | |
| Bad Debts | | |
| Contributions | | |
| Employee Benefits Programs | | |
| Insider Compensation* | | |
| Insurance | 704 | |
| Management Fees/Bonuses | | |
| Office Expense | | |
| Pension & Profit-Sharing Plans | | |
| Repairs and Maintenance | | |
| Rent and Lease Expense | | |
| Salaries/Commissions/Fees | | |
| Supplies | | |
| Taxes - Payroll | 6,317 | |
| Taxes - Real Estate | | |
| Taxes - Other (sales & use) | 2,063 | |
| Travel and Entertainment | | |
| Utilities | | |
| Other (attach schedule) | | |
| Total Operating Expenses Before Depreciation | 9,084 | |
| Depreciation/Depletion/Amortization | | |
| Net Profit (Loss) Before Other Income & Expenses | -9,084 | |
| **OTHER INCOME AND EXPENSES** | | |
| Other Income (attach schedule) | | |
| Interest Expense | | |
| Other Expense (attach schedule) | | |
| Net Profit (Loss) Before Reorganization Items | | |
| **REORGANIZATION ITEMS** | | |
| Professional Fees | | |
| U. S. Trustee Quarterly Fees | | |
| Interest Earned on Accumulated Cash from Chapter 11 (see continuation sheet) | | |
| Gain (Loss) from Sale of Equipment | | |
| Other Reorganization Expenses (attach schedule) | | |
| Total Reorganization Expenses | | |
| Income Taxes | | |
| Net Profit (Loss) | $ | $ |

*"Insider" is defined in 11 U.S.C. Section 101(31).

FORM MOR-2
(04/07)

# Bank
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

NICHOLAS PEZZA
DIP CASE 16-33371 DIST NJ
488 DEWEY AVE
SADDLE BROOK NJ 07663

Page: 1 of 4
Statement Period: Dec 18 2017-Jan 17 2018
Cust Ref #: 4340042657-039-T-###
Primary Account #: 434-0042657

## Chapter 11 Checking

NICHOLAS PEZZA
DIP CASE 16-33371 DIST NJ

Account # 434-0042657

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 2,178.13 | Average Collected Balance | 1,865.00 |
| Electronic Deposits | 3,586.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Checks Paid | 849.04 | Annual Percentage Yield Earned | 0.00% |
| Electronic Payments | 3,057.28 | Days in Period | 31 |
| Other Withdrawals | 850.00 | | |
| Ending Balance | 1,007.81 | | |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/18 | ATM CHECK DEPOSIT, *****45184675656<br>AUT 121517 ATM CHECK DEPOSI<br>150 MAIN STREET    LODI    *NJ | 1,550.00 |
| 12/26 | ATM CHECK DEPOSIT, *****45184675656<br>AUT 122517 ATM CHECK DEPOSI<br>600 MARKET STREET    ELMWOOD PARK *NJ | 105.00 |
| 12/26 | ATM CHECK DEPOSIT, *****45184675656<br>AUT 122317 ATM CHECK DEPOSI<br>150 MAIN ST    LODI    *NJ | 105.00 |
| 12/29 | ATM CASH DEPOSIT, *****45184675656<br>AUT 122917 ATM CASH DEPOSIT<br>150 MAIN ST    LODI    *NJ | 400.00 |
| 01/05 | ATM CHECK DEPOSIT, *****45184675656<br>AUT 010518 ATM CHECK DEPOSI<br>150 MAIN STREET    LODI    *NJ | 911.00 |
| 01/05 | ATM CHECK DEPOSIT, *****45184675656<br>AUT 010518 ATM CHECK DEPOSI<br>600 MARKET STREET    ELMWOOD PARK *NJ | 105.00 |
| 01/09 | ATM CHECK DEPOSIT, *****45184675656<br>AUT 010918 ATM CHECK DEPOSI<br>150 MAIN ST    LODI    *NJ | 200.00 |
| 01/12 | ATM CHECK DEPOSIT, *****45184675656<br>AUT 011118 ATM CHECK DEPOSI<br>150 MAIN STREET    LODI    *NJ | 105.00 |
| 01/16 | ATM CHECK DEPOSIT, *****45184675656<br>AUT 011418 ATM CHECK DEPOSI<br>150 MAIN STREET    LODI    *NJ | 105.00 |
| | Subtotal: | 3,586.00 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

## How to Balance your Account

Page: 2 of 4

Begin by adjusting your account register as follows:

- Subtract any services charges shown on this statement.
- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.
- Add any interest earned if you have an interest-bearing account.
- Add any automatic deposit or overdraft line of credit.
- Review all withdrawals shown on this statement and check them off in your account register.
- Follow instructions 2-5 to verify your ending account balance.

