Pezza Cash Reconciliation
3/31/2018

| | | |
|---|---|---:|
| Beginning Adjusted Cash Balance | | 22,536.23 |
| | | |
| Bank Balance | Beginning | 182.66 |
| Add: | Deposits | 18,191.24 |
| Less: | Disbursments | (7,788.78) |
| Bank Balance | Ending | 10,585.12 U |
| | | |
| Add: | | |
| 8B Charles St. | Rents | 1,300.00 |
| 10A Charles St. | Rents | 1,000.00 |
| 878 River Dr. | Rents | 0.00 |
| Total Cash Additions | | 2,300.00 |
| | | |
| Less: | | |
| 8B Charles St. | Rental Expenses | 0.00 |
| 10A Charles St. | Rental Expenses | 0.00 |
| 878 River Dr. | Rental Expenses | 0.00 |
| Total Cash Disbursements | | 0.00 |
| | | |
| Adjusted Cash Balance | | 35,238.69 |

The Rents and expenses are as per Nicholas Pezza

*[signature]*

7-13-18

TB3

In re Nicholas Pezza
Debtor

Case No. 16-3371
Reporting Period: March 31, 2018

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the four bank account columns. The amounts reported in the "PROJECTED" columns should be taken from the SMALL BUSINESS INITIAL REPORT (FORM IR-1). Attach copies of the bank statements and the cash disbursements journal. The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page. A bank reconciliation must be attached for each account. [See MOR-1 (CON'T)]

| | BANK ACCOUNTS | | | | CURRENT MONTH | | CUMULATIVE FILING TO DATE | |
|---|---|---|---|---|---|---|---|---|
| | OPER. | PAYROLL | TAX | OTHER | ACTUAL | PROJECTED | ACTUAL | PROJECTED |
| CASH BEGINNING OF MONTH | | | | | 22,536 | | 199,356 | |
| **RECEIPTS** | | | | | | | | |
| CASH SALES | | | | | 3,509 | | 76,877 | |
| ACCOUNTS RECEIVABLE | | | | | | | | |
| LOANS AND ADVANCES | | | | | | | | |
| SALE OF ASSETS | | | | | | | | |
| OTHER (ATTACH LIST) | | | | | 14,682 | | 14,682 | |
| TRANSFERS (FROM DIP ACCTS) | | | | | | | | |
| Rent | | | | | 2,300 | | 36,840 | |
| TOTAL RECEIPTS | | | | | 20,491 | | 113,717 | |
| **DISBURSEMENTS** | | | | | | | | |
| Net payroll | | | | | | | | |
| PAYROLL TAXES | | | | | | | | |
| SALES, USE, & OTHER TAXES | | | | | | | 1,884 | |
| INVENTORY PURCHASES | | | | | 789 | | 70,083 | |
| SECURED/ RENTAL/ LEASES | | | | | | | | |
| INSURANCE | | | | | | | 2,848 | |
| ADMINISTRATIVE | | | | | | | | |
| Utilities | | | | | | | 2,386 | |
| OTHER (ATTACH LIST) | | | | | 0 | | | |
| Real estate taxes | | | | | | | 10,000 | |
| OWNER DRAW * | | | | | 7,000 | | 10,260 | |
| TRANSFERS (TO DIP ACCTS) | | | | | | | | |
| Repairs | | | | | | | 800 | |
| PROFESSIONAL FEES | | | | | | | | |
| U.S. TRUSTEE QUARTERLY FEES | | | | | | | | |
| COURT COSTS | | | | | | | | |
| TOTAL DISBURSEMENTS | | | | | 7,789 | | 98,261 | |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | | | | | 12,702 | | 15,456 | |
| CASH - END OF MONTH | | | | | 35,238 | | 214,812 | |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

### THE FOLLOWING SECTION MUST BE COMPLETED

DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES - (FROM CURRENT MONTH ACTUAL COLUMN)

| | |
|---|---|
| TOTAL DISBURSEMENTS | 35,238 |
| LESS: TRANSFERS TO DEBTOR IN POSSESSION ACCOUNTS | 0 |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | 0 |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | 35,238 |

FORM MOR-1
(04/07)

In re __Nicholas Pezza__ [signature]
          Debtor

7-13-18

Case No. __16-3371__
Reporting Period: __3/31/18__

## STATEMENT OF OPERATIONS
(Income Statement)

The Statement of Operations is to be prepared on an accrual basis. The accrual basis of accounting recognizes revenue when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| REVENUES | Month | Cumulative Filing to Date |
|---|---|---|
| Gross Revenues | 0 | |
| Less: Returns and Allowances | | |
| Net Revenue | 0 | MI |
| **COST OF GOODS SOLD** | | |
| Beginning Inventory | | |
| Add: Purchases | | |
| Add: Cost of Labor | | |
| Add: Other Costs (attach schedule) | | |
| Less: Ending Inventory | | |
| Cost of Goods Sold | 0 | |
| Gross Profit | 0 | |
| **OPERATING EXPENSES** | | |
| Advertising | | |
| Auto and Truck Expense | | |
| Bad Debts | | |
| Contributions | | |
| Employee Benefits Programs | | |
| Insider Compensation* | | |
| Insurance | | |
| Management Fees/Bonuses | | |
| Office Expense | | |
| Pension & Profit-Sharing Plans | | |
| Repairs and Maintenance | | |
| Rent and Lease Expense | | |
| Salaries/Commissions/Fees | | |
| Supplies | 779 | |
| Taxes - Payroll | | |
| Taxes - Real Estate | | |
| Taxes - Other (sales & use) | | |
| Travel and Entertainment | | |
| Utilities | | |
| Other (attach schedule) - owners draw | 7,000 | |
| Total Operating Expenses Before Depreciation | 7,779 | |
| Depreciation/Depletion/Amortization | | |
| Net Profit (Loss) Before Other Income & Expenses | -7,779 | |
| **OTHER INCOME AND EXPENSES** | | |
| Other Income (attach schedule) | | |
| Interest Expense | | |
| Other Expense (attach schedule) | | |
| Net Profit (Loss) Before Reorganization Items | | |
| **REORGANIZATION ITEMS** | | |
| Professional Fees | | |
| U. S. Trustee Quarterly Fees | | |
| Interest Earned on Accumulated Cash from Chapter 11 (see continuation sheet) | | |
| Gain (Loss) from Sale of Equipment | | |
| Other Reorganization Expenses (attach schedule) | | |
| Total Reorganization Expenses | | |
| Income Taxes | | |
| Net Profit (Loss) | $ | $ |

