Pezza Cash Reconciliation
5/31/2018

| | | |
|---|---|---:|
| Beginning Adjusted Cash Balance | | 26,953.57 |
| | | |
| Bank Balance | Beginning | 824.83 |
| Add: | Deposits | 2,477.58 |
| Less: | Disbursments | (2,848.00) |
| Bank Balance | Ending | 454.41  W |
| | | |
| Add: | | |
| 8B Charles St. | Rents | 1,300.00 |
| 10A Charles St. | Rents | 1,000.00 |
| 878 River Dr. | Rents | 0.00 |
| Total Cash Additions | | 2,300.00 |
| | | |
| Less: | | |
| 8B Charles St. | Rental Expenses | 0.00 |
| 10A Charles St. | Rental Expenses | 0.00 |
| 878 River Dr. | Rental Expenses | 0.00 |
| Total Cash Disbursements | | 0.00 |
| | | |
| Adjusted Cash Balance | | 28,883.15 |

The Rents and expenses are as per Nicholas Pezza

Account for Nicks Landscaping is DIP Nicks Landscaping at TD Bank

*[signature]*
7-13-18

TBS

In re  Nicholas Pezza
Debtor

Case No. ____16-3371____
Reporting Period: __May 31, 2018__

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the four bank account columns. The amounts reported in the "PROJECTED" columns should be taken from the SMALL BUSINESS INITIAL REPORT (FORM IR-1). Attach copies of the bank statements and the cash disbursements journal. The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page. A bank reconciliation must be attached for each account. [See MOR-1 (CON'T)]

| | BANK ACCOUNTS | | | | CURRENT MONTH | | CUMULATIVE FILING TO DATE | |
|---|---|---|---|---|---|---|---|---|
| | OPER | PAYROLL | TAX | OTHER | ACTUAL | PROJECTED | ACTUAL | PROJECTED |
| CASH BEGINNING OF MONTH | | | | | 26,954 | | 261,549 | |
| **RECEIPTS** | | | | | | | | |
| CASH SALES | | | | | 6,377 MM | | 85,534 | |
| ACCOUNTS RECEIVABLE | | | | | | | | |
| LOANS AND ADVANCES | | | | | | | | |
| SALE OF ASSETS | | | | | | | | |
| OTHER (ATTACH LIST) | | | | | 0 | | | |
| TRANSFERS (FROM DIP ACCTS) | | | | | | | | |
| Rent | | | | | 2,300 | | 41,440 | |
| TOTAL RECEIPTS | | | | | 8,677 | | 126,974 | |
| **DISBURSEMENTS** | | | | | | | | |
| Net payroll | | | | | | | | |
| PAYROLL TAXES | | | | | | | | |
| SALES, USE, & OTHER TAXES | | | | | | | 1,884 | |
| INVENTORY PURCHASES | | | | | 3,900 | | 75,891 | |
| SECURED/ RENTAL/ LEASES | | | | | | | | |
| INSURANCE | | | | | | | 2,848 | |
| ADMINISTRATIVE | | | | | | | | |
| Utilities | | | | | | | 2,386 | |
| OTHER (ATTACH LIST) | | | | | | | | |
| Real estate taxes | | | | | | | 10,000 | |
| OWNER DRAW * | | | | | 2,848 | | 24,065 | |
| TRANSFERS (TO DIP ACCTS) | | | | | | | | |
| Repairs | | | | | | | 800 | |
| PROFESSIONAL FEES | | | | | | | | |
| U S TRUSTEE QUARTERLY FEES | | | | | | | | |
| COURT COSTS | | | | | | | | |
| TOTAL DISBURSEMENTS | | | | | 6,748 | | 117,874 | |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | | | | | 1,929 | | 9,100 | |
| CASH - END OF MONTH | | | | | 28,883 | | 270,649 | |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

### THE FOLLOWING SECTION MUST BE COMPLETED

DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN)

| | |
|---|---|
| TOTAL DISBURSEMENTS | 28,883 |
| LESS: TRANSFERS TO DEBTOR IN POSSESSION ACCOUNTS | 0 |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | 0 |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | 26,883 |

TT9

FORM MOR-1
(04/07)

