Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                      Case No.: 16–33371–RG
                                      Chapter: 11
                                      Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Nicholas Pezza
   488 Dewey Avenue
   Saddle Brook, NJ 07663

Social Security No.:
   xxx–xx–2399

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

     Please be advised that on July 27, 2018, the court entered the following judgment or order on the court's docket in the above–captioned case:

Document Number: 114 – 1
ORDER DIRECTING DEBTOR TO SUBMIT PROOF OF LIABILITY INSURANCE,DIRECTING DEBTOR TO FILE AMENDED MONTHLY OPERATING REPORTS,SETTING DEADLINE FOR SUBMISSION OF AMENDED DISCLOSURE STATEMENT AND CHAPTER 11 PLAN, RESCHEDULING DEBTORS MOTION TO SELL 488 DEWEY AVENUE, SADDLE BROOK, NEW JERSEY AND RESCHEDULING CONFIRMATION HEARING(related document:1 Chapter 13 Voluntary Petition Filed by Michael J. Cavallaro on behalf of Nicholas Pezza. Disclosure of Compensation for Attorney For Debtor12/22/2016.Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period (122C–1) Due 12/22/2016. Chapter 13 Plan due by 12/22/2016. Incomplete Filings due by 12/22/2016. filed by Debtor Nicholas Pezza). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 7/27/2018. (mcp)

     Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: July 27, 2018
JAN: mcp

                                                                                   Jeanne Naughton
                                                                                   Clerk

```
                          United States Bankruptcy Court
                              District of New Jersey
In re:                                                       Case No. 16-33371-RG
Nicholas Pezza                                               Chapter 11
         Debtor
                             CERTIFICATE OF NOTICE
District/off: 0312-2        User: admin            Page 1 of 1         Date Rcvd: Jul 27, 2018
                            Form ID: orderntc      Total Noticed: 10
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 29, 2018.
```
db          +Nicholas Pezza,    488 Dewey Avenue,    Saddle Brook, NJ 07663-5904
aty         +Michael J. Cavallaro,    25 Lafayette Place,    Kearny, NJ 07032-2228
r            Aldo Lavorini,    550 Boulevard,    Elmwood Park, NJ  07407
cr          +Christiana Trust as Custodian,    c/o Pellegrino & Feldstein, LLC,    290 Route 46 West,
              Denville, NJ 07834-1239
cr          +IRS,   51 Haddonfield Rd,    Suite 300,    Cherry Hill, NJ 08002-4805
cr          +MTGLQ Investors, LP c/o Rushmore Loan Management S,    15480 Laguna Canyon Road,   Suite 100,
              Irvine, CA 92618-2132
acc          Michael Nulty,    Matthews & Nulty, Inc.
cr          +Nationstar Mortgage LLC, as servicer for U.S. Bank,    C/O Buckley Madole, P.C.,
              99 Wood Avenue South, Suite 803,    Iselin, NJ 08830-2713
cr          +U.S. Bank National Association,    RAS Crane, LLC,    10700 Abbott's Bridge Road, suite 170,
              Duluth, GA 30097-8461
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr          +E-mail/PDF: gecsedi@recoverycorp.com Jul 27 2018 23:27:56
              Synchrony Bank c/o PRA Receivables Management, LLC,    Valerie Smith,    PO BOX 41021,
              Norfolk, VA 23541-1021
                                                                                             TOTAL: 1
```

```
            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2018                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 27, 2018 at the address(es) listed below:
```
              Charles G. Wohlrab    on behalf of Creditor    U.S. Bank National Association, as Trustee, for
               Lehman Mortgage Trust Mortgage Pass Through Certificates Series 2006-2 cwohlrab@logs.com,
               njbankruptcynotifications@logs.com
              Deborah T. Feldstein    on behalf of Creditor    Christiana Trust as Custodian dfeldstein@caplaw.net
              Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company as Trustee for
               the Holders of New Century Home Equity Loan Trust, Series 2005-A, Asset Backed Pass-Through
               Certificates  dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Francesca Ann Arcure    on behalf of Creditor    Nationstar Mortgage LLC, as servicer for U.S. Bank
               National Association, as Trustee, for Lehman Mortgage Trust Mortgage Pass Through Certificates
               Series 2006-2 NJ_ECF_Notices@McCalla.com, NJ_ECF_Notices@McCalla.com
              Laura M. Egerman    on behalf of Creditor    U.S. Bank National Association bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Michael A. Artis    on behalf of U.S. Trustee    U.S. Trustee michael.a.artis@usdoj.gov
              Michael J. Cavallaro    on behalf of Debtor Nicholas  Pezza attorneyforchrist@gmail.com,
               lesliebrown.paralegal@gmail.com
              Robert P. Saltzman    on behalf of Creditor    MTGLQ Investors, LP c/o Rushmore Loan Management
               Services, LLC dnj@pbslaw.org
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 9
```