| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>UNITED STATES DEPARTMENT OF JUSTICE<br>OFFICE OF THE UNITED STATES TRUSTEE<br>ANDREW R. VARA<br>ACTING UNITED STATES TRUSTEE,<br>REGION 3<br>Michael A. Artis, Esquire<br>One Newark Center, Suite 2100<br>Newark, NJ 07102<br>Telephone: (973) 645-3014<br>Facsimile: (973) 645-5993<br>E-mail: Michael.A.Artis@usdoj.gov | Order Filed on July 27, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Nicholas Pezza,<br><br>Debtor. | Case No.: 16-33371 (RG)<br><br>Chapter 11<br><br>Hearing Date: July 18, 2018, at 2:00 p.m.<br><br>Judge: The Honorable Rosemary Gambardella |

**ORDER DIRECTING DEBTOR TO SUBMIT PROOF OF LIABILITY INSURANCE, DIRECTING DEBTOR TO FILE AMENDED MONTHLY OPERATING REPORTS, SETTING DEADLINE FOR SUBMISSION OF AMENDED DISCLOSURE STATEMENT AND CHAPTER 11 PLAN, RESCHEDULING DEBTOR'S MOTION TO SELL 488 DEWEY AVENUE, SADDLE BROOK, NEW JERSEY AND RESCHEDULING CONFIRMATION HEARING**

The relief set forth on the following pages, numbered 2 through 3, is hereby **ORDERED**.

**DATED: July 27, 2018**

*Honorable Rosemary Gambardella*
United States Bankruptcy Judge

**(Page 2)**

Debtor: Nicholas Pezza

Chapter 11 Case No. 16-33371 (RG)

**ORDER DIRECTING DEBTOR TO SUBMIT PROOF OF LIABILITY INSURANCE, DIRECTING DEBTOR TO FILE AMENDED MONTHLY OPERATING REPORTS, SETTING DEADLINE FOR SUBMISSION OF AMENDED DISCLOSURE STATEMENT AND CHAPTER 11 PLAN, RESCHEDULING DEBTOR'S MOTION TO SELL 488 DEWEY AVENUE, SADDLE BROOK, NEW JERSEY AND RESCHEDULING CONFIRMATION HEARING**
_____

THIS MATTER having come before the Court at the rescheduled confirmation hearing and the hearing on Debtor's motion to sell real property located at 488 Dewey Avenue, Saddle Brook, New Jersey; and Michael A. Artis, Esq., appearing on behalf of Andrew R. Vara, the Acting United States Trustee, and Michal J. Cavallaro, Esq., appearing on behalf of the Debtor, Nicholas Pezza; and the United States Trustee filing and objection to the Debtor's Chapter 11 plan and motion to sell real property; and the United States trustee further raising certain concerns on the record regarding the Debtor's monthly operating reports, and the Debtor's property and liability insurance; and the Court noting on the record that a deadline would be set for the filing of any amended Chapter 11 Plan and Disclosure Statement; and the Court also rescheduling the confirmation hearing and the Debtor's motion to sell real property; and for good cause shown, it is hereby:

**ORDERED** that the Debtor shall provide to the United States Trustee a certificate of property and liability insurance for all real property interests owned by the Debtor by no later than July 25, 2018; and it if further

**ORDERED** that if the Debtor fails to provide proof of property and liability insurance by July 25, 2018, the United States Trustee may submit to the Court a proposed order for conversion or dismissal of this case without further motion practice; and it is further

**(Page 3)**

Debtor: Nicholas Pezza

Chapter 11 Case No. 16-33371 (RG)

**ORDER DIRECTING DEBTOR TO SUBMIT PROOF OF LIABILITY INSURANCE, DIRECTING DEBTOR TO FILE AMENDED MONTHLY OPERATING REPORTS, SETTING DEADLINE FOR SUBMISSION OF AMENDED DISCLOSURE STATEMENT AND CHAPTER 11 PLAN, RESCHEDULING DEBTOR'S MOTION TO SELL 488 DEWEY AVENUE, SADDLE BROOK, NEW JERSEY AND RESCHEDULING CONFIRMATION HEARING**

_____

**ORDERED** that the Debtor shall amend his monthly operating reports to reflect the status of payment of all post-petition mortgage, real estate tax, and property insurance obligations by August 17, 2018; and it is further

**ORDERED** that the Debtor shall file any amended Chapter 11 Plan and amended Disclosure Statement by no later than August 31, 2018; and it is further

**ORDERED** that the Confirmation Hearing and the hearing on the Debtor's Motion to Sell Real Property at 488 Dewey Avenue, Saddle Brook, New Jersey is rescheduled to September 5, 2018, at 2:00 p.m.

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 16-33371-RG
Nicholas Pezza                                                                                  Chapter 11
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin                Page 1 of 1                  Date Rcvd: Jul 27, 2018
                              Form ID: pdf903            Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 29, 2018.
db          +Nicholas Pezza,    488 Dewey Avenue,    Saddle Brook, NJ 07663-5904
aty         +Michael J. Cavallaro,    25 Lafayette Place,    Kearny, NJ 07032-2228

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 27, 2018 at the address(es) listed below:
        Charles G. Wohlrab    on behalf of Creditor    U.S. Bank National Association, as Trustee, for Lehman Mortgage Trust Mortgage Pass Through Certificates Series 2006-2 cwohlrab@logs.com, njbankruptcynotifications@logs.com
        Deborah T. Feldstein    on behalf of Creditor    Christiana Trust as Custodian dfeldstein@caplaw.net
        Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company as Trustee for the Holders of New Century Home Equity Loan Trust, Series 2005-A, Asset Backed Pass-Through Certificates dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
        Francesca Ann Arcure    on behalf of Creditor    Nationstar Mortgage LLC, as servicer for U.S. Bank National Association, as Trustee, for Lehman Mortgage Trust Mortgage Pass Through Certificates Series 2006-2 NJ_ECF_Notices@McCalla.com, NJ_ECF_Notices@McCalla.com
        Laura M. Egerman    on behalf of Creditor    U.S. Bank National Association bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com
        Michael A. Artis    on behalf of U.S. Trustee    U.S. Trustee michael.a.artis@usdoj.gov
        Michael J. Cavallaro    on behalf of Debtor Nicholas  Pezza attorneyforchrist@gmail.com, lesliebrown.paralegal@gmail.com
        Robert P. Saltzman    on behalf of Creditor    MTGLQ Investors, LP c/o Rushmore Loan Management Services, LLC dnj@pbslaw.org
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                  TOTAL: 9