| MICHAEL J. CAVALLARO, ESQ. |
| Attorney at Law, New Jersey |

September 5, 2018

United States Bankruptcy Court
Judge Rosemary Gambardella
50 Walnut Street
Newark, New Jersey

    Re:    Pezza Case#16-33371 RG
              Motion to Sale Hearing
              Confirmation Hearing

To All Interested Parties,

    Please allow this letter to serve as confirmation of the granted adjournment of the above debtors Motion to Sale hearing and Confirmation Hearing which were originally scheduled for Wednesday September 5, 2018 to October 17, 2018 at 11:00am.

                                      Very Truly Yours,

                                      /s/ Michael J. Cavallaro, Esq
                                      Michael J. Cavallaro, Esq.

MJC/lab

---

570 Kearny Avenue
Kearny, New Jersey 07032
Phone: (908) 230-8511, Facsimile: (201) 246-6174
AttorneyforChrist@gmail.com                                            1 of 2