Form 169 − ntccovert

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                      Case No.:  16−33371−RG
                      Chapter:  11
                      Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Nicholas Pezza
   488 Dewey Avenue
   Saddle Brook, NJ 07663

Social Security No.:
   xxx−xx−2399

Employer's Tax I.D. No.:

**NOTICE OF HEARING
ON APPLICATION/MOTION TO CONVERT CASE**

    An application/motion to convert the above−captioned case from Chapter 11 to Chapter 7, has been filed by Michael A. Artis on behalf of U.S. Trustee..

    Notice is hereby given that the Court will conduct a hearing on this matter to determine the application/motion for conversion or in the Alternative, Motion to Dismiss before the Honorable Rosemary Gambardella on:

Date:               October 17, 2018
Time:              02:00 PM
Location:       Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

Dated: October 5, 2018
JAN:

                                                                               Jeanne Naughton
                                                                               Clerk

```
                          United States Bankruptcy Court
                               District of New Jersey
In re:                                                       Case No. 16-33371-RG
    Nicholas Pezza                                           Chapter 11
              Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin                 Page 1 of 2         Date Rcvd: Oct 05, 2018
                              Form ID: 169                Total Noticed: 24


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 07, 2018.
db             +Nicholas Pezza,    488 Dewey Avenue,    Saddle Brook, NJ 07663-5904
aty            +Michael J. Cavallaro,    25 Lafayette Place,    Kearny, NJ 07032-2228
r               Aldo Lavorini,    550 Boulevard,    Elmwood Park, NJ 07407
cr             +Christiana Trust as Custodian,    c/o Pellegrino & Feldstein, LLC,    290 Route 46 West,
                 Denville, NJ 07834-1239
cr             +MTGLQ Investors, LP c/o Rushmore Loan Management S,    15480 Laguna Canyon Road,    Suite 100,
                 Irvine, CA 92618-2132
acc             Michael Nulty,    Matthews & Nulty, Inc.
cr             +Nationstar Mortgage LLC, as servicer for U.S. Bank,    C/O Buckley Madole, P.C.,
                 99 Wood Avenue South, Suite 803,    Iselin, NJ 08830-2713
cr             +U.S. Bank National Association,    RAS Crane, LLC,    10700 Abbott's Bridge Road, suite 170,
                 Duluth, GA 30097-8461
516537772      +Bank of America Home Loans,    100 N Tryon Street,    Charlotte, NC 28255-0001
516889117      +Christian Trust as Custodian,    c/o Pellegrino & Feldstein, LLC,    290 Route 46 West,
                 Denville, NJ 07834-1239
516644633       DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FO,    Bank of America,    PO Box 31785,
                 Tampa, FL 33631-3785
516537773      +KML Law Group,    701 Market Street #5000,    Philadelphia, PA 19106-1541
516760853      +MTGLQ Investors, LP,    c/o Rushmore Loan Management Services,    PO Box 55004,
                 Irvine, CA 92619-5004
516537774      +Pleuse Becker & Saltzman, LLC,    Attorneys at Law,    20000 Horizon Way Suite 900,
                 Mount Laurel, NJ 08054-4318
516537775      +Shapiro & Denardo LLC,    14000 Commerce Parkway Suite B,    Mount Laurel, NJ 08054-2242
516671466      +U.S. Bank National Association,Trustee(See 410),    c/o Nationstar Mortgage LLC,    PO Box 619096,
                 Dallas, Texas 75261-9096

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 06 2018 00:03:25      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 06 2018 00:03:20      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/Text: cio.bncmail@irs.gov Oct 06 2018 00:02:45      IRS,    51 Haddonfield Rd,    Suite 300,
                 Cherry Hill, NJ 08002-4805
cr             +E-mail/PDF: gecsedi@recoverycorp.com Oct 06 2018 00:08:28
                 Synchrony Bank c/o PRA Receivables Management, LLC,    Valerie Smith,    PO BOX 41021,
                 Norfolk, VA 23541-1021
516573275      +E-mail/Text: bankruptcy@cavps.com Oct 06 2018 00:03:51      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
516574448       E-mail/Text: mrdiscen@discover.com Oct 06 2018 00:02:26      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
516695014      +E-mail/Text: bankruptcydpt@mcmcg.com Oct 06 2018 00:03:19      MIDLAND FUNDING LLC,
                 PO Box 2011,    Warren, MI 48090-2011
516654610      +E-mail/PDF: gecsedi@recoverycorp.com Oct 06 2018 00:08:28      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 8

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*           ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                (address filed with court: Dist Dir of IRS,     Insolvency Function,    PO Box 724,
                 Springfield, NJ 07081-0724)
516869097*     +Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
                                                                                              TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 07, 2018                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Oct 05, 2018
                              Form ID: 169             Total Noticed: 24
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 31, 2018 at the address(es) listed below:

```
              Charles G. Wohlrab    on behalf of Creditor    U.S. Bank National Association, as Trustee, for
               Lehman Mortgage Trust Mortgage Pass Through Certificates Series 2006-2 cwohlrab@logs.com,
               njbankruptcynotifications@logs.com
              Deborah T. Feldstein    on behalf of Creditor    Christiana Trust as Custodian dfeldstein@caplaw.net
              Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company as Trustee for
               the Holders of New Century Home Equity Loan Trust, Series 2005-A, Asset Backed Pass-Through
               Certificates dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Francesca Ann Arcure    on behalf of Creditor    Nationstar Mortgage LLC, as servicer for U.S. Bank
               National Association, as Trustee, for Lehman Mortgage Trust Mortgage Pass Through Certificates
               Series 2006-2 NJ_ECF_Notices@McCalla.com, NJ_ECF_Notices@McCalla.com
              Laura M. Egerman    on behalf of Creditor    U.S. Bank National Association bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Michael A. Artis    on behalf of U.S. Trustee    U.S. Trustee michael.a.artis@usdoj.gov
              Michael J. Cavallaro    on behalf of Debtor Nicholas  Pezza attorneyforchrist@gmail.com,
               lesliebrown.paralegal@gmail.com
              Robert P. Saltzman    on behalf of Creditor    MTGLQ Investors, LP c/o Rushmore Loan Management
               Services, LLC dnj@pbslaw.org
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 9
```