UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
ACTING UNITED STATES TRUSTEE,
REGION 3
Michael A. Artis, Esquire
One Newark Center, Suite 2100
Newark, NJ 07102
Telephone: (973) 645-3014
Facsimile: (973) 645-5993
E-mail: Michael.A.Artis@usdoj.gov

Order Filed on October 23, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| In Re: | Case No.: 16-33371 (RG) |
|---|---|
| Nicholas Pezza, | Chapter 11 |
| Debtor. | Hearing Date: October 17, 2018, at 2:00 p.m. |
| | Judge: The Honorable Rosemary Gambardella |

**ORDER DIRECTING THE FILING OF AMENDED MONTHLY OPERATING REPORTS, DIRECTING THE FILING OF ALL OUTSTANDING MONTHLY OPERATING REPORTS, DIRECTING DEBTOR TO PAY ALL STATUTORY FEES, AND SETTING CONDITIONS FOR VOLUNTARY DISMISSAL OF CASE**

The relief set forth on the following pages, numbered 2 through 3, is hereby **ORDERED**.

**DATED: October 23, 2018**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

**(Page 2)**

Debtor: Nicholas Pezza

Chapter 11 Case No. 16-33371 (RG)

**ORDER DIRECTING THE FILING OF AMENDED MONTHLY OPERATING REPORTS, DIRECTING THE FILING OF ALL OUTSTANDING MONTHLY OPERATING REPORTS,  DIRECTING DEBTOR TO PAY ANY STATUTORY FEES, AND SETTING CONDITIONS FOR VOLUNTARY DISMISSAL OF CASE**

THIS MATTER having come before the Court on the motion of the U.S. Trustee to dismiss case, or in the alternative, motion to convert case from Chapter 11 to Chapter 7 for the Debtor's failure to file monthly operating reports; and Michael A. Artis, Esq., appearing on behalf of Andrew R. Vara, the Acting United States Trustee; and Michal J. Cavallaro, Esq., appearing on behalf of the Debtor, Nicholas Pezza; and Denise Carlon, Esq., appearing on behalf of the secured creditor, KML Law Group, P.C.; and the United States Trustee filing and objection to the Debtor's Chapter 11 plan and motion to sell real property; and the United States trustee further raising certain concerns on the record regarding the Debtor's monthly operating reports, and the Debtor's payment of statutory fees; and the Debtor through counsel requesting permission for voluntary dismissal of his chapter 11 case in lieu of conversion to chapter 7, and the Court noting on the record that the Debtor had to comply with the Court's prior order of July 27, 2018, before it would consider a motion to voluntary dismiss case; and for good cause shown, it is hereby:

**ORDERED** that the Debtor shall amend his monthly operating reports pursuant to the prior order of this Court that was entered on July 27, 2018 (Docket No. 27) by October 31, 2018; and it is further

**ORDERED** that the Debtor shall file any and all outstanding monthly operating reports and shall pay any statutory fees due to the U.S. Trustee Program pursuant to 28 U.S.C. § 1930 by

**(Page 3)**

Debtor: Nicholas Pezza

Chapter 11 Case No. 16-33371 (RG)

**ORDER DIRECTING THE FILING OF AMENDED MONTHLY OPERATING REPORTS, DIRECTING THE FILING OF ALL OUTSTANDING MONTHLY OPERATING REPORTS,  DIRECTING DEBTOR TO PAY ANY STATUTORY FEES, AND SETTING CONDITIONS FOR VOLUNTARY DISMISSAL OF CASE**

October 31, 2018; and it is further

      **ORDERED** that if the Debtor fails to amend his monthly operating reports, fails to file all outstanding monthly operating reports, and fails to pay all statutory fees, upon notice of default by the U. S. Trustee, this case shall be converted from chapter 11 to chapter 7; and it is further

      **ORDERED** that if the Debtor amends his monthly operating reports, files all outstanding monthly operating reports, and pays all statutory fees, the Court will consider a motion by the Debtor for voluntary dismissal of chapter 11 case; and it is further

      **ORDERED** that any motion by the Debtor for voluntary dismissal of chapter 11 case must be filed on an expedited basis on or before November 13, 2018; and it is further

      **ORDERED** that the motion of the United States Trustee to dismiss/convert case from Chapter 11 to Chapter 7 is rescheduled to November 27, 2018, at 10:00 a.m.

United States Bankruptcy Court
District of New Jersey

In re:                                                                              Case No. 16-33371-RG
Nicholas Pezza                                                                      Chapter 11
            Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1          Date Rcvd: Oct 24, 2018
                             Form ID: pdf903           Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 26, 2018.
db          +Nicholas Pezza,    488 Dewey Avenue,    Saddle Brook, NJ 07663-5904
aty         +Michael J. Cavallaro,    25 Lafayette Place,    Kearny, NJ 07032-2228

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 26, 2018                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 24, 2018 at the address(es) listed below:
            Charles G. Wohlrab    on behalf of Creditor    U.S. Bank National Association, as Trustee, for
            Lehman Mortgage Trust Mortgage Pass Through Certificates Series 2006-2 cwohlrab@logs.com,
            njbankruptcynotifications@logs.com
            Deborah T. Feldstein    on behalf of Creditor    Christiana Trust as Custodian dfeldstein@caplaw.net
            Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company as Trustee for
            the Holders of New Century Home Equity Loan Trust, Series 2005-A, Asset Backed Pass-Through
            Certificates dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com,
            Francesca Ann Arcure    on behalf of Creditor    Nationstar Mortgage LLC, as servicer for U.S. Bank
            National Association, as Trustee, for Lehman Mortgage Trust Mortgage Pass Through Certificates
            Series 2006-2 NJ_ECF_Notices@McCalla.com,   NJ_ECF_Notices@McCalla.com
            Laura M. Egerman    on behalf of Creditor    U.S. Bank National Association bkyecf@rasflaw.com,
            bkyecf@rasflaw.com;legerman@rasnj.com
            Michael A. Artis    on behalf of U.S. Trustee    U.S. Trustee michael.a.artis@usdoj.gov
            Michael J. Cavallaro    on behalf of Debtor Nicholas  Pezza attorneyforchrist@gmail.com,
            lesliebrown.paralegal@gmail.com
            Robert P. Saltzman    on behalf of Creditor    MTGLQ Investors, LP c/o Rushmore Loan Management
            Services, LLC dnj@pbslaw.org
            U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                          TOTAL: 9