UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In Re: | : | CHAPTER 7 |
| | : | |
| | : | |
| Nicholas Pezza | : | CASE NO.: 16-33371 (RG) |
| | : | |
| | : | |
| Debtor | : | |
| | : | |
| | : | |
| _____ | : | |

Steven P. Kartzman, Esq.
Mellinger, Sanders & Kartzman
101 Gilbralter Drive, Suite 2F
Morris Plains, NJ 07950

**NOTICE OF APPOINTMENT OF TRUSTEE**

The United States Trustee hereby appoints Steven P. Kartzman, Esq., to serve as the chapter 7 trustee of the above-captioned bankruptcy estate.  If he cannot qualify, the trustee is required to notify the United States Trustee in writing within five (5) days of receipt of this notice of rejection of this appointment.

ANDREW R. VARA
ACTING UNITED STATES TRUSTEE
REGION 3


By:     */s/ Martha R. Hildebrandt*
          Martha R. Hildebrandt
          Assistant United States Trustee


Dated:  November 30, 2018