| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>UNITED STATES DEPARTMENT OF JUSTICE<br>OFFICE OF THE UNITED STATES TRUSTEE<br>ANDREW R. VARA<br>ACTING UNITED STATES TRUSTEE,<br>REGION 3<br>Michael A. Artis, Esquire<br>One Newark Center, Suite 2100<br>Newark, NJ 07102<br>Telephone: (973) 645-3014<br>Facsimile: (973) 645-5993<br>E-mail: Michael.A.Artis@usdoj.gov | |
| In Re:<br><br>Nicholas Pezza,<br><br>Debtor. | Case No.: 16-33371 (RG)<br><br>Chapter 11<br><br>Judge: The Honorable Rosemary Gambardella |

Order Filed on November 30, 2018 by Clerk U.S. Bankruptcy Court District of New Jersey

## ORDER CONVERTING CASE TO CHAPTER 7

The relief set forth on the following pages, numbered 1 through 2, is hereby **ORDERED**.

**DATED: November 30, 2018**

Honorable John K. Sherwood
United States Bankruptcy Court

**(Page 2)**

Debtor: Nicholas Pezza

Chapter 11 Case No. 16-33371 (RG)

**ORDER CONVERTING CASE TO CHAPTER 7**

_____

THIS MATTER having come before the Court on October 17, 2018, on the motion of the U.S. Trustee to dismiss case, or in the alternative, motion to convert case from Chapter 11 to Chapter 7 for the Debtor's failure to file monthly operating reports; and Michael A. Artis, Esq., appearing on behalf of Andrew R. Vara, the Acting United States Trustee; and Michal J. Cavallaro, Esq., appearing on behalf of the Debtor, Nicholas Pezza; and Denise Carlon, Esq., appearing on behalf of the secured creditor, KML Law Group, P.C.; and on October 23, 2018, the Court entering an *ORDER DIRECTING THE FILING OF AMENDED MONTHLY OPERATING REPORTS, DIRECTING THE FILING OF ALL OUTSTANDING MONTHLY OPERATING REPORTS, DIRECTING DEBTOR TO PAY ANY STATUTORY FEES, AND SETTING CONDITIONS FOR VOLUNTARY DISMISSAL OF CASE* ("Order of October 23, 2018"); and the Order of October 23, 2018 directing the U.S. Trustee to submit a Certification of Default and Request for Conversion of this Case from Chapter 11 to Chapter 7 if the Debtor failed to comply with the Order of October 23, 2018; and Notice of Default being given to Debtor, and Debtor's counsel; and for good cause shown, it is hereby:

**ORDERED** that the motion of the U.S. Trustee to convert case from Chapter 11 to Chapter 7 is granted; and it is further

**ORDERED** that the chapter 11 case of Nicholas Pezza, case no. 16-33371 (RG) is converted from chapter 11 to chapter 7; and it is further

**ORDERED** that the U.S. Trustee is authorized to appoint a chapter 7 trustee.

United States Bankruptcy Court
District of New Jersey

In re:                                                                      Case No. 16-33371-RG
Nicholas Pezza                                                              Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Nov 30, 2018
                              Form ID: pdf903          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 02, 2018.
db        +Nicholas Pezza,    488 Dewey Avenue,    Saddle Brook, NJ 07663-5904
aty       +Michael J. Cavallaro,    25 Lafayette Place,    Kearny, NJ 07032-2228

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 02, 2018                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 30, 2018 at the address(es) listed below:
              Charles G. Wohlrab    on behalf of Creditor    U.S. Bank National Association, as Trustee, for
               Lehman Mortgage Trust Mortgage Pass Through Certificates Series 2006-2 cwohlrab@logs.com,
               njbankruptcynotifications@logs.com
              Deborah T. Feldstein    on behalf of Creditor    Christiana Trust as Custodian dfeldstein@caplaw.net
              Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company as Trustee for
               the Holders of New Century Home Equity Loan Trust, Series 2005-A, Asset Backed Pass-Through
               Certificates dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Francesca Ann Arcure    on behalf of Creditor    Nationstar Mortgage LLC, as servicer for U.S. Bank
               National Association, as Trustee, for Lehman Mortgage Trust Mortgage Pass Through Certificates
               Series 2006-2 NJ_ECF_Notices@McCalla.com, NJ_ECF_Notices@McCalla.com
              Laura M. Egerman    on behalf of Creditor    U.S. Bank National Association bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Michael A. Artis    on behalf of U.S. Trustee    U.S. Trustee michael.a.artis@usdoj.gov
              Michael J. Cavallaro    on behalf of Debtor Nicholas  Pezza attorneyforchrist@gmail.com,
               lesliebrown.paralegal@gmail.com
              Robert P. Saltzman    on behalf of Creditor    MTGLQ Investors, LP c/o Rushmore Loan Management
               Services, LLC dnj@pbslaw.org
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 9