UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Mellinger, Sanders & Kartzman, LLC
101 Gibraltar Drive, Suite 2F
Morris Plains, New Jersey 07950
Tel. 973-267-0220
By: Joseph R. Zapata, Jr., Esq.
jzapata@msklaw.net
Proposed Attorneys for Steven P. Kartzman,
Chapter 7 Trustee

In Re:

NICHOLAS PEZZA,

DEBTOR.

**FILED**
JEANNE A. NAUGHTON, CLERK
DEC - 4 2018
U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY_____ DEPUTY

Case No.: 16-33371 (RG)

Chapter: 7

Judge: Gambardella

Hearing date: 12/18/2018
@ 10:00 A.M.

## ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

12-4-18            _____
                        USBJ (Gambardella)

After review of the application of ___Steven P. Kartzman, Chapter 7 Trustee___ for the reduction of time for a hearing on __the Trustee's Motion to extend the statute of limitations periods__ under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on ___December 18, 2018___ at _10:00 a.m_ in the United States Bankruptcy Court, ___50 Walnut Street, Newark, New Jersey___, Courtroom No. __E__.

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: Office of the U.S. Trustee and Michael J. Cavallaro, Esq., Counsel for the Debtor

by ☐ each, ☒ any of the following methods selected by the Court:

☒ fax, ☒ overnight mail, ☐ regular mail, ☒ email, ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties: All other persons and entities that have requested notice pursuant to Fed. R. Bankr. P. 2002.

by ☐ each, ☒ any of the following methods selected by the Court:

☐ fax, ☐ overnight mail, ☒ regular mail, ☐ email, ☐ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order, or

☐ within _____ day(s) of the date of this Order.

5. Notice by telephone:

☒ is not required

☐ must be provided to _____

☐ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

2

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to the motion/application identified above:

   ☒ must be filed with the Court and served on all parties in interest by electronic or overnight mail ___12/14/18___ ~~day(s) prior to the scheduled hearing; or~~

   ☐ may be presented orally at the hearing.

8. ☒ Court appearances are required to prosecute the motion/application and any objections.

   ☐ Parties may request to appear by phone by contacting Chambers prior to the return date.

*rev.2/1/16*