**MELLINGER, SANDERS & KARTZMAN, LLC**
101 Gibraltar Drive, Suite 2F
Morris Plains, New Jersey 07950
Tel. (973) 267-0220
Joseph R. Zapata, Jr., Esq.
jzapata@msklaw.net
*Proposed Attorneys for Steven P. Kartzman,*
*Chapter 7 Trustee*

**FILED**
JEANNE A. NAUGHTON, CLERK
DEC - 4 2018
U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY_____DEPUTY

|  |  |
|---|---|
| In re:<br><br>NICHOLAS PEZZA,<br><br>Debtors. | UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Case No. 16-33371 (RG)<br><br>Chapter 7<br><br>Honorable Rosemary Gambardella |

**BRIDGE ORDER EXTENDING THE STATUTE OF LIMITATIONS**
**UNDER BANKRUPCY CODE SECTIONS 108(a), 546(a) AND 549(d)**

The relief set forth on the following page numbered two (2) is hereby ORDERED.

12-4-18                    _____
                                   USBJ

Page 2 of 2

Debtor: Nicholas Pezza
Case No.: 16-33371 (RG)
Caption: Bridge Order Extending the Statutes of Limitations under Bankruptcy Code Sections 108(a), 546(a) and 549(d)

THIS MATTER having been brought before the Court by Steven P. Kartzman, the Chapter 7 Trustee (the "Trustee"), by and through his attorneys Mellinger, Sanders & Kartzman, LLC, for the entry of an order pursuant to Bankruptcy Code Section 105(a) and Fed. R. Bankr. P. 9006 further extending the statute of limitations under Bankruptcy Code Sections 108(a), 546(a) and 549(d) (the "Motion"), and it appearing that entry of an order is necessary to allow time for notice and hearing on the Motion; and after deliberation and good and sufficient cause existing for entering the within Order; it is hereby

**ORDERED AS FOLLOWS:**

1. Pursuant to Federal Rule of Bankruptcy Procedure 9006(b) and 11 U.S.C. § 105(a), the statute of limitations under Bankruptcy Code Sections 108(a), 546(a) and 549(d) shall be and is hereby extended until the later of the date set by the entry of an order on the Motion, or twenty (20) days after the entry of an order denying the Motion.

2. Counsel for the Trustee shall serve a copy of this Order upon all interested parties within two (2) days of the date of entry.

```
                           United States Bankruptcy Court
                                District of New Jersey
```

In re:                                                                  Case No. 16-33371-RG
Nicholas Pezza                                                          Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2           User: admin              Page 1 of 1              Date Rcvd: Dec 04, 2018
                               Form ID: pdf903          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 06, 2018.
db             +Nicholas Pezza,    488 Dewey Avenue,    Saddle Brook, NJ 07663-5904
aty            +Michael J. Cavallaro,    25 Lafayette Place,    Kearny, NJ 07032-2228

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 06, 2018                                      Signature:  /s/Joseph Speetjens

_____

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 4, 2018 at the address(es) listed below:
              Charles G. Wohlrab    on behalf of Creditor    U.S. Bank National Association, as Trustee, for
               Lehman Mortgage Trust Mortgage Pass Through Certificates Series 2006-2 cwohlrab@logs.com,
               njbankruptcynotifications@logs.com
              Deborah T. Feldstein    on behalf of Creditor    Christiana Trust as Custodian dfeldstein@caplaw.net
              Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company as Trustee for
               the Holders of New Century Home Equity Loan Trust, Series 2005-A, Asset Backed Pass-Through
               Certificates dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Francesca Ann Arcure    on behalf of Creditor    Nationstar Mortgage LLC, as servicer for U.S. Bank
               National Association, as Trustee, for Lehman Mortgage Trust Mortgage Pass Through Certificates
               Series 2006-2 NJ_ECF_Notices@McCalla.com,  NJ_ECF_Notices@McCalla.com
              Joseph R Zapata, Jr.    on behalf of Trustee Steven P. Kartzman jzapata@msklaw.net
              Laura M. Egerman    on behalf of Creditor    U.S. Bank National Association bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Michael A. Artis    on behalf of U.S. Trustee    U.S. Trustee michael.a.artis@usdoj.gov
              Michael J. Cavallaro    on behalf of Debtor Nicholas  Pezza attorneyforchrist@gmail.com,
               lesliebrown.paralegal@gmail.com
              Robert P. Saltzman    on behalf of Creditor    MTGLQ Investors, LP c/o Rushmore Loan Management
               Services, LLC dnj@pbslaw.org
              Steven P. Kartzman     kartztee@optonline.net,
               jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
              United States Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 12