**FORM NOA** (Notice of Assets and Deadline to File Proof of Claim)

# NOTICE OF ASSETS AND DEADLINE TO FILE PROOF OF CLAIM

U.S. Bankruptcy Court
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102
Telephone number:  973−645−4764

Honorable Rosemary Gambardella, U.S. Bankruptcy Judge

| **CASE NUMBER:**   16−33371−RG | **DATE FILED::** 12/8/16 |
|---|---|
| **In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):** <br> Nicholas Pezza <br> xxx−xx−2399 | **ADDRESS OF DEBTOR(S):** <br><br> 488 Dewey Avenue <br> Saddle Brook, NJ 07663 |
| DEBTOR'S ATTORNEY: <br> Michael J. Cavallaro <br> 25 Lafayette Place <br> Kearny, NJ 07032 <br><br> 201−243−7818 | TRUSTEE: <br> Steven P. Kartzman <br> Mellinger, Sanders & Kartzman LLC <br> 101 Gibraltar Dr <br> Suite 2F <br> Morris Plains, NJ 07950 <br> (973) 267−0220 |

    It appeared from the schedules when this case was filed that there were no assets from which dividends could be paid to creditors as indicated on the Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors and Deadlines.

    It now appears that the payment of a dividend may be possible. Pursuant to Bankruptcy Rule 3002(c)(5), the last day for filing claims is fixed as:

3/11/19

Government Units are allowed 180 days from the date of order for relief, or the above date, whichever is later. 11 U.S.C. §502(b)(9)

Except as otherwise provided by law, in order to share in any payment from the estate, a creditor must file a proof of claim by the date set forth above. The place to file the proof of claim is the office of the Clerk of the Bankruptcy Court.

A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B 410") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/forms/bankruptcy−forms) or at any bankruptcy clerk's office. You may also contact the Clerk's Office where this case is pending to request that a Proof of Claim form be mailed to you. The Clerk's Office telephone number is included on the front of this Notice. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the last day to file a proof of claim listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. Filing Deadline for a Creditor with a Foreign Address: The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.

    **IF A CLAIM WAS PREVIOUSLY SUBMITTED, IT IS NOT NECESSARY TO FILE ANOTHER ONE.**

Dated: December 12, 2018                          FOR THE COURT
                                                               Jeanne Naughton, Clerk

FORM NOA Rev. 5/2016

United States Bankruptcy Court
District of New Jersey

In re:                                                                        Case No. 16-33371-RG
Nicholas Pezza                                                                Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2              Date Rcvd: Dec 12, 2018
                              Form ID: noa             Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 14, 2018.
db          +Nicholas Pezza,    488 Dewey Avenue,    Saddle Brook, NJ 07663-5904
aty         +Michael J. Cavallaro,    25 Lafayette Place,    Kearny, NJ 07032-2228
r            Aldo Lavorini,    550 Boulevard,    Elmwood Park, NJ   07407
cr          +Christiana Trust as Custodian,    c/o Pellegrino & Feldstein, LLC,    290 Route 46 West,
              Denville, NJ 07834-1239
cr          +MTGLQ Investors, LP c/o Rushmore Loan Management S,     15480 Laguna Canyon Road,    Suite 100,
              Irvine, CA 92618-2132
acc          Michael Nulty,    Matthews & Nulty, Inc.
cr          +Nationstar Mortgage LLC, as servicer for U.S. Bank,     C/O Buckley Madole, P.C.,
              99 Wood Avenue South, Suite 803,    Iselin, NJ 08830-2713
cr          +U.S. Bank National Association,    RAS Crane, LLC,    10700 Abbott's Bridge Road, suite 170,
              Duluth, GA 30097-8461
516537772   +Bank of America Home Loans,    100 N Tryon Street,    Charlotte, NC 28255-0001
516889117   +Christian Trust as Custodian,    c/o Pellegrino & Feldstein, LLC,    290 Route 46 West,
              Denville, NJ 07834-1239
516644633    DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FO,     Bank of America,    PO Box 31785,
              Tampa, FL 33631-3785
516537773   +KML Law Group,    701 Market Street #5000,    Philadelphia, PA 19106-1541
516760853   +MTGLQ Investors, LP,    c/o Rushmore Loan Management Services,    PO Box 55004,
              Irvine, CA 92619-5004
516537774   +Pleuse Becker & Saltzman, LLC,    Attorneys at Law,    20000 Horizon Way Suite 900,
              Mount Laurel, NJ 08054-4318
516537775   +Shapiro & Denardo LLC,    14000 Commerce Parkway Suite B,    Mount Laurel, NJ 08054-2242
516671466   +U.S. Bank National Association,Trustee(See 410),    c/o Nationstar Mortgage LLC,    PO Box 619096,
              Dallas, Texas 75261-9096

