**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Melllinger, Sanders & Kartzman, LLC
101 Gibraltar Drive, Suite 2F
Morris Plains, New Jersey 07950
Attorneys for Trustee,
Steven P. Kartzman

Order Filed on December 28, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

NICHOLAS PEZZA,
                Debtor.

Case No.: 16-33371 RG

Chapter: 7

Judge: Rosemary Gambradella

**ORDER AUTHORIZING RETENTION OF**

Appraiser

The relief set forth on the following page is **ORDERED**.

**DATED: December 28, 2018**

*Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain  Alan Atkins of A. Atkins Appraisal Corp
as _____ Appraiser _____, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is:  122 Clinton Road
   Suite 2A
   Fairfield, NJ 07004

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted  ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*