Law Offices of Perez and Bonomo
DONALD T. BONOMO, ESQ. - 2002-2489
11 State Street, Second Floor
Hackensack, New Jersey 07601
T:(201) 820-2033
F:(201) 820-0475

| | |
|---|---|
| IN RE:<br>NICHOLAS PEZZA | UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Case No. 16-33371-RG<br><br>SUBSTITUTION OF ATTORNEY |

The undersigned hereby agrees to the substitution of the LAW OFFICES OF PEREZ AND BONOMO, DONALD T. BONOMO, ESQ. as attorney for NICHOLAS PEZZA in the above-captioned matter.

Michael J. Cavallaro, Esq.  
25 Lafayette Place  
Kearny, New Jersey 07032  

Withdrawing Attorney

_____  
MICHAEL J. CAVALLARO, ESQ.

Law Office of Perez and Bonomo  
Donald T. Bonomo, Esq.  
11 State Street  
Hackensack, New Jersey 07601  
Superseding Attorney

_____  
DONALD T. BONOMO, ESQ.

Dated: February 2, 2019

_____  
Accepted and Agreed, Nicholas Pezza