UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

MELLINGER, SANDERS & KARTZMAN, LLC
101 Gibraltar Drive, Suite 2F
Morris Plains, New Jersey 07950
Tel. (973) 267-0220
By: Steven P. Kartzman, Esq.
Attorneys for Steven P. Kartzman,
as Chapter 7 Trustee

In re:

NICHOLAS PEZZA,

                DEBTOR.

Case No.: 16-33371 (RG)
Chapter: 7

Adv. Pro. No.

Hearing Date:

Judge: Rosemary Gambardella

## CERTIFICATION OF SERVICE

1. I, Candy Ward:

___ represent the Chapter 7 Trustee in the above-captioned matter.

X   am the secretary/paralegal for Mellinger, Sanders & Kartzman, LLC, who represents the Trustee in the above captioned matter.

___ am the _____ in the above captioned matter and am representing myself.

2. On June 14, 2019, I sent a copy of the following pleadings and/or documents

    to the parties listed in the chart below:

-    Petition for Allowance to Appraiser;
-    Exhibits A; and
-    Proposed Order Granting Allowances.

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Office of the US Trustee<br>One Newark Center<br>Suite 2100<br>Newark, New Jersey 07102 | US Trustee | ___ Hand-delivered<br>_X_ Regular mail<br>___ Certified Mail/RR<br>X Other **ECF**<br>___ Overnight Delivery<br>___ Fax<br>(as authorized by the court or by rule. Cite the rule if applicable) |
| Michael J. Cavallaro<br>25 Lafayette Place<br>Kearny, NJ 07032 | Debtor's Attorney | ___ Hand-delivered<br>X Regular mail<br>___ Certified Mail/RR<br>X Other **ECF**<br>___ Overnight Delivery<br>___ Fax<br>(as authorized by the court or by rule. Cite the rule if applicable) |
| Nicholas Pezza<br>488 Dewey Avenue<br>Saddle Brook, NJ 07663 | Debtor | ___ Hand-delivered<br>X Regular mail<br>___ Certified Mail/RR<br>___ Other<br>___ Overnight Delivery<br>___ Fax<br>(as authorized by the court or by rule. Cite the rule if applicable) |
| Denise E. Carlon<br>KML Law Group PC<br>Sentry Office Plaza<br>216 Haddon Avenue<br>Suite 206<br>Westmont, NJ 08108 | Request for Service | ___ Hand-delivered<br>X Regular mail<br>___ Certified Mail/RR<br>___ Other<br>___ Overnight Delivery<br>___ Fax<br>(as authorized by the court or by rule. Cite the rule if applicable) |

| | | |
|---|---|---|
| Laura M. Egerman<br>RAS Citron, LLC<br>130 Clinton Road<br>Ste Lobby B, Suite 202<br>Fairfield, NJ 07004 | Request for Service | ___ Hand-delivered<br> X  Regular mail<br>___ Certified Mail/RR<br>___ Other<br>___ Overnight Delivery<br>___  Fax<br> (as authorized by the court or by rule.  Cite the rule if applicable) |
| Deborah T. Feldstein<br>Pellegrino & Feldstein, LLC<br>Denville Law Center<br>290 Route 46 West<br>Denville, NJ 07834 | Request for Service | ___ Hand-delivered<br> X  Regular mail<br>___ Certified Mail/RR<br>___ Other<br>___ Overnight Delivery<br>___  Fax<br> (as authorized by the court or by rule.  Cite the rule if applicable) |
| Robert P. Saltzman<br>Pluese, Becker & Saltzman, LLC<br>20000 Horizon Way, Suite 900<br>Mt. Laurel, NJ 08054-4318 | Request for Service | ___ Hand-delivered<br> X  Regular mail<br>___ Certified Mail/RR<br>___ Other<br>___ Overnight Delivery<br>___  Fax<br> (as authorized by the court or by rule.  Cite the rule if applicable) |
| Charles G. Wohlrab<br>Shapiro and DeNardo, LLC<br>14000 Commerce Parkway, Suite B<br>Ste B<br>Mount Laurel, NJ 08054 | Request for Service | ___ Hand-delivered<br> X  Regular mail<br>___ Certified Mail/RR<br>___ Other<br>___ Overnight Delivery<br>___  Fax<br> (as authorized by the court or by rule.  Cite the rule if applicable) |

| | | |
|---|---|---|
| Francesca Ann Arcure<br>McCalla Raymer Leibert Pierce, LLC<br>99 Wood Ave<br>Suite 803<br>Iselin, NJ 08830 | Request for Service | ___ Hand-delivered<br> X  Regular mail<br>___ Certified Mail/RR<br>___ Other<br>___ Overnight Delivery<br>___  Fax<br>(as authorized by the court or by rule.  Cite the rule if applicable) |
| Bank of America Home Loans<br>100 N. Tryon Street<br>Charlotte, NC 28255 | Secured Creditor | ___ Hand-delivered<br> X  Regular mail<br>___ Certified Mail/RR<br>___ Other<br>___ Overnight Delivery<br>___  Fax<br>(as authorized by the court or by rule.  Cite the rule if applicable) |
| Ester Tufano<br>450 Heath Place<br>Hackensack, NJ 07601 | Secured Creditor | ___ Hand-delivered<br> X  Regular mail<br>___ Certified Mail/RR<br>___ Other<br>___ Overnight Delivery<br>___  Fax<br>(as authorized by the court or by rule.  Cite the rule if applicable) |
| Nationstar<br>350 Highland Avenue<br>Lewisville, TX 75067 | Secured Creditor | ___ Hand-delivered<br> X  Regular mail<br>___ Certified Mail/RR<br>___ Other<br>___ Overnight Delivery<br>___  Fax<br>(as authorized by the court or by rule.  Cite the rule if applicable) |
| Rushmore Loan Mgmt.<br>7515 Irvine Center Drive<br>Irvine, CA 92618 | Secured Creditor | ___ Hand-delivered<br> X  Regular mail<br>___ Certified Mail/RR<br>___ Other<br>___ Overnight Delivery<br>___  Fax |

|  |  | (as authorized by the court or by rule.  Cite the rule if applicable) |
|--|--|--|

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: June 14, 2019                                                    */s/ Candy Ward*
                                                                                         Signature