

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

PELLEGRINO & FELDSTEIN, LLC
290 ROUTE 46 WEST
DENVILLE, NJ  07834
(973) 586-2300
Deborah Feldstein - 030521994
ATTORNEYS FOR MOVANT: Christiana Trust
as Custodian

**Order Filed on September 12, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

IN RE:
Nicholas Pezza

CASE NO. 16-33371-RG

HEARING DATE:     September 10,
2019

Judge: Gambardella

## AMENDED ORDER PERMITTING THE FILING OF LATE PROOF OF CLAIM

The relief set forth on the following pages, number two (2) through two (2) is hereby **ORDERED**.

**DATED: September 12, 2019**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

(Page 2)

Debtor: Nicholas Pezza,

Case No: 16-33371-RG

Caption of Order: AMENDED ORDER PERMITTING FILING OF LATE PROOF OF CLAIM

Upon the motion of **secured creditor Christiana Trust as Custodian** holding tax sale

certificate 14-00003 encumbering the debtor's property located at 385 Passaic Avenue, Lodi, NJ

seeking to file a late proof of claim, and for good cause shown, it is

**ORDERED** that the creditor herein is allowed to file a late Proof of Claim and same shall

be considered a timely secured claim;


The movant shall serve this order on the debtor, any trustee and other party who entered an

appearance on the motion.