

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

PELLEGRINO & FELDSTEIN, LLC
290 ROUTE 46 WEST
DENVILLE, NJ  07834
(973) 586-2300
Deborah Feldstein - 030521994
ATTORNEYS FOR MOVANT: Christiana Trust as Custodian

Order Filed on September 12, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

IN RE:
Nicholas Pezza

CASE NO. 16-33371-RG

HEARING DATE:  September 10, 2019

Judge: Gambardella

## AMENDED ORDER PERMITTING THE FILING OF LATE PROOF OF CLAIM

The relief set forth on the following pages, number two (2) through two (2) is hereby **ORDERED**.

**DATED: September 12, 2019**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

(Page 2)
Debtor: Nicholas Pezza,

Case No: 16-33371-RG

Caption of Order: AMENDED ORDER PERMITTING FILING OF LATE PROOF OF CLAIM

Upon the motion of **secured creditor Christiana Trust as Custodian** holding tax sale certificate 14-00003 encumbering the debtor's property located at 385 Passaic Avenue, Lodi, NJ seeking to file a late proof of claim, and for good cause shown, it is

**ORDERED** that the creditor herein is allowed to file a late Proof of Claim and same shall be considered a timely secured claim;

The movant shall serve this order on the debtor, any trustee and other party who entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 16-33371-RG
Nicholas Pezza                                                            Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1            Date Rcvd: Sep 17, 2019
                              Form ID: pdf903          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 19, 2019.
db             #+Nicholas Pezza,   488 Dewey Avenue,   Saddle Brook, NJ 07663-5904
aty             +Michael J. Cavallaro,   25 Lafayette Place,   Kearny, NJ 07032-2228

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2019                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 17, 2019 at the address(es) listed below:
              Charles G. Wohlrab    on behalf of Creditor    U.S. Bank National Association, as Trustee, for
               Lehman Mortgage Trust Mortgage Pass Through Certificates Series 2006-2 cwohlrab@LOGS.com,
               njbankruptcynotifications@logs.com
              Deborah T. Feldstein    on behalf of Creditor    Christiana Trust as Custodian dfeldstein@caplaw.net
              Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company as Trustee for
               the Holders of New Century Home Equity Loan Trust, Series 2005-A, Asset Backed Pass-Through
               Certificates dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Donald Troy Bonomo    on behalf of Debtor Nicholas  Pezza dbonomo123@gmail.com,
               tdr68458@notify.bestcase.com
              Francesca Ann Arcure    on behalf of Creditor    Nationstar Mortgage LLC, as servicer for U.S. Bank
               National Association, as Trustee, for Lehman Mortgage Trust Mortgage Pass Through Certificates
               Series 2006-2 NJ_ECF_Notices@McCalla.com, NJ_ECF_Notices@McCalla.com
              Joseph R Zapata, Jr.    on behalf of Trustee Steven P. Kartzman jzapata@msklaw.net
              Judah B Loewenstein    on behalf of Trustee Steven P. Kartzman jloewenstein@msklaw.net
              Laura M. Egerman    on behalf of Creditor    U.S. Bank National Association bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Michael A. Artis    on behalf of U.S. Trustee    U.S. Trustee michael.a.artis@usdoj.gov
              Robert P. Saltzman    on behalf of Creditor    MTGLQ Investors, LP c/o Rushmore Loan Management
               Services, LLC dnj@pbslaw.org
              Steven P. Kartzman    kartztee@optonline.net,
               jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net
              Steven P. Kartzman    on behalf of Appraiser    A. Atkins Appraisal Corp, kartztee@optonline.net,
               jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net
              Steven P. Kartzman    on behalf of Trustee Steven P. Kartzman kartztee@optonline.net,
               jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              United States Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 15