**MELLINGER, SANDERS & KARTZMAN, LLC**
101 Gibraltar Drive, Suite 2F
Morris Plains, New Jersey 07950
Judah B. Loewenstein, Esq.
Tel. (973) 267-0220
jloewenstein@msklaw.net
*Attorneys for Trustee, Steven P. Kartzman*



Order Filed on September 18, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

|  |  |
|---|---|
| In re:<br><br>**NICHOLAS PEZZA,**<br><br>                          **Debtor.** | UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY<br><br>Case No. 16-33371-RG<br><br>Chapter 7<br><br>The Honorable Rosemary Gambardella |

**CONSENT ORDER EXTENDING TIME TO FILE A COMPLAINT
OBJECTING TO THE DEBTOR'S DISCHARGE
PURSUANT TO 11 U.S.C. §§ 707, 727(a) AND FED. R. BANKR. P. 4004**

   The relief set forth on the following pages numbered two (2) and three (3), is hereby

**ORDERED**.

**DATED: September 18, 2019**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Debtor:     Nicholas Pezza
Case No.:   16-33371-RG
Caption:    Consent Order Extending Time to File a Complaint Objecting to the Debtor's Discharge Pursuant to 11 U.S.C. §§ 707, 727(a) and Fed. R. Bankr. P. 4004

This matter having been brought before the Court by Steven P. Kartzman, the Chapter 7 Trustee (the "Trustee"), by and through his attorneys Mellinger, Sanders & Kartzman, LLC, upon an application for the entry of a Consent Order Extending Time to File a Complaint Objecting to the Debtor's Discharge Pursuant to 11 U.S.C. §§ 707, 727(a) and Fed. R. Bankr. P. 4004; and the interested parties having amicably agreed to the relief sought and the Court having noted the consent of counsel to the within Order and for other good cause shown, it is hereby

**ORDERED AS FOLLOWS**:

1. The time for the Trustee or the U.S. Trustee to file a complaint objecting to the Debtor's discharge pursuant to 11 U.S.C. §§ 707, 727(a) and Fed. R. Bankr. P. 4004 is hereby extended, without prejudice to seek further extensions, and without prejudice to the Debtor's right to object to any further extensions.

2. The Trustee or the U.S. Trustee shall have until December 13, 2019 within which to file a complaint objecting to the Debtor's discharge under 11 U.S.C. §§ 707, 727(a), which deadline may or may not be extended by further Order of this Court.

3. A true copy of this Order shall be served upon the interest parties within seven (7) days of the date of entry.

Page 3 of 3
Debtor:     Nicholas Pezza
Case No.:   16-33371-RG
Caption:    Consent Order Extending Time to File a Complaint Objecting to the Debtor's Discharge Pursuant to 11 U.S.C. §§ 707, 727(a) and Fed. R. Bankr. P. 4004

*The undersigned hereby consent to*
*the form and entry of the within Order:*

**MELLINGER, SANDERS**          **DONALD T. BONOMO, ESQ.**
**& KARTZMAN, LLC**          *Attorneys for Debtor,*
*Attorneys for Steven P. Kartzman*      *Nicholas Pezza*
*Chapter 7 Trustee*

By: */s/Judah B. Loewenstein, Esq*       By: */s/Donald T. Bonomo, Esq.*
    JUDAH B. LOEWENSTEIN, ESQ.        DONALD T. BONOMO, ESQ.

Dated: September 6, 2019            Dated: September 6, 2019

United States Bankruptcy Court
District of New Jersey

In re:  
Nicholas Pezza  
    Debtor

Case No. 16-33371-RG  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Sep 18, 2019  
                    Form ID: pdf903     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 20, 2019.  
db          #+Nicholas Pezza,   488 Dewey Avenue,   Saddle Brook, NJ 07663-5904  
aty         +Michael J. Cavallaro,   25 Lafayette Place,   Kearny, NJ 07032-2228

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 18, 2019 at the address(es) listed below:

           Charles G. Wohlrab    on behalf of Creditor    U.S. Bank National Association, as Trustee, for Lehman Mortgage Trust Mortgage Pass Through Certificates Series 2006-2 cwohlrab@LOGS.com, njbankruptcynotifications@logs.com  
           Deborah T. Feldstein    on behalf of Creditor    Christiana Trust as Custodian dfeldstein@caplaw.net  
           Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company as Trustee for the Holders of New Century Home Equity Loan Trust, Series 2005-A, Asset Backed Pass-Through Certificates dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
           Donald Troy Bonomo    on behalf of Debtor Nicholas  Pezza dbonomo123@gmail.com, tdr68458@notify.bestcase.com  
           Francesca Ann Arcure    on behalf of Creditor    Nationstar Mortgage LLC, as servicer for U.S. Bank National Association, as Trustee, for Lehman Mortgage Trust Mortgage Pass Through Certificates Series 2006-2 NJ_ECF_Notices@McCalla.com, NJ_ECF_Notices@McCalla.com  
           Joseph R Zapata, Jr.    on behalf of Trustee Steven P. Kartzman jzapata@msklaw.net  
           Judah B Loewenstein    on behalf of Trustee Steven P. Kartzman jloewenstein@msklaw.net  
           Laura M. Egerman    on behalf of Creditor    U.S. Bank National Association bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com  
           Michael A. Artis    on behalf of U.S. Trustee    U.S. Trustee michael.a.artis@usdoj.gov  
           Robert P. Saltzman    on behalf of Creditor    MTGLQ Investors, LP c/o Rushmore Loan Management Services, LLC dnj@pbslaw.org  
           Steven P. Kartzman    kartztee@optonline.net, jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net  
           Steven P. Kartzman    on behalf of Appraiser    A. Atkins Appraisal Corp, kartztee@optonline.net, jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net  
           Steven P. Kartzman    on behalf of Trustee Steven P. Kartzman kartztee@optonline.net, jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net  
           U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
           United States Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                    TOTAL: 15