**MELLINGER, SANDERS & KARTZMAN, LLC**
101 Gibraltar Drive, Suite 2F
Morris Plains, New Jersey 07950
Judah B. Loewenstein, Esq.
Tel. (973) 267-0220
jloewenstein@msklaw.net
*Attorneys for Trustee, Steven P. Kartzman*

| | |
|---|---|
| In re:<br><br>**NICHOLAS PEZZA,**<br><br>                                **Debtor.** | **UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY**<br><br>Case No. 16-33371-RG<br><br>Chapter 7<br><br>The Honorable Rosemary Gambardella |

**APPLICATION FOR THE ENTRY OF A CONSENT ORDER IN LIEU
OF FORMAL NOTICE OF MOTION EXTENDING TIME
TO FILE A COMPLAINT OBJECTING TO DISCHARGE**

TO:    THE HONORABLE ROSEMARY GAMBARDELLA
        UNITED STATES BANKRUPTCY JUDGE

Steven P. Kartzman, the Chapter 7 Trustee (the "Trustee"), by and through his attorneys Mellinger, Sanders & Kartzman, LLC, hereby applies to this Court for entry of a Consent Order In Lieu of a Formal Notice of Motion Extending Time to File a Complaint Objecting to the Debtor's Discharge Pursuant to 11 U.S.C. §§ 707, 727(a) and Fed. R. Bankr. P. 4004 (the "Consent Order"), and in support thereof, respectfully states:

1.    On December 8, 2016 (the "Petition Date"), debtor Nicholas Pezza (the "Debtor") filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code.

2.    On April 16, 2017, the Debtor filed a motion to convert his case to one under Chapter 11.

3.    On August 31, 2018, the Office of the United States Trustee filed a motion to convert or dismiss the Debtor's case.

4.   On November 30, 2018, an order was entered converting the Debtor's case to one under Chapter 7.

5.   On November 30, 2018, Steven P. Kartzman was appointed to serve as the Chapter 7 Trustee, with the duties described in 11 U.S.C. § 704.

6.   The 341(a) meeting was conducted on January 14, 2019 and the deadline by which to file a Complaint objecting to the Debtor's discharge is currently set for December 13, 2019.

7.   The Trustee seeks an extension to March 13, 2020, so that he can review documents which the Debtor has recently produced, request additional documents or information which may be necessary to complete an investigation of certain issues and discuss them with the Debtor and his counsel, and to provide the Debtor additional time to complete a turnover demand made by the Trustee pursuant to 11 U.S.C. § 542.

8.   Counsel for the Debtor has consented to the relief sought as indicated by the signature of Donald T. Bonomo, Esq. on the proposed Consent Order.

WHEREFORE, the Trustee requests the entry of the Consent Order in the form and manner as submitted to the Court.

Respectfully submitted,

**MELLINGER, SANDERS & KARTZMAN, LLC**
*Attorneys for Trustee, Steven P. Kartzman*


By: /s/ Judah B. Loewenstein
    JUDAH B. LOEWENSTEIN, ESQ.

Dated:  December 6, 2019