**MELLINGER, SANDERS & KARTZMAN, LLC**
101 Gibraltar Drive, Suite 2F
Morris Plains, New Jersey 07950
Judah B. Loewenstein, Esq.
Tel. (973) 267-0220
jloewenstein@msklaw.net
*Attorneys for Trustee, Steven P. Kartzman*



Order Filed on December 18, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

|  | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY |
|---|---|
| In re: NICHOLAS PEZZA, Debtor. | Case No. 16-33371-RG<br><br>Chapter 7<br><br>The Honorable Rosemary Gambardella |

### CONSENT ORDER EXTENDING TIME TO FILE A COMPLAINT OBJECTING TO THE DEBTOR'S DISCHARGE PURSUANT TO 11 U.S.C. §§ 707, 727(a) AND FED. R. BANKR. P. 4004

The relief set forth on the following pages numbered two (2) and three (3), is hereby

**ORDERED**.

**DATED: December 18, 2019**

*Honorable Rosemary Gambardella*
*United States Bankruptcy Judge*

Debtor:     Nicholas Pezza
Case No.:   16-33371-RG
Caption:    Consent Order Extending Time to File a Complaint Objecting to the Debtor's Discharge Pursuant to 11 U.S.C. §§ 707, 727(a) and Fed. R. Bankr. P. 4004

---

This matter having been brought before the Court by Steven P. Kartzman, the Chapter 7 Trustee (the "Trustee"), by and through his attorneys Mellinger, Sanders & Kartzman, LLC, upon an application for the entry of a Consent Order Extending Time to File a Complaint Objecting to the Debtor's Discharge Pursuant to 11 U.S.C. §§ 707, 727(a) and Fed. R. Bankr. P. 4004; and the interested parties having amicably agreed to the relief sought and the Court having noted the consent of counsel to the within Order and for other good cause shown, it is hereby

**ORDERED AS FOLLOWS**:

1. The time for the Trustee or the U.S. Trustee to file a complaint objecting to the Debtor's discharge pursuant to 11 U.S.C. §§ 707, 727(a) and Fed. R. Bankr. P. 4004 is hereby extended, without prejudice to seek further extensions, and without prejudice to the Debtor's right to object to any further extensions.

2. The Trustee or the U.S. Trustee shall have until March 13, 2020 within which to file a complaint objecting to the Debtor's discharge under 11 U.S.C. §§ 707, 727(a), which deadline may or may not be extended by further Order of this Court.

3. A true copy of this Order shall be served upon the interest parties within seven (7) days of the date of entry.

Page 3 of 3
Debtor: Nicholas Pezza
Case No.: 16-33371-RG
Caption: Consent Order Extending Time to File a Complaint Objecting to the Debtor's Discharge Pursuant to 11 U.S.C. §§ 707, 727(a) and Fed. R. Bankr. P. 4004

*The undersigned hereby consent to
the form and entry of the within Order:*

| | |
|---|---|
| **MELLINGER, SANDERS & KARTZMAN, LLC**<br>*Attorneys for Steven P. Kartzman*<br>*Chapter 7 Trustee* | **DONALD T. BONOMO, ESQ.**<br>*Attorneys for Debtor,*<br>*Nicholas Pezza* |
| By: /s/Judah B. Loewenstein, Esq.<br>JUDAH B. LOEWENSTEIN, ESQ. | By: /s/Donald T. Bonomo, Esq.<br>DONALD T. BONOMO, ESQ. |
| Dated: December 6, 2019 | Dated: December 6, 2019 |