**MELLINGER KARTZMAN LLC**
101 Gibraltar Drive, Suite 2F
Morris Plains, New Jersey 07950
Joseph R. Zapata, Jr., Esq.
Tel. (973) 267-0220
jzapata@msklaw.net
*Attorneys for Steven P. Kartzman, Chapter 7 Trustee*

| | |
|---|---|
| In re:<br><br>NICHOLAS PEZZA,<br><br>                    Debtor. | **UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY**<br><br>Chapter 7<br><br>Case No.: 16-33371 (RG)<br><br>Honorable Rosemary Gambardella |

**APPLICATION FOR ENTRY OF A CONSENT ORDER AUTHORIZING THE SALE OF THE CO-OWNER'S INTERESTS IN THE REAL PROPERTY LOCATED AT 488 DEWEY AVE, SADDLE BROOK, NJ**

**TO:    THE HONORABLE ROSEMARY GAMBARDELLA
        UNITED STATES BANKRUPTCY JUDGE**

Steven P. Kartzman, the Chapter 7 Trustee (the "Trustee"), by and through his attorneys Mellinger Kartzman LLC, hereby applies to this Court for entry of a Consent Order with Authorizing the Sale of the Co-Owner's Interest in the Real Property Located at 488 Dewey Ave, Saddle Brook, NJ, and in support thereof, respectfully states:

1.    On December 8, 2016 (the "Petition Date"), debtor Nicholas Pezza (the "Debtor") filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code.

2.    On April 16, 2017, the Debtor filed a motion to convert his case to one under Chapter 11.

3.    On August 31, 2018, the Office of the United States Trustee filed a motion to convert or dismiss the Debtor's case.

4. On November 30, 2018, an order was entered converting the Debtor's case to one under Chapter 7.

5. On November 30, 2018, Steven P. Kartzman was appointed to serve as the Chapter 7 Trustee, with the duties described in 11 U.S.C. § 704.

6. The Debtor is the co-owner with Jeanette Pezza of real property located at 488 Dewey Ave, Saddle Brook, NJ (the "Property").

7. In lieu of filing a complaint for authority to sell co-owner interests in real property under 11 U.S.C. § 363(h), the Trustee and Jeanette Pezza have agreed to a resolution of the issues on the terms set forth in the Consent Order, authorizing the Trustee to sell the Property.

8. No prior application for the relief requested herein has been made to this or any other court.

WHEREFORE, the Trustee requests the entry of the Consent Order in the form and manner as submitted to the Court.

Respectfully submitted,

**MELLINGER KARTZMAN LLC**
*Attorneys for Steven P. Kartzman, Chapter 7 Trustee*

By:     /s/ Joseph R. Zapata, Jr., Esq.
JOSEPH R. ZAPATA, JR., ESQ.

Dated: January 9, 2020