**MELLINGER KARTZMAN LLC**
101 Gibraltar Drive, Suite 2F
Morris Plains, New Jersey 07950
Tel. (973) 267-0220
Joseph R. Zapata, Jr., Esq.
jzapata@msklaw.net
*Attorneys for Steven P. Kartzman,*
*Chapter 7 Trustee*

**Order Filed on January 10, 2020**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

| | |
|---|---|
| In re:<br><br>NICHOLAS PEZZA,<br><br>                             Debtors. | **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>Case No. 16-33371 (RG)<br><br>Chapter 7<br><br>Honorable Rosemary Gambardella |

**BRIDGE ORDER EXTENDING THE STATUTE OF LIMITATIONS**
**UNDER BANKRUPCY CODE SECTIONS 108(a), 546(a) AND 549(d)**

The relief set forth on the following page numbered two (2) is hereby ORDERED.

**DATED: January 10, 2020**

*Honorable Rosemary Gambardella*
*United States Bankruptcy Judge*

Debtor:    Nicholas Pezza
Case No.:  16-33371 (RG)
Caption:   Bridge Order Extending the Statutes of Limitations under Bankruptcy Code Sections 108(a), 546(a) and 549(d)

THIS MATTER having been brought before the Court by Steven P. Kartzman, the Chapter 7 Trustee (the "Trustee"), by and through his attorneys Mellinger, Sanders & Kartzman, LLC, for the entry of an order pursuant to Bankruptcy Code Section 105(a) and Fed. R. Bankr. P. 9006 further extending the statute of limitations under Bankruptcy Code Sections 108(a), 546(a) and 549(d) (the "Motion"), and it appearing that entry of an order is necessary to allow time for notice and hearing on the Motion; and after deliberation and good and sufficient cause existing for entering the within Order; it is hereby

**ORDERED AS FOLLOWS:**

1. Pursuant to Federal Rule of Bankruptcy Procedure 9006(b) and 11 U.S.C. § 105(a), the statute of limitations under Bankruptcy Code Sections 108(a), 546(a) and 549(d) shall be and is hereby extended until the later of the date set by the entry of an order on the Motion, or twenty (20) days after the entry of an order denying the Motion.

2. Counsel for the Trustee shall serve a copy of this Order upon all interested parties within two (2) days of the date of entry.