| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>MELLINGER SANDERS & KARTZMAN LLC<br>101 Gibraltar Drive, Ste. 2F<br>Morris Plains, New Jersey 07950<br>Tel: 973.267.0220<br>By: Joseph Zapata, Esq.<br>Attorneys for Steven P. Kartzman,<br>as Chapter 7 Trustee | Case No.: 16-33371 RG<br><br>Chapter: 7 |
| **In re:**<br><br>**NICHOLAS PEZZA**<br>                **Debtor(s).** | Adv. No.:<br><br>Hearing Date: 01/28/20 @ 10:00 A.M.<br><br>Judge: Rosemary Gambardella |

## CERTIFICATION OF SERVICE

1. I, *Donna Zvolensky*:

    ☐ represent _____ in this matter.

    [x] am the secretary/paralegal for *Mellinger, Sanders & Kartzman, LLC*, who represents *Steven P. Kartzman* in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On *January 10, 2020*, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    *Copy of Notice of Motion, Motion for Entry of Order pursuant to Bankruptcy Code Section 105(a) and Fed. R. Bankr. P. 9006 Extending the Statute of Limitations under Bankruptcy Code Sections 108(a), 546(a) and 549(d); Certification; Proposed Order; Filed Order Shortening Time Setting Forth Date and Time for Hearing, Filed Bridge Order; and Certification of Service.*

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: *January 10, 2020*                                                                                   */s/ Donna Zvolensky*

| Name and Address of Party Served | Relationship of Party to Case | Mode of Service |
|---|---|---|
| Office of the US Trustee<br>One Newark Center, Ste. 2100<br>Newark, New Jersey, 07102 | U.S. Trustee | ☐ Hand-delivered<br>✔ Regular mail<br>☐ Certified mail/RR<br>✔ Other ECF Upon Filing<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Nicholas Pezza<br>488 Dewey Avenue<br>Saddle Brook, New Jersey 07663 | Defendant | ☐ Hand-delivered<br>✔ Regular mail<br>☐ Certified mail/RR<br>Other ECF Upon Filing<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Donald Troy Bonomo<br>11 State Street<br>2nd Floor<br>Hackensack, New Jersey  07601 | Attorney for Debtor | ☐ Hand-delivered<br>✔ Regular mail<br>☐ Certified mail/RR<br>✔ Other ECF Upon Filing<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Ronald Saltzman, Esq.<br>Pluese, Becker & Saltzman<br>20000 Horizon Way, Suite 900<br>Mt. Laurel, New Jersey  08054-4318 | Request for Notice 12/16/2016 | ☐ Hand-delivered<br>✔ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>_____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Valerie Smith<br>c/o PRA Receivables Management LLC<br>Senior Manager<br>P.O. Box 41021<br>Norfolk, VA  23541 | Request for Notice 02/21/2017 | ☐ Hand-delivered<br>✔ Regular mail<br>☐ Certified mail/RR<br>Other ECF Upon Filing<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Address | | Delivery Method |
|---|---|---|
| State of New Jersey<br>225 West State Street<br>P.O. Box 307<br>Trenton, New Jersey  08625-0307 | | ☐ Hand-delivered<br>✔ Regular mail<br>☐ Certified mail/RR<br>Other ECF Upon Filing<br>    (As authorized by the Court or by rule. Cite the rule if applicable.) |
| New Jersey Healthcare Specials<br>One Capital Way<br>2nd Floor<br>Pennington, New Jersey   08534 | | ☐ Hand-delivered<br>✔ Regular mail<br>☐ Certified mail/RR<br>Other ECF Upon Filing<br>    (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Discover Bank<br>Discover Products<br>P.O. Box 3025<br>New Albany, OH  43054-3025 | | ☐ Hand-delivered<br>✔ Regular mail<br>☐ Certified mail/RR<br>Other ECF Upon Filing<br>    (As authorized by the Court or by rule. Cite the rule if applicable.) |
| American Express Bank FSB<br>c/o The Corporation Trust Company<br>820 Bear Tavern Road<br>West Trenton, New Jersey  08626 | | ☐ Hand-delivered<br>✔ Regular mail<br>☐ Certified mail/RR<br>Other ECF Upon Filing<br>    (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Honorato Cavero<br>c/o DiMaria and DiMaria<br>36 Fairview Terrace<br>Paramus, New Jersey  07652 | | ☐ Hand-delivered<br>✔ Regular mail<br>☐ Certified mail/RR<br>Other ECF Upon Filing<br>    (As authorized by the Court or by rule. Cite the rule if applicable.) |