**MELLINGER KARTZMAN LLC**
101 Gibraltar Drive, Suite 2F
Morris Plains, New Jersey 07950
Tel. (973) 267-0220
Joseph R. Zapata, Jr., Esq.
jzapata@msklaw.net
*Attorneys for Steven P. Kartzman,*
*Chapter 7 Trustee*

**Order Filed on January 10, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| In re:<br><br>NICHOLAS PEZZA,<br><br>                                Debtors. | UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Case No. 16-33371 (RG)<br><br>Chapter 7<br><br>Honorable Rosemary Gambardella |

**BRIDGE ORDER EXTENDING THE STATUTE OF LIMITATIONS
UNDER BANKRUPCY CODE SECTIONS 108(a), 546(a) AND 549(d)**

The relief set forth on the following page numbered two (2) is hereby ORDERED.

**DATED: January 10, 2020**

*Honorable Rosemary Gambardella*
*United States Bankruptcy Judge*

| | |
|---|---|
| Debtor: | Nicholas Pezza |
| Case No.: | 16-33371 (RG) |
| Caption: | Bridge Order Extending the Statutes of Limitations under Bankruptcy Code Sections 108(a), 546(a) and 549(d) |

THIS MATTER having been brought before the Court by Steven P. Kartzman, the Chapter 7 Trustee (the "Trustee"), by and through his attorneys Mellinger, Sanders & Kartzman, LLC, for the entry of an order pursuant to Bankruptcy Code Section 105(a) and Fed. R. Bankr. P. 9006 further extending the statute of limitations under Bankruptcy Code Sections 108(a), 546(a) and 549(d) (the "Motion"), and it appearing that entry of an order is necessary to allow time for notice and hearing on the Motion; and after deliberation and good and sufficient cause existing for entering the within Order; it is hereby

**ORDERED AS FOLLOWS:**

1. Pursuant to Federal Rule of Bankruptcy Procedure 9006(b) and 11 U.S.C. § 105(a), the statute of limitations under Bankruptcy Code Sections 108(a), 546(a) and 549(d) shall be and is hereby extended until the later of the date set by the entry of an order on the Motion, or twenty (20) days after the entry of an order denying the Motion.

2. Counsel for the Trustee shall serve a copy of this Order upon all interested parties within two (2) days of the date of entry.

United States Bankruptcy Court
District of New Jersey

In re:  
Nicholas Pezza  
    Debtor

Case No. 16-33371-RG  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-2　　User: admin　　Page 1 of 1　　Date Rcvd: Jan 10, 2020  
　　　　　　　　　　　　Form ID: pdf903　Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 12, 2020.
```
db             #+Nicholas Pezza,    488 Dewey Avenue,   Saddle Brook, NJ 07663-5904
aty             +Michael J. Cavallaro,   25 Lafayette Place,    Kearny, NJ 07032-2228
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

   ***** BYPASSED RECIPIENTS *****  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2020　　　　　　　　　　　　　　　　　　Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 10, 2020 at the address(es) listed below:
```
              Charles G. Wohlrab    on behalf of Creditor    U.S. Bank National Association, as Trustee, for
               Lehman Mortgage Trust Mortgage Pass Through Certificates Series 2006-2 cwohlrab@LOGS.com,
               njbankruptcynotifications@logs.com
              Deborah T. Feldstein    on behalf of Creditor    Christiana Trust as Custodian dfeldstein@caplaw.net
              Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company as Trustee for
               the Holders of New Century Home Equity Loan Trust, Series 2005-A, Asset Backed Pass-Through
               Certificates dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Donald Troy Bonomo    on behalf of Debtor Nicholas  Pezza dbonomo123@gmail.com,
               tdr68458@notify.bestcase.com
              Francesca Ann Arcure    on behalf of Creditor    Nationstar Mortgage LLC, as servicer for U.S. Bank
               National Association, as Trustee, for Lehman Mortgage Trust Mortgage Pass Through Certificates
               Series 2006-2 NJ_ECF_Notices@McCalla.com,    NJ_ECF_Notices@McCalla.com
              Joseph R Zapata, Jr.    on behalf of Trustee Steven P. Kartzman jzapata@msklaw.net
              Judah B Loewenstein    on behalf of Trustee Steven P. Kartzman jloewenstein@msklaw.net
              Laura M. Egerman    on behalf of Creditor    U.S. Bank National Association bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Michael A. Artis    on behalf of U.S. Trustee    U.S. Trustee michael.a.artis@usdoj.gov
              Robert P. Saltzman    on behalf of Creditor    MTGLQ Investors, LP c/o Rushmore Loan Management
               Services, LLC dnj@pbslaw.org
              Steven P. Kartzman     kartztee@optonline.net,
               jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net
              Steven P. Kartzman    on behalf of Appraiser    A. Atkins Appraisal Corp, kartztee@optonline.net,
               jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net
              Steven P. Kartzman    on behalf of Trustee Steven P. Kartzman kartztee@optonline.net,
               jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
              United States Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 15
```