**MELLINGER, SANDERS & KARTZMAN, LLC**
101 Gibraltar Drive, Suite 2F
Morris Plains, New Jersey 07950
Tel. (973) 267-0220
Joseph R. Zapata, Jr., Esq.
jzapata@msklaw.net
*Attorneys for Steven P. Kartzman,*
*as Chapter 7 Trustee*

**FILED**
JEANNE A. NAUGHTON, CLERK
JAN 28 2020
U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY _____ DEPUTY

| | |
|---|---|
| In re:<br><br>NICHOLAS PEZZA,<br><br>                    Debtors. | UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Case No. 16-33371 (RG)<br><br>Chapter 7<br><br>Honorable Rosemary Gambardella |

**ORDER PURSUANT TO 11 U.S.C. § 105 AND FED. R. BANKR. P. 9006
FURTHER EXTENDING THE STATUTE OF LIMITATIONS UNDER
BANKRUPCY CODE SECTIONS 108(a), 546(a) AND 549(d)**

The relief set forth on the following page numbered two (2) is hereby ORDERED.

1-28-20

/s/ Rosemary Gambardella
USBJ

Debtor:     Nicholas Pezza
Case No.:   16-33371 (RG)
Caption:    Order Pursuant to Bankruptcy Code Section 105(a) and Fed. R. Bankr. P. 9006 Further Extending the Statute of Limitations under Bankruptcy Code Sections 108(a), 546(a) and 549(d)

---

THIS MATTER having been brought before the Court by Steven P. Kartzman, the Chapter 7 Trustee (the "Trustee"), by and through his attorneys Mellinger, Sanders & Kartzman, LLC, for the entry of an order pursuant to Bankruptcy Code Section 105(a) and Fed. R. Bankr. P. 9006 further extending the statutes of limitations under Bankruptcy Code Sections 108(a), 546(a) and 549(d) (the "Motion"), and it appearing that notice of the Motion has been duly served upon the parties concerned; and the Court having considered the pleadings in support of the Motion; and the Court having considered opposition to the Motion, if any; and good and sufficient cause existing for entering the within Order; it is hereby

**ORDERED AS FOLLOWS:**

1. The statute of limitations under Bankruptcy Code Sections 108(a), 546(a) and 549(d) shall be and hereby are extended to and including July 14, 2020.

2. No defendant in an action commenced by the Trustee on or before July 14, 2020 shall be entitled to raise a statute of limitations defense pursuant 11 U.S.C. §§ 108(a) and § 546(a).

3. No defendant in an action commenced by the Trustee on or before July 14, 2020 shall be entitled to raise a statute of limitations defense pursuant to 11 U.S.C. § 549(d), with respect to any transfers occurring after December 8, 2016 and up to, and including, July 14, 2018.

4. Counsel for the Trustee shall serve a copy of this Order upon all interested parties within five (5) days of the date of entry.