| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>MELLINGER KARTZMAN LLC<br>101 Gibraltar Drive, Ste. 2F<br>Morris Plains, New Jersey 07950<br>Tel: 973.267.0220<br>By: Joseph Zapata, Esq.<br>Attorneys for Steven P. Kartzman,<br>as Chapter 7 Trustee | Case No.: 16-33371 RG<br><br>Chapter: 7 |
| **In re:**<br><br>**NICHOLAS PEZZA**<br>         **Debtor(s).** | Adv. No.:<br><br>Hearing Date:<br><br>Judge: Rosemary Gambardella |

## CERTIFICATION OF SERVICE

1. I, ***Donna Zvolensky***:

   ☐ represent _____ in this matter.

   [x] am the secretary/paralegal for ***Mellinger Kartzman, LLC***, who represents ***Steven P. Kartzman*** in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On ***January 29, 2020***, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   **Order Pursuant to 11 U.S.C. § 105 and Fed.R. BankR. P. 9006 Further Extending the Statute of Limitations Under Bankruptcy Code Sections 108(a), 546(a) and 549(d) [Doc#183], which was entered by the Court on January 28, 2020.**

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: ***January 29, 2020***                                    */s/ Donna Zvolensky*

| Name and Address of Party Served | Relationship of Party to Case | Mode of Service |
|---|---|---|
| Office of the US Trustee<br>One Newark Center, Ste. 2100<br>Newark, New Jersey, 07102 | U.S. Trustee | ☐ Hand-delivered<br>✔ Regular mail<br>☐ Certified mail/RR<br>✔ Other ECF Upon Filing<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Nicholas Pezza<br>488 Dewey Avenue<br>Saddle Brook, New Jersey 07663 | Defendant | ☐ Hand-delivered<br>✔ Regular mail<br>☐ Certified mail/RR<br>Other ECF Upon Filing<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Donald Troy Bonomo<br>11 State Street<br>2nd Floor<br>Hackensack, New Jersey  07601 | Attorney for Debtor | ☐ Hand-delivered<br>✔ Regular mail<br>☐ Certified mail/RR<br>✔ Other ECF Upon Filing<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Ronald Saltzman, Esq.<br>Pluese, Becker & Saltzman<br>20000 Horizon Way, Suite 900<br>Mt. Laurel, New Jersey  08054-4318 | Request for Notice 12/16/2016 | ☐ Hand-delivered<br>✔ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Valerie Smith<br>c/o PRA Receivables Management LLC<br>Senior Manager<br>P.O. Box 41021<br>Norfolk, VA  23541 | Request for Notice 02/21/2017 | ☐ Hand-delivered<br>✔ Regular mail<br>☐ Certified mail/RR<br>Other ECF Upon Filing<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Address | | Delivery Method |
|---|---|---|
| State of New Jersey<br>225 West State Street<br>P.O. Box 307<br>Trenton, New Jersey  08625-0307 | | ☐ Hand-delivered<br>✔ Regular mail<br>☐ Certified mail/RR<br>Other ECF Upon Filing<br>       (As authorized by the Court or by rule. Cite the rule if applicable.) |
| New Jersey Healthcare Specials<br>One Capital Way<br>2nd Floor<br>Pennington, New Jersey  08534 | | ☐ Hand-delivered<br>✔ Regular mail<br>☐ Certified mail/RR<br>Other ECF Upon Filing<br>       (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Discover Bank<br>Discover Products<br>P.O. Box 3025<br>New Albany, OH  43054-3025 | | ☐ Hand-delivered<br>✔ Regular mail<br>☐ Certified mail/RR<br>Other ECF Upon Filing<br>       (As authorized by the Court or by rule. Cite the rule if applicable.) |
| American Express Bank FSB<br>c/o The Corporation Trust Company<br>820 Bear Tavern Road<br>West Trenton, New Jersey  08626 | | ☐ Hand-delivered<br>✔ Regular mail<br>☐ Certified mail/RR<br>Other ECF Upon Filing<br>       (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Honorato Cavero<br>c/o DiMaria and DiMaria<br>36 Fairview Terrace<br>Paramus, New Jersey  07652 | | ☐ Hand-delivered<br>✔ Regular mail<br>☐ Certified mail/RR<br>Other ECF Upon Filing<br>       (As authorized by the Court or by rule. Cite the rule if applicable.) |