**MELLINGER, SANDERS & KARTZMAN, LLC**
101 Gibraltar Drive, Suite 2F
Morris Plains, New Jersey 07950
Tel. (973) 267-0220
Joseph R. Zapata, Jr., Esq.
jzapata@msklaw.net
*Attorneys for Steven P. Kartzman,
as Chapter 7 Trustee*



FILED
JEANNE A. NAUGHTON, CLERK
JAN 28 2020
U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY _____ DEPUTY

| In re:  NICHOLAS PEZZA,  Debtors. | UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY  Case No. 16-33371 (RG)  Chapter 7  Honorable Rosemary Gambardella |
|---|---|

### ORDER PURSUANT TO 11 U.S.C. § 105 AND FED. R. BANKR. P. 9006 FURTHER EXTENDING THE STATUTE OF LIMITATIONS UNDER BANKRUPCY CODE SECTIONS 108(a), 546(a) AND 549(d)

The relief set forth on the following page numbered two (2) is hereby ORDERED.

1-28-20

Page 2 of 2

Debtor:   Nicholas Pezza
Case No.: 16-33371 (RG)
Caption:  Order Pursuant to Bankruptcy Code Section 105(a) and Fed. R. Bankr. P. 9006 Further Extending the Statute of Limitations under Bankruptcy Code Sections 108(a), 546(a) and 549(d)

THIS MATTER having been brought before the Court by Steven P. Kartzman, the Chapter 7 Trustee (the "Trustee"), by and through his attorneys Mellinger, Sanders & Kartzman, LLC, for the entry of an order pursuant to Bankruptcy Code Section 105(a) and Fed. R. Bankr. P. 9006 further extending the statutes of limitations under Bankruptcy Code Sections 108(a), 546(a) and 549(d) (the "Motion"), and it appearing that notice of the Motion has been duly served upon the parties concerned; and the Court having considered the pleadings in support of the Motion; and the Court having considered opposition to the Motion, if any; and good and sufficient cause existing for entering the within Order; it is hereby

**ORDERED AS FOLLOWS:**

1. The statute of limitations under Bankruptcy Code Sections 108(a), 546(a) and 549(d) shall be and hereby are extended to and including July 14, 2020.

2. No defendant in an action commenced by the Trustee on or before July 14, 2020 shall be entitled to raise a statute of limitations defense pursuant 11 U.S.C. §§ 108(a) and § 546(a).

3. No defendant in an action commenced by the Trustee on or before July 14, 2020 shall be entitled to raise a statute of limitations defense pursuant to 11 U.S.C. § 549(d), with respect to any transfers occurring after December 8, 2016 and up to, and including, July 14, 2018.

4. Counsel for the Trustee shall serve a copy of this Order upon all interested parties within five (5) days of the date of entry.

United States Bankruptcy Court
District of New Jersey

In re:  
Nicholas Pezza  
    Debtor

Case No. 16-33371-RG  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Jan 28, 2020  
                 Form ID: pdf903    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 30, 2020.  
db          #+Nicholas Pezza,    488 Dewey Avenue,    Saddle Brook, NJ 07663-5904  
aty         +Michael J. Cavallaro,    25 Lafayette Place,    Kearny, NJ 07032-2228

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                      TOTAL: 0

***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 30, 2020                                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 28, 2020 at the address(es) listed below:

         Charles G. Wohlrab    on behalf of Creditor    U.S. Bank National Association, as Trustee, for Lehman Mortgage Trust Mortgage Pass Through Certificates Series 2006-2 cwohlrab@LOGS.com, njbankruptcynotifications@logs.com  
         Deborah T. Feldstein    on behalf of Creditor    Christiana Trust as Custodian dfeldstein@caplaw.net  
         Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company as Trustee for the Holders of New Century Home Equity Loan Trust, Series 2005-A, Asset Backed Pass-Through Certificates dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Donald Troy Bonomo    on behalf of Debtor Nicholas Pezza dbonomo123@gmail.com, tdr68458@notify.bestcase.com  
         Francesca Ann Arcure    on behalf of Creditor    Nationstar Mortgage LLC, as servicer for U.S. Bank National Association, as Trustee, for Lehman Mortgage Trust Mortgage Pass Through Certificates Series 2006-2 NJ_ECF_Notices@McCalla.com, NJ_ECF_Notices@McCalla.com  
         Joseph R Zapata, Jr.    on behalf of Trustee Steven P. Kartzman jzapata@msklaw.net  
         Judah B Loewenstein    on behalf of Trustee Steven P. Kartzman jloewenstein@msklaw.net  
         Laura M. Egerman    on behalf of Creditor    U.S. Bank National Association bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com  
         Michael A. Artis    on behalf of U.S. Trustee    U.S. Trustee michael.a.artis@usdoj.gov  
         Robert P. Saltzman    on behalf of Creditor    MTGLQ Investors, LP c/o Rushmore Loan Management Services, LLC dnj@pbslaw.org  
         Steven P. Kartzman    kartztee@optonline.net, jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net  
         Steven P. Kartzman    on behalf of Appraiser    A. Atkins Appraisal Corp, kartztee@optonline.net, jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net  
         Steven P. Kartzman    on behalf of Trustee Steven P. Kartzman kartztee@optonline.net, jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
         United States Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                             TOTAL: 15