**GOLDENBERG, MACKLER, SAYEGH, MINTZ, PFEFFER, BONCHI & GILL**
*A Professional Corporation*
660 New Road, Suite No. 1-A
Northfield, New Jersey 08225
(609) 646-0222   FAX (609) 646-0887
Attorneys for Christiana Trust as Custodian (66495-9)

BY: __/s/ Keith A. Bonchi__
     KEITH A. BONCHI, ESQ. (KAB3664)

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: <br> **NICHOLAS PEZZA** <br> *Debtor* | CHAPTER 7 <br><br> CASE NO. 16-33371 <br><br> JUDGE: HON. ROSEMARY GAMBARDELLA |

### NOTICE OF SUBSTITUTION OF ATTORNEY

Under D.N.J. LBR 9010-2, the undersigned notifies the Court that Keith A. Bonchi, Esquire will be substituted as attorney of record for Creditor, Christiana Trust as Custodian in this case.

_____
DEBORAH T. FELDSTEIN, ESQUIRE
Pellegrino & Feldstein, LLC
Withdrawing Attorney

_____
KEITH A. BONCHI, ESQUIRE (KAB3664)
Goldenberg, Mackler, Sayegh, Mintz, Pfeffer, Bonchi & Gill
Superseding Attorney

DATED: July 16, 2020