# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Case No.: 16-33371 RG |
| NICHOLAS PEZZA, Debtor(s). | Chapter 7 |
| | Judge: |

## NOTICE OF PROPOSED ABANDONMENT

Steven P. Kartzman, Chapter 7 Trustee, in this case proposes to abandon property of the estate described below as being of inconsequential value.  If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | U.S. Bankruptcy Court
50 Walnut Street
Newark, NJ 07102 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable Rosemary Gambardella on *September 29, 2020 at 10:00 a.m.* at the United States Bankruptcy Court, Courtroom no. 3E. *(Hearing date must be at least 28 days from the date of this notice).*  If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description of property:  10A Charles Street, Lodi, New Jersey

Value of property:  $ 210,000

Less about 10% costs of sale:  $ 21,000

Liens on property:  $ 325,600

Amount of equity claimed as exempt:  $ 0

Objections must be served on, and requests for additional information directed to:

Name:       Steven P. Kartzman, Esq., Chapter 7 Trustee, c/o Mellinger Kartzman LLC

Address:    101 Gibraltar Drive, Suite 2F, Morris Plains, NJ 07950

Telephone:  973.267.0220