UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:  Case No.: 16-33371 RG

NICHOLAS PEZZA, Debtor(s).  Chapter 7

Judge:

**NOTICE OF PROPOSED ABANDONMENT**

Steven P. Kartzman, Chapter 7 Trustee, in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | U.S. Bankruptcy Court
50 Walnut Street
Newark, NJ 07102 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable Rosemary Gambardella on *September 29, 2020 at 10:00 a.m.* at the United States Bankruptcy Court, Courtroom no. 3E. *(Hearing date must be at least 28 days from the date of this notice).* If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description of property:  385 Passaic Avenue, Lodi, New Jersey

Value of property:  $ 592,265

Less about 10% costs of sale:  $ 59,226

Liens on property:  $ 560,306 (outstanding mortgage), plus property taxes of $85,803

Amount of equity claimed as exempt:  $ 0

Objections must be served on, and requests for additional information directed to:

Name:  Steven P. Kartzman, Esq., Chapter 7 Trustee, c/o Mellinger Kartzman LLC

Address:  101 Gibraltar Drive, Suite 2F, Morris Plains, NJ 07950

Telephone:  973.267.0220