UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:  Case No.: 16-33371 RG

NICHOLAS PEZZA, Debtor(s).  Chapter 7

Judge:

## NOTICE OF PROPOSED ABANDONMENT

Steven P. Kartzman, Chapter 7 Trustee, in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | U.S. Bankruptcy Court
50 Walnut Street
Newark, NJ 07102 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable Rosemary Gambardella on *September 29, 2020 at 10:00 a.m.* at the United States Bankruptcy Court, Courtroom no. 3E. *(Hearing date must be at least 28 days from the date of this notice).* If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description of property: Debtor's 50% Interest in 488 Dewey Street, Saddle Brook, New Jersey

Value of property: $ 360,000

Less about 10% costs of sale: $ 36,000

Liens on property: $ 333,781 (mortgage)

Amount of equity claimed as exempt: $ 0

Objections must be served on, and requests for additional information directed to:

Name:  Steven P. Kartzman, Esq., Chapter 7 Trustee, c/o Mellinger Kartzman LLC

Address:  101 Gibraltar Drive, Suite 2F, Morris Plains, NJ 07950

Telephone:  973.267.0220

```
                         United States Bankruptcy Court
                              District of New Jersey

In re:                                                       Case No. 16-33371-RG
Nicholas Pezza                                               Chapter 7
          Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin              Page 1 of 2       Date Rcvd: Sep 01, 2020
                              Form ID: pdf905          Total Noticed: 29


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 03, 2020.
db             +Nicholas Pezza,    488 Dewey Avenue,    Saddle Brook, NJ 07663-5904
aty            +Mellinger Sanders & Kartzman LLC,    101 Gibraltar Drive,    Suite 2F,
                 Morris Plains, NJ 07950-1287
aty            +Michael J. Cavallaro,    25 Lafayette Place,    Kearny, NJ 07032-2228
r               Aldo Lavorini,    550 Boulevard,   Elmwood Park, NJ  07407
cr             +Christiana Trust as Custodian,    c/o Pellegrino & Feldstein, LLC,    290 Route 46 West,
                 Denville, NJ 07834-1239
cr             +MTGLQ Investors, LP c/o Rushmore Loan Management S,    15480 Laguna Canyon Road,   Suite 100,
                 Irvine, CA 92618-2132
acc             Michael Nulty,    Matthews & Nulty, Inc.
cr             +Nationstar Mortgage LLC, as servicer for U.S. Bank,    C/O Buckley Madole, P.C.,
                 99 Wood Avenue South, Suite 803,    Iselin, NJ 08830-2713
r              +Progressive Real Estate Services,    1033 Route 46 East,    Clifton, NJ 07013-2448
cr             +U.S. Bank National Association,    RAS Crane, LLC,    10700 Abbott's Bridge Road, suite 170,
                 Duluth, GA 30097-8461
516537772      +Bank of America Home Loans,    100 N Tryon Street,    Charlotte, NC 28255-0001
516889117      +Christian Trust as Custodian,    c/o Pellegrino & Feldstein, LLC,    290 Route 46 West,
                 Denville, NJ 07834-1239
516644633       DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FO,    Bank of America,    PO Box 31785,
                 Tampa, FL 33631-3785
516537773      +KML Law Group,    701 Market Street #5000,    Philadelphia, PA 19106-1541
516760853      +MTGLQ Investors, LP,    c/o Rushmore Loan Management Services,    PO Box 55004,
                 Irvine, CA 92619-5004
516537774      +Pleuse Becker & Saltzman, LLC,    Attorneys at Law,    20000 Horizon Way Suite 900,
                 Mount Laurel, NJ 08054-4318
516537775      +Shapiro & Denardo LLC,    14000 Commerce Parkway Suite B,    Mount Laurel, NJ 08054-2242
516671466      +U.S. Bank National Association,Trustee(See 410),    c/o Nationstar Mortgage LLC,    PO Box 619096,
                 Dallas, Texas 75261-9096

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 02 2020 00:37:14      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 02 2020 00:37:10      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
app            +E-mail/Text: atkinsappraisal@aol.com Sep 02 2020 00:36:43      A. Atkins Appraisal Corp,,
                 122 Clinton Road,    Fairfiled, NJ 07004-2900
cr             +E-mail/Text: sbse.cio.bnc.mail@irs.gov Sep 02 2020 00:36:33      IRS,    51 Haddonfield Rd,
                 Suite 300,   Cherry Hill, NJ 08002-4805
cr             +E-mail/PDF: gecsedi@recoverycorp.com Sep 02 2020 00:38:35
                 Synchrony Bank c/o PRA Receivables Management, LLC,    Valerie Smith,   PO BOX 41021,
                 Norfolk, VA 23541-1021
517960657       E-mail/PDF: MerrickBKNotifications@Resurgent.com Sep 02 2020 00:38:33
                 Advanta Bank Corporation,    Resurgent Capital Services,    PO Box 10368,
                 Greenville, SC 29603-0368
516573275      +E-mail/Text: bankruptcy@cavps.com Sep 02 2020 00:37:33      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
516574448       E-mail/Text: mrdiscen@discover.com Sep 02 2020 00:36:02      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
516695014      +E-mail/Text: bankruptcydpt@mcmcg.com Sep 02 2020 00:37:09      MIDLAND FUNDING LLC,
                 PO Box 2011,    Warren, MI 48090-2011
516654610      +E-mail/PDF: gecsedi@recoverycorp.com Sep 02 2020 00:38:35      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
518077558      +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 02 2020 00:37:10      United States Trustee,
                 One Newark Center,    Suite 2100,    Newark, NJ 07102-5235
                                                                                              TOTAL: 11

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516869097*     +Internal Revenue Service,    PO Box 7346,   Philadelphia, PA 19101-7346
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0312-2         User: admin              Page 2 of 2              Date Rcvd: Sep 01, 2020
                             Form ID: pdf905          Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 03, 2020                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 31, 2020 at the address(es) listed below:

