UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

GOLDENBERG, MACKLER, SAYEGH, MINTZ,
PFEFFER, BONCHI & GILL
660 New Road, Suite 1-A
Northfield, NJ  08225
(609) 646-0222  FAX (609) 646-0887
Attorney for Christiana Trust as Cust. (66495(9))

**Order Filed on September 16, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

**NICHOLAS PEZZA,**

Debtor.

Case No.:    16-33371-RG

Hearing Date:  September 15, 2020

Judge:  Rosemary Gambardella

Chapter: 7

# ORDER GRANTING RELIEF FROM AUTOMATIC STAY

The relief set forth on the following pages, is hereby **ORDERED:**

**DATED: September 16, 2020**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Upon the motion of Christiana Trust as Custodian, for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is;

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) or forum of appropriate jurisdiction to pursue the movant's rights in the following:

Real property as fully described as:

**BLOCK 9, LOT 60 ON THE TAX MAP OF THE BOROUGH OF LODI, NEW JERSEY;** also know as, **385 PASSAIC AVE., LODI, NJ 07644.**

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies in state court, including, but not limited to, any and all actions to obtain possession of the property including an eviction of the Debtor from the Property. Additionally, any subsequent holder of interest in the aforementioned property, may take any legal action for enforcement of its right to possession of the property.

It is further ORDERED that the movant may join the Debtor and any trustee appointed in this case as defendants in its action(s), irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the Debtor, any trustee and any other party who entered an appearance on the motion.