UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

GOLDENBERG, MACKLER, SAYEGH, MINTZ, PFEFFER, BONCHI & GILL
660 New Road, Suite 1-A
Northfield, NJ  08225
(609) 646-0222  FAX (609) 646-0887
Attorney for Christiana Trust as Cust. (66495(9))

Order Filed on September 16, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

**NICHOLAS PEZZA,**

Debtor.

Case No.:   16-33371-RG

Hearing Date:  September 15, 2020

Judge:  Rosemary Gambardella

Chapter: 7

# ORDER GRANTING RELIEF FROM AUTOMATIC STAY

The relief set forth on the following pages, is hereby **ORDERED:**

**DATED: September 16, 2020**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Upon the motion of Christiana Trust as Custodian, for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is;

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) or forum of appropriate jurisdiction to pursue the movant's rights in the following:

Real property as fully described as:

**BLOCK 9, LOT 60 ON THE TAX MAP OF THE BOROUGH OF LODI, NEW JERSEY;** also know as, **385 PASSAIC AVE., LODI, NJ 07644.**

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies in state court, including, but not limited to, any and all actions to obtain possession of the property including an eviction of the Debtor from the Property. Additionally, any subsequent holder of interest in the aforementioned property, may take any legal action for enforcement of its right to possession of the property.

It is further ORDERED that the movant may join the Debtor and any trustee appointed in this case as defendants in its action(s), irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the Debtor, any trustee and any other party who entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

In re:                                                                                   Case No. 16-33371-RG
Nicholas Pezza                                                                           Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Sep 17, 2020
                Form ID: pdf903    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 19, 2020.
db          +Nicholas Pezza,   488 Dewey Avenue,   Saddle Brook, NJ 07663-5904
aty         +Michael J. Cavallaro,   25 Lafayette Place,   Kearny, NJ 07032-2228

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2020                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 17, 2020 at the address(es) listed below:
      Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company as Trustee for the Holders of New Century Home Equity Loan Trust, Series 2005-A, Asset Backed Pass-Through Certificates dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
      Donald Troy Bonomo    on behalf of Debtor Nicholas  Pezza dbonomo123@gmail.com, tdr68458@notify.bestcase.com
      Elizabeth L. Wassall    on behalf of Creditor    U.S. Bank National Association, as Trustee, for Lehman Mortgage Trust Mortgage Pass Through Certificates Series 2006-2 ewassall@logs.com, njbankruptcynotifications@logs.com
      Francesca Ann Arcure    on behalf of Creditor    Nationstar Mortgage LLC, as servicer for U.S. Bank National Association, as Trustee, for Lehman Mortgage Trust Mortgage Pass Through Certificates Series 2006-2 NJ_ECF_Notices@McCalla.com, NJ_ECF_Notices@McCalla.com
      Francis J. Ballak    on behalf of Creditor    Christiana Trust as Custodian francis@gmslaw.com
      Joseph R Zapata, Jr    on behalf of Trustee Steven P. Kartzman jzapata@msbnj.com
      Judah B Loewenstein    on behalf of Trustee Steven P. Kartzman jloewenstein@msklaw.net
      Keith A. Bonchi    on behalf of Creditor    Christiana Trust as Custodian keith@gmslaw.com
      Laura M. Egerman    on behalf of Creditor    U.S. Bank National Association bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com
      Michael A. Artis    on behalf of U.S. Trustee    U.S. Trustee michael.a.artis@usdoj.gov
      Robert P. Saltzman    on behalf of Creditor    MTGLQ Investors, LP c/o Rushmore Loan Management Services, LLC dnj@pbslaw.org
      Steven P. Kartzman     kartztee@optonline.net, jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net;denisew@msklaw.net
      Steven P. Kartzman    on behalf of Appraiser    A. Atkins Appraisal Corp, kartztee@optonline.net, jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net;denisew@msklaw.net
      Steven P. Kartzman    on behalf of Trustee Steven P. Kartzman kartztee@optonline.net, jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net;denisew@msklaw.net
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
      United States Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                   TOTAL: 16