**MELLINGER KARTZMAN, LLC**
101 Gibraltar Drive, Suite 2F
Morris Plains, New Jersey 07950
Joseph R. Zapata, Jr., Esq.
Tel. (973) 267-0220
jzapata@msklaw.net
*Attorneys for Steven P. Kartzman, Chapter 7 Trustee*

|  |  |
|---|---|
| In Re:<br><br>NICHOLAS PEZZA<br><br>Debtor. | **UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY**<br><br>Chapter 7<br>Case No.: 16-33371-RG<br><br>Judge:  Rosemary Gambardella<br><br>**NOTICE OF WITHDRAWAL OF APPEARANCE** |

**TO:    ALL INTERESTED PARTIES**

PLEASE TAKE NOTICE that Joseph R. Zapata, Jr., formerly of Mellinger Kartzman LLC, hereby withdraws his appearance as counsel for Steven P. Kartzman, Chapter 7 Trustee. A Notice of Appearance has not been filed in this case.

MELLINGER KARTZMAN, LLC

 /s/ Joseph R. Zapata, Jr., Esq.
JOSEPH R. ZAPATA, JR., ESQ.

Dated: September 22, 2020