|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Kevin C. Orr, Esq. (NJ Atty. No. 019891991)<br>Law Offices of Kevin Crawford Orr<br>33 Washington Street, Ste. 1010<br>Newark, New Jersey 07102<br>(973) 824-5520<br>firm@orr-law.com | |
| In Re:<br><br>Nicholas Pezza | Case No.:    16-33371 (RG)<br><br>Chapter:    7<br><br>Hearing Date:    **N/A**<br><br>Judge:    Hon. Rosemary Gambardella, U.S.B.J. |

**NOTICE OF APPEARANCE**

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of NEW STREET PIZZERIA, LLC. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:    Kevin C. Orr, Esq. (NJ Atty. No. 019891991)
Law Offices of Kevin Crawford Orr
33 Washington Street, Ste. 1010
Newark, New Jersey 07102

DOCUMENTS:

X  All notices entered pursuant to Fed. R. Bankr. P. 2002.

X  All documents and pleadings of any nature.


Date:    October 27, 2020

_____
Kevin C. Orr, Esq.
Attorney for Interested Party,
NEW STREET PIZZERIA, LLC