# MELLINGER KARTZMAN LLC
**ATTORNEYS AT LAW**

101 GIBRALTAR DRIVE
SUITE 2F
MORRIS PLAINS, N.J. 07950

Tel: (973) 267-0220
Fax: (973) 267-3979

LOUIS P. MELLINGER
STEVEN P. KARTZMAN
JUDAH B. LOEWENSTEIN
STEVEN A. JAYSON
SEYMOUR RUDENSTEIN (1933-1983)
JACOB MELLINGER (1928-2001)

www.msklawyers.com

OF COUNSEL
WALTER G. LUGER
PETER ROSEN
ROBERT D. ROSEN

Electronic Mail:
skartzman@msklaw.net
jloewenstein@msklaw.net
sjayson@msklaw.net

November 10, 2021

**Delivery via ECF Filing Only**

Clerk of the Court
United States Bankruptcy Court
P.O. Box 1352
Newark, NJ 07101-1352

    Re.:   <u>Nicholas Pezza</u>, Chapter 7 Case No. 16-33371 RG

Dear Clerk:

Please allow this to respond to your Memorandum dated November 4, 2021, filed in the above-referenced matter. The Trustee is currently working on liquidating Debtor's 25% interest in a restaurant and mixed use building. Therefore, the Trustee is not in a position to file a No Asset Report at this time.

                      Very truly yours,

                      *Steven P. Kartzman*
                      STEVEN P. KARTZMAN

SPK/jbl