# MELLINGER KARTZMAN LLC
**ATTORNEYS AT LAW**

101 GIBRALTAR DRIVE
SUITE 2F
MORRIS PLAINS, N.J. 07950

Tel: (973) 267-0220
Fax: (973) 267-3979

www.msklawyers.com

LOUIS P. MELLINGER
STEVEN P. KARTZMAN
JUDAH B. LOEWENSTEIN
STEVEN A. JAYSON
SEYMOUR RUDENSTEIN (1933-1983)
JACOB MELLINGER (1928-2001)

OF COUNSEL
WALTER G. LUGER
PETER ROSEN
ROBERT D. ROSEN

Electronic Mail:
skartzman@msklaw.net
jloewenstein@msklaw.net
sjayson@msklaw.net

March 16, 2022

**Delivery via ECF Filing Only**

Clerk of the Court
United States Bankruptcy Court
P.O. Box 1352
Newark, NJ 07101-1352

    Re.:   <u>Nicholas Pezza</u>, Chapter 7 Case No. 16-33371 RG

Dear Clerk:

Please allow this to respond to your Memorandum dated March 14, 2022, filed in the above-referenced matter. The Trustee has been negotiating for a buy out of the Debtor's interest in two LLCs, one that owns a mixed use building and one that owns a business operating out of that business. Thus far the Trustee has not been able to agree on an amount so he is in the process of obtaining counsel to litigate the issue. Therefore, the Trustee is not in a position to file a No Asset Report at this time.

Very truly yours,

*Steven P. Kartzman*

STEVEN P. KARTZMAN

SPK/jbl