| | |
|---|---|
| **From:** | Nicholas Pezza <nickpezza1@gmail.com> |
| **Sent:** | Monday, May 2, 2022 8:41 PM |
| **To:** | Chambers_of RG |
| **Subject:** | request to postpone hearing |

**CAUTION - EXTERNAL:**

May 2. 2022

Dear Honorable Rosemary Gambardella,

My name is Nicholas Pezza. I have a court hearing on May 10, 2022, at 10am Case No. 16-33371-RG Chapter 7.

I want to file an objection to Mr. Kartzman's application for compensation of $58,727.00 and expenses of $284.56.

My attorney Donald Bonomo has emailed Mr. Kartzman for an itemized bill and has no response. There has been a lack of communication from Mr. Kartzman to answering questions in the past and keeping us updated on what he is working on.

My current attorney Donald Bonomo no longer wants to represent me, because of the lack of communication from Mr. Kartzman.

I am seeking new legal counsel to represent me. I am requesting to postpone this hearing until I have an attorney to represent me.

1

Sincerely,

Nicholas Pezza

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.