| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Law Offices of Perez and Bonomo<br>Donald T. Bonomo, Esq.<br>11 State Street<br>Hackensack, New Jersey 07601<br>(201) 820-2033<br>Attorney for Debtor |
| In Re:<br><br>Nicholas Pezza |

Case No.: 16-33371-RG

Adv. Pro. No.: _____

Chapter: 7

Subchapter V:  ☐ Yes  ☒ No

Hearing Date: 5/10/22

Judge: RG

## ADJOURNMENT REQUEST

1. I, __Donald T. Bonomo, Esq.__,

   ☒ am the attorney for: __Nicholas Pezza__,

   ☐ am self-represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter: Professional Services Compensation Application

   Current hearing date and time: May 10, 2022

   New date requested: May 24, 2022

   Reason for adjournment request: I am requesting an adjournment to review the fee certifica

2. Consent to adjournment:

   ☒ I have the consent of all parties.  ☐ I do not have the consent of all parties (explain below):

   I have the consent of the Trustee, Mr. Steven P. Kartzman for this adjournment request.

I certify under penalty of perjury that the foregoing is true.

Date: 5/4/22                              /s/Donald T. Bonomo, Esq.
                                          Signature

**COURT USE ONLY:**

The request for adjournment is:

❑ Granted                        New hearing date: _____            ❑ Peremptory

❑ Granted over objection(s)      New hearing date: _____            ❑ Peremptory

❑ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*rev.10/2021*