| | |
|---|---|
| **From:** | Nicholas Pezza |
| **To:** | Chambers_of_RG |
| **Subject:** | postponement |
| **Date:** | Friday, May 20, 2022 12:15:09 PM |

**CAUTION - EXTERNAL:**

Dear Honorable Rosemary Gambardella,

I am requesting another postponement. I have a court hearing on May 24, 2022, Case No. 16-33371-RG Chapter 7.

I have appointments seeking new counsel. I will need more time. Even though you sent Mr. Bonomo the paperwork for the postponement he is still not representing me on the objection.

Mr. Kartzman has not given Mr. Bonomo answers to email requests for over 1 year. I want to file objection to Mr. Kartzman's fees.
I cannot do this on my own that is why I am requesting more time to hire another attorney to represent me.

Sincerely,
Nicholas Pezza
201-214-9360

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.