# MELLINGER KARTZMAN LLC
**ATTORNEYS AT LAW**

101 GIBRALTAR DRIVE
SUITE 2F
MORRIS PLAINS, N.J. 07950

Tel: (973) 267-0220
Fax: (973) 267-3979

LOUIS P. MELLINGER
STEVEN P. KARTZMAN
JUDAH B. LOEWENSTEIN
STEVEN A. JAYSON
SEYMOUR RUDENSTEIN (1933-1983)
JACOB MELLINGER (1928-2001)

www.msklawyers.com

OF COUNSEL
WALTER G. LUGER
PETER ROSEN
ROBERT D. ROSEN

Electronic Mail:
skartzman@msklaw.net
jloewenstein@msklaw.net
sjayson@msklaw.net

May 20, 2022

**Via ECF**

Honorable Rosemary Gambardella
United States Bankruptcy Court
Martin Luther King, Jr. Federal Bldg.
50 Walnut Street, 3rd Floor
Newark, New Jersey 07102

    Re:    Nicholas Pezza
             Case No.: 16-33371-RG

Dear Honorable Judge Gambardella,

    This firm represents Steven P. Kartzman, the Chapter 7 Trustee in the above-referenced case. Please allow this letter to confirm that, at the request of the Trustee and with consent of Debtor's counsel, the hearing currently scheduled for Tuesday May 24, 2022 at 10:00 a.m., is now scheduled for Tuesday May 24, 2022 at **11:30 a.m.**

    As directed by the Court, the Debtor has been notified via email.

    Thank you.

                                           Respectfully,

                                           /s/*Judah B. Loewenstein*
                                           JUDAH B. LOEWENSTEIN

JBL/pm