UNITED STATES BANKRUPTCY COURT
<u>DISTRICT OF NEW JERSEY</u>
**MELLINGER KARTZMAN LLC**
101 Gibraltar Drive, Suite 2F
Morris Plains, New Jersey 07950
(973) 267-0220
By: Steven P. Kartzman, Esq.
skartzman@msklaw.net
Attorneys for Chapter 7
Trustee, Steven P. Kartzman

Order Filed on May 25, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

**NICHOLAS PEZZA**

　　　　　　**Debtor.**

Case No. 16-33371-RG

Chapter 7

Hearing Date: May 24, 2022 @ 11:30 a.m.

Judge: Honorable Rosemary Gambardella

**ORDER GRANTING FIRST INTERIM ALLOWANCE OF FEES
AND EXPENSES TO MELLINGER KARTZMAN LLC,
ATTORNEYS FOR CHAPTER 7 TRUSTEE**

　　The relief set forth on the following pages, number two (2) is hereby **ORDERED**.

**DATED: May 25, 2022**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

(Page 2)

Debtor: Nicholas Pezza

Case No.: 16-33371-RG

Caption of Order: Order Granting Allowances

_____

THIS MATTER having been brought before the Court by a First Interim Application for Compensation to Mellinger Kartzman LLC, Attorneys for the Chapter 7 Trustee ("MK"), for the period of November 30, 2018 to December 22, 2021 (the "Application"); and it appearing that notice of the Application was duly served upon the parties concerned; and the Debtor, Nicholas Pezza (the "Debtor"), filed a *pro se* objection to the Application; and the Court having considered the pleadings in support of the Application; and the Court having considered opposition to the Application; and the Court having entertained oral argument on May 24, 2022; and for good and sufficient cause existing for entering the within Order; it is hereby

**ORDERED AS FOLLOWS**:

1) Mellinger Kartzman LLC, Attorneys for Chapter 7 Trustee, Steven P. Kartzman is hereby awarded $25,000.00 in fees on account of MK's First Interim Application for Compensation, and $284.56 in expenses.

2) MK shall be permitted to submit an additional Interim Application for Compensation and/or a Final Application for Compensation for the fees applied for, but held back on the First Interim Application for Compensation to Mellinger Kartzman LLC, and same will be considered by the Court at that time.