UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**MELLINGER KARTZMAN LLC**
101 Gibraltar Drive, Suite 2F
Morris Plains, New Jersey 07950
(973) 267-0220
By: Steven P. Kartzman, Esq.
skartzman@msklaw.net
Attorneys for Chapter 7
Trustee, Steven P. Kartzman

Order Filed on May 25, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

**NICHOLAS PEZZA**

        **Debtor.**

Case No. 16-33371-RG

Chapter 7

Hearing Date: May 24, 2022 @ 11:30 a.m.

Judge: Honorable Rosemary Gambardella

### ORDER GRANTING FIRST INTERIM ALLOWANCE OF FEES AND EXPENSES TO MELLINGER KARTZMAN LLC, ATTORNEYS FOR CHAPTER 7 TRUSTEE

The relief set forth on the following pages, number two (2) is hereby **ORDERED**.

**DATED: May 25, 2022**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

(Page 2)

Debtor:           Nicholas Pezza

Case No.:         16-33371-RG

Caption of Order: Order Granting Allowances

_____

THIS MATTER having been brought before the Court by a First Interim Application for Compensation to Mellinger Kartzman LLC, Attorneys for the Chapter 7 Trustee ("MK"), for the period of November 30, 2018 to December 22, 2021 (the "Application"); and it appearing that notice of the Application was duly served upon the parties concerned; and the Debtor, Nicholas Pezza (the "Debtor"), filed a *pro se* objection to the Application; and the Court having considered the pleadings in support of the Application; and the Court having considered opposition to the Application; and the Court having entertained oral argument on May 24, 2022; and for good and sufficient cause existing for entering the within Order; it is hereby

**ORDERED AS FOLLOWS**:

1)  Mellinger Kartzman LLC, Attorneys for Chapter 7 Trustee, Steven P. Kartzman is hereby awarded $25,000.00 in fees on account of MK's First Interim Application for Compensation, and $284.56 in expenses.

2)  MK shall be permitted to submit an additional Interim Application for Compensation and/or a Final Application for Compensation for the fees applied for, but held back on the First Interim Application for Compensation to Mellinger Kartzman LLC, and same will be considered by the Court at that time.

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 16-33371-RG
Nicholas Pezza  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2
Date Rcvd: May 25, 2022     Form ID: pdf903     Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 27, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Nicholas Pezza, 488 Dewey Avenue, Saddle Brook, NJ 07663-5904 |
| aty | + Michael J. Cavallaro, 25 Lafayette Place, Kearny, NJ 07032-2228 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 27, 2022     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 25, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Deutsche Bank National Trust Company as Trustee for the Holders of New Century Home Equity Loan Trust Series 2005-A, Asset Backed Pass-Through Certificates dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Donald Troy Bonomo | on behalf of Debtor Nicholas Pezza dbonomo123@gmail.com tdr68458@notify.bestcase.com |
| Elizabeth L. Wassall | on behalf of Creditor U.S. Bank National Association as Trustee, for Lehman Mortgage Trust Mortgage Pass Through Certificates Series 2006-2 ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com |
| Francesca Ann Arcure | on behalf of Creditor Nationstar Mortgage LLC as servicer for U.S. Bank National Association, as Trustee, for Lehman Mortgage Trust Mortgage Pass Through Certificates Series 2006-2 farcure@hillwallack.com, NJ_ECF_Notices@McCalla.com |
| Francis J. Ballak | on behalf of Creditor Christiana Trust as Custodian francis@gmslaw.com |

District/off: 0312-2 — User: admin — Page 2 of 2
Date Rcvd: May 25, 2022 — Form ID: pdf903 — Total Noticed: 2

| Name | Details |
|---|---|
| Joseph R Zapata, Jr | on behalf of Trustee Steven P. Kartzman jzapata@msbnj.com |
| Judah B Loewenstein | on behalf of Trustee Steven P. Kartzman jloewenstein@msklaw.net sjayson@msklaw.net;pmasiello@msklaw.net;donnaz@msklaw.net |
| Keith A. Bonchi | on behalf of Creditor Christiana Trust as Custodian keith@gmslaw.com |
| Kevin C. Orr | on behalf of Interested Party NEW STREET PIZZERIA LLC firm@orr-law.com, firm@orr-law.com |
| Laura M. Egerman | on behalf of Creditor U.S. Bank National Association bkyecf@rasflaw.com bkyecf@rasflaw.com;legerman@rasnj.com |
| Michael A. Artis | on behalf of U.S. Trustee U.S. Trustee michael.a.artis@usdoj.gov |
| Robert P. Saltzman | on behalf of Creditor MTGLQ Investors LP c/o Rushmore Loan Management Services, LLC dnj@pbslaw.org |
| Steven P. Kartzman | Trustee@msklaw.net nj16@ecfcbis.com;jloewenstein@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net |
| Steven P. Kartzman | on behalf of Appraiser A. Atkins Appraisal Corp Trustee@msklaw.net, nj16@ecfcbis.com;jloewenstein@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net |
| Steven P. Kartzman | on behalf of Trustee Steven P. Kartzman Trustee@msklaw.net nj16@ecfcbis.com;jloewenstein@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| United States Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 17