# PLUESE, BECKER & SALTZMAN, LLC

Attorneys at Law

**ROB SALTZMAN** ◆
RSaltzman@pbslaw.org

**SANFORD J. BECKER**
SBecker@pbslaw.org

**ROBERT T. PLUESE**
Retired

◆ PA and NJ Bars

20000 Horizon Way, Suite 900
Mount Laurel, NJ 08054-4318
Telephone: (856) 813-1700
Telecopier: (856) 813-1720

September 29, 2022

**ROBERT F. THOMAS** ◆
RThomas@pbslaw.org

**COURTNEY A. MARTIN** ◆
CMartin@pbslaw.org

*Of Counsel*

**STUART H. WEST** ◆
SWest@pbslaw.org

**Our File: 082753B**

Clerk
United States Bankruptcy Court
50 Walnut Street, 3rd Floor
Newark, NJ 07102

RE:  Nicholas Pezza
     Case No 16-33371-RG
     Related to Claim No. 6
     Chapter 7

Dear Sir/Madam:

As the Court's records should reflect, this law firm represents the secured Creditor/Mortgagee, MTGLQ Investors, LP, in the above-referenced matter.

We respectfully request that Proof of Claim No. 6 be withdrawn, as it has been satisfied through Modification.

Thank you for your assistance in this matter.

Respectfully Submitted

Pluese, Becker & Saltzman, LLC

By:   /s/ Stuart H. West
      Stuart H. West, Esquire

SHW/dlc