UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Deutsche Bank, et al.

In Re:

Nicholas Pezza,

Debtor.

Case No.:      16-33371-CMG

Chapter:              13

Hearing Date:         n/a

Judge:            Gravelle

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled      ☒ Withdrawn

Matter: Proof of Claim # 3

_____

Date: 10/05/2022

/s/ Denise Carlon
Signature

*rev.8/1/15*