Form loccrtno – loccrtnov27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  16–33371–RG
Chapter:  7
Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Nicholas Pezza
   488 Dewey Avenue
   Saddle Brook, NJ 07663
Social Security No.:
   xxx–xx–2399
Employer's Tax I.D. No.:

---

## CERTIFICATION OF NO OBJECTION

I  Susan Zive , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Private Sale:

Description of Property (if applicable):

re: The Debtor's 25% interest in New Street Pizzeria, LLC and 25% interest in 63 New Street, LLC.

Dated: January 11, 2023
JAN: smz

Jeanne Naughton
Clerk