**MELLINGER KARTZMAN LLC**
101 Gibraltar Drive, Suite 2F
Morris Plains, New Jersey 07950
Steven A. Jayson, Esq.
Tel. (973) 267-0220
sjayson@msklaw.net
*Attorneys for Trustee, Steven P. Kartzman*

Order Filed on January 17, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY |
| NICHOLAS PEZZA, | Case No. 16-33371-RG |
| Debtor. | Chapter 7 |
| | The Hon. Rosemary Gambardella |

**ORDER REDACTING PERSONAL INFORMATION PURSUANT TO
F<small>ED</small>. R. B<small>ANKR</small>. P. 9037**

The relief set forth on the following pages two (2) through three (3) is hereby **ORDERED**.

**DATED: January 17, 2023**

*Honorable Rosemary Gambardella*
United States Bankruptcy Judge

Debtor: Nicholas Pezza
Case No.: 16-33371 (RG)
Caption: Order Redacting Personal Information Pursuant to FED. R. BANKR. P. 9037

---

This matter having been brought before the Court by Motion of Mellinger Kartzman LLC counsel to the court-appointed Chapter 7 Trustee, Steven P. Kartzman (the "Trustee" or "Kartzman"), for entry of an Order Redacting Personal Information Pursuant to FED. R. BANKR. P. 9037 (the "Motion"); and it appearing that notice of the motion has been duly served; and the Court having considered opposition to the Motion and the arguments of counsel, if any, and good cause having been shown, it is hereby:

**ORDERED AS FOLLOWS**:

1. **Exhibit "C"** filed at Dkt. No. 242-4 shall be redacted pursuant to **Exhibit "A"** annexed to this Motion as follows:

   a. Page 1, List Paragraph 3, the removal of the Loan Number;

   b. Page 84, Exhibit "C" to **Exhibit "C"** the removal of the Loan Number in the upper right corner;

   c. Page 84, Exhibit "C" to **Exhibit "C"** the removal of the Loan Number in the lower left corner;

   d. Page 85, Exhibit "C" to **Exhibit "C"** the removal of the ABA Routing and Account Number in the Wiring Instructions Section;

   e. Page 88, Exhibit "D" to **Exhibit "C"** the removal of the ABA Routing and Account Number on the front of the check; and

   f. Page 88, Exhibit "D" to **Exhibit "C"** the removal of the Bank Name, Bank Address, ABA Routing Number, and Account Number on the back of the check.

2. A copy of this Order shall be served on all parties who are affected by this action within three (3) days of the date hereof.