UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**Order Filed on January 19, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Case No.: _____

Chapter: _____

Judge: _____

**ORDER AUTHORIZING RETENTION OF**

_____

    The relief set forth on the following page is **ORDERED**.

**DATED: January 19, 2023**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain _____

as _____, it is hereby ORDERED:

1.      The applicant is authorized to retain the above party in the professional capacity noted.
        The professional's address is:    _____

                                          _____

                                          _____

2.      Compensation will be paid in such amounts as may be allowed by the Court on proper
        application(s).

3.      If the professional requested a waiver as noted below, it is ☐ Granted   ☐ Denied.

        ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

        ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter
        13 case. Payment to the professional may only be made after satisfactory completion of
        services.

4.      The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*