UNITED STATES BANKRUPTCY COURT
<u>DISTRICT OF NEW JERSEY</u>
**MELLINGER KARTZMAN LLC**
101 Gibraltar Drive, Suite 2F
Morris Plains, New Jersey 07950
(973) 267-0220
By: Steven P. Kartzman, Esq.
skartzman@msklaw.net
Attorneys for Chapter 7
Trustee, Steven P. Kartzman

Order Filed on April 12, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

**NICHOLAS PEZZA**

　　　　　　**Debtor.**

Case No. 16-33371-RG

Chapter 7

Hearing Date:　April 11, 2023 @ 10:00 a.m.

Judge: Honorable Rosemary Gambardella

**ORDER GRANTING SECOND INTERIM ALLOWANCE OF FEES
AND EXPENSES TO MELLINGER KARTZMAN LLC,
ATTORNEYS FOR CHAPTER 7 TRUSTEE**

　　The relief set forth on the following pages, number two (2) is hereby **ORDERED**.

**DATED: April 12, 2023**

*/s/ Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

(Page 2)

Debtor:             Nicholas Pezza

Case No.:           16-33371-RG

Caption of Order:   Order Granting Allowances

_____

The Court finds that the persons named below filed applications for allowances; notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good shown,

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSIONS/FEES | EXPENSES |
|---|---|---|
| Mellinger Kartzman LLC (Attorneys for Chapter 7 Trustee, Steven P. Kartzman) | $58,727.00 | $284.56 |

**Less Fees and Expenses Previously Awarded on May 25, 2022.**