# MELLINGER KARTZMAN LLC

## ATTORNEYS AT LAW

101 GIBRALTAR DRIVE
SUITE 2F
MORRIS PLAINS, N.J. 07950

Tel: (973) 267-0220
Fax: (973) 267-3979

www.msklawyers.com

LOUIS P. MELLINGER
STEVEN P. KARTZMAN
JUDAH B. LOEWENSTEIN
STEVEN A. JAYSON
SEYMOUR RUDENSTEIN (1933-1983)
JACOB MELLINGER (1928-2001)

OF COUNSEL
WALTER G. LUGER
PETER ROSEN
ROBERT D. ROSEN

Electronic Mail:
skartzman@msklaw.net
jloewenstein@msklaw.net
sjayson@msklaw.net

May 17, 2024

**VIA ECF**
Honorable Rosemary Gambardella
United States Bankruptcy Court
Martin Luther King, Jr. Federal Bldg.
50 Walnut Street, 3rd Floor
Newark, New Jersey 07102

> **Re:  Nicholas Pezza**
> **Case No.:  16-33371-RG**

Dear Judge Gambardella:

This letter will serve to confirm that the hearing scheduled for the Motion for an Order Compelling Michael J. Cavallaro, Esq. to Comply with a Subpoena in a Case Under the Bankruptcy Code and for Sanctions Pursuant to FED. R. BANKR. P. 2004 and 9016 and FED. R. CIV. P. 45 has been rescheduled from May 21, 2024 at 10:00 a.m. to June 4, 2024 at 10:00 a.m. at the United States Bankruptcy Court, 50 Walnut Street, Courtroom 3E, Newark, New Jersey.

Respectfully Submitted,

STEVEN A. JAYSON, ESQ.

cc: Michael J. Cavallaro, Esq., (*via email LegalStrategy@gmail.com*)