Form loccrtno – loccrtnov27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

    Case No.:  16–33371–RG
    Chapter:  7
    Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Nicholas Pezza
  488 Dewey Avenue
  Saddle Brook, NJ 07663

Social Security No.:
  xxx–xx–2399

Employer's Tax I.D. No.:

## CERTIFICATION OF NO OBJECTION

    I  Michele Cummings , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed NOTICE OF PROPOSED COMPROMISE or SETTLEMENT OF CONTROVERSY:

Description of Property (if applicable):

Reducing Michael Cavallaro's Fee Order

Dated: July 3, 2024
JAN: mlc

                                                Jeanne Naughton
                                                Clerk