UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

WITHUM SMITH + BROWN, P.C.
CERTIFIED PUBLIC ACCOUNTANTS
200 Jefferson Park, Suite 400
Whippany, NJ 07981
(973) 898-9494
Accountants for Trustee

In Re:

NICHOLAS PEZZA

Debtor.

Order Filed on July 15, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No. 16-33371-RG

Chapter 7

Hearing Date: July 9, 2024 @ 10:00 a.m.

Judge: Rosemary Gambardella

## ORDER GRANTING ALLOWANCES ON FIRST INTERIM PETITION FOR COMPENSATION TO ACCOUNTANTS FOR THE TRUSTEE

The relief set forth on the following pages, number two (2) is hereby **ORDERED**.

**DATED: July 15, 2024**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

(Page 2)

Debtor: Nicholas Pezza

Case No.: 16-33371-RG

Caption of Order: **ORDER GRANTING ALLOWANCES ON FIRST INTERIM PETITION FOR COMPENSATION TO ACCOUNTANTS FOR TRUSTEE**

---

The Court finds that the persons named below filed applications for allowances; notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good shown,

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSIONS/FEES | EXPENSES |
| --- | --- | --- |
| Withum Smith + Brown, P.C. | $2,485.00 | $0 |

United States Bankruptcy Court
District of New Jersey

In re:                                                                                               Case No. 16-33371-RG
Nicholas Pezza                                                                                       Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2 | User: admin | Page 1 of 2
Date Rcvd: Jul 16, 2024 | Form ID: pdf903 | Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 18, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Nicholas Pezza, 488 Dewey Avenue, Saddle Brook, NJ 07663-5904 |
| aty | + Michael J. Cavallaro, 25 Lafayette Place, Kearny, NJ 07032-2228 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2024    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 16, 2024 at the address(es) listed below:

**Name**    **Email Address**

Denise E. Carlon
    on behalf of Creditor Deutsche Bank National Trust Company as Trustee for the Holders of New Century Home Equity Loan Trust  Series 2005-A, Asset Backed Pass-Through Certificates dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Donald Troy Bonomo
    on behalf of Debtor Nicholas Pezza dbonomo123@gmail.com  tdr68458@notify.bestcase.com

Elizabeth L. Wassall
    on behalf of Creditor U.S. Bank National Association  as Trustee, for Lehman Mortgage Trust Mortgage Pass Through Certificates Series 2006-2 ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com

Francesca Ann Arcure
    on behalf of Creditor Nationstar Mortgage LLC  as servicer for U.S. Bank National Association, as Trustee, for Lehman Mortgage Trust Mortgage Pass Through Certificates Series 2006-2 farcure@hillwallack.com, NJ_ECF_Notices@McCalla.com

Francis J. Ballak
    on behalf of Creditor Christiana Trust as Custodian francis@gmslaw.com

Case 16-33371-RG    Doc 270    Filed 07/18/24    Entered 07/19/24 00:13:35    Desc Imaged
Certificate of Notice    Page 4 of 4

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Jul 16, 2024 | Form ID: pdf903 | Total Noticed: 2 |

| | |
|---|---|
| Joseph R Zapata, Jr | on behalf of Trustee Steven P. Kartzman jzapata@msbnj.com |
| Judah B Loewenstein | on behalf of Trustee Steven P. Kartzman jloewenstein@msklaw.net sjayson@msklaw.net;pmasiello@msklaw.net;donnaz@msklaw.net |
| Keith A. Bonchi | on behalf of Creditor Christiana Trust as Custodian keith@gmslaw.com |
| Kevin C. Orr | on behalf of Interested Party NEW STREET PIZZERIA LLC firm@orr-law.com, firm@orr-law.com |
| Laura M. Egerman | on behalf of Creditor U.S. Bank National Association laura.egerman@mccalla.com mccallaecf@ecf.courtdrive.com |
| Michael A. Artis | on behalf of U.S. Trustee U.S. Trustee michael.a.artis@usdoj.gov |
| Robert P. Saltzman | on behalf of Creditor MTGLQ Investors LP c/o Rushmore Loan Management Services, LLC dnj@pbslaw.org |
| Steven A. Jayson | on behalf of Trustee Steven P. Kartzman sjayson@msklaw.net jloewenstein@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net |
| Steven P. Kartzman | on behalf of Accountant WithumSmith+Brown PC Trustee@msklaw.net nj16@ecfcbis.com;jloewenstein@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net |
| Steven P. Kartzman | on behalf of Attorney Mellinger Kartzman LLC Trustee@msklaw.net nj16@ecfcbis.com;jloewenstein@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net |
| Steven P. Kartzman | Trustee@msklaw.net nj16@ecfcbis.com;jloewenstein@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net |
| Steven P. Kartzman | on behalf of Appraiser A. Atkins Appraisal Corp Trustee@msklaw.net, nj16@ecfcbis.com;jloewenstein@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net |
| Steven P. Kartzman | on behalf of Trustee Steven P. Kartzman Trustee@msklaw.net nj16@ecfcbis.com;jloewenstein@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net |
| Stuart H. West | on behalf of Creditor MTGLQ Investors LP c/o Rushmore Loan Management Services, LLC swest@pbslaw.org |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| United States Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 21