UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: | Case No.: 16-33371 (RG) |
| Nicholas Pezza, | Chapter: 7 |
| Debtor. | Judge: Rosemary Gambardella |

### NOTICE OF PROPOSED COMPROMISE or SETTLEMENT OF CONTROVERSY

Steven P. Kartzman, Chapter 7 Trustee, in this case proposes a compromise, or to settle a claim and/or action as described below. If you object to the settlement or compromise, you must file a written objection with the Clerk of the United States Bankruptcy Court, and serve it on the person named below not later 7 days before the hearing date.

| Address of the Clerk: | Jeanne A. Naughton, Clerk |
|---|---|
| | Martin Luther King Jr. Federal Building |
| | 50 Walnut Street, P.O. Box 1352 |
| | Newark, New Jersey 07102 |

If an objection is filed, a hearing will be held before the Honorable Rosemary Gambardella on August 27, 2024 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom No. 3E, Martin Luther King Jr. Federal Building, 50 Walnut Street, Newark, New Jersey (hearing to be scheduled for at least 28 days from the date of the filing of the notice). If no objection is filed the clerk will enter a *Certification of No Objection* and the settlement may be completed as proposed.

Nature of action: The Trustee investigated potential equity in property owned by Nicholas Pezza (the "Debtor") located at Lot 45, Block 18, Royal Highlands, Unit No. 1, Hernando County, Florida (the "Property). Based upon the Debtor's testimony and documentation provided by the Debtor, the Trustee identified non-exempt equity in the Property totaling approximately $8,000.00. Demand was made on the Debtor for the turnover of 8,000.00. In the alternative, the Trustee would list and sell the Property Counsel for the Trustee entered into negotiations with the Debtor's attorney and has come to a resolution regarding the turnover of the non-exempt equity.

Pertinent terms of settlement: The Debtor shall pay the sum of $7,000.00 to satisfy the Trustee's turnover demand, by way of seven (7) $1,000.00 monthly payments beginning on August 1, 2024. Should the Debtor fail to make any of the required payments, the Trustee shall file a certification of default with the Court on notice to the Debtor. Should the Debtor fail to cure the default within ten (10) days of the filing of the certification of default the Court shall enter a non-dischargeable judgment against the Debtor in an amount equal to 1.5 times the Settlement Amount, less any payments made to the Trustee (the "Judgment") and enter an order compelling the Debtor to cooperate with the listing and sale of the Property, the proceeds of which shall be applied against the Judgment. The Trustee believes that the settlement is in the best interests of the estate as it maximizes value and will avoid unnecessary litigation and costs of sale, which would necessarily diminish any additional recovery.

Objections must be served on, and requests for additional information directed to:

Name:        /s/ Steven P. Kartzman, Esq., Mellinger Kartzman

Address:     101 Gibraltar Drive, Suite 2F, Morris Plains, New Jersey 07950

Telephone No.: (973) 267-0220

United States Bankruptcy Court
District of New Jersey

In re:  
Nicholas Pezza  
Debtor

Case No. 16-33371-RG  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-2  User: admin  Page 1 of 3
Date Rcvd: Jul 30, 2024  Form ID: pdf905  Total Noticed: 31

The following symbols are used throughout this certificate:
**Symbol  Definition**

\+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^  Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 01, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nicholas Pezza, 488 Dewey Avenue, Saddle Brook, NJ 07663-5904 |
| aty | + | Michael J. Cavallaro, 25 Lafayette Place, Kearny, NJ 07032-2228 |
| r | | Aldo Lavorini, 550 Boulevard, Elmwood Park, NJ 07407 |
| cr | + | Christiana Trust as Custodian, c/o Pellegrino & Feldstein, LLC, 290 Route 46 West, Denville, NJ 07834-1239 |
| cr | + | MTGLQ Investors, LP c/o Rushmore Loan Management S, 15480 Laguna Canyon Road, Suite 100, Irvine, CA 92618-2132 |
| acc | | Michael Nulty, Matthews & Nulty, Inc. |
| intp | + | NEW STREET PIZZERIA, LLC, 63 New Street, Newark, NJ 07102-3049 |
| cr | + | Nationstar Mortgage LLC, as servicer for U.S. Bank, C/O Buckley Madole, P.C., 99 Wood Avenue South, Suite 803, Iselin, NJ 08830-2713 |
| r | + | Progressive Real Estate Services, 1033 Route 46 East, Clifton, NJ 07013-2448 |
| 516537772 | + | Bank of America Home Loans, 100 N Tryon Street, Charlotte, NC 28255-0001 |
| 516889117 | + | Christian Trust as Custodian, c/o Pellegrino & Feldstein, LLC, 290 Route 46 West, Denville, NJ 07834-1239 |
| 516644633 | | DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FO, Bank of America, PO Box 31785, Tampa, FL 33631-3785 |
| 516537775 | + | Shapiro & Denardo LLC, 14000 Commerce Parkway Suite B, Mount Laurel, NJ 08054-2242 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: attorneys@msklaw.net | Jul 30 2024 20:43:00 | Mellinger Kartzman LLC, 101 Gibraltar Drive, Suite 2F, Morris Plains, NJ 07950-1287 |
| aty | + | Email/Text: attorneys@msklaw.net | Jul 30 2024 20:43:00 | Mellinger Sanders & Kartzman LLC, 101 Gibraltar Drive, Suite 2F, Morris Plains, NJ 07950-1287 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 30 2024 20:44:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 30 2024 20:44:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| app | + | Email/Text: atkinsappraisal@aol.com | Jul 30 2024 20:44:00 | A. Atkins Appraisal Corp,, 122 Clinton Road, Fairfiled, NJ 07004-2900 |
| cr | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 30 2024 20:44:00 | IRS, 51 Haddonfield Rd, Suite 300, Cherry Hill, NJ 08002-4805 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 30 2024 20:56:07 | Synchrony Bank c/o PRA Receivables Management, LLC, Valerie Smith, PO BOX 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: RASEBN@raslg.com | Jul 30 2024 20:43:00 | U.S. Bank National Association, RAS Crane, LLC, 10700 Abbott's Bridge Road, suite 170, Duluth, GA 30097-8461 |
| 517960657 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 30 2024 20:54:06 | Advanta Bank Corporation, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 30, 2024 | Form ID: pdf905 | Total Noticed: 31 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 516573275 | + | Email/Text: bankruptcy@cavps.com | Jul 30 2024 20:45:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 516574448 | | Email/Text: mrdiscen@discover.com | Jul 30 2024 20:43:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 516537773 | ^ | MEBN | Jul 30 2024 20:40:30 | KML Law Group, 701 Market Street #5000, Philadelphia, PA 19106-1541 |
| 516695014 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 30 2024 20:44:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 516760853 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 30 2024 20:44:00 | MTGLQ Investors, LP, c/o Rushmore Loan Management Services, PO Box 55004, Irvine, CA 92619-5004 |
| 516537774 | + | Email/Text: dnj@pbslaw.org | Jul 30 2024 20:44:00 | Pleuse Becker & Saltzman, LLC, Attorneys at Law, 20000 Horizon Way Suite 900, Mount Laurel, NJ 08054-4318 |
| 516654610 | ^ | MEBN | Jul 30 2024 20:41:35 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 516671466 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 30 2024 20:44:00 | U.S. Bank National Association,Trustee(See 410), c/o Nationstar Mortgage LLC, PO Box 619096, Dallas, Texas 75261-9096 |
| 518077558 | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 30 2024 20:44:00 | United States Trustee, One Newark Center, Suite 2100, Newark, NJ 07102-5235 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 516869097 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 01, 2024          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 30, 2024 at the address(es) listed below:

