Form loccrtno – loccrtnov27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

          Case No.: 16–33371–RG
          Chapter: 7
          Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Nicholas Pezza
  488 Dewey Avenue
  Saddle Brook, NJ 07663

Social Security No.:
  xxx–xx–2399

Employer's Tax I.D. No.:

## CERTIFICATION OF NO OBJECTION

    I Christopher Browne , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Proposed Compromise or Settlement of Controversy:

Description of Property (if applicable):

The Debtor shall pay the sum of $7,000.00 to satisfy the Trustees turnover
demand, by way of seven (7) $1,000.00 monthly payments beginning on August 1, 2024. Should the Debtor fail to make any of the required payments, the Trustee shall file a certification of default with the Court on notice to the Debtor. Should the Debtor fail to cure the default within ten (10) days of the filing of the certification of default the Court shall enter a non–dischargeable judgment against the Debtor in an amount equal to 1.5 times the Settlement Amount, less any payments made to the Trustee (the Judgment) and enter an order compelling the Debtor to cooperate with the listing and sale of the Property, the proceeds of which shall be applied against the Judgment. The Trustee believes that the settlement is in the best interests of the estate as it maximizes value and will avoid unnecessary litigation and costs of sale, which would necessarily diminish any additional recovery

Dated: August 21, 2024
JAN:

                        Jeanne Naughton
                        Clerk