UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Order Filed on November 12, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| In Re: | Case No.: | _____ |
|---|---|---|
| | Hearing Date: | _____ |
| | Judge: | _____ |
| | Chapter: | _____ |

# ORDER VACATING FINAL DECREE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 12, 2024**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

The Court having determined that the final decree was entered prematurely in this case on _____ and should be vacated for the reason stated below:

❏	Debtor has not yet been discharged

❏	Adversary Proceeding number _____ is pending

❏	Other: _____
_____
_____

IT IS ORDERED that said final decree is vacated.

*Rev. 7/1/04; jml*