Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  16−33371−RG
Chapter:  7
Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Nicholas Pezza
   488 Dewey Avenue
   Saddle Brook, NJ 07663

Social Security No.:
   xxx−xx−2399

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Rosemary Gambardella on:

Date:       1/7/25
Time:       10:00 AM
Location:   Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
Mellinger Kartzman LLC, Trustee's Attorney

COMMISSION OR FEES
$45,434.00

EXPENSES
$352.00

If this is a chapter 13 case, the fees and expenses awarded:

   ☐    will not reduce the amount to be paid to general unsecured
        creditors under the plan.

   ☐    will reduce the amount to be paid to general unsecured
        creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

   An appearance is not required on an application for compensation unless an objection is filed.

Dated: November 27, 2024
JAN:

                                          Jeanne Naughton
                                          Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Nicholas Pezza  
    Debtor

Case No. 16-33371-RG  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 3  
Date Rcvd: Nov 27, 2024     Form ID: 137     Total Noticed: 31

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 29, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nicholas Pezza, 488 Dewey Avenue, Saddle Brook, NJ 07663-5904 |
| aty | + | Michael J. Cavallaro, 25 Lafayette Place, Kearny, NJ 07032-2228 |
| r | | Aldo Lavorini, 550 Boulevard, Elmwood Park, NJ 07407 |
| cr | + | Christiana Trust as Custodian, c/o Pellegrino & Feldstein, LLC, 290 Route 46 West, Denville, NJ 07834-1239 |
| cr | + | MTGLQ Investors, LP c/o Rushmore Loan Management S, 15480 Laguna Canyon Road, Suite 100, Irvine, CA 92618-2132 |
| acc | | Michael Nulty, Matthews & Nulty, Inc. |
| intp | + | NEW STREET PIZZERIA, LLC, 63 New Street, Newark, NJ 07102-3049 |
| cr | + | Nationstar Mortgage LLC, as servicer for U.S. Bank, C/O Buckley Madole, P.C., 99 Wood Avenue South, Suite 803, Iselin, NJ 08830-2713 |
| r | + | Progressive Real Estate Services, 1033 Route 46 East, Clifton, NJ 07013-2448 |
| 516537772 | + | Bank of America Home Loans, 100 N Tryon Street, Charlotte, NC 28255-0001 |
| 516889117 | + | Christian Trust as Custodian, c/o Pellegrino & Feldstein, LLC, 290 Route 46 West, Denville, NJ 07834-1239 |
| 516644633 | | DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FO, Bank of America, PO Box 31785, Tampa, FL 33631-3785 |
| 516537775 | + | Shapiro & Denardo LLC, 14000 Commerce Parkway Suite B, Mount Laurel, NJ 08054-2242 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | + Email/Text: attorneys@msklaw.net | Nov 27 2024 20:31:00 | Mellinger Kartzman LLC, 101 Gibraltar Drive, Suite 2F, Morris Plains, NJ 07950-1287 |
| aty | + Email/Text: attorneys@msklaw.net | Nov 27 2024 20:31:00 | Mellinger Sanders & Kartzman LLC, 101 Gibraltar Drive, Suite 2F, Morris Plains, NJ 07950-1287 |
| smg | Email/Text: usanj.njbankr@usdoj.gov | Nov 27 2024 20:31:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 27 2024 20:31:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| app | + Email/Text: atkinsappraisal@aol.com | Nov 27 2024 20:31:00 | A. Atkins Appraisal Corp,, 122 Clinton Road, Fairfiled, NJ 07004-2900 |
| cr | + Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 27 2024 20:31:00 | IRS, 51 Haddonfield Rd, Suite 300, Cherry Hill, NJ 08002-4805 |
| cr | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 27 2024 20:41:01 | Synchrony Bank c/o PRA Receivables Management, LLC, Valerie Smith, PO BOX 41021, Norfolk, VA 23541-1021 |
| cr | + Email/Text: RASEBN@raslg.com | Nov 27 2024 20:31:00 | U.S. Bank National Association, RAS Crane, LLC, 10700 Abbott's Bridge Road, suite 170, Duluth, GA 30097-8461 |
| 517960657 | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 27 2024 20:40:42 | Advanta Bank Corporation, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 27, 2024 | Form ID: 137 | Total Noticed: 31 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 516573275 | + | Email/Text: bankruptcy@cavps.com | Nov 27 2024 20:32:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 516574448 | | Email/Text: mrdiscen@discover.com | Nov 27 2024 20:30:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 516537773 | ^ | MEBN | Nov 27 2024 20:30:39 | KML Law Group, 701 Market Street #5000, Philadelphia, PA 19106-1541 |
| 516695014 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 27 2024 20:31:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 516760853 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 27 2024 20:31:00 | MTGLQ Investors, LP, c/o Rushmore Loan Management Services, PO Box 55004, Irvine, CA 92619-5004 |
| 516537774 | + | Email/Text: dnj@pbslaw.org | Nov 27 2024 20:31:00 | Pleuse Becker & Saltzman, LLC, Attorneys at Law, 20000 Horizon Way Suite 900, Mount Laurel, NJ 08054-4318 |
| 516654610 | ^ | MEBN | Nov 27 2024 20:30:42 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 516671466 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 27 2024 20:31:00 | U.S. Bank National Association,Trustee(See 410), c/o Nationstar Mortgage LLC, PO Box 619096, Dallas, Texas 75261-9096 |
| 518077558 | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 27 2024 20:31:00 | United States Trustee, One Newark Center, Suite 2100, Newark, NJ 07102-5235 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 516869097 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 29, 2024        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 26, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Deutsche Bank National Trust Company as Trustee for the Holders of New Century Home Equity Loan Trust Series 2005-A, Asset Backed Pass-Through Certificates dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Donald Troy Bonomo | |

