UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In re: | Case No.: 16-33371-RG |
|---|---|
| Nicholas Pezza, | Chapter 7 |
| Debtor. | Judge: Rosemary Gambardella |

**NOTICE OF PROPOSED ABANDONMENT**

Steven P. Kartzman, Chapter 7 Trustee, in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | U.S. Bankruptcy Court<br>50 Walnut Street<br>Newark, NJ 07102 |
|---|---|

If an objection is filed, a hearing will be held before the **Honorable Rosemary Gambardella on April 15, 2025 at 10:00 a.m.** at the United States Bankruptcy Court, Courtroom no. 3E. *(Hearing date must be at least 28 days from the date of this notice).* If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description of property: Property located at Lot 45, Block 18, Royal Highlands, Unit No. 1, Hernando County, Florida (the "Property")

On August 8, 2024, the Court entered a Consent Order between the Trustee and the Debtor providing for the Debtor to pay the total sum of $7,000 to the Trustee. Upon receipt in full of the $7,000, the Trustee was to abandon the Property. Payment in full has now been received.

Value of Property: $8,000

Less about 10% Costs of Sale: $800

Liens on property: N/A

Amount of equity claimed as exempt: N/A

Objections must be served on, and requests for additional information directed to:

Name:       Steven P. Kartzman, Esq., Chapter 7 Trustee, c/o Mellinger Kartzman LLC
Address:    101 Gibraltar Drive, Suite 2F, Morris Plains, NJ 07950
Telephone:  973.267.0220