Form loccrtno – loccrtnov27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                    Case No.: 16–33371–RG
                    Chapter: 7
                    Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Nicholas Pezza
   488 Dewey Avenue
   Saddle Brook, NJ 07663

Social Security No.:
   xxx–xx–2399

Employer's Tax I.D. No.:

## CERTIFICATION OF NO OBJECTION

      I _Christopher Browne_ , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Abandonment:

Description of Property (if applicable):

Property located at Lot 45, Block 18, Royal Highlands, Unit No. 1, Hernando
County, Florida (the Property)
On August 8, 2024, the Court entered a Consent Order between the Trustee and the Debtor providing for the Debtor to pay the total sum of $7,000 to the Trustee. Upon receipt in full of the $7,000, the Trustee was to abandon the Property. Payment in full has now been received.
Value of Property: $8,000
Less about 10% Costs of Sale: $800


Dated: April 10, 2025
JAN:

                                      Jeanne Naughton
                                      Clerk