Your ending balance shown on this statement is:

List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

Subtotal by adding lines 1 and 2.

List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

Subtract Line 4 from 3. This adjusted balance should equal your account balance.

| | |
|---|---|
| Ending Balance | 1,007.21 |
| Total Deposits | + |
| Sub Total | |
| Total Withdrawals | − |
| Adjusted Balance | |

**Total Deposits**

**Total Withdrawals**

---

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

TD Bank, N.A., Deposit Operations Dept. P.O. Box 1377, Lewiston, Maine 04243-1377

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number
- A description of the error or transaction you are unsure about
- The dollar amount and date of the suspected error

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error so that you have the use of the money during the time it takes to complete our investigation.

Total interest credited by the Bank to you this year will be reported by the bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number
- The dollar amount of the suspected error
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "OOP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.



**Bank**
America's Most Convenient Bank®

NICHOLAS PEZZA
DIP CASE 16-33371 DIST NJ

Page: 3 of 4
Statement Period: Dec 18 2017-Jan 17 2018
Cust Ref #: 4340042657-039-T-###
Primary Account #: 434-0042657

## DAILY ACCOUNT ACTIVITY

### Checks Paid    No. Checks: 4
*Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 12/22 | 116 | 52.50 | 01/16 | 118 | 100.00 |
| 12/27 | 117 | 651.54 | 01/05 | 119 | 45.00 |
|  |  |  |  | Subtotal: | 849.04 |

### Electronic Payments

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/22 | TD ATM DEBIT, *****45184675656, AUT 122117 DDA WITHDRAW<br>150 MAIN ST    LODI    * NJ | 500.00 |
| 12/22 | DEBIT CARD PURCHASE, *****45184675656, AUT 122117 VISA DDA PUR<br>BURGER KING 3027    LODI    * NJ | 13.67 |
| 12/26 | TD ATM DEBIT, *****45184675656, AUT 122517 DDA WITHDRAW<br>150 MAIN ST    LODI    * NJ | 400.00 |
| 12/26 | DEBIT POS, *****45184675656, AUT 122417 DDA PURCHASE<br>SHOPRITE PASSAIC S1 50    PASSAIC    * NJ | 30.44 |
| 12/27 | DEBIT CARD PURCHASE, *****45184675656, AUT 122617 VISA DDA PUR<br>THE MEDICINE SHOPPE 1416    SADDLE BROOK * NJ | 240.00 |
| 12/27 | DEBIT POS, *****45184675656, AUT 122617 DDA PURCHASE<br>WM SUPERC WAL MART SUP    GARFIELD    * NJ | 19.11 |
| 12/28 | DEBIT POS, *****45184675656, AUT 122817 DDA PURCHASE<br>THE HOME DEPOT 959    PATERSON    * NJ | 6.24 |
| 12/29 | TD ATM DEBIT, *****45184675656, AUT 122817 DDA WITHDRAW<br>600 MARKET STREET    ELMWOOD PARK * NJ | 340.00 |
| 01/03 | DEBIT POS, *****45184675656, AUT 010318 DDA PURCHASE<br>P P WHOLESALE MARKET    CLIFTON    * NJ | 170.00 |
| 01/03 | DEBIT CARD PURCHASE, *****45184675656, AUT 010218 VISA DDA PUR<br>NJMVC LODI    LODI    * NJ | 71.50 |
| 01/05 | DEBIT CARD PURCHASE, *****45184675656, AUT 010418 VISA DDA PUR<br>OPTIMUM 8704    904 337 1112 * NY | 165.80 |
| 01/05 | TD ATM DEBIT, *****45184675656, AUT 010418 DDA WITHDRAW<br>150 MAIN STREET    LODI    * NJ | 100.00 |
| 01/11 | DEBIT CARD PURCHASE, *****45184675656, AUT 011018 VISA DDA PUR<br>CHARMOY DENTAL ASSOCIATE    RANDOLPH    * NJ | 224.80 |
| 01/16 | DEBIT CARD PURCHASE, *****45184675656, AUT 011218 VISA DDA PUR<br>PASSAIC VALLEY WATER COM    973 3404336 * NJ | 281.15 |
| 01/16 | DEBIT CARD PURCHASE, *****45184675656, AUT 011218 VISA DDA PUR<br>PASSAIC VALLEY WATER COM    973 3404336 * NJ | 281.15 |
| 01/16 | DEBIT CARD PURCHASE, *****45184675656, AUT 011118 VISA DDA PUR<br>GARFIELD LUMBER MILLWO    GARFIELD    * NJ | 205.62 |
|  | Subtotal: | 3,057.28 |



Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com


**Bank**
America's Most Convenient Bank

STATEMENT OF ACCOUNT

NICHOLAS PEZZA
DIP CASE 16-33371 DIST NJ

Page: 4 of 4
Statement Period: Dec 18 2017-Jan 17 2018
Cust Ref #: 4340042657-039-T-###
Primary Account #: 434-0042657

## DAILY ACCOUNT ACTIVITY

**Other Withdrawals**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/27 | DEBIT | 850.00 |
| | Subtotal: | 850.00 |

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 12/17 | 2,178.13 | 01/03 | 985.13 |
| 12/18 | 3,728.13 | 01/05 | 1,690.53 |
| 12/22 | 3,161.96 | 01/09 | 1,890.53 |
| 12/26 | 2,935.52 | 01/11 | 1,665.73 |
| 12/27 | 1,174.87 | 01/12 | 1,770.73 |
| 12/28 | 1,166.63 | 01/16 | 1,007.81 |
| 12/29 | 1,226.63 | | |

Call 1-800-937-2000 for 24 hour Bank-by-Phone services or connect to www.tdbank.com

 **Columbia Bank**
19-01 ROUTE 208 NORTH - FAIR LAWN, NJ 07410
(800) 522-4167

Statement of Account
Statement Date        Jan 01-Jan 31, 2018
Account Number        8000969846
Page 1 of 6

 CZ  01
NICHOLAS PEZZA
NICKS LANDSCAPING
488 DEWEY AVE
04645    SADDLE BROOK NJ 07663
ynv43

ADDRESS SERVICE REQUESTED

### Free. Simple. Secure. Columbia Bank's Digital Wallet Adds a High Tech Option to Pay!

 21st century banking is here! With Columbia Bank's "Digital Wallet," your debit card is more manageable, more secure and more convenient than ever! Just load your Columbia Bank debit card information in your smartphone using Apple Pay ®, Android Pay™ or Samsung Pay® free apps. And, when you are ready to pay for any purchase, simply tap your mobile device in front of a store's payment terminal and you're done. Tap and Pay. Paying for your purchases couldn't be easier!

### SUMMARY OF ACCOUNTS

| | | | |
|---|---|---|---|
| Business Free | 8000969846 | $7,644.86 | **Home Mortgage Solutions...Fast and Easy!** Looking for your dream home? Well, look no further! Columbia Bank offers low home mortgage rates. Flexible terms...quick turnarounds. we'll even come to you! To learn more about our full range of home mortgage products and services, please visit us online or contact our Customer Service center at (800) 522-4167. |

### CHECKING                                                                 8000969846
**Business Free**

| | | | | |
|---|---|---|---|---|
| Previous Balance | | 3,084.37 | Account Title: | NICHOLAS PEZZA |
| 33 Deposits/Credits | | 13,644.62 | | NICKS LANDSCAPING |
| 44 Debits | | 9,084.13 | Account Number | 8000969846 |
| 1 Checks | | 3,000.00 | Number of Enclosures | 1 |
| Service Charge | | 0.00 | Statement Dates | 01/01/2018 thru 01/31/2018 |
| Current Balance | | 7,644.86 | Days in the statement period | 31 |

TB1

### Transaction Activity

| Date | Description | Amount | Balance |
|---|---|---|---|
| 01/01 | Beginning Balance | | 3,084.37 |
| 01/02 | Point Of Sale Withdrawal  Wal-Mart Super 5752 WAL-SAMS GARFIELD NJUS CARD# 0234 | -87.62 | 2,996.75 |
| 01/02 | Point Of Sale Deposit  Wal-Mart Super 5752 WAL-SAMS GARFIELD NJUS CARD# 0234 | 63.06 | 3,059.81 |
| 01/02 | Point Of Sale Withdrawal  Wal-Mart Super 5752 WAL-SAMS GARFIELD NJUS CARD# 0234 | -41.72 | 3,018.09 |
| 01/02 | ATM Deposit  COLUMBIA BANK 381 MARKET STREET  SADDLEBROOK NJUS CARD# 0234 | 224.44 | 3,242.53 |
| 01/02 | ATM Deposit  COLUMBIA BANK 381 MARKET STREET  SADDLEBROOK NJUS CARD# 0234 | 416.81 | 3,659.34 |

FDIC

S

| NO. | |
|---|---|
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| TOTAL | $ |

THIS AREA IS PROVIDED TO HELP YOU BALANCE YOUR CHECKING ACCOUNT STATEMENT

If your Checking Account has overdraft protection, remember to record the dollar amount of funds transferred into your checking account from your other designated deposit account or from your Premium Overdraft or your CheckRight Overdraft Line of Credit.

| | |
|---|---|
| Bank Balance Shown on this Statement | $ |
| ADD+ | |
| Deposits not credited on this Statement (If Any) | $ |
| SUBTOTAL | $ |
| SUBTRACT- | |
| Checks Outstanding | $ |
| TOTAL | $ |