*"Insider" is defined in 11 U.S.C. Section 101(31).

FORM MOR-2
(04/07)

T3

 **Bank**
America's Most Convenient Bank®

T    STATEMENT OF ACCOUNT

000052642 01 AV    0.375 FTD010400317181715910045 07 05
NICHOLAS PEZZA
DIP CASE 16-33371 DIST NJ
488 DEWEY AVE
SADDLE BROOK NJ 07663

Page:    1 of 5
Statement Period:    Feb 18 2018-Mar 17 2018
Cust Ref #:    4340042657-039-T-###
Primary Account #:    434-0042657

### Chapter 11 Checking

NICHOLAS PEZZA
DIP CASE 16-33371 DIST NJ

Account # 434-0042657

#### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 5,551.08 | Average Collected Balance | 1,908.53 |
| Deposits | 3,121.48 | Interest Earned This Period | 0.00 |
| Electronic Deposits | 5,527.89 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| Checks Paid | 5,386.38 | Days in Period | 28 |
| Electronic Payments | 7,593.17 | | |
| Ending Balance | 1,220.90 | | |

| | Total for this Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees (NSF) | $0.00 | $35.00 |

#### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/20 | DEPOSIT | 521.48 |
| 02/26 | DEPOSIT | 1,100.00 |
| 03/13 | DEPOSIT | 1,500.00 |
| | Subtotal: | 3,121.48 |



**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/22 | ATM CHECK DEPOSIT, *****45184675656 AUT 022118 ATM CHECK DEPOSI 150 MAIN STREET    LODI    * NJ | 105.00 |
| 02/26 | ATM CHECK DEPOSIT, *****45184675656 AUT 022418 ATM CHECK DEPOSI 150 MAIN ST    LODI    * NJ | 105.00 |
| 03/01 | DEBIT CARD CREDIT, *****45184675656, AUT 030118 VISA DDA REF THE HOME DEPOT 0932    LODI    * NJ | 239.90 |
| 03/02 | ATM CASH DEPOSIT, *****45184675656 AUT 030118 ATM CASH DEPOSIT 150 MAIN ST    LODI    * NJ | 446.00 |
| 03/06 | ATM CHECK DEPOSIT, *****45184675656 AUT 030518 ATM CHECK DEPOSI 351 MIDLAND AVE    GARFIELD    * NJ | 996.00 |
| 03/07 | ATM CHECK DEPOSIT, *****45184675656 AUT 030718 ATM CHECK DEPOSI 600 MARKET STREET    ELMWOOD PARK * NJ | 3,060.00 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

## How to Balance your Account

Begin by adjusting your account register as follows:

- Subtract any services charges shown on this statement.
- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.
- Add any interest earned if you have an interest-bearing account.
- Add any automatic deposit or overdraft line of credit.
- Review all withdrawals shown on this statement and check them off in your account register.
- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:
2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.
3. Subtotal by adding lines 1 and 2.
4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.
5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

Page: 2 of 5

Ending Balance: 1,220.90

Total Deposits +

Sub Total

Total Withdrawals -

Adjusted Balance

| DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Total Deposits | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Total Withdrawals | | |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the Bank immediately at the phone number listed on the front of your statement or write to:

TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.



**Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

NICHOLAS PEZZA
DIP CASE 16-33371 DIST NJ

Page: 3 of 5
Statement Period: Feb 18 2018-Mar 17 2018
Cust Ref #: 4340042657-039-T-###
Primary Account #: 434-0042657

## DAILY ACCOUNT ACTIVITY

### Electronic Deposits (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/12 | ATM CHECK DEPOSIT, *****45184675656<br>AUT 031218 ATM CHECK DEPOSIT<br>600 MARKET STREET    ELMWOOD PARK * NJ | 105.00 |
| 03/12 | DEBIT CARD CREDIT, *****45184675656, AUT 031218 VISA DDA REF<br>THE HOME DEPOT 959    PATERSON   * NJ | 83.99 |
| 03/12 | DEBIT CARD CREDIT, *****45184675656, AUT 031018 VISA DDA REF<br>GEICO  COMMERCIAL    MACON   * DC | 5.00 |
| 03/13 | ATM CASH DEPOSIT, *****45184675656<br>AUT 031318 ATM CASH DEPOSIT<br>600 MARKET STREET    ELMWOOD PARK * NJ | 400.00 |
| 03/13 | ATM CASH DEPOSIT, *****45184675656<br>AUT 031318 ATM CASH DEPOSIT<br>600 MARKET STREET    ELMWOOD PARK * NJ | 40.00 |
| | Subtotal: | 5,527.89 |