In re: Nicholas Pezza
Debtor

Case No. 16-3371
Reporting Period: 5/31/18

7-13-18

## STATEMENT OF OPERATIONS
(Income Statement)

The Statement of Operations is to be prepared on an accrual basis. The accrual basis of accounting recognizes revenue when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| REVENUES | Month | Cumulative Filing to Date |
|---|---|---|
| Gross Revenues | 19,088 | |
| Less: Returns and Allowances | | |
| Net Revenue | 19,088 | MTMT |
| **COST OF GOODS SOLD** | | |
| Beginning Inventory | | |
| Add: Purchases | | |
| Add: Cost of Labor | | |
| Add: Other Costs (attach schedule) | | |
| Less: Ending Inventory | | |
| Cost of Goods Sold | 0 | |
| Gross Profit | 19,088 | |
| **OPERATING EXPENSES** | | |
| Advertising | | |
| Auto and Truck Expense | | |
| Bad Debts | | |
| Contributions | | |
| Employee Benefits Programs | | |
| Insider Compensation* | | |
| Insurance | | |
| Management Fees/Bonuses | | |
| Office Expense | | |
| Pension & Profit-Sharing Plans | | |
| Repairs and Maintenance | | |
| Rent and Lease Expense | | |
| Salaries/Commissions/Fees | | |
| Supplies | 3,900 | |
| Taxes - Payroll | | |
| Taxes - Real Estate | | |
| Taxes - Other (sales & use) | | |
| Travel and Entertainment | | |
| Utilities | | |
| Other (attach schedule) - owners draw | 2,848 | |
| Total Operating Expenses Before Depreciation | 6,748 | |
| Depreciation/Depletion/Amortization | | |
| Net Profit (Loss) Before Other Income & Expenses | 12,340 | |
| **OTHER INCOME AND EXPENSES** | | |
| Other Income (attach schedule) | | |
| Interest Expense | | |
| Other Expense (attach schedule) | | |
| Net Profit (Loss) Before Reorganization Items | | |
| **REORGANIZATION ITEMS** | | |
| Professional Fees | | |
| U.S. Trustee Quarterly Fees | | |
| Interest Earned on Accumulated Cash from Chapter 11 (see continuation sheet) | | |
| Gain (Loss) from Sale of Equipment | | |
| Other Reorganization Expenses (attach schedule) | | |
| Total Reorganization Expenses | | |
| Income Taxes | | |
| Net Profit (Loss) | $ | $ |

*"Insider" is defined in 11 U.S.C. Section 101(31).

TT 8

FORM MOR-2
(04/07)

 **Bank**
America's Most Convenient Bank®

000069120-01 AV   0.375  FTD0104006021811393000490804
NICKS LANDSCAPING
DIP CASE 16-33371 DIST NJ
488 DEWEY AVE
SADDLE BROOK NJ  07663

Page                 1 of 3
Statement Period     May 01 2018-May 31 2018
Cust Ref #           4354821667-039-T-###
Primary Account #         435-4821667

## Chapter 11 Checking

NICKS LANDSCAPING
DIP CASE 16-33371 DIST NJ

Account # 435-4821667

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 824.83 | Average Collected Balance | 527.13 |
| Electronic Deposits | 2,477.58 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Electronic Payments | 2,348.00 | Annual Percentage Yield Earned | 0.00% |
| Ending Balance | 454.41 TBS | Days in Period | 31 |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/04 | ATM CHECK DEPOSIT, *****04020400861<br>AUT 050318 ATM CHECK DEPOSI<br>351 MIDLAND AVE    GARFIELD   * NJ | 625.00 |
| 05/10 | ATM CHECK DEPOSIT, *****04020400861<br>AUT 050918 ATM CHECK DEPOSI<br>150 MAIN ST    LODI    * NJ | 263.75 |
| 05/14 | ATM CHECK DEPOSIT, *****04020400861<br>AUT 051218 ATM CHECK DEPOSI<br>600 MARKET STREET    ELMWOOD PARK * NJ | 901.93 |
| 05/21 | ATM CHECK DEPOSIT, *****04020400861<br>AUT 052018 ATM CHECK DEPOSI<br>109 BOULEVARD    HASBROUCK HEI * NJ | 186.90 |
| 05/21 | ATM CHECK DEPOSIT, *****04020400861<br>AUT 051818 ATM CHECK DEPOSI<br>150 MAIN STREET    LODI    * NJ | 50.00 |
| 05/24 | ATM CHECK DEPOSIT, *****04020400861<br>AUT 052418 ATM CHECK DEPOSI<br>150 MAIN STREET    LODI    * NJ | 400.00 |
| 05/29 | ATM CHECK DEPOSIT, *****04020400861<br>AUT 052718 ATM CHECK DEPOSI<br>600 MARKET STREET    ELMWOOD PARK * NJ | 50.00 |
| | Subtotal | 2,477.58 |



**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/07 | TD ATM DEBIT, *****04020400861, AUT 050518 DDA WITHDRAW<br>150 MAIN ST    LODI    * NJ | 700.00 |
| 05/08 | TD ATM DEBIT, *****04020400861, AUT 050718 DDA WITHDRAW<br>600 MARKET STREET    ELMWOOD PARK * NJ | 700.00 |
| 05/16 | TD ATM DEBIT, *****04020400861, AUT 051618 DDA WITHDRAW<br>600 MARKET STREET    ELMWOOD PARK * NJ | 700.00 |

Call 1-800-937-2000 for 24-hour Bank by Phone services or connect to www.tdbank.com



## How to Balance your Account

Page 2 of 3

- Begin by adjusting your account register as follows:
- Subtract any services charges shown on this statement.
- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.
- Add any interest earned if you have an interest-bearing account.
- Add any automatic deposit or overdraft line of credit.
- Review all withdrawals shown on this statement and check them off in your account register.
- Follow instructions 2-5 to verify your ending account balance.