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov Dec 13 2018 00:51:54      U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ   07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 13 2018 00:51:53      United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
cr          +EDI: IRS.COM Dec 13 2018 05:30:00      IRS,   51 Haddonfield Rd,    Suite 300,
              Cherry Hill, NJ 08002-4805
cr          +EDI: RMSC.COM Dec 13 2018 05:30:00      Synchrony Bank c/o PRA Receivables Management, LLC,
              Valerie Smith,    PO Box 41021,    Norfolk, VA 23541-1021
516573275   +E-mail/Text: bankruptcy@cavps.com Dec 13 2018 00:52:11      Cavalry SPV I, LLC,
              500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
516574448    EDI: DISCOVER.COM Dec 13 2018 05:29:00      Discover Bank,    Discover Products Inc,
              PO Box 3025,    New Albany, OH   43054-3025
516695014   +EDI: MID8.COM Dec 13 2018 05:29:00      MIDLAND FUNDING LLC,    PO Box 2011,
              Warren, MI 48090-2011
516654610    EDI: RMSC.COM Dec 13 2018 05:30:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
              PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 8

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516869097*   +Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2018                                    Signature:  /s/Joseph Speetjens

```
District/off: 0312-2          User: admin              Page 2 of 2            Date Rcvd: Dec 12, 2018
                              Form ID: noa             Total Noticed: 24
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 11, 2018 at the address(es) listed below:

```
          Charles G. Wohlrab     on behalf of Creditor    U.S. Bank National Association, as Trustee, for
           Lehman Mortgage Trust Mortgage Pass Through Certificates Series 2006-2 cwohlrab@logs.com,
           njbankruptcynotifications@logs.com
          Deborah T. Feldstein    on behalf of Creditor    Christiana Trust as Custodian dfeldstein@caplaw.net
          Denise E. Carlon     on behalf of Creditor    Deutsche Bank National Trust Company as Trustee for
           the Holders of New Century Home Equity Loan Trust, Series 2005-A, Asset Backed Pass-Through
           Certificates dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
          Francesca Ann Arcure     on behalf of Creditor     Nationstar Mortgage LLC, as servicer for U.S. Bank
           National Association, as Trustee, for Lehman Mortgage Trust Mortgage Pass Through Certificates
           Series 2006-2 NJ_ECF_Notices@McCalla.com,    NJ_ECF_Notices@McCalla.com
          Joseph R Zapata, Jr.    on behalf of Trustee Steven P. Kartzman jzapata@msklaw.net
          Laura M. Egerman     on behalf of Creditor    U.S. Bank National Association bkyecf@rasflaw.com,
           bkyecf@rasflaw.com;legerman@rasnj.com
          Michael A. Artis    on behalf of U.S. Trustee    U.S. Trustee michael.a.artis@usdoj.gov
          Michael J. Cavallaro     on behalf of Debtor Nicholas   Pezza attorneyforchrist@gmail.com,
           lesliebrown.paralegal@gmail.com
          Robert P. Saltzman     on behalf of Creditor    MTGLQ Investors, LP c/o Rushmore Loan Management
           Services, LLC dnj@pbslaw.org
          Steven P. Kartzman     on behalf of Trustee Steven P. Kartzman kartztee@optonline.net,
           jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net
          Steven P. Kartzman     kartztee@optonline.net,
           jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net
          U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
          United States Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 13
```