```
          Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company as Trustee for
           the Holders of New Century Home Equity Loan Trust, Series 2005-A, Asset Backed Pass-Through
           Certificates dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Donald Troy Bonomo    on behalf of Debtor Nicholas  Pezza dbonomo123@gmail.com,
           tdr68458@notify.bestcase.com
          Elizabeth L. Wassall    on behalf of Creditor    U.S. Bank National Association, as Trustee, for
           Lehman Mortgage Trust Mortgage Pass Through Certificates Series 2006-2 ewassall@logs.com,
           njbankruptcynotifications@logs.com
          Francesca Ann Arcure    on behalf of Creditor    Nationstar Mortgage LLC, as servicer for U.S. Bank
           National Association, as Trustee, for Lehman Mortgage Trust Mortgage Pass Through Certificates
           Series 2006-2 NJ_ECF_Notices@McCalla.com, NJ_ECF_Notices@McCalla.com
          Francis J. Ballak    on behalf of Creditor    Christiana Trust as Custodian francis@gmslaw.com
          Joseph R Zapata, Jr.    on behalf of Trustee Steven P. Kartzman jzapata@msklaw.net
          Judah B Loewenstein    on behalf of Trustee Steven P. Kartzman jloewenstein@msklaw.net
          Keith A. Bonchi    on behalf of Creditor    Christiana Trust as Custodian keith@gmslaw.com
          Laura M. Egerman    on behalf of Creditor    U.S. Bank National Association bkyecf@rasflaw.com,
           bkyecf@rasflaw.com;legerman@rasnj.com
          Michael A. Artis    on behalf of U.S. Trustee    U.S. Trustee michael.a.artis@usdoj.gov
          Robert P. Saltzman    on behalf of Creditor    MTGLQ Investors, LP c/o Rushmore Loan Management
           Services, LLC dnj@pbslaw.org
          Steven P. Kartzman    on behalf of Appraiser    A. Atkins Appraisal Corp, kartztee@optonline.net,
           jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net;denisew@msklaw.net
          Steven P. Kartzman    on behalf of Trustee Steven P. Kartzman kartztee@optonline.net,
           jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net;denisew@msklaw.net
          Steven P. Kartzman    kartztee@optonline.net,
           jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net;denisew@msklaw.net
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          United States Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                     TOTAL: 16
```