**Name**            **Email Address**

Denise E. Carlon
on behalf of Creditor Deutsche Bank National Trust Company as Trustee for the Holders of New Century Home Equity Loan Trust Series 2005-A, Asset Backed Pass-Through Certificates dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Donald Troy Bonomo
on behalf of Debtor Nicholas Pezza dbonomo123@gmail.com tdr68458@notify.bestcase.com

Case 16-33371-RG    Doc 273    Filed 08/01/24    Entered 08/02/24 00:14:23    Desc Imaged
Certificate of Notice    Page 4 of 4

| District/off: 0312-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jul 30, 2024 | Form ID: pdf905 | Total Noticed: 31 |

Elizabeth L. Wassall
on behalf of Creditor U.S. Bank National Association as Trustee, for Lehman Mortgage Trust Mortgage Pass Through Certificates Series 2006-2 ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com

Francesca Ann Arcure
on behalf of Creditor Nationstar Mortgage LLC as servicer for U.S. Bank National Association, as Trustee, for Lehman Mortgage Trust Mortgage Pass Through Certificates Series 2006-2 farcure@hillwallack.com, NJ_ECF_Notices@McCalla.com

Francis J. Ballak
on behalf of Creditor Christiana Trust as Custodian francis@gmslaw.com

Joseph R Zapata, Jr
on behalf of Trustee Steven P. Kartzman jzapata@msbnj.com

Judah B Loewenstein
on behalf of Trustee Steven P. Kartzman jloewenstein@msklaw.net sjayson@msklaw.net;pmasiello@msklaw.net;donnaz@msklaw.net

Keith A. Bonchi
on behalf of Creditor Christiana Trust as Custodian keith@gmslaw.com

Kevin C. Orr
on behalf of Interested Party NEW STREET PIZZERIA LLC firm@orr-law.com, firm@orr-law.com

Laura M. Egerman
on behalf of Creditor U.S. Bank National Association laura.egerman@mccalla.com mccallaecf@ecf.courtdrive.com

Michael A. Artis
on behalf of U.S. Trustee U.S. Trustee michael.a.artis@usdoj.gov

Robert P. Saltzman
on behalf of Creditor MTGLQ Investors LP c/o Rushmore Loan Management Services, LLC dnj@pbslaw.org

Steven A. Jayson
on behalf of Trustee Steven P. Kartzman sjayson@msklaw.net jloewenstein@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net

Steven P. Kartzman
on behalf of Appraiser A. Atkins Appraisal Corp Trustee@msklaw.net, nj16@ecfcbis.com;jloewenstein@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net

Steven P. Kartzman
on behalf of Trustee Steven P. Kartzman Trustee@msklaw.net nj16@ecfcbis.com;jloewenstein@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net

Steven P. Kartzman
on behalf of Accountant WithumSmith+Brown PC Trustee@msklaw.net nj16@ecfcbis.com;jloewenstein@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net

Steven P. Kartzman
on behalf of Attorney Mellinger Kartzman LLC Trustee@msklaw.net nj16@ecfcbis.com;jloewenstein@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net

Steven P. Kartzman
Trustee@msklaw.net nj16@ecfcbis.com;jloewenstein@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net

Stuart H. West
on behalf of Creditor MTGLQ Investors LP c/o Rushmore Loan Management Services, LLC swest@pbslaw.org

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

United States Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 21