| | |
|---|---|
| | on behalf of Debtor Nicholas Pezza dbonomo123@gmail.com tdr68458@notify.bestcase.com |
| Elizabeth L. Wassall | |
| | on behalf of Creditor U.S. Bank National Association as Trustee, for Lehman Mortgage Trust Mortgage Pass Through Certificates Series 2006-2 ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com |
| Francesca Ann Arcure | |
| | on behalf of Creditor Nationstar Mortgage LLC as servicer for U.S. Bank National Association, as Trustee, for Lehman Mortgage Trust Mortgage Pass Through Certificates Series 2006-2 farcure@hillwallack.com, NJ_ECF_Notices@McCalla.com |
| Francis J. Ballak | |
| | on behalf of Creditor Christiana Trust as Custodian francis@gmslaw.com |
| Joseph R Zapata, Jr | |
| | on behalf of Trustee Steven P. Kartzman jzapata@msbnj.com |
| Judah B Loewenstein | |
| | on behalf of Trustee Steven P. Kartzman jloewenstein@msklaw.net sjayson@msklaw.net;pmasiello@msklaw.net;donnaz@msklaw.net |
| Keith A. Bonchi | |
| | on behalf of Creditor Christiana Trust as Custodian keith@gmslaw.com |
| Kevin C. Orr | |
| | on behalf of Interested Party NEW STREET PIZZERIA LLC firm@orr-law.com, firm@orr-law.com |
| Laura M. Egerman | |
| | on behalf of Creditor U.S. Bank National Association laura.egerman@mccalla.com mccallaecf@ecf.courtdrive.com |
| Michael A. Artis | |
| | on behalf of U.S. Trustee U.S. Trustee michael.a.artis@usdoj.gov |
| Robert P. Saltzman | |
| | on behalf of Creditor MTGLQ Investors LP c/o Rushmore Loan Management Services, LLC dnj@pbslaw.org |
| Steven A. Jayson | |
| | on behalf of Trustee Steven P. Kartzman sjayson@msklaw.net jloewenstein@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net |
| Steven P. Kartzman | |
| | on behalf of Appraiser A. Atkins Appraisal Corp Trustee@msklaw.net, nj16@ecfcbis.com;jloewenstein@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net |
| Steven P. Kartzman | |
| | on behalf of Trustee Steven P. Kartzman Trustee@msklaw.net nj16@ecfcbis.com;jloewenstein@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net |
| Steven P. Kartzman | |
| | on behalf of Accountant WithumSmith+Brown PC Trustee@msklaw.net nj16@ecfcbis.com;jloewenstein@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net |
| Steven P. Kartzman | |
| | on behalf of Attorney Mellinger Kartzman LLC Trustee@msklaw.net nj16@ecfcbis.com;jloewenstein@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net |
| Steven P. Kartzman | |
| | Trustee@msklaw.net nj16@ecfcbis.com;jloewenstein@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net |
| Stuart H. West | |
| | on behalf of Creditor MTGLQ Investors LP c/o Rushmore Loan Management Services, LLC swest@pbslaw.org |
| U.S. Trustee | |
| | USTPRegion03.NE.ECF@usdoj.gov |
| United States Trustee | |
| | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 21