Should agree with checkbook balance after adding interest and deducting service charges (if any) shown on your checking statement. Please report any difference to us within 10 days of receipt of this statement. If no difference is reported in 10 days, the account will be considered correct. Direct checking account inquires to the branch servicing it or to our customer service center at 1-800-522-4167

## IMPORTANT NOTICE

1. Always be alert to your surroundings and defer ATM transactions if circumstances cause you to be apprehensive
2. Close the entry door of any ATM facility so equipped.
3. Put away withdrawn cash before exiting any ATM facility
4. Direct any complaints concerning ATM security to an appropriate department of the owner of the ATM or to the NJ Department of Banking
5. If you have any concerns about the security of any ATM owned and operated by Columbia Bank, call 1-800-522-4167 or the NJ Department of Banking at 609-292-7272.

## LOST OR STOLEN DEBIT CARD

To report a lost or stolen Columbia Bank Debit Card, please call 800-522-4167, Monday through Friday from 7:30am - 6:00pm and Saturday from 8:00am - 2:00 PM. After normal business hours, please call 800-472-3272.

THE FOLLOWING DISCLOSURE RELATES TO ACCOUNTS THAT CAN BE ACCESSED VIA ELECTRONIC FUND TRANSFERS

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUND TRANSFERS

Telephone us at 800-522-4167 (outside the Continental US call (201)796-3600) or write us at Columbia Bank, 19-01 Route 208 North, Fair Lawn, NJ 07410 ATTN: Customer Service Center, as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared

1. Tell us your name and account number
2. Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error so that you will have the use of the money during the time it takes us to complete our investigation.

YOU MUST PUT YOUR COMPLAINT OR QUESTION IN WRITING EVEN IF YOU CALL. IF WE DO NOT RECEIVE IT WITHIN 10 BUSINESS DAYS OF RECEIPT OF THIS STATEMENT, WE MAY NOT CREDIT YOUR ACCOUNT.

To find out whether preauthorized electronic fund transfers to your account have been received, please call 800-747-4428 (outside the Continental US call (201) 703-3751) during normal business hours.

IMPORTANT INFORMATION REGARDING YOUR OVERDRAFT PROTECTION LINE OF CREDIT STATEMENT

"PREV BALANCE" and "PRIOR STATEMENT BALANCES" is the total unpaid principal at the beginning of the billing cycle. "NEW BALANCE" is the total unpaid principal at the end of the cycle.

Refer to the "TRANSACTION SECTION." The information within this section relates to the transactions that occurred during the statement cycle. Transactions shown in this section are the result of transactions affecting the loan. Transactions affecting the principal such as loans being made, the principal portion of payments received (if any), and other adjustments made. The principal balance from each of these figures is stated in the "PRINCIPAL" column. The principal balance remains unchanged between the dates of activity indicated.

The statement also totals fees assessed for the cycle and year-to-date. It also totals interest charged for the cycle and year-to-date.

Any payments received at other than the billing address may be subject to delays in posting.

The current interest rate is divided by 365 to arrive at the daily periodic rate. The daily periodic rate is multiplied by each of the different principal balances and then by the number of days each balance remained unchanged. The sum of those calculations equals the interest charge disclosed on the statement.

| Send payment to: | Send billing inquiries to: |
|---|---|
| Columbia Bank | Columbia Bank |
| P.O. Box 947 | Attn: Loan Accounting Department |
| Fair Lawn, NJ 07410 | 19-01 Route 208 North |
| | Fair Lawn, NJ 07410 |

THE FOLLOWING DISCLOSURE REQUIRED BY FEDERAL LAW APPLIES TO OVERDRAFT PROTECTION LINE OF CREDIT ACCOUNTS. IT DOES NOT APPLY TO COMMERCIAL LINE OF CREDIT ACCOUNTS.

BILLING RIGHTS SUMMARY

*What To Do If You Think You Find A Mistake On Your Statement*

If you think there is an error on your statement, write to us on a separate sheet at the address shown above for billing inquiries.