### Checks Paid    No. Checks: 7

*Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 02/21 | 123 | 4,608.51 | 03/14 | 127 | 65.00 |
| 02/26 | 124 | 20.00 | 03/12 | 128 | 175.00 |
| 03/01 | 125 | 234.14 | 03/14 | 130* | 218.73 |
| 03/14 | 126 | 65.00 | | | |
| | | | | Subtotal: | 5,386.38 |

### Electronic Payments

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/20 | DEBIT POS, *****45184675656, AUT 022018 DDA PURCHASE<br>THE HOME DEPOT 0950    PASSAIC    * NJ | 30.16 |
| 02/20 | DEBIT POS, *****45184675656, AUT 021718 DDA PURCHASE<br>WALGREENS STORE 20 ARNOT  LODI     * NJ | 16.89 |
| 02/21 | DEBIT CARD PURCHASE, *****45184675656, AUT 022018 VISA DDA PUR<br>BP 2052124SADDLE BROOK A   SADDLE BROOK * NJ | 30.00 |
| 02/21 | DEBIT POS, *****45184675656, AUT 022118 DDA PURCHASE<br>THE HOME DEPOT 0932    LODI     * NJ | 8.92 |
| 02/21 | DEBIT POS, *****45184675656, AUT 022118 DDA PURCHASE<br>HARBOR FREIGHT TOOLS 2   SADDLE BROOK * NJ | 4.25 |
| 02/23 | DEBIT CARD PURCHASE, *****45184675656, AUT 022218 VISA DDA PUR<br>BP 2052124SADDLE BROOK A   SADDLE BROOK * NJ | 41.50 |
| 02/26 | DEBIT POS, *****45184675656, AUT 022618 DDA PURCHASE<br>THE HOME DEPOT 959    PATERSON    * NJ | 1,248.39 |
| 02/27 | DEBIT CARD PURCHASE, *****45184675656, AUT 022618 VISA DDA PUR<br>LODI MUNICIPAL COURT    LODI    * NJ | 64.00 |
| 02/27 | DEBIT CARD PURCHASE, *****45184675656, AUT 022618 VISA DDA PUR<br>FUEL 4 ELMWOOD PARK    ELMWOOD PARK * NJ | 30.00 |



Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com


**Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

NICHOLAS PEZZA
DIP CASE 16-33371 DIST NJ

Page: 4 of 5
Statement Period: Feb 18 2018-Mar 17 2018
Cust Ref #: 4340042657-039-T-###
Primary Account #: 434-0042657

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/28 | DEBIT POS, *****45184675656, AUT 022818 DDA PURCHASE THE HOME DEPOT 959    PATERSON   * NJ | 321.66 |
| 02/28 | DEBIT CARD PURCHASE, *****45184675656, AUT 022718 VISA DDA PUR BP 2052124SADDLE BROOK A   SADDLE BROOK * NJ | 20.00 |
| 03/01 | DEBIT POS, *****45184675656, AUT 030118 DDA PURCHASE THE HOME DEPOT 0932    LODI   * NJ | 463.85 |
| 03/02 | DEBIT POS, *****45184675656, AUT 030218 DDA PURCHASE THE HOME DEPOT 0950    PASSAIC  * NJ | 147.67 |
| 03/02 | DEBIT CARD PURCHASE, *****45184675656, AUT 030118 VISA DDA PUR BURGER KING 3027    LODI   * NJ | 23.32 |
| 03/02 | DEBIT POS, *****45184675656, AUT 030218 DDA PURCHASE THE HOME DEPOT 0932    LODI   * NJ | 15.10 |
| 03/05 | DEBIT POS, *****45184675656, AUT 030418 DDA PURCHASE RESTAURANT DEPOT    SOUTH HACKENS * NJ | 140.68 |
| 03/05 | DEBIT CARD PURCHASE, *****45184675656, AUT 030218 VISA DDA PUR BP 2052124SADDLE BROOK A   SADDLE BROOK * NJ | 30.00 |
| 03/05 | DEBIT CARD PURCHASE, *****45184675656, AUT 030218 VISA DDA PUR BURGER KING 1365    ROCHELLE PARK * NJ | 16.40 |
| 03/06 | DEBIT POS, *****45184675656, AUT 030618 DDA PURCHASE THE HOME DEPOT 0932    LODI   * NJ | 357.98 |
| 03/07 | DEBIT CARD PURCHASE, *****45184675656, AUT 030618 VISA DDA PUR BP 9687710BP OF MAHWAH    MAHWAH   * NJ | 30.00 |
| 03/08 | DEBIT CARD PURCHASE, *****45184675656, AUT 030718 VISA DDA PUR BP 2052124SADDLE BROOK A   SADDLE BROOK * NJ | 30.00 |
| 03/09 | DEBIT CARD PURCHASE, *****45184675656, AUT 030818 VISA DDA PUR GEICO  COMMERCIAL    MACON   * DC | 351.93 |
| 03/09 | DEBIT CARD PURCHASE, *****45184675656, AUT 030818 VISA DDA PUR GEICO  COMMERCIAL    MACON   * DC | 346.90 |
| 03/09 | DEBIT CARD PURCHASE, *****45184675656, AUT 030818 VISA DDA PUR RIVERDALE TOOL COMPANY I   ELMWOOD PARK * NJ | 80.47 |
| 03/12 | DEBIT CARD PURCHASE, *****45184675656, AUT 031018 VISA DDA PUR FORTIVA     800 710 2961 * GA | 1,090.00 |
| 03/12 | DEBIT CARD PURCHASE, *****45184675656, AUT 030818 VISA DDA PUR AMTRUST NORTH AMERICA IN   877 5267878  * OH | 419.20 |
| 03/12 | DEBIT CARD PURCHASE, *****45184675656, AUT 031018 VISA DDA PUR OPTIMUM 7870V    201 337 1112 * NY | 165.43 |
| 03/12 | DEBIT POS, *****45184675656, AUT 031218 DDA PURCHASE THE HOME DEPOT 959    PATERSON   * NJ | 110.05 |
| 03/12 | DEBIT POS, *****45184675656, AUT 031218 DDA PURCHASE THE HOME DEPOT 0932    LODI   * NJ | 83.99 |
| 03/12 | DEBIT POS, *****45184675656, AUT 031218 DDA PURCHASE RESTAURANT DEPOT    SOUTH HACKENS * NJ | 42.27 |
| 03/12 | DEBIT CARD PURCHASE, *****45184675656, AUT 031018 VISA DDA PUR BP 2052124SADDLE BROOK A   SADDLE BROOK * NJ | 30.00 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