- Your ending balance shown on this statement is
- List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.
- Subtotal by adding lines 1 and 2.
- List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.
- Subtract Line 4 from 3. This adjusted balance should equal your account balance.

| | |
|---|---|
| Ending Balance | 454.41 |
| Total Deposits | + |
| Sub Total | |
| Total Withdrawals | - |
| Adjusted Balance | |

**Total Deposits**

**Total Withdrawals**

**FOR CONSUMER ACCOUNTS ONLY — BILLING RIGHTS SUMMARY IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number
- A description of the error or transaction you are unsure about
- The dollar amount and date of the suspected error

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number
- The dollar amount of the suspected error
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your MoneyLine/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.



**Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

NICKS LANDSCAPING
DIP CASE 16-33371 DIST NJ

Page: 3 of 3
Statement Period: May 01 2018-May 31 2018
Cust Ref #: 4354821667-039-T-###
Primary Account #: 435-4821667

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/21 | TD ATM DEBIT, *****04020400861, AUT 051818 DDA WITHDRAW 150 MAIN STREET    LODI    * NJ | 500.00 |
| 05/29 | TD ATM DEBIT, *****04020400861, AUT 052818 DDA WITHDRAW 600 MARKET STREET    ELMWOOD PARK * NJ | 150.00 |
| 05/29 | DEBIT CARD PURCHASE, *****04020400861, AUT 052618 VISA DDA PUR ENVIRONMENTAL RENEWAL LL   WOODLAND PARK * NJ | 88.00 |
| | Subtotal: | 2,648.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 04/30 | 824.83 | 05/14 | 1,215.51 |
| 05/04 | 1,449.83 | 05/16 | 515.51 |
| 05/07 | 749.83 | 05/21 | 252.41 |
| 05/08 | 49.83 | 05/24 | 652.41 |
| 05/10 | 313.58 | 05/29 | 454.41 |



Call 1-800-937-2000 for 24 Hour Bank-by-Phone services or connect to www.tdbank.com



# Bank
America's Most Convenient Bank®   T   STATEMENT OF ACCOUNT

0000071218 01 AV  0.375  FTD0104006021811391,0 0006 02 05
CHARLES STREET DELI CONVENIENCE STORE
385 PASSAIC AVE
LODI NJ 07644

Page: 1 of 3
Statement Period: May 01 2018-May 31 2018
Cust Ref #: 4345473541-713-T-###
Primary Account #: 434-5473541

## TD Business Simple Checking

CHARLES STREET DELI CONVENIENCE STORE

Account # 434-5473541

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 262.63 | Average Collected Balance | 146.70 |
| Electronic Deposits | 660.34 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Electronic Payments | 865.86 | Annual Percentage Yield Earned | 0.00% |
| Service Charges | 12.00 | Days in Period | 31 |
| Ending Balance | 45.11 | | |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/02 | CCD DEPOSIT, BOFA MERCH SVCS DEPOSIT ****13656884 | 3.00 |
| 05/04 | CCD DEPOSIT, BOFA MERCH SVCS DEPOSIT ****13656884 | 96.73 |
| 05/07 | CCD DEPOSIT, BOFA MERCH SVCS DEPOSIT ****13656884 | 54.00 |
| 05/07 | CCD DEPOSIT, BOFA MERCH SVCS DEPOSIT ****13656884 | 25.75 |
| 05/07 | CCD DEPOSIT, BOFA MERCH SVCS DEPOSIT ****13656884 | 21.00 |
| 05/08 | CCD DEPOSIT, BOFA MERCH SVCS DEPOSIT ****13656884 | 36.00 |
| 05/09 | CCD DEPOSIT, BOFA MERCH SVCS DEPOSIT ****13656884 | 14.00 |
| 05/10 | CCD DEPOSIT, BOFA MERCH SVCS DEPOSIT ****13656884 | 1.50 |
| 05/14 | CCD DEPOSIT, BOFA MERCH SVCS DEPOSIT ****13656884 | 33.99 |
| 05/14 | CCD DEPOSIT, BOFA MERCH SVCS DEPOSIT ****13656884 | 17.50 |
| 05/15 | CCD DEPOSIT, BOFA MERCH SVCS DEPOSIT ****13656884 | 3.00 |
| 05/16 | CCD DEPOSIT, BOFA MERCH SVCS DEPOSIT ****13656884 | 49.62 |
| 05/17 | CCD DEPOSIT, BOFA MERCH SVCS DEPOSIT ****13656884 | 4.00 |
| 05/18 | CCD DEPOSIT, BOFA MERCH SVCS DEPOSIT ****13656884 | 16.28 |
| 05/21 | CCD DEPOSIT, BOFA MERCH SVCS DEPOSIT ****13656884 | 42.75 |
| 05/21 | CCD DEPOSIT, BOFA MERCH SVCS DEPOSIT ****13656884 | 25.50 |
| 05/21 | CCD DEPOSIT, BOFA MERCH SVCS DEPOSIT ****13656884 | 8.24 |
| 05/22 | CCD DEPOSIT, BOFA MERCH SVCS DEPOSIT ****13656884 | 12.50 |
| 05/22 | ATM CASH DEPOSIT, *****04018883631<br>AUT 052118 ATM CASH DEPOSIT<br>150 MAIN STREET    LODI    * NJ | 45.00 |
| 05/23 | CCD DEPOSIT, BOFA MERCH SVCS DEPOSIT ****13656884 | 8.75 |
| 05/24 | CCD DEPOSIT, BOFA MERCH SVCS DEPOSIT ****13656884 | 1.75 |
| 05/25 | CCD DEPOSIT, BOFA MERCH SVCS DEPOSIT ****13656884 | 69.00 |
| 05/29 | CCD DEPOSIT, BOFA MERCH SVCS DEPOSIT ****13656884 | 36.73 |



Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

## How to Balance your Account

Page: 2 of 3

Begin by adjusting your account register as follows:

- Subtract any services charges shown on this statement.
- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.
- Add any interest earned if you have an interest-bearing account.
- Add any automatic deposit or overdraft line of credit.
- Review all withdrawals shown on this statement and check them off in your account register.
- Follow instructions 2-5 to verify your ending account balance.

- Your ending balance shown on this statement is:
- List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.
- Subtotal by adding lines 1 and 2.
- List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.
- Subtract Line 4 from 3. This adjusted balance should equal your account balance.

Ending Balance      46.11

Total Deposits   +

Sub Total

Total Withdrawals   -

Adjusted Balance

**Total Deposits**

**Total Withdrawals**

### FOR CONSUMER ACCOUNTS ONLY – IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUND TRANSFERS EFA

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number
- A description of the error or transaction you are unsure about
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total Interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

### FOR COMMERCIAL ACCOUNTS ONLY – IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR BILL

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number
- The dollar amount of the suspected error
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.



**Bank**
America's Most Convenient Bank

STATEMENT OF ACCOUNT

CHARLES STREET DELI CONVENIENCE STORE

Page: 3 of 3
Statement Period: May 01 2018-May 31 2018
Cust Ref #: 4345473641-713-T-###
Primary Account #: 434-5473641

## DAILY ACCOUNT ACTIVITY

### Electronic Deposits (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/29 | CCD DEPOSIT, BOFA MERCH SVCS DEPOSIT ****13656884 | 11.50 |
| 05/29 | CCD DEPOSIT, BOFA MERCH SVCS DEPOSIT ****13656884 | 10.00 |
| 05/29 | CCD DEPOSIT, BOFA MERCH SVCS DEPOSIT ****13656884 | 5.25 |
|  | Subtotal: | 660.34 |

### Electronic Payments

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/03 | CCD DEBIT, BOFA MERCH SVCS DEPOSIT ****13656884 | 50.51 |
| 05/07 | TD ATM DEBIT, *****04018883631, AUT 050518 DDA WITHDRAW 150 MAIN ST    LODI   *NJ | 300.00 |
| 05/16 | TD ATM DEBIT, *****04018883631, AUT 051618 DDA WITHDRAW 600 MARKET STREET    ELMWOOD PARK *NJ | 260.00 |
| 05/25 | TD ATM DEBIT, *****04018883631, AUT 052418 DDA WITHDRAW 651 MIDLAND AVE    GARFIELD   *NJ | 100.00 |
| 05/25 | CCD DEBIT, PAYSPOT INC MERCH ACH ****4A382259 | 40.50 |
| 05/29 | TD ATM DEBIT, *****04018883631, AUT 052618 DDA WITHDRAW 600 MARKET STREET    ELMWOOD PARK *NJ | 100.00 |
| 05/30 | CCD DEBIT, PAYSPOT INC MERCH ACH ****8A382259 | 14.85 |
|  | Subtotal: | 865.86 |

### Service Charges

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/31 | MAINTENANCE FEE | 10.00 |
| 05/31 | PAPER STATEMENT FEE | 2.00 |
|  | Subtotal: | 12.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 04/30 | 262.63 | 05/17 | 12.21 |
| 05/02 | 265.63 | 05/18 | 30.49 |
| 05/03 | 215.12 | 05/21 | 106.86 |
| 05/04 | 311.85 | 05/22 | 164.45 |
| 05/07 | 112.60 | 05/23 | 171.23 |
| 05/08 | 148.60 | 05/24 | 179.90 |
| 05/09 | 162.60 | 05/25 | 108.45 |
| 05/10 | 164.10 | 05/29 | 71.96 |
| 05/14 | 215.59 | 05/30 | 57.11 |
| 05/15 | 215.59 | 05/31 | 45.11 |
| 05/16 | 8.21 |  |  |



Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com





**Bank**
America's Most Convenient Bank®


NICHOLAS PEZZA
DIP CASE 16-33371 DIST NJ
488 DEWEY AVE
SADDLE BROOK NJ 07663

Page: 1 of 5
Statement Period: Apr 18 2018-May 17 2018
Cust Ref #: 4340042657-039-T-###
Primary Account #: 434-0042657

## Chapter 11 Checking

NICHOLAS PEZZA
DIP CASE 16-33371 DIST NJ

Account # 434-0042657

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 2,295.49 | Average Collected Balance | 2,202.17 |
| Deposits | 56.00 | Interest Earned This Period | 0.00 |
| Electronic Deposits | 7,059.29 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| Checks Paid | 2,587.75 | Days in Period | 30 |
| Electronic Payments | 5,350.57 | | |
| Ending Balance | 1,472.46 | | |

| | Total for this Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees (NSF) | $0.00 | $35.00 |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/19 | DEPOSIT | 56.00 |
| | Subtotal: | 56.00 |

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/19 | ATM CASH DEPOSIT, ******45184675656<br>AUT 041918 ATM CASH DEPOSIT<br>600 MARKET STREET    ELMWOOD PARK * NJ | 240.00 |
| 04/20 | ATM CHECK DEPOSIT, ******45184675656<br>AUT 041918 ATM CHECK DEPOSI<br>150 MAIN ST    LODI    * NJ | 2,000.00 |
| 04/23 | ATM CHECK DEPOSIT, ******45184675656<br>AUT 042218 ATM CHECK DEPOSI<br>600 MARKET STREET    ELMWOOD PARK * NJ | 105.00 |
| 04/27 | ATM CASH DEPOSIT, ******45184675656<br>AUT 042618 ATM CASH DEPOSIT<br>150 MAIN STREET    LODI    * NJ | 400.00 |
| 05/01 | ATM CHECK DEPOSIT, ******45184675656<br>AUT 043018 ATM CHECK DEPOSI<br>150 MAIN ST    LODI    * NJ | 105.00 |
| 05/04 | ATM CHECK DEPOSIT, ******45184675656<br>AUT 050318 ATM CHECK DEPOSI<br>351 MIDLAND AVE    GARFIELD    * NJ | 891.00 |



Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

## How to Balance your Account

Page: 2 of 5

Begin by adjusting your account register as follows:

- Subtract any services charges shown on this statement.
- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.
- Add any interest earned if you have an interest-bearing account.
- Add any automatic deposit or overdraft line of credit.
- Review all withdrawals shown on this statement and check them off in your account register.
- Follow instructions 2-5 to verify your ending account balance.

① Your ending balance shown on this statement is

② List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

③ Subtotal by adding lines 1 and 2.

④ List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

⑤ Subtract Line 4 from 3. This adjusted balance should equal your account balance.

| | |
|---|---|
| ① Ending Balance | 1,472.46 |
| ② Total Deposits + | |
| ③ Sub Total | |
| ④ Total Withdrawals − | |
| ⑤ Adjusted Balance | |

| DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Deposits** | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Withdrawals** | | |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number
- The dollar amount of the suspected error
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.

Document    Page 12 of 20



# Bank
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

NICHOLAS PEZZA
DIP CASE 16-33371 DIST NJ

Page: 3 of 5
Statement Period: Apr 18 2018-May 17 2018
Cust Ref #: 4340042657-039-T-###
Primary Account #: 434-0042657

## DAILY ACCOUNT ACTIVITY

### Electronic Deposits (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/07 | ATM CASH DEPOSIT, *****45184675656 AUT 050518 ATM CASH DEPOSIT 150 MAIN ST    LODI    * NJ | 700.00 |
| 05/07 | ATM CASH DEPOSIT, *****45184675656 AUT 050518 ATM CASH DEPOSIT 150 MAIN ST    LODI    * NJ | 440.00 |
| 05/07 | ATM CASH DEPOSIT, *****45184675656 AUT 050518 ATM CASH DEPOSIT 150 MAIN ST    LODI    * NJ | 300.00 |
| 05/08 | ATM CASH DEPOSIT, *****45184675656 AUT 050718 ATM CASH DEPOSIT 351 MIDLAND AVE    GARFIELD    * NJ | 700.00 |
| 05/10 | ATM CHECK DEPOSIT, *****45184675656 AUT 050918 ATM CHECK DEPOSI 150 MAIN ST    LODI    * NJ | 105.29 |
| 05/14 | ATM CHECK DEPOSIT, *****45184675656 AUT 051218 ATM CHECK DEPOSI 600 MARKET STREET    ELMWOOD PARK * NJ | 105.00 |
| 05/16 | ATM CASH DEPOSIT, *****45184675656 AUT 051618 ATM CASH DEPOSIT 600 MARKET STREET    ELMWOOD PARK * NJ | 960.00 |