In your letter, give us the following information.
- Account information: Your name and account number
- Dollar Amount
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But if we determine that we made a mistake, you will not have to pay the amount in question or any other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

PLEASE VISIT OUR WEBSITE AT COLUMBIABANKONLINE.COM    Revision 01/19/2017

**Columbia Bank**
19-01 ROUTE 208 NORTH – FAIR LAWN, NJ 07410
(800) 522-4167

**Statement of Account**
Statement Date        Jan 01-Jan 31, 2018
Account Number        8000969646
Page 2 of 6

### Transaction Activity

| Date | Description | Amount | Balance |
|---|---|---|---|
| 01/02 | Point Of Sale Withdrawal  Wal-Mart Store 3562 WAL-SAMS SADDLE BROOK NJUS CARD# 0234 | -65.98 | 3,593.36 |
| 01/04 | Point Of Sale Withdrawal  WAWA 8335 GARFIELD NJUS CARD# 0234 | -40.04 | 3,553.32 |
| 01/04 | Point Of Sale Withdrawal  EXXONMOBIL 47514MORRIS PLAINS  NJUS CARD# 0234 | -23.69 | 3,529.63 |
| 01/05 | Point Of Sale Withdrawal  USPS PO 33733606 SADDLE BROOK NJUS CARD# 0234 | -49.00 | 3,480.63 |
| 01/05 | ATM Deposit  COLUMBIA BANK 381 MARKET STREET  SADDLEBROOK NJUS CARD# 0234 | 293.84 | 3,774.47 |
| 01/05 | External Withdrawal GEICO  - GEICO PYMT | -703.80 | 3,070.67 |
| 01/08 | Point Of Sale Withdrawal  HARBOR FREIGHT 441 MARKET ST SADDLE BROOK NJUS CARD# 0234 | -8.71 | 3,061.96 |
| 01/08 | Point Of Sale Withdrawal  BP#2052124SADDLE BRSADDLE BROOK NJUS CARD# 0234 | -5.00 | 3,056.96 |
| 01/08 | Point Of Sale Withdrawal  BP#2052124SADDLE BRSADDLE BROOK NJUS CARD# 0234 | -6.03 | 3,050.93 |
| 01/09 | Point Of Sale Withdrawal  LOWE'S #2328 PATERSON NJUS CARD# 0234 | -20.11 | 3,030.82 |
| 01/09 | Point Of Sale Withdrawal  THE HOME DEPOT 7605 TONNELLE AVE  N BERGEN NJUS CARD# 0234 | -23.91 | 3,006.91 |
| 01/09 | Point Of Sale Withdrawal  QUICK CHEK CORPORATLODI  NJUS CARD# 0234 | -75.00 | 2,931.91 |
| 01/09 | Point Of Sale Withdrawal  THE HOME DEPOT 103-179 DAYTON AVENPASSAIC NJUS CARD# 0234 | -188.06 | 2,743.85 |
| 01/10 | ATM Deposit  COLUMBIA BANK 381 MARKET STREET  SADDLEBROOK NJUS CARD# 0234 | 80.25 | 2,824.10 |
| 01/10 | ATM Deposit  COLUMBIA BANK 381 MARKET STREET  SADDLEBROOK NJUS CARD# 0234 | 998.67 | 3,822.77 |
| 01/10 | ATM Deposit  COLUMBIA BANK 381 MARKET STREET  SADDLEBROOK NJUS CARD# 0234 | 288.56 | 4,111.33 |
| 01/10 | ATM Deposit  COLUMBIA BANK 381 MARKET STREET  SADDLEBROOK NJUS CARD# 0234 | 150.00 | 4,261.33 |
| 01/10 | ATM Deposit  COLUMBIA BANK 381 MARKET STREET  SADDLEBROOK NJUS CARD# 0234 | 200.06 | 4,461.39 |
| 01/10 | ATM Deposit  COLUMBIA BANK 381 MARKET STREET  SADDLEBROOK NJUS CARD# 0234 | 250.00 | 4,711.39 |
| 01/10 | Point Of Sale Withdrawal  DENNY'S AUTO REPAIRELMWOOD PARK NJUS CARD# 0234 | -614.37 | 4,097.02 |
| 01/11 | Point Of Sale Withdrawal  NATIONAL WHOLESALE LODI  NJUS CARD# 0234 | -24.98 | 4,072.04 |
| 01/11 | Point Of Sale Withdrawal  BP#2052124SADDLE BRSADDLE BROOK NJUS CARD# 0234 | -30.00 | 4,042.04 |
| 01/11 | Descriptive Withdrawal 01/11/18 BR040 BANJ0221 ATM CORRECTION OF 01/09/18 | -0.06 | 4,041.98 |
| 01/12 | ATM Withdrawal  COLUMBIA BANK 381 MARKET STREET SADDLEBROOK NJUS CARD# 0234 | -400.00 | 3,641.98 |
| 01/12 | Point Of Sale Withdrawal  ENVIRONMENTAL RENEWWOODLAND PARK NJUS CARD# 0234 | -84.00 | 3,557.98 |
| 01/13 | Point Of Sale Withdrawal  THE HOME DEPOT 99 STATE ROUTE 17 LODI  NJUS CARD# 0234 | -35.63 | 3,522.35 |
| 01/13 | ATM Deposit  COLUMBIA BANK 381 MARKET STREET  SADDLEBROOK NJUS CARD# 0234 | 555.75 | 4,078.10 |
| 01/13 | ATM Deposit  COLUMBIA BANK 381 MARKET STREET  SADDLEBROOK NJUS CARD# 0234 | 384.75 | 4,462.85 |
| 01/13 | ATM Deposit  COLUMBIA BANK 381 MARKET STREET  SADDLEBROOK NJUS CARD# 0234 | 320.63 | 4,783.48 |
| 01/13 | ATM Deposit  COLUMBIA BANK 381 MARKET STREET  SADDLEBROOK NJUS CARD# 0234 | 277.88 | 5,061.36 |