 **Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

NICHOLAS PEZZA
DIP CASE 16-33371 DIST NJ

Page: 5 of 5
Statement Period: Feb 18 2018-Mar 17 2018
Cust Ref #: 4340042657-039-T-###
Primary Account #: 434-0042657

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/13 | ACH DEBIT, PUBLIC SERVICE PSEG ****74415209 | 430.47 |
| 03/13 | ACH DEBIT, PUBLIC SERVICE PSEG ****99974009 | 401.00 |
| 03/13 | ACH DEBIT, PUBLIC SERVICE PSEG ****45762609 | 375.00 |
| 03/13 | ACH DEBIT, PUBLIC SERVICE PSEG ****52001618 | 334.00 |
| 03/13 | ACH DEBIT, PUBLIC SERVICE PSEG ****41786805 | 215.00 |
| 03/13 | ACH DEBIT, PUBLIC SERVICE PSEG ****69873706 | 118.50 |
| 03/13 | ACH DEBIT, PUBLIC SERVICE PSEG ****46145901 | 18.19 |
| | Subtotal: | 7,593.17 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 02/17 | 5,551.08 | 03/02 | 742.10 |
| 02/20 | 6,025.51 | 03/05 | 555.02 |
| 02/21 | 1,373.83 | 03/06 | 1,193.04 |
| 02/22 | 1,478.83 | 03/07 | 4,163.04 |
| 02/23 | 1,437.33 | 03/08 | 4,133.04 |
| 02/26 | 1,373.94 | 03/09 | 3,353.74 |
| 02/27 | 1,279.94 | 03/12 | 1,521.79 |
| 02/28 | 938.28 | 03/13 | 1,569.63 |
| 03/01 | 480.19 | 03/14 | 1,220.90 |



Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

 **Columbia Bank**
19-01 ROUTE 208 NORTH – FAIR LAWN, NJ 07410
(800) 522-4167

**Statement of Account**
Statement Date      Mar 01-Mar 31, 2018
Account Number                  8000969846
Page 1 of 4

02 01          ADDRESS SERVICE REQUESTED

NICHOLAS PEZZA
NICKS LANDSCAPING
488 DEWEY AVE
03961   SADDLE BROOK NJ 07663
86v41

### Free. Simple. Secure. Columbia Bank's Digital Wallet Adds a High Tech Option to Pay!

21st century banking is here! With Columbia Bank's "Digital Wallet," your debit card is more manageable, more secure and more convenient than ever! Just load your Columbia Bank debit card information in your smartphone using Apple Pay ®, Android Pay™ or Samsung Pay ® free apps. And, when you are ready to pay for any purchase, simply tap your mobile device in front of a store's payment terminal and you're done. Tap and Pay. Paying for your purchases couldn't be easier!

### SUMMARY OF ACCOUNTS

| | | | |
|---|---|---|---|
| Business Free | 8000969846 | $10,585.12 | Home Mortgage Solutions...Fast and Easy! |

Looking for your dream home? Well, look no further! Columbia Bank offers low home mortgage rates. Flexible terms...quick turnarounds...we'll even come to you! To learn more about our full range of home mortgage products and services, please visit us online or contact our Customer Service center at (800) 522-4167.

### CHECKING                                                                                      8000969846
**Business Free**

| | | | | |
|---|---|---|---|---|
| Previous Balance | | 182.66 | Account Title: | NICHOLAS PEZZA |
| 31 Deposits/Credits | | 18,191.24 | | NICKS LANDSCAPING |
| 8 Debits | | 7,788.78 | Account Number | 8000969846 |
| 1 Checks | | 3,000.00 | Number of Enclosures | 1 |
| Service Charge | | 0.00 | Statement Dates | 03/01/2018 thru 03/31/2018 |
| Current Balance | | 10,585.12 | Days in the statement period | 30 |

**Transaction Activity**

| Date | Description | Amount | Balance |
|---|---|---|---|
| 03/01 | Beginning Balance | | 182.66 |
| 03/03 | ATM Deposit COLUMBIA BANK 381 MARKET STREET SADDLEBROOK NJUS CARD# 0234 | 106.75 | 289.41 |
| 03/03 | ATM Deposit COLUMBIA BANK 381 MARKET STREET SADDLEBROOK NJUS CARD# 0234 | 174.06 | 463.47 |
| 03/03 | ATM Deposit COLUMBIA BANK 381 MARKET STREET SADDLEBROOK NJUS CARD# 0234 | 363.38 | 826.85 |
| 03/03 | ATM Deposit COLUMBIA BANK 381 MARKET STREET SADDLEBROOK NJUS CARD# 0234 | 235.13 | 1,061.98 |
| 03/03 | ATM Deposit COLUMBIA BANK 381 MARKET STREET SADDLEBROOK NJUS CARD# 0234 | 256.50 | 1,318.48 |