Subtotal: 7,059.29

### Checks Paid    No. Checks: 5

*Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 04/23 | 136 | 264.00 | 05/14 | 139 | 35.00 |
| 04/24 | 137 | 800.00 | 05/11 | 140 | 288.75 |
| 04/24 | 138 | 1,200.00 | | | |

Subtotal: 2,587.75

### Electronic Payments

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/19 | DEBIT CARD PURCHASE, *****45184675656, AUT 041818 VISA DDA PUR ENVIRONMENTAL RENEWAL LL   WOODLAND PARK * NJ | 120.00 |
| 04/20 | DEBIT CARD PURCHASE, *****45184675656, AUT 041918 VISA DDA PUR FORTIVA    800 710 2961 * GA | 226.00 |
| 04/23 | DEBIT CARD PURCHASE, *****45184675656, AUT 042218 VISA DDA PUR BP 2052124SADDLE BROOK A    SADDLE BROOK * NJ | 97.60 |
| 04/23 | DEBIT CARD PURCHASE, *****45184675656, AUT 042218 VISA DDA PUR RESTAURANT DEPOT    SOUTH HACKENS * NJ | 95.84 |
| 04/23 | DEBIT CARD PURCHASE, *****45184675656, AUT 042118 VISA DDA PUR BP 2052124SADDLE BROOK A    SADDLE BROOK * NJ | 31.45 |
| 04/23 | DEBIT CARD PURCHASE, *****45184675656, AUT 042218 VISA DDA PUR BP 2052124SADDLE BROOK A    SADDLE BROOK * NJ | 30.57 |



Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com



**Bank**
America's Most Convenient Bank

STATEMENT OF ACCOUNT

NICHOLAS PEZZA
DIP CASE 16-33371 DIST NJ

Page: 4 of 6
Statement Period: Apr 18 2018-May 17 2018
Cust Ref #: 4340042657-039-T-###
Primary Account #: 434-0042657

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/23 | DEBIT CARD PURCHASE, *****45184675656, AUT 042018 VISA DDA PUR BP 2052124SADDLE BROOK A  SADDLE BROOK * NJ | 30.00 |
| 04/23 | DEBIT CARD PURCHASE, *****45184675656, AUT 042218 VISA DDA PUR BP 2052124SADDLE BROOK A  SADDLE BROOK * NJ | 20.38 |
| 04/25 | DEBIT CARD PURCHASE, *****45184675656, AUT 042518 VISA DDA PUR RESTAURANT DEPOT   SOUTH HACKENS * NJ | 155.92 |
| 04/25 | DEBIT CARD PURCHASE, *****45184675656, AUT 042418 VISA DDA PUR ENVIRONMENTAL RENEWAL LL   WOODLAND PARK * NJ | 120.00 |
| 04/30 | DEBIT CARD PURCHASE, *****45184675656, AUT 042918 VISA DDA PUR BP 2052124SADDLE BROOK A  SADDLE BROOK * NJ | 85.25 |
| 04/30 | DEBIT CARD PURCHASE, *****45184675656, AUT 042918 VISA DDA PUR BP 2052124SADDLE BROOK A  SADDLE BROOK * NJ | 51.26 |
| 04/30 | DEBIT CARD PURCHASE, *****45184675656, AUT 042918 VISA DDA PUR BP 2052124SADDLE BROOK A  SADDLE BROOK * NJ | 24.04 |
| 05/01 | DEBIT CARD PURCHASE, *****45184675656, AUT 043018 VISA DDA PUR ENVIRONMENTAL RENEWAL LL   WOODLAND PARK * NJ | 90.00 |
| 05/07 | DEBIT CARD PURCHASE, *****45184675656, AUT 050618 VISA DDA PUR RESTAURANT DEPOT   SOUTH HACKENS * NJ | 258.63 |
| 05/07 | DEBIT POS, *****45184675656, AUT 050618 DDA PURCHASE P P WHOLESALE MARKET   CLIFTON   * NJ | 242.50 |
| 05/07 | DEBIT CARD PURCHASE, *****45184675656, AUT 050418 VISA DDA PUR THE HOME DEPOT 959   PATERSON   * NJ | 153.92 |
| 05/07 | DEBIT CARD PURCHASE, *****45184675656, AUT 050518 VISA DDA PUR ENVIRONMENTAL RENEWAL LL   WOODLAND PARK * NJ | 105.00 |
| 05/07 | DEBIT CARD PURCHASE, *****45184675656, AUT 050518 VISA DDA PUR BP 2052124SADDLE BROOK A  SADDLE BROOK * NJ | 92.50 |
| 05/07 | DEBIT CARD PURCHASE, *****45184675656, AUT 050518 VISA DDA PUR BP 2052124SADDLE BROOK A  SADDLE BROOK * NJ | 36.03 |
| 05/07 | DEBIT CARD PURCHASE, *****45184675656, AUT 050418 VISA DDA PUR DELTA GAS   ELMWOOD PARK * NJ | 20.39 |
| 05/07 | DEBIT POS, *****45184675656, AUT 050618 DDA PURCHASE MICRO ELE 263 MCLEAN B   PATERSON   * NJ | 9.29 |
| 05/08 | ELECTRONIC PMT-TEL, ATT PAYMENT ****34001IVR2N | 253.91 |
| 05/08 | DEBIT CARD PURCHASE, *****45184675656, AUT 050618 VISA DDA PUR QUICK CHEK CORPORATION   LODI   * NJ | 58.89 |
| 05/08 | DEBIT CARD PURCHASE, *****45184675656, AUT 050618 VISA DDA PUR BURGER KING 1365   ROCHELLE PARK * NJ | 13.82 |
| 05/09 | DEBIT CARD PURCHASE, *****45184675656, AUT 050818 VISA DDA PUR OPTIMUM 7870V   201 337 1112 * NY | 225.20 |
| 05/09 | DEBIT CARD PAYMENT, *****45184675656, AUT 050718 VISA DDA PUR AMSAVEPASS 8557671156   855 7671135 * CT | 24.95 |
| 05/09 | DEBIT CARD PURCHASE, *****45184675656, AUT 050718 VISA DDA PUR FUEL 4 ELMWOOD PARK   ELMWOOD PARK * NJ | 24.40 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com