3067  rev 09-17

**Statement of Account**

Statement Date     Jan 01-Jan 31, 2018
Account Number     8000969845
Page 3 of 6

**Transaction Activity**

| Date | Description | Amount | Balance |
|---|---|---|---|
| 01/13 | ATM Deposit COLUMBIA BANK 381 MARKET STREET SADDLEBROOK NJUS CARD# 0234 | 603.24 | 5,664.60 |
| 01/16 | Point Of Sale Withdrawal HARBOR FREIGHT 441 MARKET ST SADDLE BROOK NJUS CARD# 0234 | -1.70 | 5,662.90 |
| 01/16 | ATM Deposit COLUMBIA BANK 381 MARKET STREET SADDLEBROOK NJUS CARD# 0234 | 523.69 | 6,186.59 |
| 01/16 | ATM Deposit COLUMBIA BANK 381 MARKET STREET SADDLEBROOK NJUS CARD# 0234 | 598.13 | 6,784.72 |
| 01/17 | Point Of Sale Withdrawal THE HOME DEPOT 103-179 DAYTON AVENPASSAIC NJUS CARD# 0234 | -23.42 | 6,761.30 |
| 01/17 | ATM Deposit COLUMBIA BANK 381 MARKET STREET SADDLEBROOK NJUS CARD# 0234 | 374.06 | 7,135.36 |
| 01/17 | ATM Deposit COLUMBIA BANK 381 MARKET STREET SADDLEBROOK NJUS CARD# 0234 | 2,000.00 | 9,135.36 |
| 01/17 | ATM Deposit COLUMBIA BANK 381 MARKET STREET SADDLEBROOK NJUS CARD# 0234 | 470.25 | 9,605.61 |
| 01/17 | ATM Deposit COLUMBIA BANK 381 MARKET STREET SADDLEBROOK NJUS CARD# 0234 | 275.28 | 9,880.89 |
| 01/17 | ATM Deposit COLUMBIA BANK 381 MARKET STREET SADDLEBROOK NJUS CARD# 0234 | 299.25 | 10,180.14 |
| 01/17 | Point Of Sale Withdrawal FUEL 4 ELMWOOD PARKELMWOOD PARK NJUS CARD# 0234 | -41.01 | 10,139.13 |
| 01/18 | Point Of Sale Withdrawal THE HOME DEPOT #095PASSAIC NJUS CARD# 0234 | -3.33 | 10,135.80 |
| 01/18 | Point Of Sale Withdrawal Garfield Lumber & M973-478-2160 NJUS CARD# 0234 | -171.35 | 9,964.45 |
| 01/18 | ATM Deposit COLUMBIA BANK 381 MARKET STREET SADDLEBROOK NJUS CARD# 0234 | 374.06 | 10,338.51 |
| 01/18 | ATM Deposit COLUMBIA BANK 381 MARKET STREET SADDLEBROOK NJUS CARD# 0234 | 225.53 | 10,564.04 |
| 01/18 | Point Of Sale Withdrawal HARBOR FREIGHT TOOLSADDLE BROOK NJUS CARD# 0234 | -17.65 | 10,546.39 |
| 01/18 | Point Of Sale Withdrawal THE HOME DEPOT 75 MCLEAN BLVD PATERSON NJUS CARD# 0234 | -26.61 | 10,519.78 |
| 01/19 | ATM Withdrawal COLUMBIA BANK 381 MARKET STREET SADDLEBROOK NJUS CARD# 0234 | -500.00 | 10,019.78 |
| 01/19 | ATM Deposit COLUMBIA BANK 381 MARKET STREET SADDLEBROOK NJUS CARD# 0234 | 427.50 | 10,447.28 |
| 01/19 | ATM Deposit COLUMBIA BANK 381 MARKET STREET SADDLEBROOK NJUS CARD# 0234 | 192.36 | 10,639.64 |
| 01/19 | Point Of Sale Withdrawal THE HOME DEPOT 75 MCLEAN BLVD PATERSON NJUS CARD# 0234 | -36.07 | 10,603.57 |
| 01/19 | Check 103 | -3,000.00 | 7,603.57 |
| 01/22 | ATM Deposit COLUMBIA BANK 381 MARKET STREET SADDLEBROOK NJUS CARD# 0234 | 480.94 | 8,084.51 |
| 01/22 | ATM Deposit COLUMBIA BANK 381 MARKET STREET SADDLEBROOK NJUS CARD# 0234 | 281.88 | 8,366.39 |
| 01/23 | Point Of Sale Withdrawal HARBOR FREIGHT 441 MARKET ST SADDLE BROOK NJUS CARD# 0234 | -4.25 | 8,362.14 |
| 01/23 | Point Of Sale Withdrawal THE HOME DEPOT 103-179 DAYTON AVENPASSAIC NJUS CARD# 0234 | -53.65 | 8,308.49 |
| 01/23 | Point Of Sale Withdrawal FUEL 4 ELMWOOD PARKELMWOOD PARK NJUS CARD# 0234 | -32.59 | 8,275.90 |
| 01/24 | ATM Deposit COLUMBIA BANK 381 MARKET STREET SADDLEBROOK NJUS CARD# 0234 | 362.53 | 8,638.43 |
| 01/24 | Point Of Sale Withdrawal THE HOME DEPOT 75 MCLEAN BLVD PATERSON NJUS CARD# 0234 | -144.60 | 8,493.83 |