 FDIC


3062   rev 09-17

| NO. | |
|---|---|
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| TOTAL | $ |

**THIS AREA IS PROVIDED TO HELP YOU BALANCE YOUR CHECKING ACCOUNT STATEMENT**

If your Checking Account has overdraft protection, remember to record the dollar amount of funds transferred into your checking account from your other designated deposit account or from your Premium Overdraft or your CheckRight Overdraft Line of Credit.

| | |
|---|---|
| Bank Balance Shown on this Statement | $ |
| ADD+ | |
| Deposits not credited on this Statement (If Any) | $ |
| SUBTOTAL | $ |
| SUBTRACT- | |
| Checks Outstanding | $ |
| TOTAL | $ |

Should agree with checkbook balance after adding interest and deducting service charges (if any) shown on your checking statement. Please report any difference to us within 10 days of receipt of this statement. If no difference is reported in 10 days, the account will be considered correct. Direct checking account inquiries to the branch servicing it or to our customer service center at 1-800-522-4167.

**IMPORTANT NOTICE**

1. Always be alert to your surroundings and defer ATM transactions if circumstances cause you to be apprehensive.
2. Close the entry door of any ATM facility so equipped.
3. Put away withdrawn cash before exiting any ATM facility.
4. Direct any complaints concerning ATM security to an appropriate department of the owner of the ATM or to the NJ Department of Banking.
5. If you have any concerns about the security of any ATM owned and operated by Columbia Bank, call 1-800-522-4167 or the NJ Department of Banking at 609-292-7272.

**LOST OR STOLEN DEBIT CARD**

To report a lost or stolen Columbia Bank Debit Card, please call 800-522-4167. Monday through Friday from 7:30am - 8:00pm and Saturday from 8:00am – 2:00 PM. After normal business hours, please call 800-472-3272.

THE FOLLOWING DISCLOSURE RELATES TO ACCOUNTS THAT CAN BE ACCESSED VIA ELECTRONIC FUND TRANSFERS

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUND TRANSFERS

Telephone us at 800-522-4167 (outside the Continental US call (201)796-3600) or write us at Columbia Bank, 19-01 Route 208 North, Fair Lawn, NJ 07410 ATTN: Customer Service Center, as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number
2. Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error so that you will have the use of the money during the time it takes us to complete our investigation.

YOU MUST PUT YOUR COMPLAINT OR QUESTION IN WRITING EVEN IF YOU CALL. IF WE DO NOT RECEIVE IT WITHIN 10 BUSINESS DAYS OF RECEIPT OF THIS STATEMENT, WE MAY NOT CREDIT YOUR ACCOUNT.

To find out whether preauthorized electronic fund transfers to your account have been received, please call 800-747-4428 (outside the Continental US call (201) 703-3751) during normal business hours.

IMPORTANT INFORMATION REGARDING YOUR OVERDRAFT PROTECTION LINE OF CREDIT STATEMENT

"PREV. BALANCE" and "PRIOR STATEMENT BALANCES" is the total unpaid principal at the beginning of the billing cycle. "NEW BALANCE" is the total unpaid principal at the end of the cycle.

Refer to the "TRANSACTION SECTION." The information within this section relates to the transactions that occurred during the statement cycle. Transactions shown in this section are the result of transactions affecting the loan. Transactions affecting the principal such as loans being made, the principal portion of payments received (if any), and other adjustments made. The principal balance from each of these figures is stated in the "PRINCIPAL" column. The principal balance remains unchanged between the dates of activity indicated.

The statement also totals fees assessed for the cycle and year-to-date. It also totals interest charged for the cycle and year-to-date.

Any payments received at other than the billing address may be subject to delays in posting.

The current interest rate is divided by 365 to arrive at the daily periodic rate. The daily periodic rate is multiplied by each of the different principal balances and then by the number of days each balance remained unchanged. The sum of these calculations equals the interest charge disclosed on the statement.

Send payment to:
Columbia Bank
P.O. Box 947
Fair Lawn, NJ 07410

Send billing inquiries to:
Columbia Bank
Attn: Loan Accounting Department
19-01 Route 208 North
Fair Lawn, NJ 07410

THE FOLLOWING DISCLOSURE REQUIRED BY FEDERAL LAW APPLIES TO OVERDRAFT PROTECTION LINE OF CREDIT ACCOUNTS. IT DOES NOT APPLY TO COMMERCIAL LINE OF CREDIT ACCOUNTS.

**BILLING RIGHTS SUMMARY**

*What To Do If You Think You Find A Mistake On Your Statement*

If you think there is an error on your statement, write to us on a separate sheet at the address shown above for billing inquiries.

In your letter, give us the following information.

- Account Information: Your name and account number
- Dollar Amount
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But if we determine that we made a mistake, you will not have to pay the amount in question or any other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

PLEASE VISIT OUR WEBSITE AT COLUMBIABANKONLINE.COM    Revision 01/19/2017

**Columbia Bank**
19-01 ROUTE 208 NORTH – FAIR LAWN, NJ 07410
(800) 522-4167

Statement of Account
Statement Date    Mar 01-Mar 31, 2018
Account Number    8000969946
Page 2 of 4