**Bank**
America's Most Convenient Bank®

NICHOLAS PEZZA
DIP CASE 16-33371 DIST NJ

Page: 5 of 5
Statement Period: Apr 18 2018-May 17 2018
Cust Ref #: 4340042657-039-T-###
Primary Account #: 434-0042657

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/10 | DEBIT CARD PURCHASE, *****45184675656, AUT 050918 VISA DDA PUR WALGREENS STORE 20 ARNOT    LODI    * NJ | 17.48 |
| 05/11 | TD ATM DEBIT, *****45184675656, AUT 051018 DDA WITHDRAW 150 MAIN ST    LODI    * NJ | 200.00 |
| 05/14 | ACH DEBIT, PUBLIC SERVICE PSEG ****99974009 | 360.00 |
| 05/14 | ACH DEBIT, PUBLIC SERVICE PSEG ****52001618 | 340.00 |
| 05/14 | ACH DEBIT, PUBLIC SERVICE PSEG ****45762609 | 300.00 |
| 05/14 | ACH DEBIT, PUBLIC SERVICE PSEG ****41786805 | 200.00 |
| 05/14 | DEBIT CARD PURCHASE, *****45184675656, AUT 051118 VISA DDA PUR OPTIMUM 7870V    201 337 1112 * NY | 185.05 |
| 05/14 | ACH DEBIT, PUBLIC SERVICE PSEG ****74415209 | 175.40 |
| 05/14 | DEBIT CARD PURCHASE, *****45184675656, AUT 051018 VISA DDA PUR EZPASS PREPAID TOLL    800 333 8655 * NY | 65.00 |
| 05/14 | ACH DEBIT, PASSAIC VALLEY W PASSAIC VA ID5AIKLZQ1 | 47.82 |
| 05/14 | ACH DEBIT, PUBLIC SERVICE PSEG ****46145901 | 18.87 |
| 05/14 | ACH DEBIT, PASSAIC VALLEY W PASSAIC VA ID5AIKSBM3 | 17.41 |
| 05/15 | DEBIT CARD PURCHASE, *****45184675656, AUT 051418 VISA DDA PUR OFFICESUPPLY COM    866 302 5397 * WI | 166.03 |
| 05/15 | DEBIT CARD PURCHASE, *****45184675656, AUT 051418 VISA DDA PUR BP 2052124SADDLE BROOK A    SADDLE BROOK * NJ | 85.26 |
| 05/15 | DEBIT CARD PURCHASE, *****45184675656, AUT 051418 VISA DDA PUR BP 2052124SADDLE BROOK A    SADDLE BROOK * NJ | 38.76 |
| 05/16 | DEBIT CARD PURCHASE, *****45184675656, AUT 051618 VISA DDA PUR RESTAURANT DEPOT    SOUTH HACKENS * NJ | 229.51 |
| 05/17 | ELECTRONIC PMT-TEL, HD IMPRVCRD PMT EPAY HD IMPRVCRD PMT | 230.00 |
|  | Subtotal: | 5,356.57 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 04/17 | 2,295.49 | 05/07 | 3,178.79 |
| 04/19 | 2,471.49 | 05/08 | 3,553.08 |
| 04/20 | 4,245.49 | 05/09 | 3,276.53 |
| 04/23 | 3,780.55 | 05/10 | 3,365.34 |
| 04/24 | 1,780.55 | 05/11 | 2,877.59 |
| 04/25 | 1,504.63 | 05/14 | 1,242.04 |
| 04/27 | 1,904.63 | 05/15 | 971.97 |
| 04/30 | 1,744.05 | 05/16 | 1,702.46 |
| 05/01 | 1,759.05 | 05/17 | 1,472.46 |
| 05/04 | 2,650.05 |  |  |



Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Nick Pezza
Nick's Landscaping
Month May 2018

| Day | Customer Name | Old Balance | Billed | Received | Owed |
|---|---|---|---|---|---|
| Monday | | | | | |
| | Koscrono | 192.38 | 49.28 | | 416.38 |
| | Stample | | 303.88 | 303.88 | -0- |
| | Reeve | | 159.94 | | 159.94 |
| | Newland | | 271.59 | | 271.59 |
| | Smith | | 186.59 | 184.59 | |
| | Alexander | | 330.54 | | 330.54 |
| | Lycaro | | 85.30 | | 85.30 |
| | Solomon | | 250.57 | | 250.57 |
| Tue | M/N/srenty | | 167.00 | | 167.00 |

Nick Pezza
Nick's Landscaping
Month May

| Day | Customer Name | Old Balance | Billed | Received | Owed |
|---|---|---|---|---|---|
| Tuesday | | | | | |
| | Francisco | 258.90 | -0- | | 258.90 |
| | Kazmith | -0- | 535.96 | | 538.96 |
| | Demichele | | 63.98 | | 63.98 |
| | Zotto | | 362.53 | | 362.53 |
| | Toth | | 234.58 | | 234.58 |
| | Colacioun | | 117.25 | | 117.25 |
| | Schoen | | 394.57 | | 394.57 |
| | Rayano | | 106.63 | | 106.63 |
| Wednesday | East Lake | | 266.56 | | 266.56 |

Nick Pezza
Nick's Landscaping

Month: May

| Day | Customer Name | Old Balance | Billed | Received | Owed |
|---|---|---|---|---|---|
| | Wendsohn | | | | |
| | Ploriosky | | 261.23 | 261.23 | 0 |
| | Ponicicci | 322.93 | 427.24 | | 427.24 |
| | Carlos | 237.44 | | | 0 |
| | Burns | 496.54 | | 50.00 | 446.54 |
| | Nayk | | 830.54 | | 830.54 |
| | Andressi | | 197.24 | | 197.24 |
| | Lamauro | | 303.88 | 303.88 | 0 |
| | Zuinerelli | 768.18 | 864.14 | | 864.14 |
| | He | 175.93 | 175.93 | 175.93 | |

Nick Pezza
Nick's Landscaping

Month: May

Day: _____

| Customer Name | Old Balance | Billed | Received | Owed |
|---|---|---|---|---|
| Wasted ... o | | | | |
| Plytchik | | 207.92 | 207.92 | -.00 |
| Browik | --- | 106.63 | 106.43 | p |
| Thursday Rockchuk | 940.074 | 1023.40 | | 1034.46 |
| Jordan | 258.50 | 849.47 | | 849.67 |
| Dkonaghn | 1635.78 | 8857.69 | | 1857.69 |
| Endurance Permit cos | 6.84 | 358.70 | | 358.70 |
| Carrillo | | 634.42 | | 634.42 |
| Water | | 229.24 | | 229.24 |
| Polisse | | 410.57 | 410.57 | |

Nick Pezza
Nick's Landscaping

Month: May

| Day | Customer Name | Old Balance | Billed | Received | Owed |
|---|---|---|---|---|---|
| Thursday | | | | | |
| | MESANO | | 453.16 | 453.16 | 10.00 |
| | Kaufmann | 10.00 | 303.68 | 303.68 | |
| | Alexander | | 410.57 | | 410 s/p |
| | Motola | | 211.18 | 211.18 | 20. |
| | Wolf | | 277.25 | 277.25 | — |
| | Capizzi | | 330.54 | 330.54 | |
| | Daytner | | 378.52 | 378.52 | |
| | Cushion | 208.2 | 276.72 | | 276.72 |
| Friday | Ferro | | 256.57 | | 256.57 |

Nick Pezza
Nick's Landscaping
Month May

| Day | Customer Name | Old Balance | Billed | Received | Owed |
|---|---|---|---|---|---|
| | Ridlay-Mardirio | | 330.85 | 330.85 | |
| | Homes | | 122.95 | | 122.95 |
| | Mess | | 255.90 | 255.90 | -0- |
| | Cary | | 245.24 | 245.24 | -0- |
| | Woods | | 213.21 | 213.25 | -0- |
| | Khoury | | 255.90 | | 255.90 |
| | Sabala | | 373.15 | 373.15 | |
| | Kurus | | 298.55 | 298.55 | |
| | Zevedo | | 295.55 | 295.55 | |
| | Serratino | 1951.61 | 1330.29 | 480.00 | 1330.29 |

16,088.17   6,376.66
78   774

MM1