FDIC

**Columbia Bank**
19-01 ROUTE 208 NORTH – FAIR LAWN, NJ 07410
(800) 522-4167

Statement of Account
Statement Date      Jan 01-Jan 31, 2018
Account Number      8000968846
Page 4 of 6

### Transaction Activity

| Date | Description | Amount | Balance |
|---|---|---|---|
| 01/26 | Point Of Sale Withdrawal  HARBOR FREIGHT 441 MARKET ST SADDLE BROOK NJUS CARD# 0234 | -7.65 | 8,486.18 |
| 01/27 | Point Of Sale Withdrawal  P & P WHOLESALE 441 GETTY AVENUE CLIFTON NJUS CARD# 0234 | -70.00 | 8,416.18 |
| 01/27 | Point Of Sale Withdrawal  WAWA 8335 GARFIELD NJUS CARD# 0234 | -75.00 | 8,341.18 |
| 01/29 | Point Of Sale Withdrawal  THE HOME DEPOT #095PASSAIC NJUS CARD# 0234 | -162.20 | 8,178.98 |
| 01/29 | ATM Deposit  COLUMBIA BANK 381 MARKET STREET  SADDLEBROOK NJUS CARD# 0234 | 577.13 | 8,756.11 |
| 01/29 | ATM Deposit  COLUMBIA BANK 381 MARKET STREET  SADDLEBROOK NJUS CARD# 0234 | 374.06 | 9,130.17 |
| 01/29 | ATM Deposit  COLUMBIA BANK 381 MARKET STREET  SADDLEBROOK NJUS CARD# 0234 | 347.34 | 9,477.51 |
| 01/29 | Point Of Sale Withdrawal  MR BRUNO'S PIZZERIASADDLE BROOK NJUS CARD# 0234 | -25.10 | 9,452.41 |
| 01/29 | External Withdrawal NJ S&U WEB PMT  - NJWEB55 TXP*B593142399000*04120*170930*T*96250*****PEZZ\ 91000013832049 | -962.50 | 8,489.91 |
| 01/29 | External Withdrawal NJ S&U WEB PMT  - NJWEB55 TXP*B593142399000*04120*171231*T*110000*****PEZZ\ 91000013832050 | -1,100.00 | 7,389.91 |
| 01/30 | Point Of Sale Withdrawal  QUICK CHEK CORPORATLODI  NJUS CARD# 0234 | -42.74 | 7,347.17 |
| 01/30 | ATM Deposit  COLUMBIA BANK 381 MARKET STREET  SADDLEBROOK NJUS CARD# 0234 | 352.69 | 7,699.86 |
| 01/31 | Point Of Sale Withdrawal  EZPASS PREPAID TOLL800-333-8655 NYUS CARD# 0234 | -55.00 | 7,644.86 |

### CHECKS IN NUMBER ORDER

| Date | Check No | Amount |
|---|---|---|
| 01/19 | 103 | 3,000.00 |

| PAID/RETURN ITEM FEES | Total For This Period | Total Year-To-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

FDIC

 Columbia Bank

Statement of Account
Statement Date   Jan 01-Jan 31, 2018
Account Number   8000960846
Page 6 of 6