### Transaction Activity

| Date | Description | Amount | Balance |
|---|---|---|---|
| 03/05 | ATM Deposit COLUMBIA BANK 381 MARKET STREET SADDLEBROOK NJUS CARD# 0234 | 240.47 | 1,558.95 |
| 03/05 | ATM Deposit COLUMBIA BANK 381 MARKET STREET SADDLEBROOK NJUS CARD# 0234 | 347.34 | 1,905.29 |
| 03/05 | ATM Deposit COLUMBIA BANK 381 MARKET STREET SADDLEBROOK NJUS CARD# 0234 | 379.41 | 2,285.70 |
| 03/05 | ATM Deposit COLUMBIA BANK 381 MARKET STREET SADDLEBROOK NJUS CARD# 0234 | 283.22 | 2,568.92 |
| 03/05 | ATM Deposit COLUMBIA BANK 381 MARKET STREET SADDLEBROOK NJUS CARD# 0234 | 390.98 | 2,959.90 |
| 03/05 | Descriptive Withdrawal 03/05/18 BR040 BANJ0221 ATM CORRECTION OF 03/03/18 | -81.89 | 2,878.01 |
| 03/06 | Deposit | 4,092.89 | 6,970.90 |
| 03/07 | ATM Deposit COLUMBIA BANK 381 MARKET STREET SADDLEBROOK NJUS CARD# 0234 | 598.50 | 7,569.40 |
| 03/08 | Check 109 | -3,000.00 | 4,569.40 |
| 03/12 | Deposit | 3,323.84 | 7,893.24 |
| 03/13 | ATM Deposit COLUMBIA BANK 381 MARKET STREET SADDLEBROOK NJUS CARD# 0234 | 267.19 | 8,160.43 |
| 03/13 | ATM Deposit COLUMBIA BANK 381 MARKET STREET SADDLEBROOK NJUS CARD# 0234 | 50.00 | 8,210.43 |
| 03/13 | ATM Deposit COLUMBIA BANK 381 MARKET STREET SADDLEBROOK NJUS CARD# 0234 | 256.50 | 8,466.93 |
| 03/13 | ATM Deposit COLUMBIA BANK 381 MARKET STREET SADDLEBROOK NJUS CARD# 0234 | 245.81 | 8,712.74 |
| 03/13 | ATM Deposit COLUMBIA BANK 381 MARKET STREET SADDLEBROOK NJUS CARD# 0234 | 587.81 | 9,300.55 |
| 03/13 | Withdrawal | -4,000.00 | 5,300.55 |
| 03/14 | Point Of Sale Withdrawal BP#2052124SADDLE BRSADDLE BROOK NJUS CARD# 0234 | -30.00 | 5,270.55 |
| 03/14 | Point Of Sale Withdrawal EZPASS PREPAID TOLL800-333-8655 NYUS CARD# 0234 | -40.00 | 5,230.55 |
| 03/15 | ATM Deposit COLUMBIA BANK 381 MARKET STREET SADDLEBROOK NJUS CARD# 0234 | 450.00 | 5,680.55 |
| 03/15 | ATM Deposit COLUMBIA BANK 381 MARKET STREET SADDLEBROOK NJUS CARD# 0234 | 100.00 | 5,780.55 |
| 03/15 | ATM Deposit COLUMBIA BANK 381 MARKET STREET SADDLEBROOK NJUS CARD# 0234 | 101.77 | 5,882.32 |
| 03/19 | ATM Deposit COLUMBIA BANK 381 MARKET STREET SADDLEBROOK NJUS CARD# 0234 | 188.25 | 6,070.57 |
| 03/19 | ATM Deposit COLUMBIA BANK 381 MARKET STREET SADDLEBROOK NJUS CARD# 0234 | 481.00 | 6,551.57 |
| 03/19 | ATM Deposit COLUMBIA BANK 381 MARKET STREET SADDLEBROOK NJUS CARD# 0234 | 299.25 | 6,850.82 |
| 03/19 | Descriptive Withdrawal 03/19 BR040 BANJ0221 ATM CORRECTION OF 03/18 | -60.00 | 6,790.82 |
| 03/23 | ATM Deposit COLUMBIA BANK 381 MARKET STREET SADDLEBROOK NJUS CARD# 0234 | 266.50 | 7,047.32 |
| 03/23 | ATM Deposit COLUMBIA BANK 381 MARKET STREET SADDLEBROOK NJUS CARD# 0234 | 213.75 | 7,261.07 |
| 03/23 | ATM Deposit COLUMBIA BANK 381 MARKET STREET SADDLEBROOK NJUS CARD# 0234 | 2,511.56 | 9,772.63 |
| 03/23 | ATM Withdrawal COLUMBIA BANK 381 MARKET STREET SADDLEBROOK NJUS CARD# 0234 | -500.00 | 9,272.63 |
| 03/27 | Point Of Sale Withdrawal NEW VITALITY 800-943-6465 NYUS CARD# 0234 | -76.89 | 9,195.74 |
| 03/31 | ATM Deposit COLUMBIA BANK 381 MARKET STREET SADDLEBROOK NJUS CARD# 0234 | 352.69 | 9,548.43 |




3062    rev 09-17    FDIC

Statement of Account
Statement Date    Mar 01-Mar 31, 2018
Account Number    9000965546
Page 3 of 4

### Transaction Activity

| Date | Description | Amount | Balance |
|---|---|---|---|
| 03/31 | ATM Deposit COLUMBIA BANK 381 MARKET STREET SADDLEBROCK NJUS CARD# 0234 | 192.38 | 9,740.81 |
| 03/31 | ATM Deposit COLUMBIA BANK 381 MARKET STREET SADDLEBROCK NJUS CARD# 0234 | 673.31 | 10,414.12 |
| 03/31 | ATM Deposit COLUMBIA BANK 381 MARKET STREET SADDLEBROCK NJUS CARD# 0234 | 171.00 | 10,585.12 |

### CHECKS IN NUMBER ORDER

| Date | Check No | Amount |
|---|---|---|
| 03/08 | 109 | 3,000.00 |

| PAID/RETURN ITEM FEES | Total For This Period | Total Year-To-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |





Statement of Account
Statement Date    Mar 01-Mar 31, 2018
Account Number    8000969446
Page 4 of 4




**TD Bank**
America's Most Convenient Bank®



000196409 01 AV   0.375  FTD0104004DHS113353 0042 18 09
CHARLES STREET DELI CONVENIENCE STORE
385 PASSAIC AVE
LODI NJ 07644

T      STATEMENT OF ACCOUNT

| | |
|---|---|
| Page: | 1 of 4 |
| Statement Period: | Mar 01 2018-Mar 31 2018 |
| Cust Ref #: | 4345473641-713-T-### |
| Primary Account #: | 434-5473641 |

## TD Business Simple Checking
CHARLES STREET DELI CONVENIENCE STORE

Account # 434-5473641

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 143.66 | Average Collected Balance | 246.04 |
| Electronic Deposits | 1,306.37 | Interest Earned This Period | 0.00 |
| Electronic Payments | 1,027.49 | Interest Paid Year-to-Date | 0.00 |
| Service Charges | 12.00 | Annual Percentage Yield Earned | 0.00% |
| Ending Balance | 410.54 | Days in Period | 31 |

### DAILY ACCOUNT ACTIVITY
**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/01 | CCD DEPOSIT, BOFA MERCH SVCS DEPOSIT ****13656884 | 8.25 |
| 03/02 | CCD DEPOSIT, BOFA MERCH SVCS DEPOSIT ****13656884 | 29.49 |
| 03/05 | CCD DEPOSIT, BOFA MERCH SVCS DEPOSIT ****13656884 | 48.50 |
| 03/05 | CCD DEPOSIT, BOFA MERCH SVCS DEPOSIT ****13656884 | 21.90 |
| 03/07 | CCD DEPOSIT, BOFA MERCH SVCS DEPOSIT ****13656884 | 104.69 |
| 03/08 | CCD DEPOSIT, BOFA MERCH SVCS DEPOSIT ****13656884 | 25.50 |
| 03/09 | CCD DEPOSIT, BOFA MERCH SVCS DEPOSIT ****13656884 | 49.50 |
| 03/12 | CCD DEPOSIT, BOFA MERCH SVCS DEPOSIT ****13656884 | 45.75 |
| 03/12 | CCD DEPOSIT, BOFA MERCH SVCS DEPOSIT ****13656884 | 25.25 |
| 03/12 | CCD DEPOSIT, BOFA MERCH SVCS DEPOSIT ****13656884 | 3.00 |
| 03/14 | CCD DEPOSIT, BOFA MERCH SVCS DEPOSIT ****13656884 | 218.00 |
| 03/15 | CCD DEPOSIT, BOFA MERCH SVCS DEPOSIT ****13656884 | 20.50 |
| 03/16 | CCD DEPOSIT, BOFA MERCH SVCS DEPOSIT ****13656884 | 60.44 |
| 03/19 | CCD DEPOSIT, BOFA MERCH SVCS DEPOSIT ****13656884 | 162.50 |
| 03/19 | CCD DEPOSIT, BOFA MERCH SVCS DEPOSIT ****13656884 | 124.41 |
| 03/19 | CCD DEPOSIT, BOFA MERCH SVCS DEPOSIT ****13656884 | 52.49 |
| 03/21 | CCD DEPOSIT, BOFA MERCH SVCS DEPOSIT ****13656884 | 26.25 |
| 03/22 | CCD DEPOSIT, BOFA MERCH SVCS DEPOSIT ****13656884 | 30.35 |
| 03/23 | CCD DEPOSIT, BOFA MERCH SVCS DEPOSIT ****13656884 | 59.00 |
| 03/26 | CCD DEPOSIT, BOFA MERCH SVCS DEPOSIT ****13656884 | 52.50 |
| 03/26 | CCD DEPOSIT, BOFA MERCH SVCS DEPOSIT ****13656884 | 55.75 |
| 03/26 | CCD DEPOSIT, BOFA MERCH SVCS DEPOSIT ****13656884 | 18.00 |
| 03/27 | CCD DEPOSIT, BOFA MERCH SVCS DEPOSIT ****13656884 | 10.00 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

## How to Balance your Account

Page: 2 of 4

Begin by adjusting your account register as follows:

- Subtract any services charges shown on this statement.
- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.
- Add any interest earned if you have an interest-bearing account.
- Add any automatic deposit or overdraft line of credit.
- Review all withdrawals shown on this statement and check them off in your account register.
- Follow instructions 2-5 to verify your ending account balance

Your ending balance shown on this statement is:

List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

Subtotal by adding lines 1 and 2.

List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

Subtract Line 4 from 3. This adjusted balance should equal your account balance.

| | |
|---|---|
| Ending Balance | 410.54 |
| Total Deposits | + |
| Sub Total | |
| Total Withdrawals | − |
| Adjusted Balance | |

FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept. P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

INTEREST NOTICE
Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information.

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your MoneyLine/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.