Nick Pezza
Nick's Landscaping

Month: Jan 2018

| Day | Customer Name | Old Balance | Billed | Received | Owed |
|---|---|---|---|---|---|
| Monday | Sobtega | 721.41 | 0 | 350.00 | 371.41 |
| | Salavino | 1073.44 | (.00) | 0 | 1073.38 |
| | Villani | 623.30 | 0 | 0 | 673.30 |
| | Mindszenty | 106.00 | 0 | 106.00 | 0 |
| | Reive | 245.84 | (0) | 0 | 245.84 |
| | Marmolesos | 235.13 | (0) | 235.13 | 0 |
| | Stemplewer | 267.19 | 0 | 0 | 267.15 |
| | Kaszenn | 192.38 | 0 | 0 | 192.38 |
| Thursday | Insler | 524.82 | 0 | 306.00 | 484.82 |
| | Darvey | 847.43 | 0 | 0 | 847.43 |

Nick Pezza
Nick's Landscaping

Month: Jan 2018

| Day | Customer Name | Old Balance | Billed | Received | Owed |
|---|---|---|---|---|---|
| Tuesday | Zotter | 457.68 | 0 | 174.06 | 283.62 paid |
| | Francisco | 192.38 | 0 | 0 | 192.38 pd |
| | Karinols | 365.44 | 0 | 365.44 | 0 |
| | Toth | 956.16 | 0 | 0 | 956.16 |
| | DeMichele | 213.73 | 0 | 0 | 213.73 |
| | Minson | 865.69 | 0 | 865.69 | 0 |
| | Colgan | 192.38 | 0 | 0 | 192.38 |
| | Le | 598.50 | 0 | 598.50 | 0 |
| | Pavicheci | 373.93 | 0 | 0 | 373.93 |
| | Zwirecki | 966.78 | 0 | 0 | 966.78 |
| Wed | Begosh | 128.25 | 0 | 0 | 128.25 |

Nick Pezza
Nick's Landscaping

Month: Jun. 2018

| Day | Customer Name | Old Balance | Billed | Received | Owed |
|---|---|---|---|---|---|
| Wednesday | Lombardo | 2040.47 | 0 | 240.47 | 0 |
| | Andrezzi | 390.09 | 0 | 390.09 | 0 |
| | Carlof | 334.26 | 0 | 0 | 334.26 |
| | Bart Dote | 213.78 | 0 | 0 | 213.78 |
| | Nagle | 293.91 | 0 | 293.91 | 0 |
| | Pruzinsky | 263.22 | 0 | 263.22 | 0 |
| | Basus | 496.59 | 0 | 0 | 496.59 |
| Thursday | Messero | 347.34 | 0 | 347.34 | 0 |
| | Polisse | 379.41 | 0 | 379.41 | 0 |
| | Prohechok | 940.44 | 0 | 0 | 940.44 |

Nick Pezza
Nick's Landscaping

Month: Jan 2018

| Day | Customer Name | Old Balance | Billed | Received | Owed |
|---|---|---|---|---|---|
| Thursday | Hempowbo | 1788.81 | 0 | 0 | 1788.81 |
| 1 | Fowler | 443.53 | 0 | 0 | 443.53 |
| 1 | Peart | 448.60 | 0 | 0 | 448.50 |
| 1 | Mo Kaufmann | 240.49 | 0 | 0 | 240.49 |
| 1 | Capizzi | 363.38 | 0 | 363.38 | 0 |
| 1 | Cafiello | 820.63 | 0 | 0 | 320.63 |
| 1 | Dautner | 171.00 | 0 | 0 | 171.00 |
|  | Enoumance Permanent cosmetics llc | 506.84 | 0 | 0 | 506.84 |
|  | Wolf | 256.50 | 0 | 256.50 | 0 |
|  | Soden | 288.50 | | 260.00 | 288.50 |

Nick Pezza
Nick's Landscaping

Month JAN 2018

| Day | Customer Name | Old Balance | Billed | Received | Owed |
|---|---|---|---|---|---|
| Thursday | Alexander | 125.25 | 0 | 0 | 125.25 |
| Friday | Zendo | 284.50 | 0 | 0 | 284.50 |
| | Kurus | 299.28 | 0 | 0 | 299.28 |
| | Holmes | 352.69 | 0 | 0 | 352.69 |
| | Mess | 256.50 | 0 | 0 | 256.50 |
| | 10thorn | 783.22 | 0 | 783.22 | 0 |
| | Sobota | 299.25 | 0 | 0 | 299.25 |
| | Cody | 235.13 | 0 | 235.13 | 0 |
| | Moodie | 256.50 | 0 | 0 | 256.50 |
| | Ludwig | 170.82 | 0 | 150.00 | 20.82 |

Nick Pezza
Nick's Landscaping

Month: Jan

| Day | Customer Name | Old Balance | Billed | Received | Owed |
|---|---|---|---|---|---|
| First day — Monroe | | 347.34 | 0 | 0 | 347.34 |
| | Sgr Owino | 1781.01 | | 400.00 | 1351.01 |

7147.49