# Bank
America's Most Convenient Bank®

CHARLES STREET DELI CONVENIENCE STORE

STATEMENT OF ACCOUNT

Page: 3 of 4
Statement Period: Mar 01 2018-Mar 31 2018
Cust Ref #: 4345473641-713-T-###
Primary Account #: 434-5473641

## DAILY ACCOUNT ACTIVITY

### Electronic Deposits (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/28 | CCD DEPOSIT, BOFA MERCH SVCS DEPOSIT ****13656884 | 21.00 |
| 03/29 | CCD DEPOSIT, BOFA MERCH SVCS DEPOSIT ****13656884 | 12.25 |
| 03/30 | CCD DEPOSIT, BOFA MERCH SVCS DEPOSIT ****13656884 | 28.00 |
| | Subtotal: | 1,306.37 |

### Electronic Payments

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/01 | DEBIT POS, *****04018883631, AUT 022818 DDA PURCHASE SHOPRITE LODI S1 165 M LODI * NJ | 99.42 |
| 03/05 | DEBIT POS, *****04018883631, AUT 030418 DDA PURCHASE NATIONAL WHOLESALE LODI * NJ | 8.00 |
| 03/05 | CCD DEBIT, BOFA MERCH SVCS DEPOSIT ****13656884 | 7.12 |
| 03/07 | DEBIT POS, *****04018883631, AUT 030718 DDA PURCHASE QUICK CHEK CORP LODI * NJ | 28.63 |
| 03/08 | DEBIT CARD PURCHASE, ****04018883631, AUT 030718 VISA DDA PUR OFFICESUPPLY COM 866 302 5397 * WI | 171.97 |
| 03/12 | DEBIT CARD PURCHASE, ****04018883631, AUT 031018 VISA DDA PUR RESTAURANT DEPOT SOUTH HACKENS * NJ | 114.45 |
| 03/16 | DEBIT CARD PURCHASE, ****04018883631, AUT 031518 VISA DDA PUR OPTIMUM 7870V 201 337 1112 * NY | 225.42 |
| 03/19 | DEBIT POS, *****04018883631, AUT 031818 DDA PURCHASE RESTAURANT DEPOT SOUTH HACKENS * NJ | 105.48 |
| 03/21 | DEBIT CARD PURCHASE, ****04018883631, AUT 032018 VISA DDA PUR NJ BUSINESS SERVICES UNKNOWN * NJ | 53.00 |
| 03/26 | DEBIT POS, *****04018883631, AUT 032518 DDA PURCHASE RESTAURANT DEPOT SOUTH HACKENS * NJ | 111.34 |
| 03/26 | DEBIT POS, *****04018883631, AUT 032418 DDA PURCHASE NATIONAL WHOLESALE LODI * NJ | 47.31 |
| 03/27 | CCD DEBIT, PAYSPOT INC MERCH ACH ****5A382259 | 65.35 |
| | Subtotal: | 1,027.49 |

### Service Charges

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/30 | MAINTENANCE FEE | 10.00 |
| 03/30 | PAPER STATEMENT FEE | 2.00 |
| | Subtotal: | 12.00 |



Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com



**Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

CHARLES STREET DELI CONVENIENCE STORE

Page: 4 of 4
Statement Period: Mar 01 2018-Mar 31 2018
Cust Ref #: 4345473641-713-T-###
Primary Account #: 434-5473641

DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 02/28 | 143.66 | 03/16 | 146.52 |
| 03/01 | 52.49 | 03/19 | 380.44 |
| 03/02 | 81.98 | 03/21 | 353.69 |
| 03/05 | 134.36 | 03/22 | 393.04 |
| 03/07 | 210.42 | 03/23 | 452.04 |
| 03/08 | 64.95 | 03/26 | 406.64 |
| 03/09 | 114.45 | 03/27 | 361.29 |
| 03/12 | 73.00 | 03/28 | 382.29 |
| 03/14 | 291.00 | 03/29 | 394.54 |
| 03/15 | 311.50 | 03/30 | 410.54 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Nick Pezza
Nick's Landscaping
Month March 2018

| Day | Customer Name | Old Balance | Billed | Received | Owed |
|---|---|---|---|---|---|
| | Sohn-a | 377.41 | 0 | 377.41 | 0 |
| | Uliani | 673.31 | 0 | 673.31 | 0 |
| | Kasemou | 192.38 | 0 | 0 | 192.38 |
| Tuesday | Tosler | 434.52 | 0 | 0 | 434.52 |
| | Davey | 897.43 | 0 | 897.43 | 0 |
| | Zotto | 183.62 | 0 | 183.62 | 0 |
| | Toth | 956.76 | 0 | 956.76 | 0 |
| | Demichele | 213.73 | 0 | 0 | 213.73 |
| Wednesday | Panicucci | 373.93 | 0 | 0 | 373.93 |

Nick Pezza
Nick's Landscaping
Month March 2018

| Day | Customer Name | Old Balance | Billed | Received | Owed |
|---|---|---|---|---|---|
| Wednesday | Carlor | 237.49 | (90) | 0 | 237.49 |
| | Barns | 466.59 | 0 | 0 | 466.59 150 |
| Thursday | Yachechak | 940.39 | 0 | 0 | 940.48 |
| 1 | JHennessy(w) | 1785.78 | 20 p | 0 | 1785.78 150 |
| | Carello | 320.63 | 3 | 0 | 0 94 |
| pm | Dautner | 171.00 | 0 | 171.00 | 0 |
| | Holmes | 352.69 | 0 | 0 | 352.69 rd |
| | Endurance Pavement lla | 506.54 | | | 506.54 see qm |
| | Scallon | 288.56 | 0 | 0 | 288.56 |

Nick Pezza
Nick's Landscaping

Month: March 2018

| Day | Customer Name | Old Balance | Billed | Received | Owed |
|---|---|---|---|---|---|
| Friday 1 | MESS | 256.50 | 0 | 256.50 | 1000 pd |
| 1 | Ludwig | 206.81 | 0 | 0 | 206.82 |
| 1 | Monroe | 347.34 | 0 | 0 | 347.39 |
| 1 | Snoviejo | 1391.01 | P | P | 1391.01 |
|  |  |  | 3 |  |  |

3,505.47
8/13 T2

MW